# DISTRICT COURT OF GUAM

DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,

        Plaintiffs,

V.

UNITED STATES OF AMERICA,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00008**

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)    UNITED STATES OF AMERICA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    ROBERT L. KEOGH
    Law Office of Robert L. Keogh
    251 Martyr Street, Suite 105
    Hagatna, GU 96910

an answer to the complaint which is served on you with this summons, within   **sixty (60)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE: MAR 17 2006

CLERK

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 21, 2006 |
| NAME OF SERVER *(PRINT)*<br>Amie B. Miranda | TITLE<br>Secretary |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: UNITED STATES ATT. OFFICE SUITE 500, SIRENA PLAZA 108 HERNAN CORTEZ AVE, HAGATNA GU 96910

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to FRCP 4(i)(1), sent by certified mail to the Attorney General, Washington, D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 21, 2006
Date

*Signature of Server*
Law Office of Robert L. Keogh
251 Martyr Street
Suite 105, C & A Professional Bldg.
Hagatna, GU 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.