# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Deborah K. Rutledge, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | Case No. 1:06-cv-00008 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed April 27, 2006, on the dates indicated below:

| | |
|---|---|
| Robert L. Keogh | Office of the United States Attorney |
| April 28, 2006 | April 28, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed April 27, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 28, 2006                              /s/ Virginia T. Kilgore
                                                                   Deputy Clerk