ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br>ANSWER OF THE UNITED STATES |

THE UNITED STATES, Defendant herein, submits its answer to the Complaint as follows:

1. Defendant ADMITS that Plaintiffs' action is a medical malpractice action, but notes that this is "introductory language" to which no response is required. To the extent a response is deemed required, any factual allegations contained in this paragraph is DENIED.

2. Defendant ADMITS that Plaintiffs' action is predicated on the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671-2680, but DENIES that it is liable to the Plaintiffs in this case under that Act.

3. ADMITS.

4. ADMITS.

5. ADMITS.

6. DENIES.

7. Defendant ADMITS that Mrs. Rutledge presented herself to the Andersen AFB Clinic for treatment and was seen and examined by Major Natalie Y. Giscombe, an Air Force Nurse Practitioner. Defendant specifically DENIES that Mrs. Rutledge reported symptoms of loss of feeling in her vaginal area and numbness on the bottoms of her feet. Defendant DENIES the remaining allegations contained in paragraph 7 of the complaint.

8. Defendant specifically DENIES that Mrs. Rutledge presented herself to the Andersen AFB Clinic with classic symptoms of Cauda Equina Syndrome. Defendant DENIES the remaining allegations contained in paragraph 8 of the complaint.

9. DENIES.

10. Defendant ADMITS that Mrs. Rutledge presented herself to the Andersen AFB Clinic on August 2, 2004 and on August 17, 2004. Defendant DENIES the remaining allegations contained in paragraph 10 of the complaint.

11. Defendant ADMITS that Mrs. Rutledge was seen on August 27, 2004 by an orthopedic physician at the Guam Naval Hospital and was urgently medically evacuated to Hawaii on that day. Defendant further ADMITS that Mrs. Rutledge underwent emergency surgery on August 27, 2004. Defendant DENIES the remaining allegations contained in paragraph 11 of the complaint.

12. DENIES.

13. DENIES.

14. ADMITS.

15. Defendant ADMITS in part. Plaintiffs' administrative claims were denied by the Department of the Air Force on April 5, 2006, subsequent to the filing of the Plaintiffs' complaint.

16. Defendant re-alleges and incorporates by reference its answers to the allegations contained in paragraphs 1-15 as fully set forth herein.

17. DENIES.

18. DENIES.

19. Defendant re-alleges and incorporates by reference its answers to the allegations contained in paragraphs 1 through 18 as fully set forth herein.

20. DENIES.

The wherefore clause of the complaint is a prayer for relief to which no response is required. To the extent a response is deemed necessary, Defendant DENIES that Plaintiffs are entitled to the requested relief or relief of any nature against this Defendant.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' cause of action has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The injuries alleged in the complaint were not proximately caused by the negligent or wrongful act of an employee of the United States.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' injuries should be offset by any negligence attributable to her own actions.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' are limited to recovery, if any, to the amount claimed administratively in accordance with 28 U.S.C. § 2675(b).

### FIFTH AFFIRMATIVE DEFENSE

Any recovery by Plaintiffs should be offset against any benefits which Plaintiffs have received or will receive from the United States.

## SIX AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to an award of costs except as provided for by 28 U.S.C. §2412.

WHEREFORE, having fully answered, Defendant United States respectfully requests that the Court enter judgment in favor of the Defendant and dismiss the complaint in its entirety with prejudice, awarding the Defendant's costs and any other relief to which the Defendant is entitled.

Dated this 10th day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

OF COUNSEL:

Hildegarde C. Perlstein, Chief Medical Law Branch
Tort Claims & Litigation Division
Air Force Legal Services agency
HQ AFLOA/JACT
1501 Wilson Blvd. Ste 835
Arlington, VA 22209-2403

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Answer of the United States", Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge v. United States of America</u>, was served by personal service to the following Attorney of Record:

Robert L. Keogh
251 Martyr Street, Suite 105
C&A Professional Building
Hagatna, Guam 96910

Dated: May 10, 2006

*Frances B. Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant