LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

JUN 15 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br>SCHEDULING ORDER AND DISCOVERY PLAN |

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rule of Practice 16.1, Local Rule of Practice 16.1, and General Order No. 05-0011 (page 4, "Contents of the Scheduling Order"), the parties hereby submit the following proposed Scheduling Order and Discovery Plan:

1. **Nature of the Case.** This is a Federal Tort Claims Act against the United States arising out of alleged medical malpractice at the Andersen Air Force Base Clinic.

2. **Posture of the Case.**

   (a) The following motions are on file: **None.**

   (b) The following motions have been resolved: **None to date.**

   (c) The following discovery has been initiated: **None.**

ORIGINAL

3. **Motions to Add Parties**. All motions to add parties are due on or before **Monday, August 7, 2006.**

4. **Motions to Amend Pleadings.** All motions to amend pleadings are due on or before **Monday, August 7, 2006.**

5. **Status of Discovery and Discovery Plan**. Discovery has commenced.

   **(i)** Plaintiffs have already served their Initial Disclosures. Defendants' Initial Disclosures shall be made on or before Monday, June 12, 2006.

   **(ii)** The parties intend to exchange interrogatories and requests for admissions. Plaintiffs intend to depose medical witnesses and experts. Plaintiffs will have medical experts on liability and damages and an economics/financial expert on damages. Defendant will have an economics/financial expert on damages and will depose plaintiffs and plaintiffs' experts.

   **(iii)** Plaintiffs will depose Dr. Douglas D. Duncan, LCDR, Orthopedics, United States Navy. Dr. Duncan treated the Plaintiff at the Naval Hospital on Guam. Dr. Duncan continues to be stationed on Guam and the approximate date of mid-October has been discussed among counsel for a deposition.

   **(iv)** Plaintiffs will depose Dr. Joseph Orchowski, Major, Orthopedic Surgeon, United States Army. Dr. Orchowski treated plaintiff Deborah K. Rutledge at Tripler Army Medical Center, Hawaii. He continues to be assigned to Tripler Army Medical Center and a deposition date in the second week of December is possible.

2

Case 1:06-cv-00008   Document 6   Filed 06/15/2006   Page 2 of 5

**(v)** Both parties will seek all documents, data, compilations, and tangible things that are in the possession or control of either party and that are in the possession, custody or control of either party, and that may be used to support claims or defenses in this case. Discovery will be by way of interrogatories and requests for documents, estimated to begin on or before **September of 2006**.

**(vi)** Discovery regarding damages claimed by the Plaintiffs will be sought under Rule 34 by the United States. This Discovery may take place on or before **March of 2007.**

**(vii)** The United States will seek information about insurance agreements under which any other person or insurance company may be liable to satisfy part or all of Plaintiffs' claims.

**(viii)** The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be **made not later than Friday, April 6, 2007.** Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made **not later than Friday, April 27, 2007**.

**(ix)** The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the **depositions of said experts shall** be completed **not later than Friday, June 1, 2007**.

6. **Scheduling Conference**. The parties shall appear before the District Court on **Thursday, June 15, 2006 at 9:30 A.M. in the 3rd Floor Chambers.**

7. **Discovery Cutoff**. The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Monday, July 9, 2007.**

3

8. **Discovery Motions Cutoff.** All discovery motions shall be filed on or before Monday, July 23, 2007.

9. **Dispositive Motions Cutoff.** Dispositive motions shall be filed on or before Monday, August 27, 2007.

10. **Prospects for Settlement.** There are prospects for settlement on the issue of liability. The issue of damages may benefit from settlement assistance by the Court.

11. **Preliminary Pretrial Conference.** The preliminary pretrial conference shall be held on, **Monday, September 17, 2007, at 9:00 A.M.**

12. **Pretrial Filings.** The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before *Monday, October 22, 2007* ~~Friday, October 19, 2007.~~

13. **Proposed Pretrial Order.** The Proposed Pretrial Order shall be filed on or before *Monday, October 22, 2007* ~~Tuesday, October 23, 2007.~~

14. **Final Pretrial Conference.** The final pretrial conference shall be held on ~~Friday~~ *Monday*, October ~~26~~ *29*, 2007, at 9:00 A.M.

15. **Trial.** Trial shall commence at **9:00 A.M. on Monday, November 5, 2007.**

16. **Jury.** This is a trial to the Court. No jury.

17. **Anticipated Trial Time.** It is anticipated that it will take approximately 5 days to try this case.

4

18. **Identity of Counsel**. The counsel involved in this case are:

Robert L. Keogh
Law Office of Robert L. Keogh
Suite 105, C & A Professional Bldg
251 Martyr Street
Hagatna, GU 96910

Mikel W. Schwab - Assistant U.S. Attorney for the United States
Department of Justice
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910

19. **Settlement Conference.** Prospects for settlement are unknown at the present time and the parties are prepared to submit this case to a settlement conference.

20. **Suggestions for Shortening Trial**. The parties will explore stipulations as to undisputed facts and the potential for a separate trial regarding damages.

21. **Issues Affecting Case Management.** Witnesses, including Plaintiff, are now located in other parts of the mainland United States. Counsel anticipate coordinating depositions in December of 2006 and January of 2007 or other agreed upon dates.

DATED this 15th day of June 2nd, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

RECEIVED
MAY 30 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MIKEL W. SCHWAB
Assistant U.S. Attorney
DATED: 5 24 06

ROBERT L. KEOGH
Attorney for Plaintiffs
DATED: 5/26/06

5