DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 06-00008<br><br><br>MINUTES |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
    (June 15, 2006, at 9:58 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs was Robert Keogh, Esq. Appearing for Defendant was Assistant United States Attorney Mikel Schwab.

Judge Manibusan went over the changes to the proposed scheduling order and discovery plan submitted by the parties. Mr. Keogh expressed a preference to hold the preliminary pretrial conference well in advance of the proposed trial date. Mr. Keogh stated that an early preliminary pretrial conference will give the parties the ability to make alternate travel arrangements for the off-island Plaintiffs and witnesses, in the event the November trial date does not go forward as scheduled because of the Court's trial calendar. Judge Manibusan noted the proposed trial date in November 2007 is beyond the 18-month time frame contemplated by

the Local Rules, however, a short extension of this requirement is warranted here given the fact that the Plaintiffs and most of the witnesses reside off-island. Judge Manibusan stated he will make the appropriate pen and ink changes to the parties' submission.

The conference concluded at 10:10 a.m.

Dated: June 15, 2006.

_____
JUDITH P. HATTORI
Law Clerk