ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP -1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and, THOMAS R. RUTLEDGE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00008 <br><br> **NOTICE TO TAKE DEPOSITION** |

TO: STEVEN D. RAU, USAF, BSC
    55th MDG, Offutt Air Force Base
    Physician Assistant Phase II site Program Director

ROBERT L. KEOGH
251 Martyr Street, Suite 105
C & A Professional Building
Hagatna, Guam

Attorney for Plaintiffs

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of STEVEN D. RAU, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths, on September 5, 2006, at 8:00 a.m. (September 6th at 11:00 p.m. Guam time), by video teleconference at the

| | |
|---|---|
| 1 | United States Attorney's Office, Old First National Bank Building, 1620 Dodge St., 14th Floor, |
| 2 | Omaha, NE 68102. |
| 3 | DATED this 1st day of September, 2006. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Mikel W. Schwab

MIKEL W. SCHWAB
Assistant U.S. Attorney