ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00008 <br><br> NOTICE TO TAKE **DEPOSITION** |

TO: NATALIE Y. GISCOMBE, MAJ, USAF
  Malcolm Grow Medical Center
  1050 West Perimeter Road
  Andrews, AFB, MD 20762

ROBERT L. KEOGH, Attorney for Plaintiff
  251 Martyr St., Ste. 105
  C & A Professional Bldg.
  Hagatna, Guam 96910
  865 S. Marine Corps Dr., Ste 201

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of

NATALIE Y. GISCOMBE, upon oral examination pursuant to the Rules of Civil Procedure

before a Notary Public or before some other officer authorized by law to administer oaths, on

Thursday, November 2, 2006, at 8:00 a.m., Washington, D.C., time (10:00 p.m. Guam time) by

video teleconference at the United States Attorney's Office, Washington, D.C. at 555 4th St., N.W. Point of Contact will be Vince Johnson, telephone 202-616-7270, at the U.S. Attorney's Office.

DATED this 31st day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MIKEL W. SCHWAB
Assistant U.S. Attorney