# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

NOV 16 2006  ~~bo~~

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00008 <br><br> NOTICE TO TAKE DEPOSITION |

TO: JAMES L. JABLONSKI, LT COL, USAF, MC, FS
    Associate Program Director
    St Louis University Family Medicine Residency Program
    Tel: 618-256-4287

ROBERT L. KEOGH
251 Martyr St., Ste. 105
C & A Professional Building
Hagatna, Guam

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of

JAMES L. JABLONSKI, upon oral examination pursuant to the Rules of Civil Procedure before

a Notary Public or before some other officer authorized by law to administer oaths, on November

17, 2006, at 3:30 p.m., Illinois time (November 18, 2006, at 7:30 a.m. Guam time) by video

1   teleconference at the United States Attorney's Office, Nine Executive Drive, Fairview Heights,

2   Illinois. Point of Contact will be Jonathan W. Ohms at 618-628-3700.

3         DATED this 16th day of November, 2006.

4

5                                LEONARDO M. RAPADAS
                                United States Attorney

6                                Districts of Guam and CNMI

7

8             By:                               
                                MIKEL W. SCHWAB

9                                Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Notice To Take Deposition", Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge v. United States</u>, was served by personal service and by facsimile to the following:

Personal Service  
Robert L. Keogh  
251 Martyr St., Ste. 105  
C & A Professional Building  
Hagatna, Guam 96910  

Facsimile  
James L. Jablonski  
St. Louis University Family  
Medicine Residency Program  
Fax: 618-222-4792  

Dated: November 16, 2006

FRANCES B. LEON-GUERRERO  
Legal Assistant