ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for the United States of America

7              IN THE UNITED STATES DISTRICT COURT

8               FOR THE TERRITORY OF GUAM

9  DEBORAH K. RUTLEDGE and THOMAS )     CIVIL CASE NO. 06-00008
   R. RUTLEDGE,                    )
10                                 )
            Plaintiff,             )     **NOTICE TO TAKE**
11                                 )     **DEPOSITION**
                                   )
        vs.                        )
12                                 )
   UNITED STATES OF AMERICA,       )
13                                 )
            Defendant.             )
14 _____)

15      TO:  DEBORAH K. AND THOMAS R.  RUTLEDGE
             c/o  ROBERT L. KEOGH, Attorney for Plaintiffs
16           251 Martyr St., Ste. 105
             C & A Professional Bldg.
17           Hagatna, Guam 96910
             865 S. Marine Corps Dr., Ste 201
18
        **PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of
19
   DEBORAH K. AND THOMAS R. RUTLEDGE,  upon oral examination pursuant to the Rules
20
   of Civil Procedure before a Notary Public or before some other officer authorized by law to
21
   administer oaths, on Wednesday, January 10, 2007,  at 9:00 a.m.,  at the Hawthorne Suites, 1817
22
   N. Sepulveda Blvd.,  Manhattan Beach, CA., 90266 .
23
        DATED this 12st day of December, 2006.
24
                                    LEONARDO M. RAPADAS
25                                  United States Attorney
                                    Districts of Guam and CNMI
26

27                          By: _____
                                    MIKEL W. SCHWAB
28                                  Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Notice To Take Deposition", Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge v. United States</u>, was served by personal service to the following:

> Robert L. Keogh
> 251 Martyr St., Ste. 105
> C & A Professional Building
> Hagatna, Guam 96910

Dated: December 12, 2006

FRANCES B. LEON-GUERRERO
Legal Assistant