ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN -8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL CASE NO. 06-00008

NOTICE TO TAKE DEPOSITION

TO: JOSEPH R. ORCHOWSKI
    Major, USA
    Tripler Army Medical Center

ROBERT L. KEOGH
251 Martyr St., Ste. 105
C & A Professional Building
Hagatna, Guam

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of JOSEPH R. ORCHOWSKI, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths, on February 7, 2007, at 12:00 p.m., Hawaii time ( February 8, 2007, at 8:000 a.m. Guam time) by oral deposition and/or video teleconference at the United States Attorney's Office, District of Hawaii, 300 Ala Moana Blvd., Room 6-100, Honolulu, HI, telephone number 808-541-2850, ext 210

DATED this 4th day of January, 2007.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and CNMI

By: _____
     MIKEL W. SCHWAB
     Assistant U.S. Attorney