ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -2 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00008 <br><br> AMENDED NOTICE TO TAKE DEPOSITION |

TO:  JOSEPH ORCHOWSKI, MD, MAJ, MC
     Tripler Army Medical Center
     Orthopedic Clinic
     1 Jarrett White Road
     TAMC, HI 96859

     ROBERT L. KEOGH
     251 Martyr St., Ste. 105
     C & A Professional Building
     Hagatna, Guam

   **PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of

JOSEPH ORCHOWSKI, upon oral examination pursuant to the Rules of Civil Procedure before

a Notary Public or before some other officer authorized by law to administer oaths, on February

28, 2007, at 12:00 p.m., Honolulu, Hawaii (March 1, 2007, at 8:000 a.m. Guam time) by video

teleconference at the United States Attorney's Office, 300 Ala Moana Blvd. #6-100, Honolulu,

Hawaii. Point of Contact will be Cheryl Tacaca, IT Specialist-Litigation Support, telephone number (808) 541-2850 ext 210.

DATED this 1st day of February, 2007.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and CNMI

By: /s/ MIKEL W. SCHWAB
      MIKEL W. SCHWAB
      Assistant U.S. Attorney