1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, GU 96910
   Telephone: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

APR - 6 2007 mbd

**MARY L.M. MORAN**
**CLERK OF COURT**

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE TERRITORY OF GUAM

10

11 DEBORAH K. RUTLEDGE and          )    CIVIL CASE NO. 06-00008
   THOMAS R. RUTLEDGE              )
12                                 )
                   Plaintiffs,     )
13         vs.                     )    **STIPULATION TO AMEND**
                                   )    **SCHEDULING ORDER**
14 UNITED STATES OF AMERICA,       )
                                   )
15                 Defendant.      )
                                   )
16 ─────────────────────────────────

17
        The parties hereby stipulate to amend paragraph 5(viii) of the Scheduling Order filed
18
   herein on June 15, 2006 as follows: **(viii)** The disclosures of expert testimony required under
19
   Federal Rule of Civil Procedure 26(a)(2) shall be made **not later than Friday, May 18, 2007.**
20
   Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made **not later than**
21
   **Friday June 8, 2007.**
22
        So stipulated this 5th day of April, 2007.
23

24
   Law Offices of ROBERT L. KEOGH          LEONARDO M. RAPADAS
25                                         United States Attorney
                                           Districts of Guam and the NMI
26
   ROBERT L. KEOGH
27 Attorney for Plaintiff                  By:
                                               MIKEL W. SCHWAB
28                                             Assistant U.S. Attorney

ORIGINAL