LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



FILED
DISTRICT COURT OF GUAM
MAY 17 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | CIVIL CASE NO. CIV06-00008<br><br>STIPULATION TO AMEND SCHEDULING ORDER |

The parties herein, by and through their respective undersigned counsel, hereby stipulate and agree to an amendment to the Scheduling Order due to the difficulty of locating treating physicians who are on active military duty and/or deployment and completing their depositions which the parties need for their respective liability experts to review before issuing an opinion.

Accordingly, the parties agree to extend the following:

1. Plaintiffs' expert identification date to June 25, 2007;

2. Defendant's expert identification date to July 16, 2007.

| | | |
|---|---|---|
| 1 | | **LAW OFFICE OF ROBERT L. KEOGH**<br>Attorneys for Plaintiffs |
| 2 | | |
| 3 | DATE: 5/17/07 | By: _____<br>ROBERT L. KEOGH |
| 4 | | |
| 5 | | **OFFICE OF THE U.S. ATTORNEY**<br>Attorneys for Defendant<br>United States of America |
| 6 | | |
| 7 | DATE: 5/17/07 | By: _____<br>MIKEL W. SCHWAB |

- 2 -