LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, GU 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE | ) ) ) | CIVIL CASE NO. 06-00008 |
| Plaintiffs,<br>vs. | ) ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

The parties filed stipulations to Amend the Scheduling Order on April 6, 2007, and on May 17, 2007. For good cause shown, the Court hereby amends the Scheduling Order (Docket No. 6) in part as noted below:

The disclosures of expert testimony required under Federal Rules of Civil Procedure 26(a)(2) shall be made by the Plaintiff on or before **June 25, 2007**.

The disclosures of expert testimony required under Federal Rules of Civil Procedure 26(a)(2) shall be made by the Defendant on or before **July 16, 2007.**

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 24, 2007**