LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



FILED
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

The parties herein, by and through their respective undersigned counsel, hereby stipulate and agree to an amendment to the Scheduling Order pertaining to identification of expert witnesses by the parties. This request is made due to the difficulty of scheduling the deposition of Dr. Duncan who was the US Navy physician who first diagnosed the medical condition of plaintiff which is the subject of this claim. Dr. Duncan is an important fact witness. His deposition was started on June 20, 2007 but was not completed within the time available. The deposition is scheduled to resume on June 30, 2007 at 5:00 a.m. Guam date and time. The medical liability experts need to review the transcript of Dr. Duncan's deposition before issuing their opinions. For these reasons, the extension of time for the parties' expert identification date is needed.

Accordingly, the parties agree to extend the following:

1. Plaintiffs' expert identification date to July 25, 2007;

2. Defendant's expert identification date to August 8, 2007.

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 6/21/07

By: *[signature]*
**ROBERT L. KEOGH**

**OFFICE OF THE U.S. ATTORNEY**
Attorneys for Defendant
United States of America

DATE: 6/21/07

By: *[signature]*
**MIKEL W. SCHWAB**