LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE NO. CIV06-00008<br><br>**ORDER** |

The parties filed stipulations to Amend the Scheduling Order on April 6, 2007, May 17, 2007 and finally on June 21, 2007. For good cause shown, the Court hereby amends the Scheduling Order (Docket No. 6) in part as noted below:

The disclosures of expert testimony required under Federal Rules of Civil Procedure 26(a)(2) shall be made by the plaintiffs on or before **July 25, 2007.**

The disclosures of expert testimony required under Federal Rules of Civil Procedure 26(a)(2) shall be made by the defendant on or before **August 8, 2007.**

**IT IS SO ORDERED.**



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 22, 2007**