LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM

AUG 10 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. CIV06-00008 <br><br> NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND IN THE ALTERNATIVE TO ESTABLISH DEPOSITION PROTOCOL |

**PLEASE TAKE NOTICE** that on _____, 2007, at the hour of _____ \_\_\_.m., plaintiffs shall move pursuant to FRCP 26(c) for a protective order. This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Robert L. Keogh, and all pleadings and documents on file herein including the LR 37.1 Stipulation.

DATE: 8/10/07

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

By: ROBERT L. KEOGH

RECEIVED AUG 10 2007 DISTRICT COURT OF GUAM HAGATÑA, GUAM
STAMPED IN ERROR