LAW OFFICE OF
ROBERT L. KEOGH
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

FILED
DISTRICT COURT OF GUAM
AUG 10 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. CIV06-00008<br><br>AGREEMENT ON HEARING DATE |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Robert L. Keogh, am the attorney for the plaintiffs in this matter.

2. The attorney for defendant is: Mikel Schwab.

3. The parties have agreed that this motion for protective order should be heard ex parte since the issues are time sensitive.

4. Plaintiffs' counsel will be leaving island for travel associated with proposed discovery on August 18, 2007. Accordingly, if a hearing is to be held it needs to be scheduled during the week of August 13, 2007.

5. On August 8, 2007, and again on August 10, 2007, I called the Deputy Clerk of Court to ensure that the Court is available on the above dates. I reached an answering service and I left messages. On August 10, 2007, I spoke with Rosita San Nicolas and was advised to file the motion papers first and the Court would advise if and when a hearing date would be set.

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 8/10/07

By: /s/ Robert L. Keogh
ROBERT L. KEOGH