LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



**FILED**
DISTRICT COURT OF GUAM

AUG 10 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CIVIL CASE NO. CIV06-00008<br><br>**CERTIFICATE OF SERVICE** |

I, Robert L. Keogh, hereby certify that on the 10th day of August, 2007, I caused to be served via hand delivery, a true and correct copy of the following documents:

1. Plaintiffs' Notice of Motion and Motion For Protective Order and in the Alternative to Establish Deposition Protocol;

2. Memorandum of Points and Authorities in Support of Motion For Protective Order and in the Alternative For Deposition Protocol;

3. LR37.1 Stipulation Re: Discovery Dispute;

4. Declaration of Robert L. Keogh;

5. Agreement of Hearing Date; and,

6. [Proposed] Order

in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 8/10/07       By: /s/ Keogh
                        ROBERT L. KEOGH

- 2 -