LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE NO. CIV06-00008<br><br>NOTICE OF DEPOSITION;<br>CERTIFICATE OF SERVICE |

**PLEASE TAKE NOTICE** that on **September 7, 2007** at **8:30 a.m.** at 1800 Second Street, Suite 830, Sarasota, Florida, USA, plaintiffs will be taking the deposition of **Dr. Michael Meriwether** upon oral examination pursuant to Guam Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths. You are invited to attend and cross-examine.

　　　　　　　　　　　　　　　　　LAW OFFICE OF ROBERT L. KEOGH
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATE: 8/17/07　　　　　　　　　By: /s/ ROBERT L. KEOGH

**CERTIFICATE OF SERVICE**

I, Robert L. Keogh, hereby certify that on the 17th day of August, 2007, I caused to be served via hand delivery, a true and correct copy of the Notice of Deposition in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 8/17/07   By: /s/ Robert L. Keogh
                        ROBERT L. KEOGH

- 2 -