# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE     (✓) PRELIMINARY PRETRIAL CONFERENCE
                                  (September 17, 2007, at 9:05 a.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs was Robert Keogh, Esq. Appearing for Defendant was Assistant United States Attorney Mikel Schwab.

Judge Manibusan advised the parties that the trial date will have to be moved, based on the scheduling needs of the District Judge. Accordingly, the following dates and deadlines were modified as follows:

- <u>Trial Briefs</u>: Friday, January 18, 2008
- <u>Continued Preliminary Pretrial Conference</u> : Monday, January 14, 2008, at 9:00 a.m.
- <u>Pretrial Materials Filing Deadline</u>: Tuesday, February 5, 2008
- <u>Proposed Pretrial Order</u>: Tuesday, February 5, 2008
- <u>Final Pretrial Conference</u>: Tuesday, February 12, 2008, at 10:00 a.m.
- <u>Trial</u>: Tuesday, February 19, 2008, at 9:00 a.m.

All other dates and deadlines previously established in the Scheduling Order or amended by subsequent court order remain unchanged.

Mr. Keogh stated that he had one outstanding discovery request regarding the operating instructions for the Andersen Air Force Base medical clinic, which one of the witnesses stated he referred to in 2004. Mr. Schwab stated the document may no longer be in existence, however, Mr. Schwab agreed to permit Mr. Keogh to examine the "wall full" of regulations which have since replaced the supposed operating instructions.

The parties agreed to submit the case to a settlement conference after the remaining depositions are completed. The parties agreed to appear before Judge Manibusan for a settlement conference on October 11, 2007, at 9:30 a.m. A subsequent order setting forth the details of the settlement conference will be issued by the Court.

Mr. Keogh inquired whether the United States would stipulate to the authenticity and admissibility of the medical records produced during discovery. Mr. Schwab stated that he did not anticipate that his client would object to the authenticity of said documents, which would alleviate the need for Mr. Keogh to produce a custodian of records to testify at the trial.

Mr. Keogh stated that although the Local Rules require the lodging of the original version, he would likely lodge a copy of the deposition transcript he intended to offer at the trial since he does not have the original (the United States has the original transcript). Mr. Keogh was instructed to submit a notice or statement along with the transcript, indicating that he could not submit the original transcript since it was not in his possession.

The parties stated that they anticipated the trial to last approximately eight (8) trial days.

The conference concluded at 9:25 a.m.

Dated: September 17, 2007.

                                                Prepared by Judith P. Hattori, Law Clerk