ORIGINAL



LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008 <br><br> NOTICE TO TAKE **DEPOSITION** |

TO: DR. JOHN STEELE
515 Alupang Cove
241 Condo Lane
Tamuning, Guam, 96913

ROBERT L. KEOGH, Attorney for Plaintiff
Suite 101, Angela Flores Building
243 Martyr Street
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of DR. JOHN C. STEELE, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths, on Tuesday, September 25, 2007, at 8:00 a.m. on the 6th Floor of the United States Attorney's Office, District

of Guam, Sirena Plaza, 108 Hernan Cortez Ave, Hagatna, GU 96910.

DATED this 20th day of September, 2007.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and CNMI

By: _____
     KATHARYNE P. CLARK
     Special Assistant U.S. Attorney

MIKEL W. SCHWAB
Assistant U.S. Attorney