ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 20 2007
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CIVIL CASE NO. 06-00008<br><br>NOTICE TO TAKE **DEPOSITION** |

TO: GARY A. HILES
P.O. Box 3973
Hagåtña, Guam, 96932

ROBERT L. KEOGH, Attorney for Plaintiff
Suite 101, Angela Flores Building
243 Martyr Street
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of GARY A. HILES, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths, on Saturday, September 29, 2007, at 8:00 a.m. on the 6th Floor of the United States Attorney's Office, District

of Guam, Sirena Plaza, 108 Hernan Cortez Ave, Hagatna, GU 96910.

DATED this 20th day of September, 2007.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and CNMI

By: _____
      KATHARYNE P. CLARK
      Special Assistant U.S. Attorney

      MIKEL W. SCHWAB
      Assistant U.S. Attorney