ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE AND, THOMAS R. RUTLEDGE, | CIVIL CASE NO. 06-00008 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the " Notice To Take Deposition of Dr. John C. Steele for September 25, 2007 and the "Notice to Take of Deposition of Gary A. Hiles for September 29, 2007 ", Civil Case No. 06-00008, <u>Deborah K. Rutledge, et al v. United States</u>, was served by personal service to the following:

Robert L. Keogh
Angela Flores Building
Suite 105, 243 Martyr Street
Hagatna, Guam 96910

Dated: September 20, 2007

FRANCES B. LEON-GUERRERO
Legal Assistant