```
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, GU 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America
```

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CIVIL CASE NO. 06-00008<br><br>**STIPULATION TO CONDUCT EXPERT DEPOSITION OUTSIDE DISCOVERY TIMELINE** |

Because of difficulty coordinating schedules and with the trial having recently been continued to February 19, 2008, the parties hereby stipulate to conduct the expert deposition of Dr. Laura Taylor on October 4, 2007, four days beyond the deposition deadline.

So stipulated this 27th day of September, 2007.

Law Offices of ROBERT L. KEOGH

ROBERT L. KEOGH
Attorney for Plaintiff

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

**ORIGINAL**