```
LAW OFFICE OF
ROBERT L. KEOGH
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895
```



**FILED**
DISTRICT COURT OF GUAM
SEP 28 2007
JEANNE G. QUINATA
Clerk of Court

Attorneys for Plaintiffs

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CIVIL CASE NO. CIV06-00008<br><br>NOTICE OF TELEPHONIC DEPOSITION |

**PLEASE TAKE NOTICE** that on **Thursday, October 4, 2007** at **9:30 a.m.** on the 6th Floor, United States Attorneys Office, District of Guam, Sirena Plaza, 108 Hernan Cortes Avenue, Hagatna Guam 96910 plaintiffs will be taking the telephonic deposition of **Laura Taylor** upon oral examination pursuant to Guam Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths.

You are invited to attend and cross-examine.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 9/27/07          By: _____
                            ROBERT L. KEOGH