1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  KATHARYNE P. CLARK
   Special Asst. U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Fax: (671) 472-7215

7  Attorneys for the United States of America

8

9                    DISTRICT COURT OF GUAM

10                       TERRITORY OF GUAM

11

12

13  DEBORAH K. RUTLEDGE and           )   CIVIL CASE NO. 06-00008
    THOMAS R. RUTLEDGE                )
14                                    )
                  Plaintiffs,         )
15          vs.                       )   **ORDER**
                                      )
16  UNITED STATES OF AMERICA,         )
                                      )
17                Defendant.          )
    _____    )

18     The Court, having considered the Stipulation to Conduct Expert Deposition Outside

19  Discovery Timeline, hereby orders that the deposition of expert witness Dr. Laura Taylor may be

20  taken on October 4, 2007.

21     IT IS SO ORDERED.

22

23                                        **/s/ Joaquin V.E. Manibusan, Jr.**
                                              **U.S. Magistrate Judge**
24                                        **Dated: Oct 01, 2007**

25

26

27

28