LAW OFFICE OF
ROBERT L. KEOGH
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



FILED
DISTRICT COURT OF GUAM

JAN 10 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,

   Plaintiffs,

vs.

UNITED STATES OF AMERICA,

   Defendant.

CIVIL CASE NO. CIV06-00008

PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF DR. MICHAEL MERIWETHER AT TRIAL; CERTIFICATE OF SERVICE

Plaintiffs, by and through their undersigned counsel, hereby move this Honorable Court for an order excluding the testimony of defendant's medical expert, Dr. Michael Meriwether or in the alternative, for an order limiting Dr. Meriwether's testimony at trial.

This motion is brought pursuant to Federal Rule of Civil Procedure 26(a)(2) and 37(c)(1), Federal Rule of Evidence 702, and is based upon the memorandum of points and authorities filed herewith and the record and files herein.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Defendants

DATE: 1/10/08

By: /s/ ROBERT L. KEOGH

## CERTIFICATE OF SERVICE

I, Robert L. Keogh, hereby certify that on the 10th day of January 2008, I caused to be served via hand delivery, a true and correct copy of this document entitled **PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF DR. MICHAEL MERIWETHER AT TRIAL; CERTIFICATE OF SERVICE** in the above-captioned matter upon the following office as set forth below:

```
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910
```

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 1/10/08

By: _____
ROBERT L. KEOGH