LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM

JAN 10 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>DECLARATION OF COUNSEL;<br>CERTIFICATE OF SERVICE |

I, ROBERT L. KEOGH, hereby declare and state that:

1. I am counsel for plaintiffs in this action, I am over 18 years of age, am competent to testify about the matters set forth herein and have personal knowledge of the matters testified about unless stated otherwise herein.

2. Attached hereto as Exhibit "A" are true and accurate copies of Pages 1 through 157 of a condensed transcript of the deposition testimony of defendant's medical expert, Dr. Michael Meriwether, taken in Sarasota, Florida on September 7, 2007.

3. Attached hereto as Exhibit "B" is a true and accurate copy of Exhibit 2 from the Meriwether deposition consisting of the expert report of Dr. Meriwether served on plaintiffs on May 21, 2007.

ORIGINAL

4. Attached hereto as Exhibit "C" are true and accurate copies of Exhibits 3 through 12 from the Meriwether deposition consisting of medical records of plaintiff Deborah Rutledge from the Andersen Air Force Base Clinic from July 27, 2004 to August 17, 2004.

5. Attached hereto as Exhibit "D" are true and accurate copies of pages 1, 2, 3, 4 and 7 of the transcript of the deposition testimony of plaintiff Thomas R. Rutledge taken in Los Angeles, California on January 10, 2007.

6. Attached hereto as Exhibit "E" is a true and accurate copy of the expert report of plaintiff's medical expert, Dr. Gary M. Towle, Board Certified in Emergency Medicine dated July 20, 2007 and served upon defendant on July 24, 2007.

7. Attached hereto as Exhibit "F" is a true and accurate copy of the expert report of plaintiff's medical expert, Dr. John Steele, Neurologist, dated June 2, 2006 and served upon defendant on October 19, 2006.

8. Attached hereto as Exhibit "G" is a true and accurate copy of the supplemental expert report of plaintiff's medical expert, Dr. John Steele, Neurologist, dated July 23, 2007 and served upon defendant on July 24, 2007.

9. I declare under penalty of perjury under the laws of Guam (6 G.C.A. §4308) that the foregoing is true and correct.

Date: 1/10/08

ROBERT L. KEOGH

- 2 -

## CERTIFICATE OF SERVICE

I, Robert L. Keogh, hereby certify that on the 10th day of January 2008, I caused to be served via hand delivery, a true and correct copy of this document entitled **DECLARATION OF ROBERT L. KEOGH; CERTIFICATE OF SERVICE** in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 1/10/08

By: ROBERT L. KEOGH

- 3 -