EXHIBIT "C"

# MEDICAL RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

**Date:** 27 Jun 04
**Telephone Triage Encounter — 36th Medical Group, Andersen AFB, Guam**

**Time Patient Called:** 12:00
**Time of RN contact:** 1225

**S// Appointment clerk history:** 43 y/o M/F patient c/o: LWR BCK PAIN, NUMB R SIDE BCK LEG × 2 DAYS

**PCM:** [ ] Rao  [x] Dieckman  [ ] Giscombe  [ ] Palmer  [ ] FSO  [ ] Other  [ ] Not Assigned

**Triage RN:** [ ] McKee [ ] King [x] McClain [ ] Dangaran [ ] Morrow

### TRIAGE NURSE'S NOTES
(Include applicable MEDICAL & SURGICAL history)

c/o numbness ® lower back, leg, + buttocks; unknown injury; onset 2 days ago c̄ progression; denies loss of bowel or bladder; ø acute distress ———— E. McClain, Capt

Ernest J. McClain, Capt, USAF, NC
Clinical Nurse, 36th MDG
Andersen AFB, Guam

**WALK-IN VITALS:** BP: / HR: / R: / T: / WT: / LMP:

**Current Significant Pain?** Y / (N)  If Yes, Circle: Acute / Chronic  Location: ___
Source: ___  Description (sharp, dull, crampy, etc): ___  Usual Intensity (1-10): ___
[ ] Caller unable to rate pain
Current treatment: ___  Cultural, Religious or Personal Considerations? ___

**Follow-up Call:** [x] Not Required  [ ] Required (over)

**O// Telephone consult**
Based on: [x] Triage Protocol(s): _Low Back Pain_   [x] History per pt   [ ] Other/per provider

**A// Probable** _Back Pain_

**P// Disposition to:**
[x] Acute Appointment: 1440 c̄ Giscombe
[ ] Routine Appointment  [ ] Date/Time: ___
[ ] Instruct to call Appt Line
[ ] Self / Home Care per protocol #(s): ___
[ ] Flyer  [ ] Air Traffic Controller  [ ] T-consult  [ ] Other disposition
[ ] DNIF  [ ] DNIC

**Other instructions per provider/protocol:** ___

Dieckman, Shane D. Capt, USAF, MC
Board Certified Physician
36th Medical Group, Andersen AFB

**Current Medication:** Zertec
**Allergies:** NKDA

[ ] Failed attempts to contact patient (See reverse)

**Name:** RUTLEDGE, DEBORAH   **Sex:** F   **Rank:** MSGT
**SP/SSN:** ___   **Phone:** 31/1736, 29/___, 453-1736

Meriwether
EXHIBIT NO. 3
9-7-07
WENDY WBSE

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USAPA V2.00

| DATE | | ...IS, DIAGNOSIS, TREATMENT, TREATI... | ...ZATION (Sign each entry) |
|---|---|---|---|
| | | | |

Reason for call back:
- [ ] Protocol required
- [ ] RN discretion
- [ ] PCM discretion

## Telephone Follow-up

S:

O: Telephone Follow-up

A/P:  [ ] Problem resolved; Call back for future concerns.
 [ ] Problem not resolved:
 [ ] Telephone Consult – Provider:
 [ ] Appointment made –
 [ ] New issue:

Triage Protocol(s):        Date:        Provider:

Date & Time | **Failed attempts to contact patient & reason for failure:**

- [ ] Initial
- [ ] Follow-up
- [ ] Initial
- [ ] Follow-up
- [ ] Initial
- [ ] Follow-up
- [ ] Initial
- [ ] Follow-up
- [ ] Initial
- [ ] Follow-up
- [ ] Initial
- [ ] Follow-up
- [ ] Initial
- [ ] Follow-up

STANDARD FORM 600 BACK (REV. 6-84) (EF-V1) (PerFOR)

RUT 032

Case 1:06-cv-00008    Document 40-5    Filed 01/10/2008    Page 3 of 15

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) | |
|---|---|---|
| 27Jul04 | **LOW BACK PAIN – ADULT**<br>**DoD/VA CLINICAL PRACTICE GUIDELINE** | **FAMILY CARE CL**<br>**36TH MEDICAL GP** |

S:
- (Yes)/ No  Current tobacco use or prior use > 10 pack use history — Quit ~months ago
- Yes /(No) Major Trauma (car accident, etc....) preceding onset of pain

Allergies: NKDA

- (Yes)/ No  Age > 50
- Yes /(No) Persistent Fever assoc with pain
- Yes /(No) Personal history of cancer or recent unplanned large weight loss
- Yes /(No) Duration of pain > one month

Meds: Niprinyal, Zyrtec

- (Yes)/ No  Pain worst at night in bed
- Yes /(No) Diagnosed with osteoporosis (brittle bone disease)
- Yes /(No) Diagnosed with major endocrine/metabolic (hormone) disease
- Yes /(No) Significant localized muscle weakness assoc with pain
- (Yes)/ No  New urine or stool problems like leakage or incontinence
- (Yes)/ No  Loss of sensation in groin area
- Yes /(No) Use oral steroids like prednisone on a regular basis
- Yes /(No) Worker's Compensation Claim is involved

Current Significant Pain? Y
If Yes, Circle: Acute / Chr
Location:
Source: Cultural, [?] or Personal
Usual Intensity (1-10)
Description: (sharp, dull, crampy)
Current treatment:
History provided by:

Urination frequency —

Onset (insidious vs. assoc with specific event): not sure.
Location of symptoms (leg vs. back): Lower back, right side
Duration of symptoms: (acute vs. chronic - > 6wks): 4-5 days
Description of symptoms/severity: constant pain dull. 7/10 - Night/Morni[ng]
Limitations imposed by symptoms: Sleeping - inability to get comfortable
Previous spinal surgery or treatments: none
Physical demands faced during the day: House-wife
Other History by PCM: ⊖ Report of trauma or injury
⊖ fever/chills

O: Wt __ BP 111/73  HR 72  T 97.3  RR 16

Inspection (posture, gait, etc...) -

ROM (spine, hips, LE) -

**CONTINUE on BACK SIDE..........................**

HOSPITAL OR MEDICAL FACILITY: Andersen AFB, Guam 96543-4010

NAME: Deborah Rutledge
FMP/SSN: 31/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
DOB: 12/29/60
SEX: Female
PHONE: 653-1736

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)

EXHIBIT NO. 4

RUT 033

Case 1:06-cv-00008    Document 40-5    Filed 01/10/2008    Page 4 of 15

7 July 04

**O:**
- HNP pathology (Straight Leg Raise) - ⊖ SLR
- SI joint pathology (TTP, FABER, Gaenslen) - ∅ Hp
- Piriformis pathology (TTP, pain with PROM IR/AROM ER) - ∅ Hp
- Bursa pathology (gr troch, ischial tuberosity) - ∅ Hp
- LE Neuro (motor/sens/DTR) - 2+ DTR's Ⓑ  sensation intact
- Other exam as indicated - gait steady ⊖ Romberg
  ⊕ posterolateral intermittent tingling/numbness down Rt leg until just above Rt knee or ∅ bowel or bladder incontinence

**A/P:** Diagnosis: Rt sciatica

Plan:
- [X] Pt Education
- [X] Progressive ROM as tolerated
- [X] Exercise as tolerated
- [ ] Consultation to Physical Therapy
- [X] Meds: Naproxen 500mg ī po BID #60 RF↓
  Vicodin 5mg/500mg ī po Q6 pm #15 RF∅
  Flexeril 10mg ī po TID 3x daily #4 RF∅
- [X] Ice and/or Heat x 15 min as directed
- [ ] Labs:
- [ ] Rads: (consider if red flag or sx > 6 wks)
- [ ] Profile needed. Expiration date:
- [ ] Other:
- [X] Follow up:

Considerations: Oral steroids do not have a proven benefit. Muscle relaxants and oral opioids have not been shown to be more effective than NSAIDs. Bedrest (if any) should be 2 days or less. For persistent non-specific pain, consider screen[ing] For medical diseases (esp infection and tumor) with bone scan, CBC, SPEP, UPEP, u/a, ESR and chem. 7. If smoker > 60yo, eval for AAA and consider U/S. If surgical condition suspected (esp radiculopathy not improving With 6 wks of physical therapy or spinal stenosis with pseudoclaudication), consider referral to ortho/neurosurgery plus MRI/CT myelogram/EMG.

Natalie Y. Giscombe, Maj, USAF, NC
Adult Nurse Practitioner 46N3C
36th Medical Group, Andersen AFB, Guam

PCM Sign and Stamp
STANDARD FORM 600 BACK (REV. 6-97)

```
NH GUAM                                                      27 Jul 2004@1615      Pa
                    Personal Data - Privacy Act of 1974 (PL 93-579)
                                PATIENT LAB INQUIRY
                            For: 26 Jul 04 - 27 Jul 04
Report requested by: COPELLA,ELIZABETH A
-----------------------------------------------------------------------------------
RUTLEDGE,DEBORAH K                  31/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         F/43         Reg #:
Ph: 6531736                                                 Military Unit: UNKNO
-----------------------------------------------------------------------------------
27 Jul 04 @ 1604 (Coll)                                                       URI
Order comment: r/o UTI
STAT COLOR . . . . . . . . .   YELLOW            (YELLOW)
     APPEARANCE. . . . . . .   CLEAR             (CLEAR)
     GLUCOSE . . . . . . . .   NEG               (Neg.-250)           mg/dL
     BILIRUBIN . . . . . . .   NEG               (NEGATIVE)
     KETONES . . . . . . . .   NEG               (NEG)                mg/dL
     SG. . . . . . . . . . .   1.020             (1.005-1.030)
     BLOOD . . . . . . . . .   NEG               (NEGATIVE)
     PH. . . . . . . . . . .   6.5               (5.0-8.5)
     PROTEIN . . . . . . . .   NEG               (NEGATIVE)           mg/dL
     UROBILINOGEN. . . . . .   0.2               (0.2-1.0)            EU/dL
     NITRITE . . . . . . . .   NEG               (NEGATIVE)
     LEUKO EST . . . . . . .   NEG               (NEGATIVE)


==================================================================================
   L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
 []=Uncert  /A=Amended   Comments= (O)rder, (I)nterpretations, (R)esult
==================================================================================
```

EXHIBIT NO. 5

RUT 035

Case 1:06-cv-00008    Document 40-5    Filed 01/10/2008    Page 6 of 15

| MEDICAL RECORD | CHRONOLOGICAL RECORD of MEDICAL CARE | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) | |
| 2 Aug 04 | **LOW BACK PAIN – ADULT**<br>**DoD/VA CLINICAL PRACTICE GUIDELINE** | FAMILY CARE<br>36TH MEDICAL |

S:
- Yes/No Current tobacco use or prior use > 10 pack use history — Quit 2 months ago
- Yes/No Major Trauma (car accident, etc...) preceding onset of pain — R side of back is nu
- Yes/No Age > 50 — and starts to tingle and burn
- Yes/No Persistent Fever assoc with pain — taking longer to use bathroom
- Yes/No Personal history of cancer or recent unplanned large weight loss
- Yes/No Duration of pain > one month
- Yes/No Pain worst at night in bed
- Yes/No Diagnosed with osteoporosis (brittle bone disease)
- Yes/No Diagnosed with major endocrine/metabolic (hormone) disease
- Yes/No Significant localized muscle weakness assoc with pain
- Yes/No New urine or stool problems like leakage or incontinence
- Yes/No Loss of sensation in groin area
- Yes/No Use oral steroids like prednisone on a regular basis
- Yes/No Worker's Compensation Claim is involved

Allergies: NKDA

Meds: Naproxin, Vicodin

Current Significant Pain?
If Yes, Circle: Acute /
Location:
Source:
Cultural, Religious or Personal Considerations?
Usual Intensity (1-10) 7-8
Description (sharp, dull, crampy): shooting pain dow
Current treatment:
History provided by:

O SCUBA
Onset (insidious vs. assoc with specific event): O/x trauma/cough/chi

Location of symptoms (leg vs. back): Lower back & right side

Duration of symptoms: (acute vs. chronic - > 6wks): 2 week. appr.

Description of symptoms/severity:

Limitations imposed by symptoms:

Previous spinal surgery or treatments: no

Physical demands faced during the day: housewife

Other History by PCM: numb/tingling inferior R glut, R radiation down R leg to c
poor sleep due to pn

O: Wt 174  BP 106/69  HR 100  T 96.9  RR 18

Inspection (posture, gait, etc...) - Nl gait/station

ROM (spine, hips, LE) - FAROM  Θ  pt > 30° flexion

**CONTINUE on BACK SIDE........**

HOSPITAL OR MEDICAL FACILITY: Andersen AFB, Guam 96543-4010

NAME: Debra Rutledge
MP/SSN: 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
DOB: 12-29-1960
SEX: F
PHONE: 653-1736

EXHIBIT NO. 6
4-7-0
WENDY WEISE

RUT 036
Case 1:06-cv-00008  Document 40-5  Filed 01/10/2008  Page 7 of 15

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | ......................................CONTINUED from FRO |

**O:** HNP pathology (Straight Leg Raise) - ⊖ SLR

SI joint pathology (TTP, FABER, Gaenslen) - ⊖ Gaenslen, ⊖ TTP

Piriformis pathology (TTP, pain with PROM IR/AROM ER) - ⊖ AROM

Bursa pathology (gr troch, ischial tuberosity) - NL

LE Neuro (motor/sens/DTR) - ⊖ NVI, ⊖ clonus, DTR's R=L = ⓢ

Other exam as indicated -

**A/P:** Diagnosis: Musculoskeletal Back p.

Plan: ✓ Pt Education

✓ Progressive ROM as tolerated

✓ Exercise as tolerated

✓ Consultation to Physical Therapy

✓ Meds: Valium 5mg, 1 po qid x 14 days + pr prn

✓ Ice and/ or Heat x 15 min as directed

Labs:

✓ Rads: (consider if red flag or sx > 6 wks) L-1→L-2 10% spondylolisthesis, L-2 spinious apoph

Profile needed. Expiration date:

✓ Other: PT

✓ Follow up: prn failure to improve

Considerations: Oral steroids do not have a proven benefit. Muscle relaxants and oral opioids have not been shown to b
more effective than NSAIDs. Bedrest (if any) should be 2 days or less. For persistent non-specific pain, consider screen
For medical diseases (esp infection and tumor) with bone scan, CBC, SPEP, UPEP, u/a, ESR and chem 7.
If smoker > 60yo, eval for AAA and consider U/S. If surgical condition suspected (esp radiculopathy not improving
With 6 wks of physical therapy or spinal stenosis with pseudoclaudication), consider referral to ortho/neurosurgery plus
MRI/CT myelogram/EMG.

Rau, Steven D., Capt, USAF, BSC
MPA-C
36ᵗʰ Medical Grp, Andersen AFB

PCM Sign and Stamp
STANDARD FORM 600 BACK (REV. 8-97)

Personal Data - Privacy Act 1974  (PL 93-579)     Printed date: 16 May 2005@1(
                                                  Page: 1
                    RADIOLOGIC EXAMINATION REPORT

Patient: RUTLEDGE,DEBORAH K                       FMP/SSN: 31/440-76-173(
------------------------------------------------------------------------
36TH MEDICAL GROUP                                ANDE ROUTINE RAD
Procedure: L-SPINE SERIES (3-VIEW)                Exam Date: 02 Aug 2004@11
Requested by: RAU,STEVEN D                        Status: COMPLETE
Ward/Clinic: ANDE FAMILY PRACTICE                 Exam #: 04013716
                                                  Pregnant: n
Reason for Order:
request eval of 43y/o female with 2+wks progressive lbp, -bowel/bladder
incont, -hx trauma/surg/chiro/PT, +radiation of pn to foot on L and to
inferior aspect R glut, exam benign

Order Comment:
lbp, suspect musculoskeletal
------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

History: 43-year-old female with two weeks progressive lower back pain with
no bowel or bladder incontinence. The patient graduation of pain to foot on
left and to inferior aspect of the right gluteus region.

Findings: Five views of the lumbar spine demonstrate degenerative changes at
L5-S1 with disc space narrowing and facet sclerosis. On the oblique views,
there is a prominence of the left pedicular region which may be due to
partial sacralization of the L5 vertebral body. There is grade I
anterolisthesis of L2 on L1. There is otherwise normal height and alignment
of the lumbar vertebral bodies. There are mild osteoarthritic changes at
L1-2 with anterior osteophytes. The remaining bones and soft tissues are
unremarkable.

Impression:

1.  Degenerative disc disease at L5-S1. Given the patient's symptoms, MRI
of the lumbar spine is suggested for further evaluation.

DICTATED BY: HUGH MCSWAIN, LCDR MC USNR

DOD: 05 Aug 2004 (R/I:08/09/04 ct)
DOT: 06 Aug 2004 jms/99-00216251

Transcription Date/Time:  09 Aug 2004@0935

Interpreted by: MCSWAIN,HUGH NMI

Approved by: MCSWAIN,HUGH NMI    09 Aug 2004@1217

EXHIBIT NO. 7
WENDY WEISE

------------------------------------------------------------------------
31/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   RUTLEDGE,DEBORAH K              USAF FAM MBR AD
                 29 Dec 1960 / FEMALE            H:653-1736      W:366 2172
                 Loc:
                 Spon: RUTLEDGE,THOMAS R         Rank: MASTER SE D:3663416
SF519-B          Unit: 00 0036 OPERATIONS SQ     RR: ANDE OUTPATIENT RECORDS

RUT 040

Personal Data - Privacy Act 1974 (PL 93-579)  Printed date: 17 Aug 2004@10:
Page: 1

## RADIOLOGIC EXAMINATION REPORT

Patient: RUTLEDGE,DEBORAH K
FMP/SSN: 31/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

36TH MEDICAL GROUP
Procedure: L-SPINE SERIES (3-VIEW)
Requested by: RAU,STEVEN D
Ward/Clinic: ANDE FAMILY PRACTICE

ANDE ROUTINE RAD
Exam Date: 02 Aug 2004@112
Status: COMPLETE
Exam #: 04013716
Pregnant: n

Reason for Order:
request eval of 43y/o female with 2+wks progressive lbp, -bowel/bladder incont, -hx trauma/surg/chiro/PT, +radiation of pn to foot on L and to inferior aspect R glut, exam benign

Order Comment:
lbp, suspect musculoskeletal

Result Code: SEE RADIOLOGIST'S REPORT

Report:

History: 43-year-old female with two weeks progressive lower back pain with no bowel or bladder incontinence. The patient graduation of pain to foot on left and to inferior aspect of the right gluteus region.

Findings: Five views of the lumbar spine demonstrate degenerative changes at L5-S1 with disc space narrowing and facet sclerosis. On the oblique views, there is a prominence of the left pedicular region which may be due to partial sacralization of the L5 vertebral body. There is grade I anterolisthesis of L2 on L1. There is otherwise normal height and alignment of the lumbar vertebral bodies. There are mild osteoarthritic changes at L1-2 with anterior osteophytes. The remaining bones and soft tissues are unremarkable.

Impression:

Degenerative disc disease at L5-S1. Given the patient's symptoms, MRI of the lumbar spine is suggested for further evaluation.

DICTATED BY: HUGH MCSWAIN, LCDR MC USNR

OD: 05 Aug 2004 (R/I:08/09/04 ct)
DT: 06 Aug 2004 jms/99-00216251

Transcription Date/Time: 09 Aug 2004@0935

Interpreted by: MCSWAIN,HUGH NMI

Approved by: MCSWAIN,HUGH NMI   09 Aug 2004@1217

Natalie Y. Giscombe, Maj, USAF, NC
Adult Nurse Practitioner 46N3C
36th Medical Group, Andersen AFB, Guam

EXHIBIT NO. 3
9-7-07
WENDY WEISE

/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   RUTLEDGE,DEBORAH K           USAF FAM MBR AD       RUT 038
               29 Dec 1960 / FEMALE          H:6531736    W:366 2172
               Loc:
               Spon: RUTLEDGE,THOMAS R       Rank: MASTER SE D:3662172
519-B          Unit: 00 0036 OPERATIONS SQ   RR: ANDE OUTPATIENT RECORDS  32

Person[...] a - Privacy Act of 19[...] 93-579)    Page
Automated Version of DA5008/USAF & USN SF600 Overprint

## Telephone Consultation

Printed Date: 16 Aug 04 @ 1258               Division: 36TH MEDICAL GROUP
Clinic: ANDE FAMILY PRACTICE                 Workload DOES NOT Count
Provider: KING,STEPHANIE N

Allergies:

Clerk's Note:
Clerk: COPPLE,MARIA D                                            02 Aug 04 @ 135[...]
pt saw cpt rau today he mention that pt need to get in touch physical
thearapy for back pain for class.  they said she needed referal for that
653 1736
thanks
maria
2aug


Problem List:

Provider's Note:
Will speak with provider.

Provider: KING,STEPHANIE N                                       02 Aug 04 @ 1453
will pull patient's medical record for review.

Provider: KING,STEPHANIE N                                       13 Aug 04 @ 1301
Contacted patient and F/u appointment scheduled for the 17 Aug 2004 with Maj
Giscombe for unresolved back pain
t-con closed.

Provider: KING,STEPHANIE N                                       16 Aug 04 @ 1258

                                    Verified by: Stephanie King, Capt,USAF,N
                              *** END OF REPORT ***

---

RUTLEDGE,DEBORAH K          31/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   USAF FAM MBR AD
DB: 29 Dec 1960             H: 6531736                        W: 366 2172
Son: RUTLEDGE,THOMAS R      Rank: MASTER SERGEANT
Unit: 00 0036 OPERATIONS SQ RR: ANDE OUTPATIENT RECORDS

Meriwether
EXHIBIT NO. 4
9-7-07
WENDY WEISE

Person( )a - Privacy Act of 19( ) 93-579)  Page
Automated version of DA5008/USAF & USN SF600 Overprint

Telephone Consultation
-----------------------

Printed Date: 16 Aug 04 @ 1254          Division: 36TH MEDICAL GROUP
Clinic: ANDE FAMILY PRACTICE            Workload DOES Count
Provider: MCCLAIN, EMMA J

Allergies:

Clerk's Note:
Clerk: COPPLE, MARIA D                                        16 Aug 04 @ 1103
pt been seeing maj giscombe for bck pain/numbness the med is not
working want to get refered to navy hosp.  653 1736
thanks
maria
16aug


Problem List:


Provider's Note:
Contacted patient and she states that the medication that she was prescribed
is not effective and she would like to be referred to the naval hospital to
orthopedics. Appointment scheduled for 17 aug 2004 @0945 with maj Giscombe.
t-con closed.

Provider: KING, STEPHANIE N
                                                              16 Aug 04 @ 1254

                          Verified by: Stephanie King, Capt, USAF, NC
            *** END OF REPORT ***

Cooey, Angela J. Capt
MPA-C
36th Medical Grp. Andersen AFB

---

TLEDGE, DEBORAH K          31/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    USAF FAM MBR AD
B: 29 Dec 1960             H: 6531736                  W: 366 2172
on: RUTLEDGE, THOMAS R     Rank: MASTER SERGEANT
it: 00 0036 OPERATIONS SQ  RR: ANDE OUTPATIENT RECORDS

EXHIBIT NO.
WENDY WEISE

RUT 042

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL RE |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) | |

17 Aug 04

**LOW BACK PAIN – ADULT**
**DoD/VA CLINICAL PRACTICE GUIDELINE**

FAMILY CARE C
36TH MEDICAL C

S:
- Yes / No  Current tobacco use or prior use > 10 pack use history
- Yes / No  Major Trauma (car accident, etc....) preceding onset of pain
- Yes / No  Age > 50
- Yes / No  Persistent Fever assoc with pain
- Yes / No  Personal history of cancer or recent unplanned large weight loss
- Yes / No  Duration of pain > one month
- Yes / No  Pain worst at night in bed
- Yes / No  Diagnosed with osteoporosis (brittle bone disease)
- Yes / No  Diagnosed with major endocrine/metabolic (hormone) disease
- Yes / No  Significant localized muscle weakness assoc with pain
- Yes / No  New urine or stool problems like leakage or incontinence
- Yes / No  Loss of sensation in groin area — numbness to perineal area
- Yes / No  Use oral steroids like prednisone on a regular basis
- Yes / No  Worker's Compensation Claim is involved

Allergies: NKDA

Meds: No prev Rx
Not working

Current Significant Pain?
If Yes, Circle:   Acute / Ch
Location:
Source:
Cultural, Religious or Personal Considerations?
Usual Intensity (1-10)
Description (sharp, dull, crampy, Et
Current treatment:
History provided by:

Meriwether
EXHIBIT NO. 11
9-7-07
WENDY WEISE

Onset (insidious vs. assoc with specific event): Ø trauma
Location of symptoms (leg vs. back): LBP
Duration of symptoms: (acute vs. chronic - > 6wks): 4 wks
Description of symptoms/severity: LBP c̄ numbness to Rt gluteal/perineal Rt thigh / Lt lower ext to foot
Limitations imposed by symptoms: ↓ ROM c̄ flexion (+) limp
Previous spinal surgery or treatments: Ø
Physical demands faced during the day: Ø
Other History by PCM: LBP Ø trauma c/o numbness Rt glut over/Rt perineal area down Rt thigh; also LBP radiates ↓ Lt LE to foot

O: Wt 173½  BP 110/76  HR 78  T —  RR 16

Inspection (posture, gait, etc...): guarded slow deliberate
ROM (spine, hips, LE): ↓ ROM to flexion forward 2° discomfort

**CONTINUE on BACK SIDE..........**

Andersen AFB, Guam 96543-4010

Rutledge, Deborah
31/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
12/29/60
SEX F
RANK MSgt
PHONE 653 1236

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)

RUT 043

Case 1:06-cv-00008   Document 40-5   Filed 01/10/2008   Page 13 of 15

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 17 Aug 04 | ..................................................CONTINUED from FRONT |

**O:** HNP pathology (Straight Leg Raise) - (-) SLR

SI joint pathology (TTP, FABER, Gaenslen) - WNL ∅ H/p

Piriformis pathology (TTP, pain with PROM IR/AROM ER) - ∅ H/p

Bursa pathology (gr troch, ischial tuberosity) - WNL ∅ H/p

LE Neuro (motor/sens/DTR) - WNL 2+ DTR's ⓑ gait steady

Other exam as indicated - ⓑ H/p lumbosacral region

**A/P:** Diagnosis: ① LBP
② DDD L-spine w/ radiculopathy

Plan: ✗ Pt Education
✗ Progressive ROM as tolerated
✗ Exercise as tolerated
✗ Consultation to Physical Therapy
✗ Meds: D/c naproxyn Ad UIDXX 50mg ī po
& 30 refills
✗ Ice and/or Heat x 15 min as directed
_ Labs:
✗ Rads: (consider if red flag or sx > 6 wks) refer ortho consider MRI
_ Profile needed. Expiration date:
_ Other:
✗ Follow up: 6-8 wks p̄ consult.

Considerations: Oral steroids do not have a proven benefit. Muscle relaxants and oral opioids have not been shown to be more effective than NSAIDs. Bedrest (if any) should be 2 days or less. For persistent non-specific pain, consider scree For medical diseases (esp infection and tumor) with bone scan, CBC, SPEP, UPEP, u/a, ESR and chem. 7. If smoker > 60yo, eval for AAA and consider U/S. If surgical condition suspected (esp radiculopathy not improving With 6 wks of physical therapy or spinal stenosis with pseudoclaudication), consider referral to ortho/neurosurgery ph MRI/CT myelogram/EMG.

X-ray 02 Aug 04
DDD L5-S1

Natalie Y. Giscombe, Maj, USAF, NC
Adult Nurse Practitioner 46N3C
36th Medical Group, Andersen AFB, Guam
PCM Sign and Stamp

STANDARD FORM 600 BACK (REV. 6-

RUT 044

Case 1:06-cv-00008   Document 40-5   Filed 01/10/2008   Page 14 of 15

```
MailMan message for GIS      NATALIE Y
Printed at CHCS.GUAM.M        Y.MIL    Fri, 19 Nov 200    1    :15
Subj: Consult For RUTLEDGE,DEBORAH K   Wed, 22 Sep 2004 14:47:19  40 Lines
From: POSTMASTER (Sender: DUNCAN,DOUGLAS D) in 'IN' basket.   **NEW**
-----------------------------------------------------------------------
CON 040817-00648  31/440761736  RUTLEDGE,DEBORAH K
  NH ORTHOPEDICS CONSULT at ORTHOPAEDIC  on 17 Aug 2004@102137
  Duty Station/Unit:
```

Personal Data - Privacy Act of 1974 (PL 93-579)

**Verified** NH ORTHOPEDICS CONSULT **Verified**

Order Request for RUTLEDGE,DEBORAH K

Requesting HCP: GISCOMBE,NATALIE Y          Requesting Location: ANDE FAMILY PRACT
Order ID number: 040817-00648               MCP Referral #: 20040060193
No. of Visits: 10                           Referral Authorized Until:16 Oct 2004
Reason for Consult:                         Priority: ROUTINE
43yo female with 4wks progessive LBP with radiculopathic pain to lt lower
extremity to foot + limp; rt numbness to thigh/ and inferior aspect of right
glut/perineal area. please eval further for consideration of MRI imaging and
management. thanks
Provisional Diagnosis:                      HCDP: 153 - TRICARE OVERSEAS PRIME IND:
LBP radiculopathy
Reviewed Date/Time: 20 Aug 2004@0840
Appoint Status: APPOINT TO MTF
Appointment Review Comment:                 Reviewer: DAVIS,KEITH R
BOOK

---

Consult Result

Appointment Date: 27 Aug 2004@1000          Requesting HCP: GISCOMBE,NATALIE Y
Clinic: ORTHOPAEDIC                         Consulting HCP: DUNCAN,DOUGLAS D

Problem List:

Note:
THIS PATIENT WAS SEEN AND DETERMINED TO HAVE LONG STANDING CAUDA EQUINA
SYNDROME

Verified by: LCDR Douglas D. Duncan, Ort22 Sep 2004@1447

Case discussed
c̄ Dr. Duncan

Natalie Y. Giscombe, Maj, USAF, NC
Adult Nurse Practitioner 46N3C
36th Medical Group, Andersen AFB, Guam

EXHIBIT NO.

RUT 045