LAW OFFICE OF
ROBERT L. KEOGH
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



**FILED**
DISTRICT COURT OF GUAM

JAN 10 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL CASE NO. CIV06-00008

CERTIFICATE OF SERVICE

I, Robert L. Keogh, hereby certify that on the 10th day of January, 2008, I caused to be served via hand delivery, a true and correct copy of the plaintiffs' **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF DR. MICHAEL MERIWETHER AT TRIAL** in the above-captioned matter upon the following office as set forth below:

    Mikel W. Schwab
    Assistant U. S. Attorney
    District of Guam
    Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
    Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 1/10/08

By: _____
    ROBERT L. KEOGH