DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, | CIVIL CASE NO. 06-00008 |
|---|---|
| Plaintiffs, | |
| vs. | MINUTES |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

( ) SCHEDULING CONFERENCE  (√) PRELIMINARY PRETRIAL CONFERENCE
(January 14, 2008, at 9:00 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs was Robert Keogh, Esq. Appearing for the Defendant was Assistant United States Attorney Mikel Schwab and Special Assistant United States Attorney Katharyne P. Clark.

Judge Manibusan advised the parties of all pending dates and deadlines. Additionally, Judge Manibusan noted that on January 10, 2008, the Plaintiffs filed a motion *in limine* to exclude or limit the testimony of the Defendant's expert Dr. Michael Meriwether. Under the Local Rules, the Defendant's opposition brief is due by January 24, 2008, with the Plaintiff's reply brief to be filed no later than January 31, 2008. Judge Manibusan stated that unless the Chief Judge issues a ruling sooner, the parties should be prepared to argue the merits of the motion at the final pretrial conference.

Mr. Keogh inquired whether the Defendant would stipulate that the medical personnel

who treated Mrs. Rutledge at the Andersen Air Force Base Clinic and the Guam Naval Hospital were agents of the United States who were acting within the scope of their employment. Mr. Schwab and Ms. Clark so stipulated.

Judge Manibusan and counsel next discussed the witnesses anticipated to be called and the expected length of the trial. Mr. Keogh stated that in addition to the Plaintiffs and their experts, he intended to offer into evidence the testimony of all medical personnel whom he deposed. The Defendants' counsel stated they would produce for trial all treating medical personnel with the exception of McSwain. Thus, Mr. Keogh would be able to call said individuals as witnesses during the Plaintiffs' case in chief instead of having to rely upon the deposition transcripts. Based on the defense counsel's representations, Judge Manibusan stated that Mr. Keogh would have to lodge only the McSwain deposition. Based on the discussions, it appears the Plaintiffs' case in chief would last no more than seven (7) trial days, with the Defendant's case anticipated take five (5) days. Ms. Clark stated the Defendant may call a few rebuttal witnesses, and Mr. Keogh said he would likely object to said witnesses since the Defendant failed to disclose said witnesses prior to today's pretrial conference.

Counsel agreed to stipulate to the authenticity and admissibility of the medical records produced during discovery.

Mr. Keogh stated that although he made numerous requests for the operating instructions for the Andersen Air Force Base Clinic, no such document has ever been produced. Mr. Schwab explained the document no longer exists, if it ever did. Mr. Schwab stated the clinic has a file cabinet with one drawer filled with various regulations. Ms. Clark offered to make arrangements to have Mr. Keogh inspect and review these regulations this afternoon. Mr. Keogh stated that because he is in the midst of preparing for trial, he could not rearrange his schedule at this late date.

Counsel thereafter discussed the status of payments due to Dr. Steele, Mr. Hiles, and Dr. Meriwether. Mr. Keogh stated that although there was some initial confusion as to the payment owed to Dr. Meriwether, upon receipt of Mr. Schwab's last correspondence clarifying the matter, Mr. Keogh promptly sent payment to Dr. Meriwether. Mr. Schwab stated that he would follow

1 | up on the status of the payments to Dr. Steele and Mr. Hiles and would promptly get back to Mr.
2 | Keogh on the matter.
3 | The conference concluded at 9:28 a.m.
4 | Dated: January 14, 2008.

6 |                                 Prepared by Judith P. Hattori, Law Clerk