LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



FILED
DISTRICT COURT OF GUAM

JAN 16 2008 nbo

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. CIV06-00008<br><br>NOTICE OF INTENT TO PRESENT DEPOSITION TESTIMONY OF GOVERNMENT WITNESSES |

At the Preliminary Pre-Trial Conference held in this matter on January 14, 2008, plaintiffs were directed to file with the Court a list of government witnesses they intend to present testimony of through deposition transcripts unless the witness is present in court at the time of trial. The list is as follows.

1. Natalie Y. Giscombe;

2. Steven D. Rau;

3. James Leon Jablonski, M.D.;

4. Joseph Orchowski, M.D.;

5. Hugh McSwain, M.D.

6. Douglas Duncan, M.D.

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 1/16/08     By: /s/ Robert L. Keogh
                      ROBERT L. KEOGH