LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

**FILED**
**DISTRICT COURT OF GUAM**

JAN 16 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>CERTIFICATE OF SERVICE |

I, Robert L. Keogh, hereby certify that on the 16th day of February, 2008, I caused to be served via hand delivery, a true and correct copy of a document entitled **NOTICE OF INTENT TO PRESENT DEPOSITION TESTIMONY OF GOVERNMENT WITNESSES** in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 1/16/08                By: _____
                                  ROBERT L. KEOGH

**ORIGINAL**