ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

JAN 1 7 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br>**RESPONSE TO MINUTES;<br>ADDITIONAL COMMENTS** |

The United States is in receipt of the Minutes from the Preliminary Pretrial Conference of January 14, 2008. The United States requests, after review of its files, to make the following addition to the record of those minutes:

The United States responded at the Conference to the assertion of Plaintiff's counsel that no document had been produced in response to a request for the operating instructions for the Andersen Clinic. The United States subsequently reviewed its correspondence and discovered that the document was provided by co-counsel to Plaintiff's counsel on October 31, 2007. The correspondence and the instructions are attached (Attachment A). Plaintiff's counsel continues to be dissatisfied with the production.

Respectfully requested this 17th day of January 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney



U.S. Department of Justice

*Leonardo M. Rapadas*
*United States Attorney*
*Districts of Guam and NMI*

Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

FAX:

October 31, 2007

Robert L. Keogh
Suite 105, Angela Flores Building
243 Martyr Street
Hagåtña, GU 96910

RECEIVED
9:45 am
OCT 31 2007
bk
LAW OFFICE OF
ROBERT L. KEOGH

Re: Deborah K. Rutledge v. United States, CV 06-00008

Dear Mr. Keogh:

Enclosed please find documents marked with bate stamps RUT489 - RUT503 produced in response to your Request for Production of Documents Number 2:

A copy of the Medical Group Operating Instruction referred to by Dr. Jablonski during his deposition as consisting of approximately 20 to 40 pages and pertaining to the operation of the AAFB Medical Clinic.

I understand from the discovery conference of 30 October 2007 that your document request incorporates testimony found at page 15 of Dr. Jablonski's 18 November 2006 deposition. Your request is vague and requires the United States to have to guess as to what documents you reference. The vagueness of the document request in large part is due to the vagueness and over breadth of the question posed in the deposition, which actually begins at page 14 and continues to page 16.

Be that as it may, the United States has searched numerous sources in a good faith effort to identify and locate responsive documents. The United States, including Andersen Air Force Base Clinic, is not in possession of documents which purport to be "A copy of the Medical Group Operating Instruction referred to by Dr. Jablonski" which was in effect in July – August 2004. However, in a good faith effort to be as complete as possible in our disclosures, we are providing a document entitled MGI 44-123.

Please be advised that MGI – 44-123 exists only in draft form. The document which was located is unsigned. The United States does not represent that MGI – 44-123 was actually a policy in effect in July – August 2004, or at any other time, nor can we identify a witness who can authenticate MGI – 44-123 as a policy that was in effect at any time.

Attachment A

If you have further questions, please feel free to contact me.
With best regards,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: KATHARYNE P. CLARK
Special Assistant U.S. Attorney
Signed with Express Permission

Enclosure

MGI 44-123
BY ORDER OF THE COMMANDER, 36TH MEDICAL GROUP (PACAF)
36TH MEDICAL GROUP INSTRUCTION
07 January 2002
Medical
PROVISION OF PATIENT CARE
OPR: 36 MDG CD (Lt Col Donnalee Sykes)
Certified by: 36 MDG CC (Col Howard Googins)
Supersedes 36th Medical Group Instruction 44-123, 22 December 2000
Pages: 15 Distribution: F&X

---

In support of AFPD 44-1, *Medical Operations*, this instruction outlines practices and procedures for providing patient care at the 36 Medical Group, Andersen Air Force Base, Guam. The plan ensures that our health care services are responsive to community and patient needs, improves patient health outcomes, describes a strategic plan that is consistent with the 36 MDG mission and values, and defines integrated organizational structures and processes that support goal accomplishment. It defines patient care and identifies where patient care is delivered, who is responsible for that care, how resources are allocated to provide care, how staff competency is evaluated initially and on an ongoing basis, and how care is monitored and evaluated. Additionally, this instruction delineates the processes by which members of the 36 MDG Executive Committee are briefed on the status of all elements essential to the delivery of care.

**1. REFERENCES:** Comprehensive Accreditation Manual for Ambulatory Care (CAMAC), Current Edition, AFI 44-102, *Community Health Management*, AFI 41-108, *Training Affiliation Agreement Program*, AFI 44-119, *Medical Service Clinical Quality Management*, 36 MDGI 41-101, *Hospital Committees, Functions and Activities*. AFI 41-115, *Authorized Health Care and Health Care Benefits in the Military Health Services System (MHSS)*, AFI 44-102, *Patient Care and Management of Clinical Services*, AFM 36-2108, *Airman Classification*, MDGI 41-110, *Medical Group Education Plan*, MDGI 44-103, *Improving Organization Performance Plan (IOP)*, MDGI 44-118, *Informed Consent*, MDGI 41-111, *Utilization Management (UM)*

**2. DEFINITION OF PATIENT CARE:** Intervention with a person who has established a contractual relationship (implied or written) with a healthcare provider to render medical intervention, advice, and service.

**3. GENERAL:** The 36th Medical Group provides ambulatory primary health services to the host 36th Air Base Wing, Headquarters 13th Air Force, 734th Air Mobility Squadron, HC-5 (Navy Helicopter Combat Support Squadron), other tenant units and remote sites. During contingencies, the 36th MDG operates as a second echelon (2-E) medical unit. There are 144 enlisted, civilian and officers assigned.

The 36th Medical Group supports space shuttle operations as a Transoceanic Emergency Landing site. In addition, 36 MDG personnel periodically support Military Operations Other Than War (MOOTW) and search and rescue missions in conjunction with the Coast Guard and the Navy. Finally, our ambulance transport service works in concert with the Government of Guam to provide support for on-island emergencies when island resources are exhausted and or at the discretion of the 36th Air Base Wing Commander.

**4. MISSION AND VISION:** 36 MDG leadership published and promoted the mission statement and core values and has identified strategic initiatives. These initiatives have been validated against and are consistent with 36 ABW mission and vision.

4.1. Mission: Provide efficient and effective health care to a health-wise community

4.2. Vision: The leading edge medical team serving a healthy, mission-ready community and America's interests in the Asian-Pacific region.

4.3. Wartime Mission: Provide sustained outpatient medical services for active duty forces. Provide on base, in-transit care. When notified by higher headquarters, provide medical personnel to augment facilities in forward locations. Integrate augmenting personnel into facility operations. 36 MDG deploys personnel to augment the Guam U.S. Naval Blood Donor Center and has a Blood Transshipment Center on line.

4.4. Peacetime Mission: To improve community health in a caring, responsible manner and building world-class wellness through affordable and accessible quality health care. Maintain maximum readiness with minimal peacetime patient care impact. Provide aeromedical evacuation operations to all beneficiaries.

## 5. RESPONSIBILITIES:

5.1. Executive Committee members (as defined in 36 MDGI 41-50) will:

5.1.1. Review the plan for patient care annually, provide adequate resources to ensure patient care is delivered safely, and support innovations that improve patient care.

5.1.2. Direct that the following minimal needs assessment activities occur and that results are used to support planning processes: Identification of population-specific needs, business planning, centrally administrated surveys (HQ USAF and DoD surveys), internal and external customer surveys, and Health Care Council.

5.1.3. Assure the implementation of an effective, ongoing system to evaluate and improve the quality of care delivered to patients. Leaders will use this data to ensure that the same standard of care is provided to all patients receiving the same type care throughout the organization.

5.1.4. Supports the rights of patients and staff through organization-wide policies.

5.1.5. Use the mechanisms identified in MDGI 44-38 Improving Organizational Performance.

5.2. The Medical Group Commander is responsible for the award of appropriate privileges within facility capability, considering each individual provider's health status and based on licensure, training, experience, and clinical performance.

5.3. The Chief Nurse Executive assures that standards of nursing practice and nursing standards of patient care are used in the development of policies and procedures that guide the provision of nursing care within the facility; ensures that programs to assess competency of nursing personnel are in place and that performance evaluation is accomplished in accordance with AF directives and accreditation guidelines; and ensures appropriate measures are taken for substantiating substandard performance of nursing personnel, and subsequent administrative action when necessary.

5.4. The Chief, Medical Staff and the Commander ensure appropriate credentialing processes are in place. The Chief, Medical Staff is responsible for the governance of the medical staff with regard to the quality of professional services provided by individuals with clinical privileges; facilitates implementation of clinical practice parameters consistent with DOD, USAF, and professional and accreditation requirements; and guides medical staff in clinical performance assessment using valid metrics to improve service and care.

5.5. The Group Superintendent is responsible for the overall administration and coordination of all Enlisted personnel in the medical group.

5.6. The Squadron Commanders will:

5.6.1. Ensure the medical group provides quality care with superior customer service at a reasonable cost. The primary role of the organization is to meet the health care needs of the community it serves.

5.6.2. Focus on patient health through prevention, continuous monitoring/improvement activities ensuring the organization's mission is consistently supported, assessed, reviewed and revised as necessary over time.

5.6.3. Support innovations, which improve patient care.

5.6.4. Identify and consider the needs of beneficiaries in the development of patient care programs. Methods used to gather patients' input will include, but are not limited to, patient questionnaires, patient relations representatives,

follow-up phone calls as appropriate by members of the medical staff, needs assessment surveys and the Health Care Council.

**5.7.** The Commander, Medical Support Squadron, is responsible for ensuring the appropriate allocation of funds, equipment, supplies and manpower to ensure patient/staff safety and minimize organizational risks. If the Medical Support Squadron Commander is a senior medical service corps (MSC) officer he or she will be responsible for mentoring junior MSC officers.

**5.8.** The Commander, Medical Operations Squadron, is responsible for the overall management of the squadron in the provision of comprehensive medical care. Functions include but are not limited to: family care, Flight Medicine, Public Health, Bioenvironmental Engineering, Medical Readiness, Health and Wellness, Optometry and Aerospace Medicine. He/she is responsible for maintaining the appropriate number of qualified and competent providers, determining qualifications and competence of non-licensed independent practitioners, the overall management of dental services and ensures the standards of dental practice and patient care are met through collaboration with the Dental Flight Commander. If he or she is the senior flight surgeon he or she advises medical and dental staff regarding aeromedical considerations in the treatment of flying personnel and potential pilot candidates. Otherwise the latter is the responsibility of the Chief of Aerospace Medicine.

**5.9.** Quality Service Manager is responsible for the training of medical group personnel in improving organizational performance. He or she serves as the action officer for the medical group's risk management program working closely with the Chief of Medical Staff, Staff Judge Advocate, and the 36th Medical Group Commander. The Quality Service Manager identifies and acts on problems in the health care setting that have caused or may cause harm to patients, visitors, staff, property or may result in liability or loss of resources.

**5.10.** Flight Commanders are responsible for integrating their specific flight's services into the organization and squadron, developing policies and procedures that guide and support the provision of services, continuously assessing and improving performance, developing quality control programs, orienting and providing in-service training and continuing education for personnel; obtaining space and resource requirements, and selecting outside sources.

**5.11.** The 36th Medical Group leadership collaborates in decision making. The medical group staff, Squadron Commanders, Administrator, Chief of the Medical Staff, Chief Nurse Executive, Group Superintendent, Director Performance Improvement, Flight and Element Chiefs collaborate in the development of facility-wide patient care programs. They ensure that policies and procedures that describe the patients' care needs are assessed and met. They are also responsible to provide oversight and guidance in the development, assessment and measurement of organizational process improvements.

**5.12.** Other committees/functions planning, implementing and evaluating patient care include:

| NAME | MULTIDISCIPLINARY |
| --- | --- |
| Executive Committee of the Medical Staff (ECOMS) | Y |
| Credentials Function | Y |
| Ethics Function | Y |
| Medical Records Review Function | Y |
| Pharmacy and Therapeutics | Y |
| Environment of Care Committee | Y |
| Dental Flight Committee | N |
| Population Health Working Group | Y |
| Data Quality Management Working Group | Y |
| Aeromedical Council | Y |
| Occupational Health Working Group | Y |

**5.13.** Multidisciplinary working groups and process action teams improve service and patient care IAW MDGI 44-38.

**6. OVERALL SCOPE OF CARE/SERVICE:** The 36th Medical Group is an outpatient clinic with a 24-hour ambulance transport service. Direct outpatient care is provided for pediatrics to geriatric clients in an ambulatory setting. Patients represent all eligible beneficiaries: active duty and their family members, retirees and their family members, and secretary designees. Ambulatory Care is delivered through the following services at the 36 MDG: Family Practice, uncomplicated Prenatal Care, routine Gynecology, Nursing, General Dentistry, Allergy and Immunology, Flight Medicine, Public Health, Bioenvironmental Engineering, Physical Exams, Preventive Occupational Medicine, Immunizations, limited Laboratory, Pharmacy, uncomplicated Radiology, Mental Health, Family Advocacy, Optometry, and a Health and Wellness Center. The 36 MDG provides a broad range of patient care services and an expanded capability through referrals and consultations to United States Naval Hospital (USNH) Guam, off island MTFs via aeromedical evacuation, and select local civilian clinicians. Specialty referrals and inpatient services are provided through USNH Guam. The TRICARE Pacific health benefit plan was implemented 1 July 1997. Under this plan all active duty and all eligible active duty family members who choose this health plan option are enrolled in the program. Enrollment ensures priority of treatment. As of 1 Oct 01, retirees and their eligible dependents can enroll in the program by enrolling in TRICARE Plus. More detailed scopes of care/service offered for each element is attached to this instruction (see attachments).

**6.1. Inpatient Services:** The 36 MDG **does not** have inpatient capabilities. Patients requiring admission to a hospital are first transferred to U.S. Naval Hospital (USNH) Guam. If an extreme emergency exists, transport to USNH Guam would be pre-empted and the patient would be transported to the nearest emergency room. Guam Memorial Hospital (GMH), a non JCAHO accredited facility offers emergency services and has board certified emergency physicians on staff. GMH is closer in proximity to Andersen Clinic than USNH Guam. Once stable, if the patient is beyond the scope of the capabilities available on island the patient would then be transferred to a tertiary care facility through the aeromedical evacuation system

**6.2.** Internal Medicine, General Surgery, Orthopedics, Ophthalmology, Otorhinolaryngology, Obstetrics and Gynecology, Neurological Surgery, Anesthesiology, Pathology, Special Laboratory, Dermatology, Neurology, complicated Radiology, Nuclear Medicine, and Psychiatry are provided via referral/consultation with US Naval Hospital Guam, select local civilian clinicians and tertiary referral centers accessed through the aeromedical evacuation system.

**6.2.1.** The above-mentioned services are provided in a timely manner. Access rates are in accordance with, and generally surpass HQ PACAF and TRICARE Pacific guidelines which outline that patients will have access to: acute care within 24 hours; routine care within one week; wellness checks within four weeks; and specialty services within 28 days. If these mandated access standards couldn't be met through the direct care system and the needed care is available in the civilian community then we are obliged to offer our beneficiaries the opportunity to use the civilian community for care. Our facility is then obliged to arrange for services from other sources both on and off island. These services and processes are communicated to our beneficiaries through the base newcomer's orientation, media advertising via the base television station and base paper, printed informational pamphlets, and on an individual basis as patient requirements dictate. Routine patient referral waiting times are also communicated to the clinicians on a monthly basis to ensure optimal management of patient needs.

**6.2.2.** Civilian provider network: The 36 MDG works in concert with USNH Guam to identify suitable civilian providers on Guam. Guam Memorial Hospital is only used for life-threatening emergencies due to the inability of this institution to gain JCAHO accreditation.

**6.3. Times of Care:** Routine outpatient and ancillary services are provided Monday through Friday from 0730 to 1630 excluding weekends, holidays, and scheduled down time as approved by Medical Group or Wing Commander. The Family Care Clinic conducts an extended hours clinic (acute appointments) on Saturday's. An ambulance transport service only is provided 24 hours/day, 7 days/week, regardless of holiday or scheduled down time. There is no Emergency Room/Services provided during or after scheduled duty hours.

**6.4. Access to Care:** Patients seeking services may gain access through the appointment system, aeromedical evacuation, consultation referral, periodic dental examination programs, and through appointments arranged by Primary Care Management teams such as the preventive health assessment (PHA) and or patient assessment screenings. Access standards for MTF Prime patients are determined by the Air Force Surgeon General and are as follows:

4

RUT492

- Acute: Appointment within one day (24 hours)
- Routine: Appointment within one week (7 days)
- Specialty: Appointment within four weeks (28 days)
- Wellness: Appointment within four weeks (28 days)

6.4.1. Priority of Care: Routine care is available and prioritized per AFI 41-115, Authorized Health Care and Health Care Benefits in the Military Health System based on the categories of Military Health System (MHSS) beneficiaries. The delivery of patient care at the point of service is further prioritized on the basis of an assessment of the severity of the illness. By law priority for care is:

6.4.1.1. Active duty personnel.
6.4.1.2. Active duty family members enrolled in TRICARE Prime.
6.4.1.3. Retirees, Survivors and their family members enrolled in TRICARE Prime.
6.4.1.4. Active duty family members, retirees, their family members, surviving family members, and unremarried former spouses of members who are enrolled in the TRICARE Plus MTF program
6.4.1.5. Active duty family members *not* enrolled in prime
6.4.1.6. Retirees, Survivors and their family members *not* enrolled in Prime
6.4.1.7. Civilian employees stationed overseas on official orders.
6.4.1.8. Non-enrolled persons eligible for military health care will be seen at military hospitals and clinics on a space available basis

6.4.2. **Information on how to access medical care** is available to beneficiaries through the TRICARE Service Center. A variety of other venues are used to provide information on health care access. These venues include but are not limited to the Health Care Council, which meets quarterly to obtain information on services and provides the Medical Group Commander with feedback from beneficiaries, TRICARE briefings at the base and medical group newcomers orientation, health fairs, military and civilian media and squadron visits.

6.5. Health Maintenance Services include: Health prevention initiatives in Family Practice, Aerospace Medicine, Life Skills Support Center, the Health and Wellness (HAWC), and the Dental Clinic.

6.6. Clinical support services available consist of limited laboratory, uncomplicated radiology, and pharmacy. Services that are not available within the clinic are arranged through coordination with US Naval Hospital Guam.

6.7. **Regionalization.** The 36th Medical Group relies on the U.S. Naval Hospital Guam for specialty support. Patients are also referred to U.S. Naval Hospital Okinawa in Japan, Tripler Army Medical Center in Hawaii, or a CONUS medical center. If care beyond the capability of USNH Guam I necessary the aeromedical evacuation system is used to transport patients between medical facilities.

7. **Patient Population Served:** Active duty military personnel, active duty family members, activated Air Reserve and Air National Guard members, and their family members and survivors, retirees and family members of retirees, are eligible for routine primary care services during normal operating hours.

8. **CONTINUUM OF CARE:**

8.1. Pre-Entry Phase:

8.1.1. Clinic-sponsored health promotional activities such as health fairs, diet counseling, and health screenings are available to the beneficiary population.

8.1.2. Pre-hospital care for patients may be provided by qualified emergency medical technicians (EMT) from the military and or civilian community.

8.1.2.1. Civilian EMTs normally respond to the emergency conditions of patients who reside off base.

8.2. Entry to Setting:

8.2.1. Patients access health care services as described in 6.4.

8.2.2. The patient's presenting signs and symptoms determine the level of assessment in all areas where health services are provided.

8.2.3. Based on assessments, functional screening data, and the scope of services available, the patient is either accepted for treatment or referred to the appropriate level of care. The practitioner privileged to treat or the supervised non-credentialed provider is the individual who orders and starts the planned treatment, while at the same time seeking assistance from other professionals and technical disciplines as appropriate to complete the treatment.

8.2.4. For invasive ambulatory procedures requiring informed consent, the patient must be informed of the various appropriate treatments and the risks and expected benefits of both the recommended treatment and of non-treatment. The options and methods of discussing this informed consent and the specific requirements for treatment of minors and informed consent are covered in MDGI 44-118, *Informed Consent*.

8.2.5. The review of invasive ambulatory procedures will be conducted by each clinical flight with discussion of results to individual practitioners, when applicable. The Executive Committee of the Medical Staff (ECOMS) will be responsible for managing and improving the undesirable outcomes and inappropriate variation between practitioners.

8.2.6. Patient care requirements are based on the continuous assessment and reassessment of patients.

8.2.7. All providers who are involved in the patient's treatment implement interventions based on identified need in a collaborative manner. 36 MDG personnel provide patient and family education, utilizing resources such as printed patient education handouts, diagnosis-and specific disposition instructions.

8.2.8. Interdisciplinary communication and collaboration occurs between departments in a variety of formal and informal settings. Formal methods include the following: Executive Committee of the Medical Staff (ECOMS), Professional Staff Meeting, Population Health Working Group, and individual flight and element meetings.

8.2.9. Informal methods of collaboration and communication occur on an ongoing basis in the form of face-to-face communication, informal consultations, telephone conversations, and memos on specific care issues.

8.3. Change in Scope of Service:

8.3.1. Patient care services are added or deleted consistent with the clinic's mission, vision, and other plans and in response to customer feedback, performance improvement activities, utilization management data, staffing variances, and higher headquarters guidance.

8.4.2. We use a formal process to request deletion of a service. Approval from the Air Force Surgeon's General office is required first before a service can be deleted.

9. **IDENTIFICATION AND ALLOCATION OF RESOURCES:** The goal is to allocate sufficient competent staff that will provide the same quality of care wherever patient care is rendered.

9.1. **Types of Staffing Assigned.** Active duty, civilian and contract personnel staff the Clinic.

9.1.1. **Credentialed Providers:** Family Practice physicians, Flight Surgeons, Women's Health Practioner, Clinical Psychologist, Social Worker, Optometrist, Dentists, and Physicians Assistants.

9.1.2. **Non-Credentialed Providers:** Registered Nurses, Pharmacist, Laboratory Officer, Enlisted, and Civilian Technician personnel.

**9.2. Manpower Allocation:** Manpower resourcing is a complex process that begins at a much higher level than this facility. Within the Air Force, there is a finite number of officer, enlisted, and civilian authorizations allocated to the Air Force Medical Service (AFMS). Annual allocation of these authorizations begins when HQ USAF SGMM produces its Manpower Requirements Tool (MRT) as part of the Medical Annual Planning and Programming Guidance.

9.2.1. The primary care areas earn manpower authorizations based on the clinic's maximum achievable enrollment (MAE). Primary care providers (for Andersen, these are in Family Practice and Flight Medicine) are earned by dividing the MAE by 1500. Each primary care provider earns a support staff of one nurse, two medical technicians, and one administrative technician. Andersen also earns the minimum number of Group Practice Managers and Health Care Integrators, which is one of each. This is all part of the Enrollment Based Resourcing Model (EBRM). All other functional areas earn manpower authorizations either through the Objective Medical Group (OMG) guidance, an AFMS manpower standard, or a standard developed for application with the MRT.

9.2.2. Air Staff may not fund all manpower requirements that are earned. Our allocation of manpower authorizations comes to us from USAF/SGMM through the MAJCOM and is identified by AFSC and grade within Functional Account Codes (work centers). The allocation of manpower authorizations may be less than the number earned. In that case, the MAJCOM will determine where the shortfall will be, but some manipulation of the allocation can also be made at the facility level based on local determination of need.

9.2.3. Very seldom does actual staffing match the number of manpower authorizations. We could be temporarily over or under in a particular area due to people transitioning in and out. Also, in some hard-to-fill AFSC's there are not enough people in the AFMS to fill all the available authorizations.

9.2.4. Funding of the officer and enlisted authorizations is done at the Defense Health Program level. That money does not come to the facility. The money to pay civilian employees is part of the facility's Operations and Maintenance budget. Contract employees also work within the facility. Some contracts are funded by the facility and others are funded at higher headquarters levels.

## 10. Practice Parameters:

**10.1. Credentialed Providers:** Scope of practice is defined by an approved privilege list that is specialty specific and tailored to the validated clinical skills and training for each provider. AF Form 2800 series applies to physicians and physician extenders and AF Form 244 for Dentists. Providers are credentialed in accordance with AFI 44-119.

**10.2 Registered Nurses:** Are responsible and accountable for identifying patient requirements, delegating, and coordinating nursing care within the clinic and will adhere to established standards of patient care and of nursing practice. Applicable portions of the nursing process are utilized in the outpatient arena. Nurses also participate in case management, disease management, utilization management, wellness/prevention programs, and telephone triage, using approved protocols. Specific job descriptions and performance standards clearly and precisely delineate responsibilities.

**10.3. Licensed Practical Nurses:** The practice of nursing care by a licensed practical nurse (LPN) will mean the assumption of responsibilities and the performance of duties within the educational background, skill, and licensure of the individual LPN, under the supervisory authority of a registered nurse or credentialed provider.

**10.4. Independent Duty Medical Technicians (IDMTs):** When assigned, will perform duties within their established protocols and IAW AFM 44-103. A physician preceptor provides oversight.

**10.5. Medical Technicians and Ancillary Support:** Personnel (Medical Technicians, Laboratory, Pharmacy, and Radiology) perform duties within the scope of practice as defined in the specialty specific skill training standard.

## 11. Mechanisms to ensure competency of those providing patient care:

**11.1. Enlisted Personnel:** Guidelines for scope of practice for all enlisted personnel is outlined in their AFSC's Career Field Education and Training Plan (CFETP).

**11.1.1. Initial Active Duty:** Technical Training Graduates (TTG) are placed in a 3 to 6-month orientation period to acclimate them to life in the Air Force, and initial orientation to their CFETP, duty section, organization, base, and local area.

**11.1.1.2.** Once initial orientation is complete, TTGs are enrolled in their AFSC's Career Development Course (CDC). Training and task certification is conducted following the CFETP and the unit's Master Training Plan.

**11.1.2. SSgts and above.** Newly promoted SSgts are placed in an 18-month upgrade training program. All appropriate upgrade training requirements must be met.

**11.2. Professional and Non-professional individuals providing nursing care.** Initial competency verification will be accomplished at the unit level with guidance from Group Education and Training Officer. The length and depth of orientation will be determined on an individual basis, ranging from approximately 2 to 6-weeks. Orientation will be tailored to the needs of the individual in consideration of the skills and knowledge required to function in the assigned area.

**11.2.1. Registered Nurses:** AF Form 268X series will be reviewed for currency and tasks circled that will be required in the work area. This will provide a basis for additional orientation and training. Nurses must have a current state nursing license to provide patient care as a registered nurse. The Chief Nurse Executive or his/her designee will verify license currency.

**11.2.2. Licensed Practical Nurses:** The position description and applicable state law define LPN's scope of practice. LPNs will maintain a current state license.

**11.2.3. Medical Technicians:** An individual on-the-job-training (OJT) record will determine medical technician's scope of practice. OJT for skills used in the Primary Care Optimization teams will be documented in each individual's training record. All active duty medical technicians will be Nationally Registered Emergency Medical Technicians.

**11.3. Credentialed Providers:** Providers must request and be granted privileges specific for practice within this facility prior to performing any care. Privileges are granted consistent with the process established in AFI 44-119.

**12. Staffing Plan to Ensure Quality Patient Care:**

**12.1. Credentialed Providers:** At least 50 percent of providers assigned to each clinic area will be available for duty unless an exception is approved by the Medical Operations Squadron Commander. Leave and projected absences will be coordinated through the Flight Commander of the area to ensure there is adequate coverage to support mission requirements.

**12.2. Pharmacy:** The Chief of Pharmacy Services is responsible for maintaining adequate staffing of the pharmacy during normal duty hours. The Pharmacist is responsible for maintaining his/her knowledge base through review of medical literature, and continuing education programs. Individual supervisors are responsible to see that the technician staff completes their career development courses (CDCs) and upgrade training/testing.

**12.3. Laboratory:** The OIC or NCOIC of Laboratory Services will ensure that staffing and technician competency level are adequate at all times to support clinical services.

**12.4. Radiology:** The NCOIC of Radiology Services is responsible for maintaining adequate staffing during normal duty hours. Two registered technologists are assigned and are responsible for maintaining their knowledge base through review of medical literature, and continuing education programs. NCOIC is responsible to see that staff completes their career development courses (CDCs) and upgrade training/testing. Radiology services are limited to those studies that can be performed by routine x-ray equipment. There is no in house radiologist

**13. Cross Utilization of Personnel.**

RUT496

8

**13.1.** All personnel assigned to the medical operations squadron as registered nurses, LPNs, or medical technicians may be cross utilized to work in other areas when appropriately oriented. Additionally, all medical technicians assigned to the clinic will orient to ambulances and equipment in the ambulance service section.

**13.2.** Any staff member that is "pulled" to assist in another area must be fully oriented to that area or they must work with a preceptor prior to working independently.

**14. Quality Patient Care.** To ensure the highest quality of patient care is rendered; all staff are required to support the collection, evaluation and reporting of organizational and functional data. Cross-functional evaluation of key systems and contributions to strategic key outcomes (via metrics) will be monitored and assessed by leadership to guide continuous improvement.

**14.1.** Patient satisfaction indices are monitored for improvement in care and identification of additional patient care or services needed.

**14.2.** Internal customer satisfaction indices are monitored for improvement in function, cooperation and satisfaction as needed.

HOWARD D. GOOGINS, Col, USAF, MSC
Commander

Attachments
1. Glossary of Abbreviations, Acronyms and Terms
2. 36 Medical Group Service Specific Scopes' of Care
3. Services Provided at the 36 Medical Group
4. 36ʰ Medical Group Organizational Chart

RUT497

# GLOSSARY OF ABBREVIATIONS, ACRONYMS AND TERMS

**Section A -- *Abbreviations, Acronyms, and Definition of Terms***

| Abbreviations and Acronyms | Definitions |
|---|---|
| AF | Air Force |
| AFB | Air Force Base |
| AFI | Air Force Instruction |
| AFP | Air Force Pamphlet |
| AFR | Air Force Regulation |
| AFSC | Air Force Specialty Code |
| CDCs | Career Development Courses |
| DoD | Department of Defense |
| EMT | Emergency Medical Technician |
| ECOMS | Executive Committee of the Medical Staff |
| HQ | Headquarters |
| IAW | In Accordance With |
| JCAHO | Joint Commission on the Accreditation of Healthcare Organizations |
| LPN | Licensed Practical Nurse |
| MDGI | Medical Group Instruction |
| MHSS | Military Health Service System |
| NREMT | Nationally Registered Emergency Medical Technician |
| OB/GYN | Obstetrics and Gynecology |
| OI | Operating Instruction |
| OMG | Objective Medical Group |
| OPR | Office of Primary Responsibility |
| RN | Registered Nurse |
| SG | Commander |
| SGN | Chief Nurse Executive Office |
| SGH | Chief of the Medical Staff |
| UMD | Unit Manning Document |

## 36th MEDICAL GROUPS' SERVICE SPECIFIC SCOPES OF CARE

**FAMILY CARE CLINIC (FCC):** Family Practice provides care for pediatrics, adolescents, adults, and geriatrics. Services provided are acute and routine care, preventive medicine, women's health examinations, nutrition fitness counseling, physicals, minor surgery (vasectomies, mole biopsies, endometrial biopsies), prenatal / obstetrical care until term, pseudofolliculitis barbae, and wart clinic. Patient education includes Depo-Provera counseling, and Obstetrics orientation). Delivery services are available at USNH Guam.

The FCC hours of operation: Monday through Friday; 0730-1630, and Saturdays 0800-1200. The FCC also provides 24-hour ambulance transport coverage. Service is provided for pediatric, adolescent, adult and geriatric patients. Civilian emergencies are stabilized and referred to outside facilities. Life threatening emergencies are stabilized and transported to USNH Guam or Guam Memorial Hospital for definitive care. Additionally, our ambulances provide "Mutual Aid" medical coverage to the villages of Dededo and Yigo during emergencies when requested as long as doing so does not jeopardize our support of the 36 ABW. A Memoranda of Understanding outlines a "back-up" ambulance cooperative with NCTS, which allows us to provide 24-hour ambulance coverage. Family Care Clinic emergency medical technicians (EMT's) also respond to after duty hour's in-flight emergencies. Additional manpower, medical technicians, nurses, physicians, and ancillary support personnel, are on-call 24 hours for mass casualty situations or other such medical contingencies.

**Daily staffing pattern:** There is one Primary Care Optimization (PCO) pod which consists of four PCO teams each with one physician or physician assistant one nurse, two medical service technicians and one health service manager. Weekend Clinic staffing consists of two medical providers, two medical service technicians and one health service manager.

**AMBULANCE TRANSPORT SERVICE:** Provides two emergency medical technicians (EMT's) 24 hours a day seven days a week with an MOU for cooperative mutual back up from NCTS.

**WOMENS HEALTH SERVICES:** The women's health clinic provides uncomplicated gynecological and obstetrical care (until 36 weeks gestation) and postnatal care. Preventive medicine services include pap smears, breast examinations, minor surgical procedures, and patient education in family planning. Complicated gynecological problems and high-risk pregnancies are referred to our Family Physicians and/or USNH Guam for care. Locally ordered mammograms are scheduled through the radiology department and performed at the USNH Guam.

**Daily staffing pattern:** One OB/GYN Nurse Practitioner and one medical service technician.

**GENERAL DENTISTRY:** General dentistry and most specialty services are available to the active duty population. Family members of active duty are encouraged to enroll in The TRICARE Family Member Dental Plan (TFMDP). Retirees, their family members and those active duty family members not enrolled in TFMDP may be seen on an emergency or standby basis only. The oral surgeon at the USNH Guam accepts referrals for complicated oral surgery cases. Specialty care such as comprehensive orthodontics and implants is not available at Andersen.

**Daily staffing pattern:** Six general dentists, two dental laboratory technicians, twelve dental assistants, one dental radiology technician, one central instrument processing area technician and four administrative technicians.

**ALLERGY AND IMMUNOLOGY:** Basic allergy and immunology services are provided by a Board Certified Family Practice Physician who has attended the Air Force Allergy and Immunology course. The scope of practice includes initial evaluation and follow-up of patients with suspected allergic, asthmatic or other atopic conditions, which have responded sub-optimally to the usual therapies provided in the Family Care Clinic. Allergen skin testing and immunotherapy services are available. Consultation is conducted with a fellowship-trained allergist in CONUS when needed.

**Daily staffing pattern:** One to two allergy immunization medical technicians and one physician with the specialty clinic presently provided one afternoon a week (expandable based on demand).

**AEROSPACE MEDICINE:** Provides Flight Medicine, Health Promotions, Public Health, Bioenvironmental Engineering, Physical Exams, and Immunizations Clinic services.

Flight Medicine Clinic: Personnel respond to in-flight emergencies during normal duty hours. Active duty flyers, their TRICARE enrolled dependents, and individuals on mobility are seen within Flight Medicine including neonatal, pediatric, geriatric, and obstetric/gynecology patients.

**Daily staffing pattern:** Two to three physicians (GMO or Family Practice), three to four Flight Medicine Technicians and Navy corpsman, and one NCOIC.

- Occupational Health, and Hearing Conservation programs monitor work place exposure to detect correctable trends. Worksite investigations are initiated, and corrective measures enacted when hazards are suspected or verified.

- Physical Exams and Preventive Health Assessment (PHA) services are performed in close cooperation and coordination with members' PCM. These evaluations generate lifestyle modification / educational referrals to our Health and Wellness Center, as well as ensure recommended age specific screenings are offered to the patients.

- *Public Health* services support the preventive medicine mission through food safety; communicable disease surveillance, education and epidemiologic investigations; occupational health; travel medicine; medical employee health monitoring; disease vector surveillance and medical deployment intelligence. Public Health conducts periodic shop visits to all installation industrial shop and oversees the Allergy/Immunology Clinic.

- *Bioenvironmental:* Conducts periodic industrial hygiene surveys of all shops on the installation. All potential health hazards are assessed and areas of concern are assigned a degree of hazard.

- Public Health and Bioenvironmental Engineering have the capability to see all types of patients, as they primarily provide information and counseling.

**Daily staffing pattern:** All areas typically require three to five technicians with oversight by one officer in each area (a bioenvironmental engineer, a public health officer, or medical officer in the case of physical exams).

**HEALTH PROMOTION PROGRAM/HEALTH AND WELLNESS CENTER:** Serves active duty members, their dependents, retirees and the DoD civilian community. The Health Promotion Program enhances readiness through optimal health and total force fitness while supporting accessible, cost-effective, and quality health care delivery. This is achieved through information and intervention programs. Health Promotion Programs are dedicated to health, performance enhancement, and disease/injury prevention. Programs include primary prevention (reduction of risk factors that contribute to illness/injury), secondary prevention (early detection of illness or disease condition), and tertiary prevention (pro-active management of an illness or disease condition to prevent further disease or problems) interventions. Increasing personal performance and effectiveness as well as reducing preventable illness and injuries for Air Force members and their families are two of Health Promotion's primary goals. Programs of Health Promotion also target improvements in aerobic fitness, physical conditioning, flexibility, and body fat/weight reduction. Health Promotion activities occur in all health-care settings as well as in the home.

**Daily staffing pattern:** One medical service officer (program manager), one medical service technician, and one exercise physiologist.

**IMMUNIZATIONS:** Full immunization service is available and includes routine children and adult immunizations and capability in support of contingency/deployment operations. Clinic provides immunizations to all eligible beneficiaries. Ages range from newborn to geriatrics. Clinic specifically ensures current immunization status for active duty deploying personnel. During periods of mobility line processing, appropriately trained medical technicians from other clinical areas supplement technicians.

**Daily staffing pattern:** Two medical technicians.

**LABORATORY SERVICES:** The Clinical Laboratory is inspected and accredited by the College of American Pathologists (CAP) as a "Limited Services Laboratory." Limited laboratory analyses are performed on blood, urine, stool, and other body fluids in the clinical disciplines of hematology, serology, urinalysis, microbiology and chemistry. Tests not performed in-house, including anatomical and cytological tests, are referred to US Naval Hospital Guam and Brooks AFB, TX.

**Daily staffing pattern:** One laboratory officer and four laboratory technicians.

**PHARMACY:** A full scope of outpatient pharmacy services are available including medication counseling. The Pharmacy and Therapeutics Function ensures the Medical Group's formulary is current and reflects the therapeutic needs of our patient population. For medications not carried at the 36th Medical Group, the pharmacy will contact the prescriber to offer a suitable substitute. If one isn't available and USNH pharmacy stocks it, the patient is offered the opportunity to obtain the prescription through the USNH Guam pharmacy. The patient is also given the opportunity to obtain the medication from the National Mail Order Pharmacy.

**Daily staffing pattern:** One pharmacist, three pharmacy technicians.

**RADIOLOGY:** Radiology services available are those that can be supported by routine x-ray equipment. No special studies are accomplished within the 36 MDG. Contrast studies, CT, MRI, mammograms, ultra sound, and nuclear medicine are referred to the Naval Hospital Guam. The 36 MDG does not have a Radiologist. The attending clinician interprets radiographs with back-up confirmation by Naval Hospital Guam radiologists. If an urgent situation develops, the radiologist provides a "wet read" and conveys the information to the attending clinician. Routine "wet-read" results may take 24-48 hours depending on specialist availability. Routine results may take up to 14 days. Films needing "wet read" are transported by clinical staff to Naval Hospital Guam for definitive evaluation.

**Daily staffing pattern:** Three radiology technicians, there is no radiologist assigned.

**MENTAL HEALTH/FAMILY ADVOCACY:** Mental health evaluations, individual counseling, and follow-ups, and crisis interventions are available through a clinical psychologist. Eligible beneficiaries from age seventeen to 65 are served. Family Advocacy Services include all age groups of active duty and their family members eligible for care. Therapy for children/adolescents is limited to crisis intervention. Prevention is the primary focus. Prenatal instructions are provided as well as follow up post-delivery/infant care by the Family Advocacy Nurse Specialist. If medical intervention is required for mental health patients, the patient is referred, depending on the severity, to a psychiatrist at the US Navy Hospital. Military in-patient mental health services are limited to crisis intervention at US Navy Hospital. The Alcohol and Drug Abuse Prevention and Treatment (ADAPT) Program provides prevention, evaluations and education services to AD members. Family members and eligible DoD employees are seen on a space available basis. There are no military in-patient alcohol treatment services available on island. The Drug Demand Reduction (DDR) Program is responsible for the Air Force's drug testing program. DDR program provides prevention activities in conjunction with the ADAPT.

**Daily staffing pattern:** One each *licensed* clinical psychologist and *licensed* clinical social worker (Family Advocacy Officer), three mental health technicians; Family Advocacy Program staff to include: one registered nurse specialist, one treatment manager, one outreach worker, *two* administrative program specialist.

**OPTOMETRY:** Provides service primarily to active duty personnel and their dependents. Retirees and other beneficiaries are seen on a space available basis. Services beyond the scope of optometry are referred to Ophthalmology at Naval Hospital Guam and, if the situation warrants, to tertiary care facilities via air evacuation.

**Daily staffing pattern:** One optometrist and two optometry medical service technicians.

13

RUT501

Case 1:06-cv-00008   Document 45   Filed 01/17/2008   Page 17 of 19

## SERVICES PROVIDED AT 36th MEDICAL GROUP

Aeromedical Evacuation
Aerospace Medicine
Allergy/Immunology
Dental Care
Family Care Services
Laboratory
Mental Health (outpatient)

Nursing
Optometry
Women's Health
Pharmacy
Radiology

# 36TH MEDICAL GROUP ORGANIZATIONAL CHART*

Col Fullenkamp
36 ABW Commander

| MSgt Belanger<br>First Sergeant | Col Googins<br>36 MDG Commander | SMSgt Keller<br>36 MDG<br>Superintendent |
|---|---|---|

| Lt Col Crosby<br>Medical Operations Sq CC | Lt Col Schell<br>Medical Support Sq CC |
|---|---|
| Clinical Medicine Flight | Business Operations Flight |
| Aerospace Medicine Flight | Diagnostics & Therapeutics Flight |
| Dental Flight | Information Management Flight |
| Mental Health Flight | Medical Logistics Flight |

RUT503