# Exhibit 1

# MICHAEL W. MERIWETHER, M.D. Ph.D.

4054 Sawyer Road, Sarasota, Florida 34233
(941) 379-3789        www.surgispine.com

# CURRICULUM VITAE

## STATUS

CHIEF OF STAFF – HCA DOCTORS HOSPITAL – (4/99 – 12/01)
VICE CHIEF OF STAFF - HCA DOCTORS HOSPITAL – (12/98 – 4/99)
CHIEF OF SURGERY – HCA DOCTORS HOSPITAL – (12/97 – 12/98)

NEUROLOGICAL SURGEON –
SARASOTA MEMORIAL HOSPITAL, SARASOTA, FLORIDA
VENICE REGIONAL MEDICAL CENTER, VENICE, FLORIDA

## EDUCATION

BACHELOR OF ARTS – 1971 – DUKE UNIVERSITY (CHEMISTRY)
MEDICAL DOCTORATE – 1975 – UNIVERSITY OF NORTH CAROLINA
MASTER OF SCIENCE – 2002 – AMERICAN INTL. UNIVERSITY
DOCTOR OF PHILOSOPHY– 2004 – AMERICAN INTL. UNIVERSITY
(Surgical Research)

## NEUROSURGICAL TRAINING

7/75 – 6/76 – INTERNSHIP – NATIONAL NAVAL MEDICAL CENTER
BETHESDA, MARYLAND
7/76 – 6/80 – RESIDENCY – NATIONAL NAVAL MEDICAL CENTER
BETHESDA, MARYLAND
10/78 – 3/79 –PEDIATRIC NEUROSURGICAL TRAINING – CHILDREN
HOSPITAL, WASHINGTON, D.C. – (DR. THOMAS
MILHORAT)
12/80 – 3/81 –NEURO-OTOLOGICAL TRAINING "MINI-FELLOWSHIP"
OAKLAND NAVAL HOSPITAL, OAKLAND, CALIFORNIA

## CERTIFICATION/LICENSE

9/8/82 – DIPLOMATE, AMERICAN BOARD OF NEUROLOGICAL
SURGERY - MAYO CLINIC – ROCHESTER, MINNESOTA

## CLINICAL EXPERIENCE

1

EXHIBIT

1

7/80 – 6/82 – STAFF NEUROSURGEON – UNITED STATES NAVAL
HOSPITAL – OAKLAND, CALIFORNIA

7/82 – 6/84 – CHIEF OF NEUROSURGICAL SERVICE – UNITED STATES
NAVAL HOSPITAL – OAKLAND, CALIFORNIA

1984 – 12/94 – STAFF NEUROSURGEON – BLAKE MEMORIAL HOSPITAL
& MANATEE MEMORIAL HOSPITAL – BRADENTON, FLORIDA

1989 – 6/05 – STAFF NEUROSURGEON – HCA DOCTORS HOSPITAL

1989 - to present SARASOTA MEMORIAL HOSPITAL – SARASOTA,
FLORIDA

1997 – PRESENT – STAFF NEUROSURGEON – VENICE REGIONAL
MEDICAL CENTER, VENICE, FLORIDA

## MILITARY SERVICE

5/71 – 6/84 – UNITED STATES NAVAL MEDICAL CORP
1984 –1986 – INACTIVE NAVAL RESERVE
1986        HONORABLE DISCHARGE

## ACADEMIC AFFILIATIONS

1980 – 1984 - ASSOCIATE PROFESSOR OF NEUROLOGICAL SURGERY
FOR UNIFORMED SERVICES – UNIVERSITY FOR HEALTH
SCIENCES – BETHESDA, MARYLAND

1986 – VISITING PROFESSOR – QUEEN SQUARE NEUROLOGY –
LONDON, ENGLAND – (DR. LINDSAY SYMON, SENIOR
NEUROSURGEON)

1986 – 1988 – ASSOCIATE PROFESSOR OF NEUROLOGY – UNIVERSITY
OF SOUTH FLORIDA MEDICAL SCHOOL – TAMPA, FLORIDA

1985 – 2001 – ANNUAL GUEST LECTURER AT STETSON
UNIVERSITY LAW SCHOOL – ST. PETERSBURG, FLORIDA

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS
ASSOCIATION OF MILITARY SURGEONS OF THE UNITED STATES
CONGRESS OF THE NEUROSURGICAL SOCIETY
AANS/CNS JOINT SECRION ON DISORDERS OF THE SPINE AND
PERIPHERAL NERVES
AANS/CNS SECTION ON NEUROTRAUMA AND CRITICAL CARE
INTERNATIONAL NEURO MODULATION SOCIETY
INTERNATIONAL SOCIETY OF MINIMALLY INVASIVE SPINAL
SURGEONS
INTERNATIONAL INTRADISCAL THERAPY SOCIETY
FLORIDA SPINE STUDY GROUP

2

# PUBLICATIONS

"*CLINICAL RESULTS IN SPINAL ENDOSCOPY*"; CLARUS <u>OUTCOMES</u>, JANUARY 1997

"*MULTICENTER PATIENT OUTCOMES OF LUMBAR SPINAL LASE TECHNIQUE: PERCUTANEOUS VIDEO-ENDOSCOPY WITH HOLMIUM LASER ENERGY TO TREAT PROLAPSED LUMBAR DISCS*"; RETROSPECTIVE DR. BARTON SACHS STUDY (SUBMITTED TO <u>SPINE</u>; JULY 1997)

"*MINIMALLY INVASIVE LASER SURGERY YIELD A SUCCESSFUL OUTCOME AT A LOWER COST*" Abstract poster presentation, Intradiscal Therapy Society, May 1998

"*LASER ASSISTED SPINAL ENDOSCOPY*"; IN-HOUSE PUBLICATION *"The Practice of Minimally Invasive Spinal Technique"*; in press

"*LONG TERM FOLLOW-UP LASER SPINAL ENDOSCOPY FOR LUMBAR DISK HERNIATION*" North American Spine Society, Poster publication. *Spine Across the Sea*, Maui, Hawaii, July 2003

## PRESENTATIONS

5/97 - INTERNATIONAL INTRADISCAL THERAPY SOCIETY – Naples, FL

6/97 – SOUTHERN NEUROSURGICAL SOCIETY –Southern Pines, NC

7/97 – INTERNATIONAL SYMPOSIUM ON ADVANCES IN NEURO-SCIENCES AND SPINAL SURGERY – Miami, FL

1/98 – INTERNATIONAL SOCIETY FOR MINIMALLY INTERVENTION IN SPINAL SURGERY (ANNUAL) – Zurich, Switzerland

4/98 – NORTH AMERICAN SPINE SOCIETY – Charleston, SC

8/99 – "The Use of Brain Coral for Cervical Fusion to Replace Bone Graft" I.I.T.S. & I.S.M.I.S.S. COMBINED MEETING ON MINIMALLY INVASIVE SPINAL TECHNIQUES – Cambridge, England

8/00 – "Long Term Follow-Up, Laser Spinal Endoscopy for Lumbar Disk Herniation" WORLD SPINE 1 (COMBINED MEETING OF VARIOUS INTER-NATIONAL SPINE SOCIETIES) Berlin, Germany

3

4/01 – AMERICAN SOCIETY FOR LASER MEDICINE AND SURGERY
New Orleans, LA

## COURSES TAUGHT

LASER ASSISTED SPINAL ENDOSCOPY:
5/97 – I.I.T.S. –Naples, Florida
7/97 – I.N.S. – Miami, Florid
1/98 – I.S.M.I.S.S. – Zurich, Swiss
6/96 – 2005 – LASE PRECEPTORSHIP – HCA DOCTORS HOSPITAL
Sarasota, Florida
6/98 – INTRODUCTION TO DISK DISEASE AND THE THREADED CAGE -
Longboat Key, Florida
11/03 - MINIMALLY INVASIVE SPINAL SURGERY- The Royal College of
Physicians & Surgeons, Thousand Oaks, CA
12/04 –INTERVENTIONAL PAIN MANAGEMENT – The American College of
Physician & Surgeons, and The Royal College of Physicians and
Surgeons, Las Vegas, Nevada
7/05 - HEADACHES & THE CERVICAL SPINE – Tel Aviv University, Israel
4/06 - Keynote speaker annual meeting - Chicago, IL, Microtrain Software, Inc.

## INVENTIONS

7/2000 - BOX CAGE FOR SPINAL INTER VERTEBERAL BODY FUSION –
US PATENTS # 6,090,143 and 6,090,245.

4

# Exhibit 2

# Michael Meriwether, M.D., Ph.D

I. **Subject:**
Expert opinion of Dr. Michael W. Meriwether M.D., Ph.D., on behalf of the United States of America.

Deborah K. Rutledge and Thomas R. Rutledge versus the United States of America (Defendant)
Civil case # 06-00008

II. Documents Reviewed:
A. Deposition of Deborah K. Rutledge (Jan 10, 2007)
B. Deposition of Thomas K. Rutledge (Jan 10, 2007)
C. Deposition of Dr. James L. Jablonski (Nov 18, 2006)
D. Records of Anderson Air Force Base Clinic (July 27 – August 27, 2004)
E. Records of Naval Regional Medical Center, Guam (August 27, 2004)
F. Records of Tripler Army Hospital, Honolulu, HI (Aug. 27, 2004 – Aug. 29, 2005)

III. Enclosures/References:
A. Youmans Textbook of Neurological Surgery
B. Adams & Victor – Principles of Neurology Textbook
C. Enclosed are enumerated journal articles used as backgroup review, still in process, comprising nearly 150 peer-reviewed articles, relating directly to this clinical issue.

IV. Statement of Facts:
This 42 year old USAF dependent wife was seen at Andersen AFB medical clinic on July 27, 2004 with a 4-5 day history of lower back pain and right sciatica. She complained of numbness and tingling in the right leg. She denied bowel/bladder incontinence. The diagnosis at that time was right sciatica of possible lumbar disc disease by Major Natalie Giscombe, nurse practitioner. Medication (Naprosyn, Vicodin, and Flexeril) were prescribed. If a surgical condition was suspected after 6 weeks of rest, therapy and medication, a referral would be made to neurosurgery.

The patient did not improve. She was seen on August 2, 2004 by Captain Steven D. Rau, physicians assistant, for complaints of numbness over her right buttock, a tingling and numb feeling, and stating that it takes longer to go to the bathroom. No new urine/stool problems such as leakage or incontinence were identified on the clinic symptom record. The response on that record was yes to a loss of sensation in the groin area. Her symptoms were of two weeks duration, being lower back pain into her right buttock, with some radiation down the left leg to the calf. The patient denied trauma, prior back problems or surgery and had not sought chiropractic help. The diagnosis was musculoskeletal back pain. Capt. Rau prescribed medication and again recommended follow-up if not improved. Routine lumbar spine X-Rays ordered by Capt. Rau were read by LCDR Hugh McSwain at the Naval Regional Medical Center, Gaum, as showing degenerative disc disease at LS-S1. This report was signed

EXHIBIT
2

off by Major Natalie Giscomb, adult nurse practitioner. On 8/16/04, the patient phoned the clinic and requested referral to the U.S. Naval Hospital, Guam, saying her medication was not effective. On 8/17/04, she was seen in follow-up by Major Natalie Giscomb with a complaint of slight numbness to her perineal area. She also continued to have low pack pain, right gluteal pain, and left leg pain to her foot. She walked with a limp. Exam showed decreased range of motion of her lower back, but her neurologic exam remained nonfocal. The diagnosis again was lower back pain/ degenerative disc disease with radiculopathy by history. She was referred to the orthopedic department at the U.S. Naval Hospital, Guam, and an MRI was considered. On 8/27/04, she was seen by orthopedic surgeon LCDR Douglas Duncan whose exam confirmed long-standing cauda equina syndrome with a numb right perineal area, difficulty voiding over the past 3 weeks and unable to control her bowels for the past 2 days. A rectal exam confirmed lack of tone and voluntary control. LCDR Duncan's plan was urgent Airevac to Tripler Army Hospital, Honolulu, HI. Post-voiding residual led to leaving an in-dwelling foley catheter during the flight.

Upon arrival at Tripler (8/27/04), an emergency MRI scan confirmed a large herniated disc at L5-S1 as the cause of her clinically evident cauda equina syndrome at that time. Emergency surgery per orthopedic spine doctor Joseph Orchowski confirmed and removed a large extruded LS-S1 disc, decompressing the cauda equina.

Physical therapy was begun immediately and the patient was able to ambulate a short distance, with assistance, the day after surgery. She was discharged back to Guam and physical therapy. She continued to have bowel and bladder complaints. Urology evaluation at Tripler Army Hospital on January 20, 2005 by Dr. Ernest Padilla demonstrated residual urinary leakage, with urgency and straining. Self-cath at that time showed only 186 cc. January 24, 2005 urodynamic outpatient study showed the patient voiding 494 cc, with a post-void residual of only 45 cc (valsalva and cough maneuvers were ok). Dr. Padilla's impression, 5 months post surgery was that of good bladder function, with a questionable bladder outlet obstruction. Renal ultrasound was WNL. He prescribed Hytrin to aid in bladder emptying and wanted to see her in 3-4 months. January 28, 2005 re-visit with the surgeon Dr. Orchowski showed a satisfactory postoperative course.

Review of available physical therapy reports from U.S. Naval Hospital, Guam, are as follows: 10/5/04, her pain level was 3 out of a maximum of 10. 2/15/05, physical therapy report shows "no pain" at that time. 3/23/05, physical therapy report again shows 3 out of 10 on the pain scale. She was supervised by Lt. John Guaneri in her physical therapy treatment. Finally a 1 year follow-up at Tripler Army Hospital on 8/29/05 by Dr. Orchowski was scheduled – it is unclear on the clinic notes whether this was completed, or that Dr. Orchowski was available. Recommendation was made to a Dr. Kuklo at Walter Reed Army Hospital. No further medical records have been reviewed.


V.   Conclusions: All my conclusions are within a reasonable degree of medical certainty.

1. The presentation of Mrs. Deborah Rutledge on 7/27/04 was consistent with a diagnosis of lumbar strain/ lumbar disc disease.
2. Eventual failure of treatment by her 8/17/04 medical clinic revisit led to specialty referral to orthopedics, U.S. Naval Hospital, Guam. Her diagnosis was still consistent with a lumbar disc herniation with radiculopathy.

3. Between 8/17/04 and 8/28/04 signs and symptoms more indicative cauda equina syndrome led to orthopedics evaluation correctly diagnosing this very rare and unusual syndrome, and making urgent airevac referral to Tripler Army Hospital where the proper diagnostic tool, an MRI scan, was available, and immediate surgery was successfully performed.

4. Early, appropriate physical therapy led to good recovery of her ambulatory function. Pain symptoms post back surgery were documented in October 2004, as well as in February and March, 2005, as 3/10, 0/10, and 3/10 respectively.

5. January 2005 Tripler Army Hospital urology dynamic testing showed good bladder function and minimal residual.

6. No further documentation of bowel/bladder regression has been provided medically.

7. The inability with perineal/vaginal decreased sensation to perform sexually has a good prognostic future, as does recovery from bowel and bladder abnormalities, as all three areas: bowel, bladder, and sexual function are served by the same nerves, essentially below L5-S1, where her surgery took place.

8. Review of pertinent literature demonstrates excellent recovery from cauda equina treatment, despite the lack of diagnosis and surgery with 24-48 hours. Recovery can continue for several years and is generally expected to do so, especially when the injury is not a sudden, traumatic injury, such as a motorcycle or parachute accident. The slowness of onset, a disc herniation causing the syndrome, something widely found and treated in this age group, confounds even neurosurgical and orthopedic specialists early on. Reliance upon specific radiographic tests, especially an MRI scan, not available on Guam at the time, is key to establishing the diagnosis. Treatment, as in this case, requires surgical decompression, again not available on Guam at that time.

*Michael W. Menelka MD*

*Board certified - New jersey, n/m*



**1:** ~~~ 2007 Jan;24(1):33-4.

Full Text
Emerg Med J

## Delays in the treatment of cauda equina syndrome due to its variable clinical features in patients presenting to the emergency department.

~~~

St Mary's Hospital, London, UK. ibjalloh@gmail.com

OBJECTIVE: To identify reasons for delay in management of patients with cauda equina syndrome (CES) and to determine commonly presented features of CES. METHODS: Retrospectively, the presenting features and management of patients treated for CES over a 4-year period were reviewed. RESULTS: Reasons for delay in treatment were identified in over half of the patients. DISCUSSION: Most patients do not present with all the characteristic features of CES. Sacral sensory loss is a sensitive and relatively specific sign for diagnosing CES.

PMID: 17183040 [PubMed - in process]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 10 of 46





Search PubMed ▾ for [                    ]    Go   Clear

Display AbstractPlus ▾  Show 20 ▾ Sort by ▾ Send to ▾

□ **1:** 2007 Jan 15;32(2):207-16.

### Cauda equina syndrome: factors affecting long-term functional and sphincteric outcome.

Department of Spinal Studies and Surgery, Queens Medical Centre, Nottingham, United Kingdom.

STUDY DESIGN: Retrospective cohort study with prospective clinical follow-up. OBJECTIVE: To determine the factors that influence outcome after surgery for cauda equina syndrome (CES). SUMMARY OF BACKGROUND DATA: CES is a rare but serious consequence of lumbar disc prolapse and can have devastating long-lasting neurologic consequences. The timing of surgical decompression remains controversial. METHODS: Fifty-six patients with evidence of a sphincteric disturbance who underwent urgent surgery were identified and invited to follow-up. The outcome measures comprised history and examination and several validated self-assessment questionnaires. RESULTS: Forty-two patients (78%) attended with a mean follow-up of 60 months (range, 25-114 months). Mean age at onset was 41 years (range, 24-67 years) with 23 males and 19 females. Twenty-six patients were operated on within 48 hours of onset of sphincteric symptoms; 5 of these were within 24 hours. Acute onset of sphincteric symptoms and the time to operation did not influence the outcomes. Leg weakness at onset persisted in a significant number of patients at follow-up (P < 0.005). Urinary disturbance at presentation did not affect the outcomes. At follow-up, significantly more females had urinary incontinence (P < 0.005). Bowel dysfunction at presentation was associated with sexual problems at follow-up (P < 0.005). The 13 patients who failed their post operative trial without catheter had worse outcomes. The SF-36 scores at follow-up were reduced compared with age-matched controls in the population. The mean ODI was 29, Low Back Outcome Score 42, and VAS 4.5. The time elapsed from operation to follow-up was not found to influence the outcomes. CONCLUSIONS: In our series, the symptom duration before operation and the speed of onset do not affect the outcome more than 2 years after surgery. Based on the SF-36, ODI, and Low Back Outcome Scores, patients who have had CES do not return to a normal status.

Lumbar herniated disc presenting with cauda equina syndrome, long-term follow-up of four cases.



Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 11 of 46



Search [PubMed ▼] for [                                    ]   Go | Clear |

Display [AbstractPlus ▼]  Show [20 ▼] [Sort by ▼] [Send to ▼]

☐ **1:** ⸱⸱⸱⸱⸱⸱⸱ 2007 Jan;24(1):33-4.                    Full Text
                                                        Emerg Med J

### Delays in the treatment of cauda equina syndrome due to its variable clinical features in patients presenting to the emergency department.

⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱

St Mary's Hospital, London, UK. lbjalloh@gmail.com

OBJECTIVE: To identify reasons for delay in management of patients with cauda equina syndrome (CES) and to determine commonly presented features of CES. METHODS: Retrospectively, the presenting features and management of patients treated for CES over a 4-year period were reviewed. RESULTS: Reasons for delay in treatment were identified in over half of the patients. DISCUSSION: Most patients do not present with all the characteristic features of CES. Sacral sensory loss is a sensitive and relatively specific sign for diagnosing CES.

PMID: 17183040 [PubMed - indexed for MEDLINE]

Display [AbstractPlus ▼]  Show [20 ▼] [Sort by ▼] [Send to ▼]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 12 of 46

Search [PubMed ▼] for [                    ] [Go] [Clear]

Display [AbstractPlus ▼] Show [20 ▼] [Sort by ▼] [Send to ▼]

☐ **1:** ⸻ ⸻ 2000 Feb;53(2):100-4; discussion 105.

**Lumbar herniated disc presenting with cauda equina syndrome. Long-term follow-up of four cases.**

⸻ ⸻ ⸻ ⸻ ⸻

Department of Neurological Surgery, Aichi Medical University, Aichi-gun, Japan.

BACKGROUND: Cauda equina syndrome is a relatively rare presenting symptom of lumbar herniated discs. Early operative decompression is advocated, but it may not always restore the bladder function. In such cases, knowing the long-term outcome of bladder or sphincter disturbances is quite useful in planning the management of these patients. METHODS: Hospital records of patients operated on for lumbar herniated discs were reviewed. Charts and imaging studies of those patients who presented with classic cauda equina syndrome were analyzed. RESULTS: There were 4 patients (2.8%) of 144 consecutive surgical series of lumbar disc herniation, whose presenting symptom was classic cauda equina syndrome. Postoperatively, the patients had been followed at the clinic for a mean period of 6.4 years. Certain characteristic findings were noted on patients' neurological and radiological examinations. Although the recovery process of bladder function was very slow, taking months to years, all four patients achieved almost normal voiding with no major impairment of daily activities. CONCLUSIONS: Even if short-term recovery of bladder function is poor after lumbar disc surgery for cauda equina syndrome, the long-term outcome is not necessarily so. We should follow up on these patients with such measures as intermittent self-catheterization and drug therapy, expecting slow but steady recovery of bladder and sphincter function.

PMID: 10713185 [PubMed - indexed for MEDLINE]

Display [AbstractPlus ▼] Show [20 ▼] [Sort by ▼] [Send to ▼]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 13 of 46

Search PubMed ▾ for [        ] Go | Clear |

Display AbstractPlus ▾ Show 20 ▾ Sort by ▾ Send to ▾

☐ **1:** 1996 Nov;23(4):296-9.

### Hemi-cauda equina syndrome from herniated lumbar disc: a neurosurgical emergency?

Department of Neurosurgery, University Hospital Nijmegen, The Netherlands.

BACKGROUND: We report experience with patients presenting with a specific combination of symptoms: unilateral sciatica, unilateral sensibility loss in the dermatomes S1 to S5 (hemi-saddle) and subjective micturation problems secondary to ruptured lumbar disc. Because of its similarities with a cauda equina syndrome, this combination of symptoms was thought to be a unilateral cauda equina syndrome and it was called hemi-cauda equina syndrome. Consequently, it was treated as an emergency. METHODS: Ten patients were evaluated. They compromised 2.3% of all patients undergoing lumbar discectomy. RESULTS: Outcome is good with only 10% persisting minor neurologic deficit (sensibility loss in dermatomes S3 to S5). With the exception of urinary retention or incontinence, duration of symptoms and signs does not seem to influence outcome. Comparing signs, symptoms and radiographic findings with those of a cauda equina syndrome which were recently and thoroughly studied, they were found to be more severe in cases of cauda equina syndrome. Especially, the good outcome, (apparently unrelated to the duration of symptoms in cases of hemi-cauda equina syndrome) contrasted with the treatment results of cauda equina syndrome. CONCLUSIONS: We defined the hemi-cauda equina syndrome from ruptured disc as a combination of unilateral leg pain, unilateral sensibility loss in dermatomes S1 to S5 and sphincter paralysis (proven urinary retention or incontinence). Motor deficit is not necessarily present. Emergency surgery is warranted. Patients presenting with micturation complaints other than urinary retention or incontinence do not suffer from a hemi-cauda equina syndrome.

PMID: 8951209 [PubMed - Indexed for MEDLINE]

Display AbstractPlus ▾ Show 20 ▾ Sort by ▾ Send to ▾

Search [PubMed ▼] for [                    ]  Go| Clear|

Display [AbstractPlus ▼]  Show [20 ▼] Sort by [ ▼] Send to [ ▼]

□ **1:**              2007 Apr;21(2):201-203.

### Cauda equina syndrome - What is the correlation between clinical assessment and MRI scanning?

Department of Neurosurgery, St George's Hospital. London. UK.

The indications for magnetic resonance imaging (MRI) in suspected cauda equina syndrome, and the urgency for this investigation are regularly disputed. In this study we assess the ability of neurosurgical residents to predict on clinical grounds in which patients with cauda equina syndrome (CES) this was due to prolapsed intervertebral disc thereby justifying a request for urgent MR imaging. Design. Prospective cohort study of all adult patients with a suspected diagnosis of cauda equina syndrome. Setting. A single tertiary referral neurosurgical centre. Participants. All patients referred over a four month period with a suspected diagnosis of cauda equina syndrome. Results. MRI was normal in 10 (43%) patients. A disc prolapse causing cauda equina distortion was present in 5 (22%) patients. The diagnostic accuracy of urinary retention, urinary frequency, urinary incontinence, altered urinary sensation and altered perineal sensation were 0.57, 0.65, 0.61 ,0.65 and 0.60 respectively. Conclusions. Because it is impossible in a significant proportion of patients to exclude the diagnosis of prolapsed intervertebral disc in the context of referral with suspected cauda equina compromise the authors recommend urgent MRI assessment in all patients who present with new onset urinary symptoms in the context of lumbar back pain or sciatica.

PMID: 17453789 [PubMed - as supplied by publisher]

Display [AbstractPlus ▼]  Show [20 ▼] Sort by [ ▼] Send to [ ▼]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 15 of 46

Search | PubMed ▼ | for | _____ |   Go | Clear |

Display | AbstractPlus ▼ | Show | 20 ▼ | Sort by ▼ | Send to ▼ |

☐ **1:** ⋯ 2000 Jun 15;25(12):1515-22.

### Cauda equina syndrome secondary to lumbar disc herniation: a meta-analysis of surgical outcomes.

⋯

Departments of Orthopaedic Surgery and Oncology, Johns Hopkins University School of Medicine, Baltimore, MD 21287, USA.

STUDY DESIGN: A meta-analysis of surgical outcomes of cauda equina syndrome secondary to lumbar disc herniation. OBJECTIVES: To determine the relationship between time to decompression after onset of cauda equina syndrome and clinical outcome, and to identify preoperative variables that were associated with outcomes. SUMMARY OF BACKGROUND DATA: The timing of surgical decompression for cauda equina syndrome is controversial. Although most surgeons recommend emergent decompression, results in certain studies show that delayed surgery may provide a satisfactory outcome. METHODS: A meta-analysis was performed to determine the correlation between timing of decompression and clinical outcome. One hundred four citations were reviewed, and 42 met the inclusion criteria. Preoperative and postoperative data were recorded. Length of time to surgery was broken down into five groups: less than 24 hours, 24-48 hours, 2-10 days, 11 days to 1 month, and more than 1 month. Logistic regression was used to determine the association between preoperative variables and postoperative outcomes. RESULTS: Outcomes were analyzed in 322 patients. Preoperative chronic back pain was associated with poorer outcomes in urinary and rectal function, and preoperative rectal dysfunction was associated with worsened outcome in urinary continence. In addition, increasing age was associated with poorer postoperative sexual function. No significant improvement in surgical outcome was identified with intervention less than 24 hours from the onset of cauda equina syndrome compared with patients treated within 24-48 hours. Similarly, no difference in outcome occurred in patients treated more than 48 hours after the onset of symptoms. Significant differences, however, were found in resolution of sensory and motor deficits as well as urinary and

Cauda equina syndrome: factors affecting long-term functional and sphincteric outcome.

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 16 of 46



rectal function in patients treated within 48 hours compared with those treated more than 48 hours after onset of symptoms. CONCLUSIONS: There was a significant advantage to treating patients within 48 hours versus more than 48 hours after the onset of cauda equina syndrome. A significant improvement in sensory and motor deficits as well as urinary and rectal function occurred in patients who underwent decompression within 48 hours versus after 48 hours.

PMID: 10851100 [PubMed - indexed for MEDLINE]

Display AbstractPlus ▼ Show 20 ▼ Sort by ▼ Send to ▼





Search [PubMed ▼] for [                                    ]   [Go] [Clear]

Display [AbstractPlus ▼] Show [20 ▼] [Sort by ▼] [Send to ▼]

☐ **1:** 2000 Feb 1;25(3):348-51; discussion 352.

### Medical realities of cauda equina syndrome secondary to lumbar disc herniation.

Department of Neurosurgery, Indiana University Medical Center, Indianapolis, USA. Sshapiro@IUPUI.EDU

STUDY DESIGN: An analysis of 44 cauda equina syndrome cases. OBJECTIVES: To determine the neurologic outcome of cauda equina syndrome cases, in light of the significant medical implications of this disorder. SUMMARY OF BACKGROUND DATA: Cauda equina syndrome from lumbar disc herniation accounts for up to 1% of all disc herniations. Most of the literature supports surgery within 24 hours as a means of improving the outcome. METHODS: A retrospective chi 2 analysis was performed of 44 patients surgically treated for lumbar disc herniation who initially sought treatment for cauda equina syndrome. RESULTS: In 20 patients, diagnosis was made and surgery performed within 48 hours of the cauda equina syndrome onset, including 18 patients (90%) who underwent surgery within 24 hours. In 24 patients, surgery was performed more than 48 hours after the onset of cauda equina syndrome, with a mean delay of 9 days, including 17 patients (71%) with a mean delay of 3.7 days. Causes for delay were patient-related in 4 cases (17%) and physician-related in 20 cases (83%). According to chi 2 analysis, a greater chance of persistent bladder/sphincter problem ($P = 0.008$), persistent severe motor deficit ($P = 0.006$), persistent pain ($P = 0.025$), and sexual dysfunction ($P = 0.006$) existed with delayed surgery. CONCLUSION: The data strongly support the management of cauda equina syndrome from lumbar disc herniation as a diagnostic and surgical emergency.

PMID: 10703108 [PubMed - indexed for MEDLINE]

Display [AbstractPlus ▼] Show [20 ▼] [Sort by ▼] [Send to ▼]

Case 1:06-cv-00008   Document 49-2   Filed 01/24/2008   Page 18 of 46



Search PubMed ▼ for [                    ]  Go | Clear |

Display AbstractPlus ▼ Show 20 ▼ Sort by ▼ Send to ▼

☐ **1:** ⁙⁙⁙ ⁙⁙⁙  2004 Jul-Aug;57(7-8):327-30.

### [The role of surgical decompression of cauda equina in lumbar disc herniation and recovery of bladder function]

[Article in Serbian]

⁙⁙⁙ ⁙⁙ ⁙, ⁙⁙⁙⁙ ⁙, ⁙⁙⁙⁙⁙ ⁙, ⁙⁙⁙⁙⁙ ⁙.

Institut za neurohirurgiju, Klinicki centar Srbije, Beograd.

INTRODUCTION: Cauda equina syvndrome from lumbar disc herniation accounts for up to 2-3% of all disc herniations. The aim of this study was to investigate whether recovery of bladder function after surgery depends on preoperative duration of desease. PATIENTS AND METHODS: This retrospective study included 47 patients who underwent surgery for cauda equina syndrome due to a herniated disc in the period between 1997 and 2002. Eleven patients were female and 36 male, with a mean age of 43 years (range 23-67). All presented with sciatica and saddle hypoesthesia, whereas 13 presented with motor weakness of legs. All patients had been catheterized at the time of admission to the Neurosurgical unit. Levels of herniation were L4-L5 in 27 (57%), L5-S1 in 14 (30%), and L3-L4 in 6 (13%) patients. In 7 (15%) patients, surgery was performed within 48 hours of the cauda equina syndrome onset. None underwent surgery within 24 hours. 13 (28%) patients were operated between the 2nd and 7th day and 27 (57%) after 7th day of the cauda equina onset. The role of preoperative duration of symtoms in recovery of bladder function was examined (chi 2 analysis). RESULTS: The follow-up ranged from 15 to 74 months (mean 24.2 months). In 33 patients (70%) excellent result were achieved, in 9 (19%) patients good results and 5 (11%) patients presented with poor results. There was no statistically significant difference concerning the time between the onset of symptoms and surgical decompression and subsequent recovery of bladder function (p>0.05). CONCLUSION: After accurate diagnosis and adequate operative treatment, postoperative results of cauda equina syndrome due to lumbar disc herniation appear satisfactory regardless of the timing of surgery.

PMID: 15626287 [PubMed - indexed for MEDLINE]

Display AbstractPlus ▼ Show 20 ▼ Sort by ▼ Send to ▼

Lumbar herniated disc presenting with cauda equina syndrome. Urgicht ... ... ... of four cases

Medical features of cauda equina syndrome secondary to lumber disc herniation.

Cauda equina syndrome secondary to lumbar disc herniation: a review of the of surgical outcome.





Search [PubMed ▼] for [                                    ]     [Go] [Clear]

Display [AbstractPlus ▼]  Show [20 ▼] [Sort by ▼] [Send to ▼]

☐ **1:** 1991 Sep;16(9):1022-9.

**1991 Volvo Award in experimental studies. Cauda equina syndrome: neurologic recovery following immediate, early, or late decompression.**

Division of Orthopaedic Surgery, University of California, School of Medicine, Los Angeles.

An animal model of cauda equina syndrome was developed. Neurologic recovery was analyzed following immediate, early, and delayed decompression. Five experimental groups, each containing six dogs, were studied. Compression of the cauda equina was performed in all 30 dogs following an L6-7 laminectomy. The cauda equina was constricted by 75% in each group. The first group was constricted and immediately decompressed. The remaining groups were constricted for 1 hour, 6 hours, 24 hours, and 1 week, respectively, before being decompressed. Somatosensory evoked potentials were performed before and after surgery, before and immediately after decompression, and 6 weeks following decompression. Daily neurologic exams using the Tarlov grading scale were performed. At 6 weeks postdecompression, all dogs were killed, and the neural elements analyzed histologically. Following compression, all 30 dogs had significant lower extremity weakness, tail paralysis, and urinary incontinence. All dogs recovered significant motor function 6 weeks following decompression. The dogs with immediate decompression generally recovered neurologic function within 2-5 days. The dogs receiving 1-hour and 6-hour compression recovered within 5-7 days. The dogs receiving 24-hour compression remained paraparetic 5-7 days, with bladder dysfunction for 7-10 days and tail dysfunction persisting for 4 weeks. The dogs with compression for 1 week were paraparetic (Tarlov Grade 2 or 3) and incontinent during the duration of cauda equina compression. They recovered to walking by 1 week and Tarlov Grade 5 with bladder and tail control at the time of euthanasia. Immediately after compression, all five groups demonstrated at least 50% deterioration of the posterior tibial nerve evoked potential amplitudes.(ABSTRACT TRUNCATED AT 250 WORDS)

PMID: 1948393 [PubMed - indexed for MEDLINE]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 20 of 46



Search PubMed ▼ for [                                                    ] Go  Clear

Display AbstractPlus ▼  Show 20 ▼ Sort by ▼ Send to ▼

☐ **1:**                 2002 Jul;25(7):727-31.

**Cauda equina syndrome caused by intervertebral lumbar disk prolapse: mid-term results of 22 patients and literature review.**

This retrospective study analyzes the mid-term results of 22 patients who underwent diskectomy following a diagnosis of cauda equina syndrome due to prolapsed intervertebral lumbar disks (mean follow-up: 3 years and 9 months). Postoperatively, 17 of 22 patients had complete urinary function recovery within the follow-up period, 4 patients had a persistent stress incontinence, and 1 patient, incontinent 4 years postoperatively, required catheterization. Thirteen of 17 patients had recovery of motor deficits, 14 of 21 of sensory deficits, and 13 of 15 patients regained perianal sensation. There was no statistically significant difference concerning the time between onset of symptoms and surgical decompression and subsequent outcome. Complete evaluation must include imaging and urodynamic investigations. After an accurate diagnosis and adequate operative treatment, postoperative results of cauda equina syndrome appear satisfactory.

PMID: 12138958 [PubMed - indexed for MEDLINE]

Display AbstractPlus ▼  Show 20 ▼ Sort by ▼ Send to ▼

Case 1:06-cv-00008     Document 49-2     Filed 01/24/2008     Page 21 of 46

Search [PubMed ▼] for [_____]  [Go] [Clear]

Display [AbstractPlus ▼] Show [20 ▼] [Sort by ▼] [Send to ▼]

☐ **1:** :::::  1993 May;32(5):743-6; discussion 746-7.

### Cauda equina syndrome secondary to lumbar disc herniation.

Department of Neurosurgery, Indiana University Medical Center, Indianapolis.

Between 1986 and 1991, 14 patients (nine men and five women), ranging in age from 22 to 67 years (mean, 43 yr), presented with acute cauda equina syndrome from a herniated lumbar disc. All presented with bilateral sciatica and leg weakness; 13 (93%) had urine or stool incontinence, or both. At presentation, all were emergently studied with myelogram/computed tomographic or magnetic resonance imaging. Nine (64%) had large or massive herniations, including two with tethered cords. Five had smaller herniations superimposed on preexisting stenosis. Three had previous surgery; two-thirds had a herniation at a different level. The levels of the herniations were L4-L5 in nine patients, L5-S1 in three patients, and L3-L4 in two patients. The time to surgery ranged from less than 24 hours to more than 30 days; 11 patients underwent surgery within 5 days of onset. Follow-up ranged from 6 months to 5 years (mean, 3.3 yr). Postoperatively, six patients (44%) were normal, four (28%) had chronic pain and numbness, and four (28%) had persistent incontinence and weakness. All the patients were ambulatory. There were no operative deaths, and only one patient had a wound infection. Of the 10 patients who had no incontinence after surgery, 7 underwent surgery within 48 hours of onset. Of the four patients with persistent incontinence, all underwent surgery after 48 hours. Previous reports and our experience demonstrate the following most common characteristics for this presentation: 1) male sex; 2) L4-L5 herniations; and 3) onset in the 4th decade.(ABSTRACT TRUNCATED AT 250 WORDS)

PMID: 8492849 [PubMed - Indexed for MEDLINE]

[The role of surgical decompression of cauda equina in lumbar disc herniation and recovery of bladder function.]

Display [AbstractPlus ▼] Show [20 ▼] [Sort by ▼] [Send to ▼]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 22 of 46

Search PubMed ▾ for _____  Go | Clear |

Display AbstractPlus ▾ Show 20 ▾ Sort by ▾ Send to ▾

☐ **1:** ░░░░░░░  2000 Feb;53(2):100-4; discussion 105.

**Lumbar herniated disc presenting with cauda equina syndrome. Long-term follow-up of four cases.**

░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

Department of Neurological Surgery, Aichi Medical University, Aichi-gun, Japan.

BACKGROUND: Cauda equina syndrome is a relatively rare presenting symptom of lumbar herniated discs. Early operative decompression is advocated, but it may not always restore the bladder function. In such cases, knowing the long-term outcome of bladder or sphincter disturbances is quite useful in planning the management of these patients. METHODS: Hospital records of patients operated on for lumbar herniated discs were reviewed. Charts and imaging studies of those patients who presented with classic cauda equina syndrome were analyzed. RESULTS: There were 4 patients (2.8%) of 144 consecutive surgical series of lumbar disc herniation, whose presenting symptom was classic cauda equina syndrome. Postoperatively, the patients had been followed at the clinic for a mean period of 6.4 years. Certain characteristic findings were noted on patients' neurological and radiological examinations. Although the recovery process of bladder function was very slow, taking months to years, all four patients achieved almost normal voiding with no major impairment of daily activities. CONCLUSIONS: Even if short-term recovery of bladder function is poor after lumbar disc surgery for cauda equina syndrome, the long-term outcome is not necessarily so. We should follow up on these patients with such measures as intermittent self-catheterization and drug therapy, expecting slow but steady recovery of bladder and sphincter function.

PMID: 10713185 [PubMed - indexed for MEDLINE]

Display AbstractPlus ▾ Show 20 ▾ Sort by ▾ Send to ▾

Case 1:06-cv-00008     Document 49-2     Filed 01/24/2008     Page 23 of 46



**1:** 2003 Apr;17(2):164-7.

## Cauda equina syndrome: outcome and implications for management.

Department of Neurosurgery, King's College Hospital, London, UK.

A retrospective review of all patients who had surgery for cauda equina syndrome (CES) due to a herniated lumbar disc between January 1996 and November 1999 was undertaken. All underwent laminectomy and discectomy, and had been admitted as emergencies with cauda equina syndrome. Ten women and 10 men with a mean age of 45 years (range 33-67) had their diagnosis verified with MRI in 19 cases and CT in one case. Only half the patients had been catheterized at the time of admission to the neurosurgical unit. Nine patients had emergency decompressive surgery within 5 h of presentation to our unit. The others had surgery on the next available list, but within 24 h of admission. No difference was found between urgently operated patients and those operated on the next available list when urological outcome and quality of life assessments were made using a validated questionnaire at a mean time of 16 months after surgery (range10-48). Twenty per cent of a control group who had undergone laminectomy and discectomy for large disc herniations, but without CES had new urological symptoms when questioned postoperatively, but similar quality of life status. Emergency decompressive surgery did no significantly improve outcome in CBS compared with a delayed approach.

PMID: 12820760 [PubMed - indexed for MEDLINE]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 24 of 46

Search PubMed ▾ for [                    ] Go | Clear

Display AbstractPlus ▾ Show 20 ▾ Sort by ▾ Send to ▾

☐ **1:** 2002 Jul;25(7):727-31.

**Cauda equina syndrome caused by intervertebral lumbar
disk prolapse: mid-term results of 22 patients and literature
review.**

This retrospective study analyzes the mid-term results of 22
patients who underwent diskectomy following a diagnosis of
cauda equina syndrome due to prolapsed intervertebral
lumbar disks (mean follow-up: 3 years and 9 months).
Postoperatively, 17 of 22 patients had complete urinary
function recovery within the follow-up period, 4 patients had a
persistent stress incontinence, and 1 patient, incontinent 4
years postoperatively, required catheterization. Thirteen of 17
patients had recovery of motor deficits, 14 of 21 of sensory
deficits, and 13 of 15 patients regained perianal sensation.
There was no statistically significant difference concerning the
time between onset of symptoms and surgical decompression
and subsequent outcome. Complete evaluation must include
imaging and urodynamic investigations. After an accurate
diagnosis and adequate operative treatment, postoperative
results of cauda equina syndrome appear satisfactory.

PMID: 12138958 [PubMed - indexed for MEDLINE]

Display AbstractPlus ▾ Show 20 ▾ Sort by ▾ Send to ▾



Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 25 of 46

Search PubMed [▼] for [                    ]  Go | Clear |

Display [Summary            ▼] Show [20 ▼] [Sort by       ▼] [Send to ▼]

Items 1 - 20 of 103                    Page | [1      ]  of 6

☐ **1:**

Delays in the treatment of cauda equina syndrome due to its variable
clinical features in patients presenting to the emergency department.
Emerg Med J. 2007 Jan;24(1):33-4.
PMID: 17183040 [PubMed - indexed for MEDLINE]

☐ **2:**

Cauda equina syndrome: factors affecting long-term functional and
sphincteric outcome.
Spine. 2007 Jan 15;32(2):207-16.
PMID: 17224816 [PubMed - indexed for MEDLINE]

☐ **3:**

Rapid progression of acute sciatica to cauda equina syndrome.
J Manipulative Physiol Ther. 2001 Jun;24(5):350-5.
PMID: 11416826 [PubMed - indexed for MEDLINE]

☐ **4:**

Medical realities of cauda equina syndrome secondary to lumbar disc
herniation.
Spine. 2000 Feb 1;25(3):348-51; discussion 352.
PMID: 10703108 [PubMed - indexed for MEDLINE]

☐ **5:**

Emergency department evaluation and treatment of back pain.
Emerg Med Clin North Am. 1999 Nov;17(4):877-93, vi-vii. Review.
PMID: 10584107 [PubMed - indexed for MEDLINE]

☐ **6:**

[Cauda equina syndrome caused by Tarlov's cysts--case report]
Neurol Neurochir Pol. 2002 Jan-Feb;36(1):181-9. Polish.
PMID: 12053609 [PubMed - indexed for MEDLINE]

☐ **7:**

Cauda equina syndrome: outcome and implications for management.
Br J Neurosurg. 2003 Apr;17(2):164-7.
PMID: 12820760 [PubMed - indexed for MEDLINE]

☐ **8:**

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 26 of 46



Cystic dilation of the conus ventriculus terminalis presenting as an acute cauda equina syndrome relieved by decompression and cyst drainage: case report.
Neurosurgery. 2006 Mar;58(3):E585; discussion E585.
PMID: 16528154 [PubMed - indexed for MEDLINE]

☐ 9:

Cauda equina syndrome in patients with low lumbar fractures.
Neurosurg Focus. 2004 Jun 15;16(6):e6.
PMID: 15202876 [PubMed - indexed for MEDLINE]

☐ 10:

Lumbar herniated disc presenting with cauda equina syndrome. Long-term follow-up of four cases.
Surg Neurol. 2000 Feb;53(2):100-4; discussion 105.
PMID: 10713185 [PubMed - indexed for MEDLINE]

☐ 11:

Cauda equina syndrome secondary to lumbar disc herniation: a meta-analysis of surgical outcomes.
Spine. 2000 Jun 15;25(12):1515-22.
PMID: 10851100 [PubMed - indexed for MEDLINE]

☐ 12:

Cauda equina syndrome - What is the correlation between clinical assessment and MRI scanning?
Br J Neurosurg. 2007 Apr;21(2):201-203.
PMID: 17453789 [PubMed - as supplied by publisher]

☐ 13:

Orthopedic pitfalls: cauda equina syndrome.
Am J Emerg Med. 2005 Mar;23(2):159-63.
PMID: 15765336 [PubMed - indexed for MEDLINE]

☐ 14:

Cauda equina syndrome following traction for acute sciatica.
Br J Neurosurg. 2002 Aug;16(4):370-2.
PMID: 12389890 [PubMed - indexed for MEDLINE]

☐ 15:

Indicators of assault-related injuries among women presenting to the emergency department.
Ann Emerg Med. 1998 Sep;32(3 Pt 1):341-8.
PMID: 9737497 [PubMed - indexed for MEDLINE]

☐ 16:

Factors influencing the presentation and care of elderly people in the emergency department.
Med J Aust. 1992 Feb 3;156(3):197-200.
PMID: 1545721 [PubMed - indexed for MEDLINE]

☐ 17:

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 27 of 46



Lumbar disc herniation and cauda equina syndrome. Considerations on a pathology with different clinical manifestations.
Chir Organi Mov. 2002 Jan-Mar;87(1):35-42. English. Italian.
PMID: 12198948 [PubMed - indexed for MEDLINE]

☐ **18:**

Synovial cysts associated with cauda equina syndrome in two dogs.
Vet Surg. 2006 Jan;35(1):30-3.
PMID: 16409406 [PubMed - indexed for MEDLINE]

☐ **19:**

Surgical evaluation and management of lumbar synovial cysts: the Mayo Clinic experience.
J Neurosurg. 2000 Jul;93(1 Suppl):53-7.
PMID: 10879758 [PubMed - indexed for MEDLINE]

☐ **20:**

[Cauda equina syndrome due to giant disc herniation]
Rev Med Univ Navarra. 2002 Jul-Sep;46(3):33-5. Spanish.
PMID: 12685115 [PubMed - indexed for MEDLINE]

Items 1 - 20 of 103                                          Page ☐1    of 6

Display Summary ▼   Show 20 ▼ ║Sort by   ▼║Send to ▼

Search PubMed ▼ for [          ] Go | Clear |

Display Summary ▼ Show 20 ▼ Sort by ▼ Send to ▼

Items 21 - 40 of 103

Page 2 of 6

☐ **21:**

Greater trochanter bursitis pain syndrome in females with chronic low back pain and sciatica.
Acta Orthop Belg. 2004 Oct;70(5):423-8.
PMID: 15587030 [PubMed - indexed for MEDLINE]

☐ **22:**

Epidural abscess causing cauda equina syndrome.
Ir J Med Sci. 2005 Jul-Sep;174(3):88-91.
PMID: 16285347 [PubMed - indexed for MEDLINE]

☐ **23:**

Clinical features of cauda equina tumors requiring surgical treatment.
Tohoku J Exp Med. 2006 May;209(1):1-6.
PMID: 16636516 [PubMed - indexed for MEDLINE]

☐ **24:**

Does the neurologist contribute to the care of patients with chronic back pain?
Eur Neurol. 2002;48(2):61-4.
PMID: 12186994 [PubMed - indexed for MEDLINE]

☐ **25:**

Predictors of outcome in cauda equina syndrome.
Eur Spine J. 1999;8(4):317-22.
PMID: 10483835 [PubMed - indexed for MEDLINE]

☐ **26:**

Hemi-cauda equina syndrome from herniated lumbar disc: a neurosurgical emergency?
Can J Neurol Sci. 1996 Nov;23(4):296-9.
PMID: 8951209 [PubMed - indexed for MEDLINE]

☐ **27:**

Emergency department anaphylaxis: A review of 142 patients in a single year.
J Allergy Clin Immunol. 2001 Nov;108(5):861-6.
PMID: 11692116 [PubMed - indexed for MEDLINE]

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 29 of 46

☐ **28:**

[Comparison between Swiss and foreign patients characteristics at the psychiatric emergencies department and the predictive factors of their management strategies]
Encephale. 2003 May-Jun;29(3 Pt 1):205-12. French.
PMID: 12876544 [PubMed - indexed for MEDLINE]

☐ **29:**

The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess.
J Emerg Med. 2004 Apr;26(3):285-91.
PMID: 15028325 [PubMed - indexed for MEDLINE]

☐ **30:**

Symptoms of thoracolumbar junction disc herniation.
Spine. 2001 Nov 15;26(22):E512-8.
PMID: 11707722 [PubMed - indexed for MEDLINE]

☐ **31:**

Supralevator anorectal abscess presenting as acute low back pain and sciatica.
Ann Emerg Med. 1994 Jan;23(1):132-5.
PMID: 8273946 [PubMed - indexed for MEDLINE]

☐ **32:**

[The cauda equina syndrome]
Tidsskr Nor Laegeforen. 2003 Mar 6;123(5):643-4. Norwegian. No abstract available.
PMID: 12683194 [PubMed - indexed for MEDLINE]

☐ **33:**

Chemodectoma of the cauda equina.
Rev Rhum Engl Ed. 1997 May;64(5):345-7.
PMID: 9190010 [PubMed - indexed for MEDLINE]

☐ **34:**

MR imaging findings in cauda equina gnathostomiasis.
AJNR Am J Neuroradiol. 2005 Jan;26(1):39-42.
PMID: 15661696 [PubMed - indexed for MEDLINE]

☐ **35:**

Upper lumbar disk herniations.
Rev Rhum Engl Ed. 1996 Jun;63(6):421-6.
PMID: 8817752 [PubMed - indexed for MEDLINE]

☐ **36:**

Thrombolysis and its implications in the management of stroke in the accident and emergency department.
Scott Med J. 2002 Jun;47(3):57-9.
PMID: 12193005 [PubMed - indexed for MEDLINE]

☐ **37:**

Cauda equina melanoma presenting with subarachnoid hemorrhage. A

case report.
J Neurosurg Sci. 2004 Sep;48(3):139-41; discussion 141-2.
PMID: 15557885 [PubMed - indexed for MEDLINE]

☐ **38:**

Back pain: medical evaluation and therapy.
Cleve Clin J Med. 1995 May-Jun;62(3):163-8. Review.
PMID: 7606828 [PubMed - indexed for MEDLINE]

☐ **39:**

Lumbar synovial cysts of the spine: an evaluation of surgical outcome.
J Spinal Disord Tech. 2005 Apr;18(2):127-31.
PMID: 15800428 [PubMed - indexed for MEDLINE]

☐ **40:**

Zollinger-Ellison syndrome. Clinical presentation in 261 patients.
Medicine (Baltimore). 2000 Nov;79(6):379-411.
PMID: 11144036 [PubMed - indexed for MEDLINE]

Items 21 - 40 of 103      Page | 2   of 6

Display | Summary |  ▾ | Show | 20 ▾ | Sort by  ▾ | Send to  ▾ |

Case 1:06-cv-00008   Document 49-2   Filed 01/24/2008   Page 31 of 46



☐ **41:**

Cauda equina syndrome.
Prog Neurobiol. 2001 Aug;64(6):613-37. Review.
PMID: 11311464 [PubMed - indexed for MEDLINE]

☐ **42:**

Dorsal compression of the epidural cord due to free sequestral lumbar
prolapse. Diagnostic problems in magnetic resonance imaging and
computed tomography.
Arch Orthop Trauma Surg. 2001;121(4):238-40.
PMID: 11317690 [PubMed - indexed for MEDLINE]

☐ **43:**

Delayed emergency department presentation in critically ill patients.
Crit Care Med. 2001 Dec;29(12):2318-21.
PMID: 11801833 [PubMed - indexed for MEDLINE]

☐ **44:**

Time-dependent surgical outcomes following cauda equina syndrome
diagnosis: comments on a meta-analysis.
Spine. 2004 Jun 1;29(11):1281-7.
PMID: 15167669 [PubMed - indexed for MEDLINE]

☐ **45:**

Unusual metastasis to the cauda equina from renal cell carcinoma.
Spine. 2003 Mar 15;28(6):E114-7.
PMID: 12642774 [PubMed - indexed for MEDLINE]

☐ **46:**

Conus medullaris and cauda equina syndrome as a result of traumatic
injuries: management principles.
Neurosurg Focus. 2004 Jun 15;16(6):e4. Review.
PMID: 15202874 [PubMed - indexed for MEDLINE]

☐ **47:**

Aortic dissection presenting as an acute cauda equina syndrome : a case
report.

Case 1:06-cv-00008     Document 49-2     Filed 01/24/2008     Page 32 of 46

J Bone Joint Surg Am. 2002 Aug;84-A(8):1430-2. No abstract available.
PMID: 12177274 [PubMed - indexed for MEDLINE]

☐ **48:**

Role of motor evoked potentials in diagnosis of cauda equina and
lumbosacral cord lesions.
Neurology. 2004 Dec 28;63(12):2266-71.
PMID: 15623685 [PubMed - indexed for MEDLINE]

☐ **49:**

Observational study of prehospital delays in patients with chest pain.
Emerg Med J. 2005 May;20(3):270-3.
PMID: 12748152 [PubMed - indexed for MEDLINE]

☐ **50:**

Audit of patients with chest pain presenting to an accident and emergency
department over a 6-month period.
Arch Emerg Med. 1993 Sep;10(3):155-60.
PMID: 8216586 [PubMed - indexed for MEDLINE]

☐ **51:**

Treatment delays in paediatric dento-alveolar trauma at a tertiary referral
hospital.
Aust Dent J. 2004 Mar;49(1):28-32.
PMID: 15104131 [PubMed - indexed for MEDLINE]

☐ **52:**

Cauda equina syndrome caused by intervertebral lumbar disk prolapse:
mid-term results of 22 patients and literature review.
Orthopedics. 2002 Jul;25(7):727-31. Review.
PMID: 12138958 [PubMed - indexed for MEDLINE]

☐ **53:**

Cauda equina syndrome as a postoperative complication in five patients
operated for lumbar disc herniation.
Spine. 2001 Feb 1;26(3):293-7.
PMID: 11224866 [PubMed - indexed for MEDLINE]

☐ **54:**

Cauda equina syndrome as a postoperative complication of lumbar spine
surgery.
Neurosurg Focus. 2004 Jun 15;16(6):e7. Review.
PMID: 15202877 [PubMed - indexed for MEDLINE]

☐ **55:**

[Features of patients with bronchial asthma seen at the emergency
department of a referral hospital in a semirural area]
Arch Bronconeumol. 2000 Apr;36(4):172-9. Spanish.
PMID: 10846599 [PubMed - indexed for MEDLINE]

☐ **56:**

Safety and effectiveness of nurse telephone consultation in out of hours
primary care: randomised controlled trial. The South Wiltshire Out of

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 33 of 46

Hours Project (SWOOP) Group.
BMJ. 1998 Oct 17;317(7165):1054-9.
PMID: 9774295 [PubMed - indexed for MEDLINE]

☐ **57:**

How emergency physicians approach low back pain: choosing costly options.
J Emerg Med. 1995 Mar-Apr;13(2):143-50.
PMID: 7775783 [PubMed - indexed for MEDLINE]

☐ **58:**

Radiotherapy-induced malignant peripheral nerve sheath tumor of the cauda equina.
Spine. 2004 Nov 1;29(21):E506-9. Review.
PMID: 15507791 [PubMed - indexed for MEDLINE]

☐ **59:**

Epidemiology, etiology, diagnostic evaluation, and treatment of low back pain.
Curr Opin Rheumatol. 2001 Mar;13(2):128-34. Review.
PMID: 11224737 [PubMed - indexed for MEDLINE]

☐ **60:**

Surgery for lumbar disc herniation during pregnancy.
Spine. 2001 Feb 15;26(4):440-3.
PMID: 11224893 [PubMed - indexed for MEDLINE]

Items 41 - 60 of 103                                    Page │3        of 6

Display │Summary        ▼│ Show │20 ▼│ │Sort by        ▼│ │Send to  ▼│

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 34 of 46

Search [PubMed ▾] for [                                    ]  [Go] [Clear]

Display [Summary ▾]  Show [20 ▾] [Sort by ▾] [Send to ▾]

Items 61 - 80 of 103                    Page [4]    of 6

☐ **61:**

📄 Emergency department presentation of patients with conversion disorder.
Acad Emerg Med. 1995 Feb;2(2):120-3.
PMID: 7621217 [PubMed - indexed for MEDLINE]

☐ **62:**

📄 Ependymoma of the cauda equina region: diagnosis, treatment, and
outcome in 15 patients.
Neurosurgery. 1992 Feb;30(2):202-7. Review.
PMID: 1545888 [PubMed - indexed for MEDLINE]

☐ **63:**

📄 Utilization of medical services for the treatment of acute low back pain:
conformance with clinical guidelines.
J Gen Intern Med. 1992 Sep-Oct;7(5):486-91.
PMID: 1403203 [PubMed - indexed for MEDLINE]

☐ **64:**

📄 The irreplaceable image: Leptomeningeal leukemia masquerading as
cauda equina syndrome: appraisal by magnetic resonance imaging.
Haematologica. 2001 Oct;86(10):1117. No abstract available.
PMID: 11602427 [PubMed - indexed for MEDLINE]

☐ **65:**

📄 Long-term outcome of 104 patients after lumbar sequestrectomy
according to Williams.
Neurosurgery. 2001 Aug;49(2):329-34; discussion 334-5.
PMID: 11504108 [PubMed - indexed for MEDLINE]

☐ **66:**

📄 Code stroke. An attempt to shorten inhospital therapeutic delays.
Stroke. 1994 Oct;25(10):1920-3.
PMID: 8091434 [PubMed - indexed for MEDLINE]

☐ **67:**

📄 Acute bacterial gastroenteritis: a study of adult patients with positive stool
cultures treated in the emergency department.
Emerg Med J. 2003 Jul;20(4):335-8.

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 35 of 46

PMID: 12835343 [PubMed - indexed for MEDLINE]

68:

[Epidemiology and clinical findings in 20,563 patients attending the Lariboisiere Hospital ENT Adult Emergency Clinic]
Ann Otolaryngol Chir Cervicofac. 2001 Sep;118(4):215-24. French.
PMID: 11679840 [PubMed - indexed for MEDLINE]

69:

Acute cauda equina syndrome caused by a gas-containing prolapsed intervertebral disk.
J Spinal Disord. 2000 Dec;13(6):532-4.
PMID: 11132986 [PubMed - indexed for MEDLINE]

70:

Cauda equina compression after trauma: an unusual presentation of spinal epidural lipoma.
Spine. 2003 Apr 15;28(8):E148-51.
PMID: 12698132 [PubMed - indexed for MEDLINE]

71:

Cauda equina tumour presenting as atypical sciatica.
Br J Rheumatol. 1997 May;36(5):605-6. No abstract available.
PMID: 9189068 [PubMed - indexed for MEDLINE]

72:

[Psychiatric emergency consultation in a general hospital]
Changgeng Yi Xue Za Zhi. 1996 Dec;19(4):337-42. Chinese.
PMID: 9041764 [PubMed - indexed for MEDLINE]

73:

Utility of intraoperative ultrasound for tumors of the cauda equina.
Spine. 2003 Feb 1;28(3):288-90; discussion 291.
PMID: 12567033 [PubMed - indexed for MEDLINE]

74:

Delays by patients, emergency physicians, and surgeons in the management of acute appendicitis: retrospective study.
Hong Kong Med J. 2000 Sep;6(3):254-9.
PMID: 11025842 [PubMed - indexed for MEDLINE]

75:

A case with cauda equina syndrome due to bacterial meningitis of anterior sacral meningocele.
Spine. 2004 Jul 15;29(14):E298-9.
PMID: 15247591 [PubMed - indexed for MEDLINE]

76:

Cavernous angiomas of the cauda equina: case report and review of the literature.
Surg Neurol. 1998 Nov;50(5):442-5. Review.
PMID: 9842868 [PubMed - indexed for MEDLINE]

77:



The role of caudal epidural injections in the management of low back pain.
Bull Hosp Jt Dis. 2003;61(3–4):127-31.
PMID: 15156811 [PubMed - indexed for MEDLINE]

☐ **78:**

Reducing thrombolytic therapy time delays in the emergency department.
J Qual Clin Pract. 1998 Jun;18(2):99-107.
PMID: 9631347 [PubMed - indexed for MEDLINE]

☐ **79:**

Combination of transverse myelitis and arachnoiditis in cauda equina syndrome of long-standing ankylosing spondylitis: MRI features and its role in clinical management.
Clin Rheumatol. 2007 Mar 1: [Epub ahead of print]
PMID: 17332972 [PubMed - as supplied by publisher]

☐ **80:**

[The partial cauda equina syndrome]
Ugeskr Laeger. 1995 Aug 14;157(33):4561-3. Danish.
PMID: 7645099 [PubMed - indexed for MEDLINE]

Items 61 - 80 of 103                    Page 4    of 6

Display Summary ▾   Show 20 ▾ Sort by ▾ Send to ▾

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 37 of 46

Search PubMed ▼ for cauda equina    Go   Clear

Display Summary ▼ Show 20 ▼ Sort by ▼ Send to ▼

Items 1 - 20 of 3531     Page 1 of 177

☐ **1:**

Persistent sodium currents participate in fictive locomotion generation in neonatal mouse spinal cord.
J Neurosci. 2007 Apr 25;27(17):4507-18.
PMID: 17460064 [PubMed - in process]

☐ **2:**

Multiple cavernous angiomas of the cauda equina. Case report.
Neurol Med Chir (Tokyo). 2007 Apr;47(4):178-81.
PMID: 17457023 [PubMed - in process]

☐ **3:**

Cauda equina syndrome – What is the correlation between clinical assessment and MRI scanning?
Br J Neurosurg. 2007 Apr;21(2):201-203.
PMID: 17453789 [PubMed - as supplied by publisher]

☐ **4:**

Neurophysiologic changes after preganglionic and postganglionic nerve-root constriction: an experimental study in the rat.
Spine. 2007 Apr 20;32(9):950-8.
PMID: 17450068 [PubMed - in process]

☐ **5:**

An unusual case of penetrating injury to the spine resulting in cauda equina syndrome: case presentation and a review of the literature.
Spine. 2007 Apr 20;32(9):E290-3.
PMID: 17450061 [PubMed - in process]

☐ **6:**

Diffuse cranial nerve and cauda equina lesions associated with breast cancer.
Clin Imaging. 2007 May-Jun;31(3):202-5.
PMID: 17449382 [PubMed - in process]

☐ **7:**

Intraoperative mapping of sacral nervous system (S2-4).

Case 1:06-cv-00008   Document 49-2   Filed 01/24/2008   Page 38 of 46



Br J Neurosurg. 2006 Dec;20(6):396-402.
PMID: 17439092 [PubMed - in process]

☐ **8:**

Flat arrangement of the cauda equina in Chiari malformation. Case illustration.
J Neurosurg Spine. 2007 Apr;6(4):373. No abstract available.
PMID: 17436930 [PubMed - in process]

☐ **9:**

Crystal arthropathy of the lumbar spine: a report of 4 cases.
J Orthop Surg (Hong Kong). 2007 Apr;15(1):94-101.
PMID: 17429128 [PubMed - in process]

☐ **10:**

Aggravation of experimental autoimmune neuritis in TNF-alpha receptor 1 deficient mice.
J Neuroimmunol. 2007 Apr 9; [Epub ahead of print]
PMID: 17428547 [PubMed - as supplied by publisher]

☐ **11:**

Lumbar spinal stenosis: Assessment of cauda equina involvement by electrophysiological recordings.
J Neurol. 2007 Apr 11; [Epub ahead of print]
PMID: 17426910 [PubMed - as supplied by publisher]

☐ **12:**

[Usefullness of intrasacral fixation in an extremely unstable lumbosacral spine]
No Shinkei Geka. 2007 Apr;35(4):377-84. Japanese.
PMID: 17424970 [PubMed - in process]

☐ **13:**

Feasibility and toxicity of intrathecal liposomal cytarabine in 5 children and young adults with refractory neoplastic meningitis.
J Pediatr Hematol Oncol. 2007 Apr;29(4):222-6.
PMID: 17414563 [PubMed - in process]

☐ **14:**

[Pasteurella dagmatis: an unusual cause of vertebral osteomyelitis.]
Pathol Biol (Paris). 2007 Mar 26; [Epub ahead of print] French.
PMID: 17391865 [PubMed - as supplied by publisher]

☐ **15:**

[Use of rechargeable stimulators in 2 cases of cauda equina syndrome]
Rev Esp Anestesiol Reanim. 2007 Feb;54(2):120-4. Spanish.
PMID: 17390693 [PubMed - in process]

☐ **16:**

Arachnoiditis ossificans with progressive syringomyelia and spinal arachnoid cyst.



J Clin Neurosci. 2007 Jun;14(6):572-6. Epub 2007 Mar 23.
PMID: 17368029 [PubMed - in process]

☐ **17:**

Return of normal urological and neurological function after revision
surgery for spondyloptosis. Case report.
J Neurosurg Spine. 2007 Mar;6(3):272-5.
PMID: 17355027 [PubMed - indexed for MEDLINE]

☐ **18:**

Osteoblastic and mixed spinal metastases: evaluation of the analgesic
efficacy of percutaneous vertebroplasty.
AJNR Am J Neuroradiol. 2007 Mar;28(3):570-4.
PMID: 17353339 [PubMed - indexed for MEDLINE]

☐ **19:**

Is clear cell sarcoma a malignant form of psammomatous melanotic
schwannoma? Case report.
Neurosurg Focus. 2006 Dec 15;21(6):E11.
PMID: 17341045 [PubMed - in process]

☐ **20:**

[A 28-year-old woman with newly-onset urinary incontinence]
Tidsskr Nor Laegeforen. 2007 Feb 15;127(4):438-9. Norwegian.
PMID: 17338058 [PubMed - indexed for MEDLINE]

Items 1 - 20 of 3531 | Page | 1 | of 177

Display | Summary | ▼ | Show | 20 | ▼ | Sort by | ▼ | Send to | ▼

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 40 of 46





Search PubMed ▼ for cauda equina     Go | Clear

Display Summary ▼  Show 20 ▼ Sort by ▼ Send to ▼

Items 21 - 40 of 3531     Page 2     of 177

▢ **21:**

Spinal metastasis of occult lung carcinoma causing cauda equina syndrome.
J Clin Neurosci. 2007 Apr;14(4):372-5.
PMID: 17336230 [PubMed - in process]

▢ **22:**

Combination of transverse myelitis and arachnoiditis in cauda equina syndrome of long-standing ankylosing spondylitis: MRI features and its role in clinical management.
Clin Rheumatol. 2007 Mar 1; [Epub ahead of print]
PMID: 17332972 [PubMed - as supplied by publisher]

▢ **23:**

[Primary diffuse meningeal melanomatosis. Case report.]
Neurol Neurochir Pol. 2007 Jan-Feb;41(1):82-8. Polish.
PMID: 17330185 [PubMed - in process]

▢ **24:**

Acquired chiari malformation type I associated with a fatty terminal filum. Case report.
J Neurosurg. 2006 Oct;105(4 Suppl):329-32.
PMID: 17328286 [PubMed - indexed for MEDLINE]

▢ **25:**

Rubinstein-Taybi syndrome in children with tethered spinal cord.
J Neurosurg. 2006 Oct;105(4 Suppl):261-4.
PMID: 17328274 [PubMed - indexed for MEDLINE]

▢ **26:**

Superficial siderosis.
Neurology. 2007 Feb 20;68(8):623; author reply 623-4. No abstract available.
PMID: 17310041 [PubMed - indexed for MEDLINE]

▢ **27:**

Recurrent back pain and fevers.
Med J Aust. 2007 Feb 19;186(4):208-9.
PMID: 17309425 [PubMed - indexed for MEDLINE]

Case 1:06-cv-00008   Document 49-2   Filed 01/24/2008   Page 41 of 46

**28:**

Is Spinal Stenosis Better Treated Surgically or Nonsurgically?
Clin Orthop Relat Res. 2007 Feb 14: [Epub ahead of print]
PMID: 17308483 [PubMed - as supplied by publisher]

**29:**

Mobile cauda equina schwannomas.
Singapore Med J. 2007 Feb;48(2):e53-6.
PMID: 17304380 [PubMed - in process].

**30:**

Paraganglioma of the cauda equina with subarachnoid haemorrhage.
Clin Radiol. 2007 Mar;62(3):277-80. No abstract available.
PMID: 17293223 [PubMed - indexed for MEDLINE]

**31:**

[Neuroschistosomiasis: a challenging diagnosis.]
Rev Neurol. 2007 Feb 1-15;44(3):154-6. Spanish.
PMID: 17285520 [PubMed - in process]

**32:**

Caudal epidural injection for L4-5 versus L5-S1 disc prolapse: is there
any difference in the outcome?
J Spinal Disord Tech. 2007 Feb;20(1):49-52.
PMID: 17285052 [PubMed - indexed for MEDLINE]

**33:**

MR diagnosis of transdural disc herniation causing cauda equine
syndrome.
JBR-BTR. 2006 Nov-Dec;89(6):303-5.
PMID: 17274584 [PubMed - indexed for MEDLINE]

**34:**

Transient loss of motor-evoked responses associated with caudal
injection.
Paediatr Anaesth. 2007 Feb;17(2):198; author reply 198. No abstract available.
PMID: 17238903 [PubMed - indexed for MEDLINE]

**35:**

Posttraumatic intratumoural haemorrhage: an unusual presentation of
spinal ependymoma.
Eur Spine J. 2007 Jan 19: [Epub ahead of print]
PMID: 17235592 [PubMed - as supplied by publisher]

**36:**

Combined percutaneous transpedicular tumor debulking and kyphoplasty
for pathological compression fractures. Technical note.
J Neurosurg Spine. 2007 Jan;6(1):92-5.
PMID: 17233301 [PubMed - indexed for MEDLINE]

**37:**

Cauda equina syndrome: factors affecting long-term functional and

sphincteric outcome.
Spine. 2007 Jan 15;32(2):207-16.
PMID: 17224816 [PubMed - indexed for MEDLINE]

☐ **38:**

Glial phosphorylated p38 MAP kinase mediates pain in a rat model of lumbar disc herniation and induces motor dysfunction in a rat model of lumbar spinal canal stenosis.
Spine. 2007 Jan 15;32(2):159-67.
PMID: 17224809 [PubMed - indexed for MEDLINE]

☐ **39:**

Saddle sensation is preserved in a few patients with cauda equina or conus medullaris lesions.
Eur J Neurol. 2007 Jan;14(1):48-53.
PMID: 17222113 [PubMed - indexed for MEDLINE]

☐ **40:**

Neurologic complications associated with intrathecal liposomal cytarabine given prophylactically in combination with high-dose methotrexate and cytarabine to patients with acute lymphocytic leukemia.
Blood. 2007 Apr 15;109(8):3214-8. Epub 2007 Jan 5.
PMID: 17209054 [PubMed - in process]

**Items 21 - 40 of 3531**                    Page | 2       of 177

Display | Summary      ▼ | Show | 20 ▼ | Sort by      ▼ | Send to      ▼ |

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 43 of 46

Search PubMed ▾ for cauda equina    Go | Clear

Display Summary ▾ Show 20 ▾ Sort by ▾ Send to ▾

Items 41 - 60 of 3531    Page 3   of 177

☐ **41:**

Sacral chordoma: a diagnosis not to be sat on?
Int Orthop. 2007 Jan 5; [Epub ahead of print]
PMID: 17205349 [PubMed - as supplied by publisher]

☐ **42:**

Primary peripheral primitive neuroectodermal tumors of the spinal cord:
report of two cases and review of the literature.
J Neurooncol. 2007 Feb;81(3):259-64. Epub 2007 Jan 3.
PMID: 17203398 [PubMed - indexed for MEDLINE]

☐ **43:**

"Juxtafacet cysts", a misleading name for cystic formations of mobile
spine (CYFMOS).
Eur Spine J. 2007 Jan 4; [Epub ahead of print]
PMID: 17203271 [PubMed - as supplied by publisher]

☐ **44:**

Dumbbell-shaped paraganglioma of the cervical spine in a child.
Pediatr Neurosurg. 2007;43(1):60-4.
PMID: 17190992 [PubMed - indexed for MEDLINE]

☐ **45:**

At-level neuropathic pain is induced by lumbosacral ventral root avulsion
injury and ameliorated by root reimplantation into the spinal cord.
Exp Neurol. 2007 Mar;204(1):273-82. Epub 2006 Dec 21.
PMID: 17187780 [PubMed - in process]

☐ **46:**

Delays in the treatment of cauda equina syndrome due to its variable
clinical features in patients presenting to the emergency department.
Emerg Med J. 2007 Jan;24(1):33-4.
PMID: 17183040 [PubMed - indexed for MEDLINE]

☐ **47:**

Cauda equina syndrome presentation of sacral insufficiency fractures.
Skeletal Radiol. 2007 Apr;36(4):309-13. Epub 2006 Dec 20.
PMID: 17177021 [PubMed - in process]



**48:**

Pseudoglandular schwannoma of the cauda equina. Case report.
J Neurosurg Spine. 2006 Dec;5(6):543-5.
PMID: 17176020 [PubMed - indexed for MEDLINE]

**49:**

Easy drainage of presacral abscess.
Eur Spine J. 2006 Dec 6; [Epub ahead of print]
PMID: 17149636 [PubMed - as supplied by publisher]

**50:**

Filum terminale ependymoma with intratumoral and spinal subarachnoid hemorrhage.
Surg Neurol. 2006 Dec;66(6):646-7. No abstract available.
PMID: 17145339 [PubMed - indexed for MEDLINE]

**51:**

Epidemiology of cauda equina and conus medullaris lesions.
Muscle Nerve. 2006 Dec 1;35(4):529-531 [Epub ahead of print]
PMID: 17143890 [PubMed - as supplied by publisher]

**52:**

Type A intradural spinal arteriovenous fistula. Case report.
J Neurosurg Spine. 2006 Nov;5(5):447-50.
PMID: 17120896 [PubMed - indexed for MEDLINE]

**53:**

Isolated amyloidosis presenting with lumbosacral radiculoplexopathy: description of two cases and pathogenic review.
J Peripher Nerv Syst. 2006 Dec;11(4):346-52.
PMID: 17117943 [PubMed - indexed for MEDLINE]

**54:**

Posterior root-muscle reflexes elicited by transcutaneous stimulation of the human lumbosacral cord.
Muscle Nerve. 2007 Mar;35(3):327-36.
PMID: 17117411 [PubMed - indexed for MEDLINE]

**55:**

Pacinioma of the cauda equina.
Dev Med Child Neurol. 2006 Dec;48(12):994-6.
PMID: 17109790 [PubMed - indexed for MEDLINE]

**56:**

Spinal intradural extramedullary cavernous angioma: case report and review of the literature.
Spinal Cord. 2006 Nov 7; [Epub ahead of print]
PMID: 17091120 [PubMed - as supplied by publisher]

**57:**

Paget's disease of bone: experience from a centre in southern India.
J Assoc Physicians India. 2006 Jul;54:525-9.


Case 1:06-cv-06008    Document 49-2    Filed 01/24/2008    Page 45 of 46

PMID: 17089899 [PubMed - indexed for MEDLINE]

☐ **58:**

Spinal injuries in Scottish mountaineers.
Wilderness Environ Med. 2006 Fall;17(3):191-4.
PMID: 17078316 [PubMed - indexed for MEDLINE]

☐ **59:**

Characterization and restoration of altered inhibitory and excitatory control of micturition reflex in experimental autoimmune encephalomyelitis in rats.
J Physiol. 2007 Jan 15;578(Pt 2):439-50. Epub 2006 Oct 26.
PMID: 17068103 [PubMed - indexed for MEDLINE]

☐ **60:**

Paraganglioma and paragangliomatosis of the cauda equina.
ANZ J Surg. 2006 Nov;76(11):1033-7. No abstract available.
PMID: 17054558 [PubMed - indexed for MEDLINE]

Items 41 - 60 of 3531     Page | 3    of 177

Display | Summary ▾   Show | 20 ▾ | Sort by ▾ | Send to ▾

Case 1:06-cv-00008    Document 49-2    Filed 01/24/2008    Page 46 of 46