# Exhibit 3

IN THE DISTRICT COURT OF GUAM
CIVIL CASE NO. CIV06-00008

DEBORAH K. RUTLEDGE and
THOMAS R. RUTLEDGE,

    Plaintiffs,

vs.

**Certified Copy**

UNITED STATES OF AMERICA,

    Defendant.

- - - - - - - - - - - - - - - - - -/

DEPOSITION OF: MICHAEL W. MERIWETHER, M.D., Ph.D.

TAKEN BY:     Plaintiffs

DATE:     September 7, 2007

TIME:     9:10 a.m. to 12:50 p.m.

PLACE:     JMC Reporting, Inc.
    1800 Second Street, Suite 830
    Sarasota, Florida 34236

BEFORE:     WENDY WEISE, RPR
    1800 Second Street
    Suite 830
    Sarasota, Florida 34236

(Pages 1 - 172)

EXHIBIT 3

A. I don't see how it would be when you come in with back pain. I wouldn't have MRI'd someone at that point.

BY MR. KEOGH:

Q. If it had been recognized at that point, would her disability be different?

A. I don't think it existed at that point. I think she may have had a bulging disc, but I think that two days before she saw Dr. Duncan when she had fecal incontinence, and God knows why she didn't seek medical attention for those two days, but the two days prior to the 27th visit with Dr. Duncan were probably when this thing herniated out, extruded outside the disc space where it was found on the MRI scan and subsequently had surgery; and I think that's what constituted her cauda equina syndrome.

Q. But to answer the question, if it had been recognized and properly diagnosed on August 27 and surgical intervention was done at that time, can you estimate what her disability would be now?

    MS. CLARK: Let me object to the form of the question on several grounds. First of all, this witness has testified that he

# Exhibit 4

```
 1            IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF GUAM
 2

 3   DEBORAH K. RUTLEDGE and      )   CIVIL CASE NO. 06-00008
     THOMAS R. RUTLEDGE,          )
 4                                )
                                  )
 5            Plaintiffs,         )
                                  )       DEPOSITION OF
       vs.                        )     JOHN C. STEELE, M.D.
 6                                )      SEPTEMBER 25, 2007
     UNITED STATES OF AMERICA,    )
 7                                )
              Defendant.          )
 8   _____)

 9
         The deposition of John C. Steele, M.D., called by
10   Defendant United States of America, pursuant to Notice and
     pursuant to the Rules of Civil Procedure, taken via video
11   teleconference at the office of the United States Attorney,
     Sirena Plaza, 6th Floor US Attorney's Conference Room, 108
12   Hernan Cortez Avenue, Hagatna, Guam 96910, on Tuesday,
     September 25, 2007, at the hour of 8:40 a.m. and wednesday,
13   September 26, 2007 at 10:10 a.m.

14       That at said time and place, there transpired the
     following:
15

16                      A P P E A R A N C E S:

17   For the Plaintiff         Robert L. Keogh, Esq.

18
     For Defendant             UNITED STATES ATTORNEY
19                             First Place By:
                                  Katharyne Clark
20                                Assistant US Attorney; and
                               Second Place By:
21                                Mikel W. Schwab
                                  Assistant US Attorney
22                             Suite 500, Sirena Plaza
                               108 Hernan Cortez Avenue
23                             Hagatna, Guam 96910

24

25
```

EXHIBIT 4



1  surgeon and I do not operate; no. My role is that of a
2  diagnostician.
3      Q.    Okay. During any of your employment, you have
4  never been the chief surgeon in any procedure?
5      A.    Correct.
6      Q.    Okay. So you're not going to plan to give us any
7  neurosurgical opinions in this case; is that correct?
8      A.    Well, I wouldn't say that.
9      Q.    Are you going to give us neurosurgial opinions?
10     A.    If I'm asked.
11     Q.    Well, do you hold any opinions in regard to Deborah
12 Rutledge of a neurosurgical nature?
13     A.    Her whole illness was a surgical illness.
14     Q.    Let me go through your CV. After you finished your
15 tour at Micronesia, that's when you return to London School
16 of Hygiene and Tropical Medicine; correct?
17     A.    No. Actually, I returned to London after my
18 experience in the Marshall Islands and then I went back to
19 Micronesia, to Ponape.
20     Q.    All right. And that's the entry from 1978 through
21 1983?
22     A.    Correct.
23     Q.    Are we together here?
24     A.    Yes.
25     Q.    And can you tell me please what your job duties







1  Q. Let me see if we can convince your answer a little
2  bit, okay? I'm going to ask you a question, and I would
3  submit this question be answered with one or two words,
4  either yes or with no. And if you need to explain your
5  answer, please feel free to but the first response you give
6  me is either a yes or a no. As a treating physician, have
7  you ever diagnosed a patient with cauda equina syndrome?
8  A. I'd answer yes again.
9  Q. Where was that please?
10 A. That was with Mrs. Rutledge when I examined her in
11 June.
12 Q. You consider yourself to be a treating physician
13 for Mrs. Rutledge?
14 A. No.
15 Q. Okay. Let me ask the question again, sir. As a
16 treating physician, have you ever diagnosed a patient with
17 cauda equina syndrome?
18 A. No.
19 Q. Thank you. So after you left your position with
20 the Naval Regional Medical Center Guam and the VA Guam, I see
21 on your CV you're listed in 1988 beginning as a consultant
22 neurologist with GMH which is Guam Memorial Hospital, I
23 believe?
24 A. Correct.
25 Q. And FHP? And I'm sorry, I don't know what that is.







1  consequences. So I've taken on at an increasing
2  administrative and research role in recent years.
3      Q.  Certainly an admirable goal for everyone as they
4  progress in their career, most certainly. Do you have an
5  orthopedic surgeon available in your position now with Guam
6  Memorial Hospital and FHP?
7      A.  We do.
8      Q.  And much like at NRMC Guam, would cord
9  compressions, spinal nerve root compressions be more the
10 province of the surgeon as opposed to the medicine neurology
11 physician? I'm sorry, I need to hear your voice.
12     A.  Yes, I know. That's a straightforward question.
13 I'd say yes, though they're certainly shared. They come to
14 both of us.
15     Q.  What I was pointing out, you and I can see each
16 other on the television screen, but the court reporter has to
17 take down the record and she can only take down what she
18 hears, not what she sees. So I saw you nodding certainly,
19 but I was just saying use your voice.
20     A.  All right. Can you ask me the question again then?
21     Q.  Certainly. In your practice at Guam Memorial
22 Hospital and FHP, you testified earlier that you have
23 orthopedic surgeons available.
24     A.  Correct.
25     Q.  And my question was, would it be true at Guam

1  Memorial Hospital and FHP as it was in your earlier testimony
2  at Naval Regional Medical Center Guam, that with a patient
3  with suspicion of a spinal cord compromise or a nerve root
4  compromise, would be evaluated and treated by a surgeon, not
5  by a neurologist?
6      A.   That, that is true and as I said earlier, I think
7  the main people with those problems who come to us are those
8  with diagnostic difficulty with their primary physicians not
9  certain as to why they're experiencing pain, why they're
10 experiencing weakness, why they're experiencing sensory loss.
11 So those are the patients that tend to come to us.  The
12 people in which it's obvious tend to be recognized by their
13 practitioners and referred directly to orthopedic surgeons.
14 So we get the diagnostic difficulties rather than the
15 straightforward problem.
16     Q.   When did Guam first get a CAT scanner?
17     A.   It was many ...
18     Q.   BY Guam, I mean the island, available on island?
19     A.   It was many, many years ago, before I came, which
20 was twenty-five years ago.  So the CAT scan has been
21 available on Guam for many years.  It was given to Guam by
22 the Sick Children's Hospital in Toronto.  It was one of the
23 first CAT scanners every manufactured and it was placed out
24 here so that they could investigate the neuro degenerative
25 disease that's so common among Chamorros.  Because it ...

# Exhibit 5



# U.S. Department of Justice

## *Leonardo M. Rapadas*
*United States Attorney*
*Districts of Guam and NMI*

---

*Sirena Plaza, Suite 500*  (671) 472-7332
*108 Hernan Cortez Avenue*  FAX: (671) 472-7215
*Hagåtña, Guam 96910*

July 10, 2007

RECEIVED
5:00 PM
JUL 10 2007
LAW OFFICE OF
ROBERT L. KEOGH

Robert L. Keogh
251 Martyr St., Ste. 105
C & A Professional Bldg.
Hagåtña, GU 96910

Re: Deborah K. Rutledge v. United States, CV 06-00008

Dear Mr. Keogh,

Our paralegal, Marie Chenery, has been trying to coordinate a schedule for taking the depositions of various expert witnesses. When you spoke with her on June 27th, you indicated that you are unable to depose Dr. Meriwether in Hawaii, rather that it must be done in Florida. We have been able to arrange with Dr. Meriwether to have his deposition taken in Tampa, but we need to confirm dates so arrangements can be made for a conference room at the U.S. Attorney's Office in Tampa. You discussed deposing Dr. Meriwehter the week of September 3, 2007 and deposing your financial expert in Sacramento, CA on the way to Florida. Ms. Chenery left a message with your office on July 6th to attempt to confirm dates, but she has not yet heard back from you.

We propose a deposition of your financial expert during the last week of August as well as our financial expert in Oregon who we are just in the process of hiring. We then propose deposing Dr. Meriwether in Tampa, FL on September 6th and 7th.

We also need to know whether Dr. Steele is your only medical expert and when he might be available for his deposition.

Please let us know if the August / September schedule will work for you.

Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

**EXHIBIT 5**

 

**U.S. Department of Justice**

**LEONARDO M. RAPADAS**
*United States Attorney*
*Districts of Guam and NMI*

*Sirena Plaza, Suite 500*     *(671) 472-7332*
*108 Hernan Cortez Avenue*     *FAX: (671) 472-7215*
*Hagatña,. Guam 96910*

July 13, 2007

Robert L. Keogh
251 Martyr St., Ste 105
C&A Professional Bldg
Hagatna, Guam 96910

       RE: <u>Rutledge v. United States</u>
             CV 06-00008

Dear Robert,

      I will have Special Assistant U.S. Attorney Katharyne Clark defend the deposition of Dr. Merriwether. October 9th and 10th are the two dates that I understand he is available for full days of testimony.

      You have asked me to check to see if he is available between the 18th of August to the 10th of September, a time when you will be in the states on family business. I will inquire about dates during that time period.

      I will try to participate by VTC from Guam. Tampa has a U.S. Attorney's Office that would accommodate us if I give them notice.

                                        My Best,

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

                          BY: _____
                                       MIKEL W. SCHWAB
                                       Assistant U.S. Attorney

LAW OFFICE OF
# ROBERT L. KEOGH
SUITE 105, ANGELA FLORES BUILDING
243 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@guam.net

July 13, 2007

**VIA FACSIMILE ONLY**
**472-7215**

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

        **RE:   Rutledge v. United States**
              **District Court of Guam**
              **Civil Case NO. 06-00008**

Dear Mikel:

    I am in receipt of your letter of today's date pertaining to the scheduling of the deposition of Dr. Meriwether. I advised you several months ago that my intent was to take expert depositions in late August/early September since I had travel scheduled then on other matters. You informed me that you had to be on the east coast in early September as well and that those dates worked well for you. By email dated June 21, 2007, I advised you that I was still looking at the week of August 27 and as late as September 3 or 4 to take expert depositions. Today was the first time you raised October 9 and 10 as proposed dates.

    The October dates do not work at all. They are after the date of our preliminary pre-trial conference and less than a month before trial. Why you waited until now to address deposition dates with Dr. Meriwether is a mystery.

    I leave Guam on August 18 and will return my son to his boarding school dormitory on August 22, 2007. I can work with Dr. Meriwether's schedule after that date. Dr. Towle has also agreed to make himself available in Fair Oaks, CA in late August.

Letter to Mikel W. Schwab
July 13, 2007
Page 2
Law Office of ROBERT L. KEOGH

I need to finalize this arrangement as soon as possible. I have other depositions in other cases I am planning on taking on this same trip that have to be scheduled.

I will agree to take Dr. Meriwether's deposition at his office if that is convenient for him. Otherwise, I will schedule the deposition at a neutral site such as a hotel conference room. I am certainly happy to have you attend by telephone or video if such can be arranged.

Please let me hear from you as soon as possible. My cell phone number is 777-6896. I can be reached on it over the weekend.

Sincerely,

ROBERT L. KEOGH

RLK/tbm

 

**U.S. Department of Justice**

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

---

Sirena Plaza, Suite 500      (671) 472-7332
108 Hernan Cortez Avenue      FAX: (671) 472-7215
Hagatña,, Guam 96910

July 17, 2007

Robert Keogh
251 Martyr St., Suite 105
C&A Professional Building
Hagatna, Guam 96910

    RE: <u>Rutledge v. United States</u>

Dear Mr. Keogh,

    I sympathize with your desire to have the deposition of Dr. Meriwether scheduled during your trip to the United States on personal business. In the past, in this case and in Lavarias, we have been very successful in making arrangements that fit your travels.

    In the case of Dr. Meriwether however, I have been given the date of <u>October 6th</u> in Tampa, Florida. I may have to participate by VTC and I am working to have my co-counsel present. Remember, I had arranged for Dr. Meriwether to be available in Honolulu during the first week of September but you did not want to be in Hawaii.

    I am urging that Dr. Meriwether provide one or more alternate dates in September in addition to the October 6th date. I have not heard back but have suggested, since it cannot be done in early to mid September, the last week of September. Again, I am working hard to make arrangements and I am sorry that this one will not fit into the convenient time for you. I will let you know as soon as I can about alternate dates.

    I appreciate your patience and cooperation in scheduling difficult to calendar professionals.

                                                  Sincerely,

                                                LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and NMI

                                   BY: _____
                                                MIKEL W. SCHWAB
                                                Assistant U.S. Attorney

# LAW OFFICE OF
# ROBERT L. KEOGH

SUITE 105, ANGELA FLORES BUILDING
243 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@guam.net

July 17, 2007

**VIA FACSIMILE ONLY**
**472-7215**

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

**RE: Rutledge v. United States**
     **District Court of Guam**
     **Civil Case NO. 06-00008**

Dear Mikel:

I am in receipt of your letter of today's date, again pertaining to the scheduling of the deposition of Dr. Meriwether. You told me the reason the deposition could not be done in Florida during the first week of September is because Dr. Meriwether has to be in Israel during that week. Now you state that you had arranged for him to be in Hawaii during the first week of September but that did not occur since I did not want to be in Hawaii. Which is it, Israel or Hawaii?

You also told me that your deal with Dr. Meriwether included him getting a trip to Hawaii out of this case. My desire to take the deposition in Florida, in Dr. Meriwether's home town, so that he could not escape answering any question with the excuse that his records on the issue are in Florida is not unreasonable. It is of no concern to me whether Dr. Meriwether gets a free Hawaii vacation out of this case. My interests are in seeing that Mr. and Mrs. Rutledge get a fair hearing of their grievance in court.

It has become patently clear that the United States is engaged in a strategy to drive up the costs of this litigation for the Rutledges as some form of perverse punishment and to make the

timing of the depositions difficult for me to punish me for not wanting to take the deposition in Hawaii to accommodate your expert's wish for a government paid vacation. Your motives in this regard are ignoble, indeed.

Is the first week of September in Hawaii still an option? If so let me know in writing as soon as possible.

Keep in mind that cooperation on scheduling expert depositions is a two way street. You will need my cooperation in that regard as well. The position stated in my email earlier today remains. If this is not resolved by the close of business on Wednesday, July 18, 2007, I will deem all expert depositions off the table.

Sincerely,

ROBERT L. KEOGH

RLK/tbm

 

U.S. Department of Justice

**LEONARDO M. RAPADAS**
*United States Attorney*
*Districts of Guam and NMI*

*Sirena Plaza, Suite 500*  (671) 472-7332
*108 Hernan Cortez Avenue*  FAX: (671) 472-7215
*Hagatña, Guam 96910*

July 18, 2007

Via Facsimile & Hand Delivery

Robert L. Keogh
Suite 105, Angela Flores Building
234 Marty Street
Hagatna, Guam 96910

        Re: <u>Rutledge v. United States</u>
           Civil Case NO. 06-00008

Dear Rob,

    A letter from you came into our fax machine last evening. If you want me to return it and forget it, I will do that. I understand you just had a weak moment of lashing out.

    I am not sure if I should address the incomprehensible things in the letter. Attached is my correspondence of July 10, 2007, in which I tried to make Dr. Meriwether available in Hawaii. That is a close location to Guam. You mention a "free vacation out of this case". I am not aware that the Doctor has any desire to visit Hawaii. I thought we were trying to schedule this so that you could charge your personal trip at least partially to your practice. That has worked in the past. I have never heard of a witness ever getting a "government paid vacation" and don't understand what motivates you to write that.

    The United States has done a great deal in good faith to keep costs down. I believe we have shouldered all of the expenses associated with the fact witness depositions which we have arranged using the VTC system.

    Perhaps we have been too accommodating and have raised your expectations. Scheduling is very difficult and eminent professionals, especially those that are at the top of their field of practice, often have complicated schedules.

Mr. Keogh
July 18, 2007
Page 2

Again, if you prefer to not have that letter in my records, I will return it, no questions asked. Hope you are OK this morning.

Please let me know if I can do anything more to assist.

Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorne

 

U.S. Department of Justice

**LEONARDO M. RAPADAS**
*United States Attorney*
*Districts of Guam and NMI*

*Sirena Plaza, Suite 500*  (671) 472-7332
*108 Hernan Cortez Avenue*  FAX: (671) 472-7215
*Hagatña,, Guam 96910*

July 24, 2007

Robert L. Keogh
251 Marty St. Ste 105.
Angela Flores Building
Hagatna, Guam 96910

Re: <u>Rutledge v. United States</u>

Dear Rob,

Let's stay focused on the dates when the expert is available. You had earlier rejected the proposed date in Hawaii for Sept 6-7. As a result, I have asked for three other dates that we can choose from. Dr. Merriwether is available on the following three dates:

September 15, September 17 and October 6, 2007.

Please pick one. None of the discovery dates have been convenient for me, but I understand that the work has to get done. My preference is the Oct. 6th date, but, again, I will defer to you on any of three dates available. I may be forced to attend by VTC and you are welcomed to join me here at the U.S. Attorney's Office. Our SAUSA will attend in person.

Let me know right away.

My best,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney