ORIGINAL

LEONARDO M. RAPADAS
United States Attroney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 30 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00008 <br><br> **MOTION REQUESTING FOR A TELEPHONIC APPEARANCE BY UNITED STATES COUNSEL KATHARYNE CLARK** |

The United States respectfully submits this Motion to allow Katharyne Clark, Special Assistant United States Attorney to participate by telephone in the Final Pre-trial Conference and hearing on Plaintiff's Motion in Limine to Exclude or Limit Expert Testimony of Dr. Michael Meriwether at Trial scheduled for February 12, 2008, at 10:00 a.m. The request is made because Attorney Katharyne Clark can not travel to Guam for the hearing. Her number is 808-433-4968.

Respectfully requested this 30th day of January 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on January 30, 2008, I caused to be served by personal service a copy of the "Motion Requesting for a Telephonic Appearance by United States Counsel Katharyne Clark", in Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge v. United States of America</u>, to the following attorney of record:

Robert L. Keogh
Law Offices of Robert L. Keogh
251 Martyr Street, Suite 105
Hagatna, Guam 96910

*(signature)*
Jacqueline Emmanuel
Administrative Assistant