LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiff,<br><br>vs.<br><br>UNTIED STATES OF AMERICA,<br><br>Defendant | CIVIL CASE NO. 06-00008<br><br>**O R D E R**<br><br>DATE: February 12, 2008<br>TIME: 10:00 a.m. |

This matter came before the Court on the Motion of the United States for an Order allowing counsel for the United States to Participate in the hearing by telephone. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Katharyne Clark may participate by telephone in the hearing for the Final Pre-trial Conference and hearing on Plaintiff's Motion in Limine to Exclude or Limit Expert Testimony of Dr. Michael Meriwether at Trial.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jan 30, 2008**