1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  KATHARYNE P. CLARK
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 0 5 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br>**UNITED STATES' WITNESS LIST** |

The United States hereby and through its attorneys, submits the following witness list which was exchanged with Plaintiffs.

1. Dr. Douglas Duncan, c/o Joe Rovira, Esq., J.D.
   Deputy Command Legal Counsel
   Navy Medicine East,
   Naval Medical Center, Portsmouth
   Phone: (757) 953-0088

2. Lt. Col. Natalie Giscombe
   79 AMDS/SGPW
   1051 West Perimeter Road.
   Andrews AFB, MO 20762
   Phone: (240) 857-8391

3. Stephanie King
   5304 Shawn Drive
   Killeen, TX 76542
   Phone: (254) 699-6331

4. Lt. David Lang (Rebuttal)
   U.S. Naval Hospital, Guam
   Phone: (671) 344-9728

5. Maj. Emma McClain (Rebuttal)
   96 IPTS/SGIA
   307 Boatner Road, Ste. 114
   Eglin AFB, FL 32542

6. Michael Meriwether, M.D., Ph.D.
   4054 Sawyer Road
   Sarasota, FL 34233
   Phone: (941) 379-3789

7. LTC Joseph Orchowski, M.D.
   Orthopedic Spine Surgeon
   Tripler Army Medical Center
   Honolulu, HI 96859

8. Capt. Stephen Rau
   11713 S. 26th Street
   Bellevue NE 68123

9. Laura Taylor, Ph.D.
   523 SE 19th Ave.
   Portland, OR 97214
   Phone: (503) 841-6562

DATED this 5th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney