FILED
DISTRICT COURT OF GUAM

FEB 0 5 2008

JEANNE G. QUINATA
Clerk of Court

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  KATHARYNE P. CLARK
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215

7  Attorneys for the United States of America

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00008 <br><br> **UNITED STATES' EXHIBIT LIST** |

United States of America, through its attorneys hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this 5th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney

**UNITED STATES' EXHIBIT LIST**

| NO. | DESCRIPTION | Identified | Admitted |
|---|---|---|---|
| A. | Expert Report of Michael Meriwther, M.D., Ph.D. RUT 391 - 435 | _____ | _____ |
| B. | Expert Report of Laura Taylor, Ph.D. TAY 001 - 051 | _____ | _____ |
| C. | Demonstrative Exhibit C | _____ | _____ |
| D. | Demonstrative Exhibit D | _____ | _____ |
| E. | Demonstrative Exhibit E | _____ | _____ |
| F. | Demonstrative Exhibit F | _____ | _____ |
| G. | Demonstrative Exhibit G | _____ | _____ |
| H. | Demonstrative Exhibit H | _____ | _____ |
| I. | Demonstrative Exhibit I | _____ | _____ |
| J. | Demonstrative Exhibit J | _____ | _____ |
| K. | SF-95 Claim by Plaintiffs, RUT 003-006 | _____ | _____ |
| L. | Medical Records from Whiteman Air Force Base RUT 007-029 and RUT 469 | _____ | _____ |
| M. | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 | _____ | _____ |
| N. | Medical Records from U.S. Naval Hospital, Guam USNH 001 - 0021 | _____ | _____ |
| O. | Medical Records from Tripler Army Medical Center TAMC 001 - 00176 | _____ | _____ |
| P. | Medical Records from Naval Medical Center, Bethesda RUT 438-456 | _____ | _____ |
| Q. | Medical Records from Tinker Air Force Base RUT 457-464, RUT 466-468, and RUT 470-486 | _____ | _____ |
| R. | U.S. Military Composite Health Care System printouts Tripler AMC and NMC Bethesda, CHCS 001-0020 | _____ | _____ |
| S. | Medical summary from Dr. Philip Mosca RUT 488 | _____ | _____ |
| T. | U.S. Naval Hospital, Guam Appointment List | _____ | _____ |