LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM

FEB 0 5 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. CIV06-00008<br><br>**PLAINTIFFS' WITNESS LIST** |

Plaintiffs, by and through his undersigned counsel, hereby submit their witness list as follows:

1. Deborah K. Rutledge – c/o Law Office of Robert L. Keogh, 243 Martyr Street, Suite 105, Hagatña, Guam 96910, 472-6895.

2. Thomas R. Rutledge – c/o Law Office of Robert L. Keogh, 243 Martyr Street, Suite 105, Hagatña, Guam 96910, 472-6895.

3. Natalie Y. Giscombe – as on cross. Address and telephone numbers known to defendant. In the event that Natalie Giscombe is unavailable to testify in person at the time of trial, plaintiff will present her testimony by way of deposition taken stenographically on November 2, 2006.

4. Steven D. Rau – as on cross. Address and telephone numbers known to defendant. In the event that Steven Rau is unavailable to testify in person at the time of trial, plaintiff will present his testimony by way of deposition taken stenographically on September 26, 2006.

5. Dr. Douglas Duncan – as on cross. Address and telephone numbers known to defendant. In the event that Dr. Duncan is unavailable to testify in person at the time of trial,

plaintiff will present his testimony by way of deposition taken stenographically on June 20, 2007 and June 30, 2007.

6. Dr. Hugh McSwain - via deposition transcript.

7. Dr. Joseph Orchowski - as on cross. Address and telephone numbers known to defendant. In the event that Dr. Duncan is unavailable to testify in person at the time of trial, plaintiff will present his testimony by way of deposition taken stenographically on March 1, 2007.

8. Dr. James Jablonski - as on cross. Address and telephone numbers known to defendant. In the event that Dr. Jablonski is unavailable to testify in person at the time of trial, plaintiff will present her testimony by way of deposition taken stenographically on November 18, 2006.

9. Dr. Gary L. Towle - c/o Law Office of Robert L. Keogh, 243 Martyr Street, Suite 105, Hagatña, Guam 96910, 472-6895.

10. Dr. John C. Steele - c/o Law Office of Robert L. Keogh, 243 Martyr Street, Suite 105, Hagatña, Guam 96910, 472-6895.

11. Eduardo Ilao - MR Imaging Group, Tamuning Guam. 649-5686.

12. Current Chief Medical Services Officer, Andersen Air Force Base, Guam - as on cross. Address and telephone numbers known to defendant.

13. Gary Hiles - c/o Law Office of Robert L. Keogh, 243 Martyr Street, Suite 105, Hagatña, Guam 96910, 472-6895.

14. Rebuttal witnesses. Plaintiffs reserve the right to call rebuttal witnesses.

Respectfully submitted,

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 2/5/08          By: /s/ Robert L. Keogh
                          ROBERT L. KEOGH