LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

FILED
DISTRICT COURT OF GUAM

FEB 0 5 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>**PLAINTIFFS' EXHIBIT LIST** |

Plaintiffs, by and through his undersigned counsel, hereby submit their exhibit list as follows:

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Federal Tort Claims Act Administrative claim dated April 29, 2005 | | |
| 2 | July 27, 2004 AAFB medical record Telephone Triage Encounter | | |
| 3 | July 27, 2004 AAFB medical record Low Back Pain Adult | | |
| 4 | July 27, 2004 AAFB medical record Patient Lab Inquiry | | |
| 5 | August 2, 2004 AAFB medical record Low Back Pain Adult | | |
| 6 | August 16, 2004 12:54 p.m. AAFB medical record Telephone Consultation | | |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 7 | August 16, 2004 12:58 p.m. AAFB medical record Telephone Consultation | | |
| 8 | August 17, 2004 AAFB medical record Low Back Pain Adult | | |
| 9 | August 9, 2004 medical record Radiologic Examination Report | | |
| 10 | August 9, 2004 medical record Radiologic Examination Report signed by Natalie Giscombe | | |
| 11 | August 17, 2004 medical record Orthopedic Consult (referral) | | |
| 12 | August 17, 2004/August 27, 2004 medical record Orthopedic Consult Result | | |
| 13 | August 27, 2004 to November 24, 2004 US Naval Hospital Guam medical records | | |
| 14 | August 27, 2004 to August 29, 2004 Tripler Army Medical Center Hawaii medical records | | |
| 15 | August 27, 2004 Tripler Army Hospital Operation Report | | |
| 16 | January 28, 2005 Tripler Army Medical Center Hawaii medical records | | |
| 17 | October 21, 2005 Tripler Army Medical Center Hawaii Radiologic Examination Report | | |
| 18 | March 7, 2007 Plaintiffs Supplemental Rule 26 Disclosure of various Walter Reed Hospital medical records | | |
| 19 | July 12, 2007 Plaintiffs' Supplemental Rule 26 Disclosures of medical records from Okalahoma City, OK | | |
| 20 | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary L. Towle, MD | | |

- 2 -

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 21 | June 2, 2006 Expert Report of John C. Steele, MD | | |
| 22 | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Supplemental Expert Report of John C. Steele, MD | | |
| 23 | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles | | |
| 24 | August 28, 2003 Social Security Statement of Deborah Rutledge | | |
| 25 | July 9, 2007 Social Security Actuarial Publications Period Life Table | | |
| 26 | January 9, 2007 Michael W. Meriwether contract | | |
| 27 | January 4, 2008 medical report of Donald E. Adams, MD | | |
| 28 | January 24, 2008 medical record James E. Duncan MD Physical Therapy referral | | |
| 29 | January 2008 Maid Service Quotations | | |
| 30 | January 27, 2008 Pay Scale-Salary Survey | | |
| 31 | United States Air Force Fact Sheet, Anderson Clinic | | |
| 32 | American Association of Physician Assistants General Information Page from www.aapa.org | | |
| 33 | 36 Medical Group Instruction 40-112 dated June 15, 2005 and January 24, 2007 and November 8, 2007 correspondence | | |

Plaintiffs reserve the right to submit additional exhibits in rebuttal to any of defendant's exhibits and reserve whatever rights

1 they may have to identify additional exhibits to be introduced at
2 trial.

Respectfully submitted,

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 2/5/08

By: /s/ Robert L. Keogh
ROBERT L. KEOGH