LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGÅTÑA, GUAM 96932
TELEPHONE (671) 472-6895


**FILED**
DISTRICT COURT OF GUAM

FEB 0 5 2008 

**JEANNE G. QUINATA**
Clerk of Court

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE NO. CIV06-00008<br><br>CERTIFICATE OF SERVICE |

I, Robert L. Keogh, hereby certify that on the 5th day of February, 2008, I caused to be served via hand delivery, a true and correct copy of the **PLAINTIFFS' PROPOSED PRETRIAL ORDER** in the above-captioned matter upon the following office as set forth below:

　　Mikel W. Schwab
　　Assistant U. S. Attorney
　　District of Guam
　　Sirena Plaza, Suite 500
　　108 Hernan Cortez Avenue
　　Hagåtña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 2/5/08

By: /s/ ROBERT L. KEOGH