# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**DEBORAH K. RUTLEDGE, et al.**

## NOTICE

V.

**UNITED STATES OF AMERICA**      CASE NUMBER: **CV-06-00008**

TYPE OF CASE:

     X **CIVIL**      ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**FINAL PRETRIAL CONFERENCE AND MOTION IN LIMINE**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | February 12, 2008 at 10:00 A.M. | February 13, 2008 at 9:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 7, 2008      Virginia T. Kilgore
DATE      /s/ (BY) DEPUTY CLERK

TO:      Law Office of Robert L. Keogh
             U.S. Attorney's Office