LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 1 1 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 06-00008<br><br>**FIRST AMENDED UNITED STATES' EXHIBIT LIST** |

United States of America, through its attorneys hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this 11th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Identified | Admitted |
|---|---|---|---|
| A. | Expert Report of Michael Meriwther, M.D., Ph.D. RUT 391 - 435 | _____ | _____ |
| B. | Expert Report of Laura Taylor, Ph.D. TAY 001 - 051 | _____ | _____ |
| C. | Demonstrative Exhibit C | _____ | _____ |
| D. | Demonstrative Exhibit D | _____ | _____ |
| E. | Demonstrative Exhibit E | _____ | _____ |
| F. | Demonstrative Exhibit F | _____ | _____ |
| G. | Demonstrative Exhibit G | _____ | _____ |
| H. | Demonstrative Exhibit H | _____ | _____ |
| I. | Demonstrative Exhibit I | _____ | _____ |
| J. | Demonstrative Exhibit J | _____ | _____ |
| K. | SF-95 Claim by Plaintiffs, RUT 003-006 | _____ | _____ |
| L. | Medical Records from Whiteman Air Force Base RUT 007-029 and RUT 469 | _____ | _____ |
| M. | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 | _____ | _____ |
| N. | Medical Records from U.S. Naval Hospital, Guam USNH 001 - 0021 | _____ | _____ |
| O. | Medical Records from Tripler Army Medical Center TAMC 001 - 00176 | _____ | _____ |
| P. | Medical Records from Naval Medical Center, Bethesda RUT 438-456 | _____ | _____ |
| Q. | Medical Records from Tinker Air Force Base TINK 001 - 056 | _____ | _____ |
| R. | U.S. Military Composite Health Care System printouts Tripler AMC and NMC Bethesda, CHCS 001-0020 | _____ | _____ |
| S. | Medical summary from Dr. Philip Mosca RUT 488 | _____ | _____ |
| T. | U.S. Naval Hospital, Guam Appointment List | _____ | _____ |