LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895



**FILED**
DISTRICT COURT OF GUAM

FEB 13 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>NOTICE OF FILING<br>OF SUPPLEMENTAL EXHIBITS |

Plaintiffs are filing herewith a copy of Plaintiff Deborah Rutledge's medical report just received from James E. Duncan, M.D. dated January 24, 2008 and a medical record dated February 1, 2008 from Dr. Chadwick Webber. These documents are to be added to Plaintiffs Exhibit Number 28.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 2/13/08              By: /s/ Robert L. Keogh
                               ROBERT L. KEOGH

**ORIGINAL**

**JAMES E. DUNCAN, M.D.**
Diplomate of the American Board of Psychiatry and Neurology
Fellow of the American Academy of Neurology
Practice Limited to Neurology,
Electroencephalography and Electromyography

January 24, 2008

Christopher M. Howell, P.A.-C.
Tinker AFB
USAF Hospital Tinker
Tinker AFB OK 73145

Re: **Deborah Rutledge**

Dear Christopher:

Thank you for referring Deborah Rutledge for evaluation. In August of 2004 she developed low back pain which was followed by numbness in her right vaginal area. She also developed numbness in her lower extremities after that, along with severe pain. She did have an MRI scan done and was taken to surgery shortly after the MRI scan was accomplished. I don't have a report of the MRI but it apparently showed large disc herniation.

After the surgery she had a somewhat prolonged recovery. She did have therapy for several weeks.

Since that time she has had difficulty with persistent pain in her hips, as well as in her lower extremities. She has some persistent numbness in her vaginal region bilaterally, her buttocks region bilaterally, and also in the soles of her feet. Some of this is becoming more severe as time goes on in a very gradual fashion. She does have an appointment to have an MRI scan of the lumbar spine done next Tuesday.

She has seen one of the pain management physicians in Oklahoma City. He has scheduled some additional testing for her. Her current medications include Cymbalta, Lyrica, Lortab, and also Ambien to help her sleep. Her pain is severe enough that it interferes with her sleep at times.

She has had some recent testing that shows her to have a neurogenic bladder.

Her EXAM at this point shows her to be alert and she is oriented. Fundi and cranial nerves are within the range of normal. Her reflexes in her lower extremities are hypoactive. I don't note pathologic reflexes. She does seem to have some definite decreased range of motion with tight hamstrings bilaterally. She has great difficulty putting her heel up on her contralateral knee, which would often be seen with a piriformis syndrome. Straight leg raising is positive at approximately 10 degrees, which is certainly quite abnormal. I don't note Babinski signs.

1125 North Porter, Suite 300 • Norman, Oklahoma 73071 • Telephone (405) 360-3000 • Fax (405) 447-1096

Page Two
Christopher M. Howell, P.A.-C.
January 24, 2008

Re:  **Deborah Rutledge**

She has had a diagnosis of cauda equina syndrome made previously. Certainly that would seem to be a reasonable explanation for her difficulties. I do think that she has some of her symptoms, however, on the basis of tight hamstrings and she most likely has a bilateral piriformis syndrome as well. I would suggest that she have some additional physical therapy. I did write her a note for her to start some physical therapy from the point of view of a cauda equina syndrome and also a piriformis syndrome. I did tell her that she would be wise to continue a stretching program on an indefinite basis. I did tell her I thought that her symptoms were most likely primarily due to the cauda equina syndrome but that she has some difficulty with, as I said above, a tight hamstring problem and also a piriformis syndrome in all likelihood.

Her MRI scan is scheduled to be done next Tuesday. I will retrieve those results and talk to her on the telephone. She is going to be followed by a pain management physician as I mentioned above. I did tell her I would be happy to see her back again if that would be helpful.

Please let me know if you have any questions regarding her evaluation. Thank you for referring her for evaluation.

Sincerely yours,

James E. Duncan, M.D.

JED/jh

MOORE MEDICAL CENTER
700 S. Telephone Rd.
Moore, OK 73160

RADIOLOGY

PATIENT NAME: RUTLEDGE DEBORAH          DOB: 12-29-1960
PATIENT#: 2033041                       MEDREC/CHART#: 38082
ADMISSION DATE: 01-29-2008              RA TECH: KDL
ORDER START DATE: 01-29-2008            ORDER#: 100
ORDERING PHYSICIAN: ADAMS DONALD E MD
LOCATION:        /

DATE OF EXAMINATION:   01/29/2008

CLINICAL HISTORY: Cauda equina syndrome, back pain, previous surgery.

EXAMINATION: MRI of the lumbar spine

TECHNIQUE: Serial axial and sagittal images were obtained through the lung spine with various T1 and T2-weightings. Images were obtained with and without gadolinium enhancement.

FINDINGS: The lumbar vertebral body heights and anterior to posterior alignments are maintained. There is moderate disc space narrowing at the L1-2 level with only minimal end-plate signal change. There is mild disc space narrowing at the L2-3, L4-5 and L5-S1 levels. Only minimal degenerative end-plate signal is noted at these levels. The conus is in normal position with no evidence of abnormal signal or contrast enhancement. There is some heterogeneous signal and contrast enhancement in the subcutaneous soft tissues overlying the L4-5 level. This likely represents granulation tissue from a previous surgery. No focal fluid collections which are suspicious for abscess are visualized at this time.

L1-2: At this time, there is a mild to moderate annular disc bulge which results in mild central canal and mild bilateral neural foraminal stenosis.

L2-4: At these levels, there is no evidence of significant disc bulge, central canal or neural foraminal stenosis.

L4-5: At this level, there is a mild annular disc bulge which in conjunction with moderate ligamentum flavum thickening and mild facet hypertrophy results in mild central canal and mild neural foraminal stenosis.

L5-S1: At this level, there is mild to moderate degenerative facet changes and a small disc bulge. These findings result in mild bilateral neural foraminal stenosis and mild central canal stenosis.

RUTLEDGE, DEBORAH
MRI OF THE LUMBAR SPINE
PAGE 2

IMPRESSION:
There is moderate bilateral neural foraminal stenosis at the L4-5 level secondary to small disc bulging and degenerative changes.
Less significant stenoses are present at the L1-2 and L5-S1 levels as detailed above.
There is somewhat heterogeneous signal with some contrast enhancement in the subcutaneous soft tissues overlying the L4-5 level. This is most likely secondary to granulation tissue related to the patient's previous surgery. Infectious etiologies are not felt to be likely.

Chadwick Webber, M.D.
Dictating Physician

CW:jjm/smc    VF#: HIM20229
DD:    01/29/2008
DR:    01/29/2008 @ 4:15 PM
TD:   01/29/2008 @ 5:24 PM

*[Handwritten note:] Discussed c̄ her. It looks like she has arachnoiditis*