LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

**FILED**
**DISTRICT COURT OF GUAM**

FEB 1 3 2008 

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, | CIVIL CASE NO. CIV06-00008 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, Robert L. Keogh, hereby certify that on the 13th day of February, 2008, I caused to be served via hand delivery, a true and correct copy of a document entitled **NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS** in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: ___2/13/08___

By: _____
**ROBERT L. KEOGH**

ORIGINAL