# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00008　　　　　　　　　　DATE: February 13, 2008
CAPTION: Deborah K. Rutledge and Thomas K. Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore　Carmen B. Santos | Electronically Recorded: 9:19:12 - 11:01:12 |
| CSO: D. Quinata / J. Lizama | |

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Robert L. Keogh | Mikel W. Schwab |
| | Katharyne Clark (appearing telephonically) |

---

**PROCEEDINGS: Motion in Limine to Exclude or Limit Expert Testimony of Dr. Michael Meriwether at Trial and Final Pretrial Conference**

- Motion taken under advisement. Court to issue decision by <u>February 15, 2008</u>.
- Final Pretrial Conference continued to <u>February 15, 2008 at 9:00 AM</u>.
- Parties to meet and confer re rebuttal witnesses. Mr. Schwab may file reply to Plaintiffs' objections no later than <u>3:00 PM on February 15, 2008</u>.
- Court disclosed having met Dr. Steele. No objections by parties to Chief Judge presiding over case.

NOTES: