# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00008 <br><br> **MOTION REQUESTING FOR A VIDEO TELECONFERENCE APPEARANCE BY UNITED STATES COUNSEL KATHARYNE CLARK** |

The United States respectfully submits this Motion to allow Katharyne Clark, Special Assistant United States Attorney to participate by video teleconference in the Continuing Final Pre-trial Conference hearing scheduled for February 15, 2008, at 9:00 a.m. The request is made because Attorney Katharyne Clark can not travel to Guam for the hearing. The video teleconference contact is Cheryl Tagaca at the U. S. Attorney's Office in Hawaii. She can be reached at (808) 541-2850 or (808) 440 - 9245.

Respectfully requested this 14th day of February 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on February 14, 2008, I caused to be served by personal service a copy of the "Motion Requesting for a Video Teleconference Appearance by United States Counsel Katharyne Clark", in Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge v. United States of America</u>, to the following attorney of record:

Robert L. Keogh
Law Offices of Robert L. Keogh
251 Martyr Street, Suite 105
Hagatna, Guam 96910


Jacqueline Emmanuel
Administrative Assistant