LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiff,<br><br>vs.<br><br>UNTIED STATES OF AMERICA,<br><br>Defendant | CIVIL CASE NO. 06-00008<br><br>**O R D E R**<br><br>DATE: February 15, 2008<br>TIME: 9:00 a.m. |

This matter came before the Court on the Motion of the United States for an Order allowing counsel for the United States to Participate in the hearing by video teleconference. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Due to a previously scheduled video teleconference for the same date and time, Katharyne Clark may not participate by video teleconference in the hearing for the Continuing Final Pre-trial Conference, but may, however, participate by teleconference.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Feb 15, 2008**