# ORIGINAL

1   LEONARDO M. RAPADAS
    United States Attorney
2   MIKEL W. SCHWAB
    Assistant U.S. Attorney
3   KATHARYNE P. CLARK
    Special Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagatna, Guam 96910
    Tel: (671) 472-7332
6   Fax: (671) 472-7215

7   Attorneys for the United States of America

**FILED**
**DISTRICT COURT OF GUAM**

**FEB 15 2008**

**JEANNE G. QUINATA**
**Clerk of Court**

8

9                    **DISTRICT COURT OF GUAM**

10                   **TERRITORY OF GUAM**

11

12   DEBORAH K. RUTLEDGE and THOMAS )        CIVIL CASE NO. 06-00008
     R. RUTLEDGE,                        )
13                                       )
                    Plaintiffs,          )
14                                       )   **UNITED STATES' OPPOSITION**
              vs.                        )   **TO PLAINTIFF'S OBJECTION**
15                                       )   **TO DEFENDANT'S EXHIBIT AND**
     UNITED STATES OF AMERICA,           )   **WITNESS LIST**
16                                       )
                    Defendant.           )
17   _____)

18        The United States hereby submits this Opposition to Plaintiff's Objection to Defendant's

19   Exhibit and Witness List, filed February 12, 2008, seeking to exclude certain documents and the

20   testimony of Defendant's rebuttal witnesses.

21

22   **1. Exhibit List**

23

24        Plaintiff's counsel attempts to have the Court suppress twenty-three pages of Plaintiff's

25   medical records from her treatment at Whiteman Air Force Base in Missouri prior to her transfer

26   to Andersen Air Force Base on Guam. (Government's Exhibit L attached as Exhibit A).  It is

27   axiomatic that Plaintiff's medical records are both relevant and helpful in a case where the

28   Plaintiff is claiming that she has permanent injuries, all of which, she claims, were caused by the

1  United States. Evid. Rule 803(4) and Evid. Rule 803(6). <u>Faour Abdallah, Fraihat v. Cohen</u>,
2  2007 WL 3333117 (S.D. Cal 2007) ("As an initial matter, the Court finds that both Plaintiff's
3  past and current medical records are relevant and must be produced.") (emotional distress claim);
4  <u>Lewis v. Velvez</u>, 149 F.R.D. 474 (SDNY 1993) ("Past medical records detailing Mr. Lewis'
5  physical condition are relevant to the extent that causation of Mr. Lewis' injuries is in
6  controversy") (injury in prison). *See also,* <u>State v. Tanner</u>, 675 P.2d 539 (Utah 1983) ("The
7  medical records are admissible, not because they fit within one of the exceptions included in
8  Rule 55, but because the medical records are highly relevant to complete the whole history of the
9  defendant's conduct toward Tawnya and because the records are reliable.") (battered child case),
10  *abrogated on other grounds,* <u>State v. Doporto,</u> 935 P.2d 484 (1997).

11  Plaintiff is claiming that the United States is responsible for all her claimed present
12  disabilities. This is in spite of the fact that Plaintiff is not claiming that the United States caused
13  her initial back problem, when her disc bulged causing pain, numbness and other complications
14  leading to her first visit to the base clinic.[1] Plaintiff is ignoring the fact that her disc did herniate
15  (burst) and would have required the surgery, including a fusion of the vertebra, even if the
16  internal material from the disc had extruded into an area other than into the spinal nerve canal.
17  Plaintiff would have been substantially burdened with complications even if she had gone
18  immediately to an emergency room on the morning that she experienced complete incontinence,
19  thus triggering immediate treatment for the Cauda Equina Syndrome. Had plaintiff never
20  developed Cauda Equina Syndrome she would still suffer from the serious complications of the
21  herniated disc.

22  Plaintiff is asking the Court to discern, from her medical records at Andersen, that she
23  had already developed Cauda Equina Syndrome. To do this the Plaintiff intends to read the
24  medical records the way one would read a mystery novel once the ending is known. It makes no
25

26  [1] Plaintiff gives no clue as to possible causes of her back injury. She admits to being in a
27  automobile accident that totaled her vehicle some years ago. She also tells of a serious back
     injury she received while working as the manager of a Wendy's fast food, but says that she
28  recovered.

sense for the Plaintiff to also object to the Court having the benefit of her medical records, both before and after the claimed injury.

The records are relevant to show, for example, that Plaintiff had experience with obtaining her medical treatment from the Air Force and had ample opportunities to interact with the nurse practitioners and physician assistants, clearly announced in her previous records. This contrasts with claims by the plaintiff that she was unaware of the fact that the Air Force uses such personnel for her medical care.

Plaintiff is under a continuing obligation to provide all her medical records because she has placed her medical condition, before and after her herniated disc, into question in this suit. Plaintiff's past medical records are clearly relevant to her claim and there is no reason for the Court to exclude them.

**2. Witness List**

Defendants identified MAJ Emma McClain and LT David Lang as rebuttal witnesses in their portion of the proposed pretrial order.

Plaintiffs cite *Crowley v. Chait,* 322 F.Supp. 2d 530 (D. N.J. 2004), seemingly for the proposition that only plaintiffs are permitted to call rebuttal witnesses. Plaintiffs go on to state "Rebuttal witnesses ordinarily are witnesses a plaintiff calls to counter new evidence brought out by a defendant for the first time in their case in chief." (Plaintiffs' Brief 3). Such representations are an incorrect statement of law. Defendants have the same rights as plaintiffs to call rebuttal witnesses. *See e.g.* FRCP 26(a)(2)(C); *Hoffman v. Tonnemacher*, 2007 WL 2318099 (E.D.Cal. August 10, 2007).

Plaintiffs further argue "Plaintiffs have no idea who these witnesses are or what their proposed 'rebuttal' testimony is to address." (Pl.'s Br.3). This is an incorrect statement of fact. First, witness Emma McClain's name appears in medical records admitted by Plaintiffs' as an exhibit. Plaintiffs originally received these records from the United States' Initial Disclosures on June 12, 2006 which has been declared as Plaintiff's exhibit 2 (Plaintiff's Exhibit 2 attached as

Exhibit B). This document was often relied on by Plaintiffs in examining other witnesses. Further, counsel for Defendant told counsel for Plaintiff at the preliminary pretrial conference of Defendant's intent to call McClain and Lang as rebuttal witnesses, and further, if Plaintiffs' counsel wished to obtain depositions, that Defendant would make them available.

Lt. Lang is offered as a rebuttal witness in response to anticipated testimony by Plaintiffs' expert Dr. John Steele, or perhaps to be offered by Plaintiff herself. Dr. Steele testified in his deposition that he had relied on Plaintiff's own report of certain factual matters, made to him during the course of litigation. (Steele Dep. 23-24, 59, 70-75, Sept. 26, 2007 attached as Exhibit C). However, during the same deposition, Plaintiffs' counsel refused to allow defense counsel to examine documents utilized by Dr. Steele. (Steele Dep. 5, 25, Sept. 25, 2007 attached as Exhibit C, Steele Dep. 84-86, Sept. 26, 2007 attached as Exhibit D, Letter from Schwab (Oct. 2, 2007) attached as Exhibit E, and Letter from Keogh (Oct. 3, 2007) attached as Exhibit E).

Plaintiffs state in their brief "How defendant can at this point in this litigation be designating witnesses to ... counter new and unforeseen facts brought out in plaintiffs' case is a mystery."(Pl.'s Br. 3). Defendant has been forced to prepare a rebuttal witness to address whatever "secret facts" Dr. Steele may reveal.

Plaintiffs have been given adequate and appropriate notice of these witnesses, and further, offered the opportunity to examine them. This is the nature of rebuttal testimony. Defendant respectfully requests the Court to deny Plaintiffs' motion.

Respectfully submitted this 15th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By:

MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney

# Exhibit A

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

**509th MEDICAL GROUP PRIMARY CARE MANAGER**
**HEALTH / INFORMATION QUESTIONNAIRE**

TIME OF CALL: 1955

DATE: 11 Sep 02

1. ARE YOU ON PRP?   YES   NO   (N/A)        FLY STATUS?   YES   NO   (N/A)

2. WHO IS YOUR PCM?  Isaacs

3. ALLERGIES:  NKDA

4. CURRENT MEDS:  Zyrtec

S: CHIEF COMPLAINT:  Pt taking zyrtec for allergies
C/o she itches all the time. Requested
appt today states can not get off work
tomorrow

O: NOT SEEN   WALKED-IN

P: FORWARD TO PCM / (NURSE:)

CALL BACK TELEPHONE NUMBER:  563 - 2778

TECH SIGNATURE:  Andrea D Garcia

Call back after 1200 hrs

| | |
|---|---|
| 11Sept | ∅ answer @ HP. KAB |
| 11Sept | ∅ answer @ HP. KAB |

12Sep02 @ 1439 ∅ answer @ HP x̄ 10 rings. No work phone in system
13Sep02 @ 0928 ∅ answer @ HP x̄ 10 rings KAB

3 Dec 02 1140 msg left m̄m KAB No response to attempted F/U's or Messages. Disengag
and will F/U per PCM
instruction on Pt F/U.

CHRISTOPHER T. BIRD
CAPT, USAF MC, FS, CMA
509 MEDICAL GP/SGOAP
Whiteman AFB, MO 65305

Carrie A. Bissen RN, BSN
PCM Clinical Nurse
Whiteman AFB, MO

EXHIBIT
A

| RECORDS MAINTAINED AT: | 509th Medical Group, Whiteman AFB, MO 65305 | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle Initial)* | Butcher, Debbie | | SEX: F |
| RELATIONSHIP TO SPONSOR | D/O | STATUS: AD | RANK/GRADE: MSgt |
| SPONSOR'S NAME | | | ORGANIZATION: |
| DEPART./SERVICE: USAF | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical ...)*

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45 505

(EF-V1)
(Microsoft Word)

GOVERNMENT EXHIBIT
L

Seven... ...le

**Name:** Deb Rutledge

| | | |
|---|---|---|
| First name: | **Eye / Pupil:** | Right (OD)/ 05 |
| ID # | **Date / Time:** | 12-20-2002 / 10:26am |
| Birthdate: ...2581 | **Test duration:** | 2:15 |
| ...1960 | **Program / Code:** | 32 / 7 |
| Age: 41 | **# of Stages / Phases:** | / 1 |
| Sex: female | **Strategy:** | TOP |
| Refr. S/C/A: -2.75 / 000 / 0 | **Target:** | 3 |
| Acuity: 0 | **Questions / Repetitions:** | 76 / 0 |
| IOP: 0 | **Catch trials: pos** 0/ 4, **neg** 0/ 4 |
| MDD correction [dB]: 19 | **Diagnostic code:** . . . . . . . . 0 |

### Greyscale of values



### Values [dB]

```
          -30 -20 -10  0  10  20  30
MS2                  26 25 27 27              MS1
26.4           26 27 26 29 29 29             26.3
            29 27 27 29 29 29 28 27
          30 29 28 29 32 31 28 28 27 28
          29 29 30 31 32 32 30   28 28
          28 27 27 31 33 33 29   28 27
          28 25 28 30 31 30 27 22 28 28
             24 25 25 25 27 25 28 28
MS3           23 22 25 28 27 29              MS4
26.6            24 25 26 26                  27.2
```

### Comparisons [dB]



### Corrected Comparisons





### Probability



### Corrected Probability



**Deviation = 0.0 dB**

full + Normal field
no glaucoma defects

| | | | |
|---|---|---|---|
| P > 5 % | MS | 27.6 | |
| P < 5 % | MD | 0.1 | |
| P < 2 % | LV | 3.5 | |
| P < 1 % | CLV | - | |
| P < 0.5 % | SF | - | |
| abs. def. | RF | 0.0 | |

Descri... on

v14.10

```
Name:
First name:
ID #                                    /2581
Birthdate:                              1960
Age:                                    41
Sex:                               female
Refr. S/C/A:    -2.75 /   000 /   0
Acuity:                                  0
IOP:                                    19
MDD correction [dB]:
```

```
Eye / Pupil:         Right (OD)/  05
Date / Time:   12-20-2002 / 10:26am
Test duration:                     2:15
Program / Code:                  32 / 7
# of Stages / Phases:              / 1
Strategy:                          TOP
Target:                              3
Questions / Repetitions:      76 / 0
Catch trials: pos  0/ 4, neg  0/ 4
Diagnostic code: . . . . . . . .  0
```

## SR Statistical Report

| Number of test locations | | Normal | Phase 1 | Phase 2 | Mean |
|---|---|---|---|---|---|
| Mean Sensitivity | MS [dB] | | 74 | 0 | 0 |
| Mean Defect | MD [dB] | -2..2 | 27.6 | | |
| Loss Variance | LV [dB]² | 0..6 | 0.1 | | |
| Corrected Loss Variance | CLV [dB]² | 0..4 | 3.5 | | |
| Short Term Fluctuation | SF [dB] | 0..2 | | | |
| Reliability Factor | RF [ %] | | | | 0.0 |

```
Defect Level |-------:::::|:::::----------------------------------------------|
Indicator:   |    Norm       |  < >  |   Level 1   |   Level 2   |   Level 3   |
```



Name: Deb Rutledge

First name: . . . . . . . . .
ID #: ████/2581
Birthdate: ████1960
Age: 41
Sex: female
Refr. S/C/A: -3.00 / 0 / 0
Acuity: 0
IOP: 21
MDD correction [dB]:

Eye / Pupil: Left (OS)/ 06
Date / Time: 12-20-2002 / 10:32am
Test duration: 2:21
Program / Code: 32 / 7
# of Stages / Phases: / 1
Strategy: TOP
Target: 3
Questions / Repetitions: 76 / 0
Catch trials: pos 0/ 4, neg 0/ 4
Diagnostic code: . . . . . . . . 0

Deviation = 0.0 dB

full + Normal field
no glaucoma defects
Sc

P > 5 %
P < 5 %
P < 2 %
P < 1 %
P < 0.5 %
abs. def.

MS 27.5
MD 0.2
LV 2.7
CLV —
SF —
RF 0.0

Name: . . . . . . . . . . . . .          Eye / Pupil:     Left  (OS)/   06
First name: . . . . . . . . .            Date / Time:   12-20-2002 / 10:32am
ID #                    /2581            Test duration:              2:21
Birthdate:            -1960              Program / Code:           32 / 7
Age:                       41            # of Stages / Phases:         / 1
Sex:                   female            Strategy:                    TOP
Refr. S/C/A:   -3.00 /   0 /  0          Target:                        3
Acuity:                     0            Questions / Repetitions:   76 / 0
IOP:                       21            Catch trials: pos  0/ 4, neg  0/ 4
MDD correction [dB]:                     Diagnostic code: . . . . . . . . 0

**SR Statistical Report**

|                          |     |        | Normal | Phase 1 | Phase 2 | Mean |
|--------------------------|-----|--------|--------|---------|---------|------|
| Number of test locations |     |        |        | 74      | 0       | 0    |
| Mean Sensitivity         | MS  | [dB]   |        | 27.5    |         |      |
| Mean Defect              | MD  | [dB]   | -2..2  | 0.2     |         |      |
| Loss Variance            | LV  | [dB]²  | 0..6   | 2.7     |         |      |
| Corrected Loss Variance  | CLV | [dB]²  | 0..4   |         |         |      |
| Short Term Fluctuation   | SF  | [dB]   | 0..2   |         |         |      |
| Reliability Factor       | RF  | [ %]   |        |         |         | 0.0  |

Defect Level
Indicator:

| Norm | ‹ › | Level 1 | Level 2 | Level 3 |
|------|-----|---------|---------|---------|

**CHIEF COMPLAINT:** _____ **AGE:** _____ **DATE:** 8-20-03

R

**HISTORY OF PRESENT ILLNESS:**

Signs & Symptoms: Vision blurry - not clear as before

Location: OD OS O.U.

Severity (of symptoms): Mild Moderate Severe _____ Pain ( 0 to 10 scale)_____

Duration (How long has pt had symptoms?):_____

Timing (When does patient have symptoms?):_____

Chronic/Inactive Conditions: 1._____ 2._____ 3._____

Other HPI Notes: Quality     Context     Modifying Factors _____

**Review of Systems (ROS) & Past, Family and Social History (PFSH)** from ___/___/___ reviewed: No changes

Technician: RLm _____ Dr. Cook's Initials: _____

**EXAMINATION:     Visual Acuity:** 30 ~~200~~

IRAS <     PH<     Unaided Dist< 30-2 200     Near<     Old Rx: Dist< 30 - 2 - Near < 
30      30
30      20

Old Rx Date: 10/02

| Sphere | Cylinder | Axis | Prism | Add |
|--------|----------|------|-------|-----|
| +275   |          |      |       |     |
| -300   |          |      |       |     |

Ret:     OD: _____ 20/
         OS: _____ 20/

BVA:     OD: -325  Sph  20/
         OS: -375  Sph  20/

ADD: _____ Reading Dist 12'/2

Keratometry:     OD: ___/___  @ _____
                 OS: ___/___  @ _____

Stereopsis: Circles / Animals _____ P/F     Color Vision: _____ P/F

IOP: OD: 20  OS: 20  @ 11:14 AM PM  NCT / Goldmann     CVF: Normal _____

Neuro: Oriented (person/time/place) Y / N

Pupils:  APD? N/Y     Round? Y/N _____     Psych Mood/Affect: Normal (anxiety / agitation / depression)
                                                      Size: OD _____ OS _____

Ocular Motility: Full / _____     Cover Test: Ortho XP/XT/EP/ET/Hyper _____

Adnexa & Eyelids: Normal / Dermatochalasis / Blepharitis / Ptosis / Ectropion / Entropion / _____



| Slit Lamp | | | | Retina  Dilation @ | | AM/PM 1%M 2.5%N 1%C |
|-----------|--|--|--|--------------------|--|---------------------|
| OD  Normal | | Normal | OS | OD  Normal | Optic Disk  Normal | OS |
| | Bulb & Palp Conj | | | | | |
| | Cornea | | | | Post Segment | |
| | A/C | | | | Macula | |
| | Phakic  Lens  Phakic | | | | Vessels | |
| | | | | | Background | |

**MEDICAL DECISION**

Assessment:

1) Refractive  sm increasein     RTO 12M 6M 3M prn
2) Binocularity  myopia           Plan:
3) Eye Health                     1) Rx as Below
                                  2)
                                  3) SS

| Regular Rx | Wear | | | | | Second Rx | Wear | | | | |
|------------|------|--|--|--|--|-----------|------|--|--|--|--|
| Sphere | Cylinder | Axis | Prism | Add | | Sphere | Cylinder | Axis | Prism | Add |
| -300 | Sph | | | | | | | | | | |
| -350 | Sph | | | | | | | | | | |

6

Return to: Dr. Cook 12th Fact:

Case 1:06-cv-00008     Document 76     Filed 02/15/2008     Page 11 of 51  RUT 012



Quality Family Eye Care
Associates

Stephen Cook, O.D.
660-747-202

# Glaucoma Summary Sheet

Patient Name: Debbie Rutledge

Type: OHTN  POAG  Narrow Angle  Pigmentary  Steroid Responder  Other:_____

Risk Factors: C/D  IOP  Narrow Angle  Age40+  Myopia  Diabetes  HTN  Race  Pigment Dispersion

Family History:_____ Comments:_____

Medical History: Asthma/COPD  CHF  Arrhythmia  Kidney/Gout  HTN  Diabetes  Depression

IOP Goal:_____ Revised IOP Goal:_____

| DATE | O.D. | O.S. | Time | VF | Photo | Glaucoma Meds | Comments |
|------|------|------|------|----|----|---------------|----------|
| 8/27/01 | 23 | 22 | | X | | | |
| 8/29/01 | 23 | 22 | | | | | |
| 8/30/01 | 23 | 20 | | | | | |
| 9/4/01 | 21 | 20 | | | | | |
| 9/7/01 | 21 | 22 | | | | | |
| 9/12/01 | 23 | 21 | | X | | | |
| 9/28/01 | 23 | 21 | | | | | |
| 10/01/01 | 23 | 23 | | | | | |
| 10/17/01 | 22 | 19 | | | | | |
| 11/13/01 | 23 | 19 | | | | | |
| 3/5/02 | 23 | 24 | | | | | |
| 5/17/02 | 21 | 24 | | | | | |
| 7/18/02 | 21 | 21 | | | | | |
| 9/20/02 | 20 | 19 | 9:46 | | | | |
| 12/20/02 | 19 | 21 | 9:19 | X | | | |
| 2/20/03 | 20 | 20 | 11:14 | | | | |
| / | | | | | | | |
| / | | | | | | | |
| / | | | | | | | |
| / | | | | | | | |
| / | | | | | | | |
| / | | | | | | | |
| / | | | | | | | |
| / | | | | | | | |

RUT 013

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**509 MDG**
**RESPIRATORY INFECTION**

Date 14Mar03
Time 1400
Provider TKM

Subjective: __42__ y/o M/(F) with a __3__ day history of: getting worse.

PRP: Y (N)
Tobacco: (Y) N
PPD: 2/20X
Allergies: NKDA

Meds: Zyrtec (needs refill)

BP: 116/76  P: 91
Pulse Ox:
Peak Flow:
T: 98.4 (T)

| | | |
|---|---|---|
| (Y)/N Congestion | (Y)/N Post nasal drip | (Y)/N Sneezing |
| Y/(N) Dry Cough | Y/(N) Facial Pain / Sinus Pressure | (Y) N Itchy, Watery Eyes |
| (Y)/N Sore Throat | (Y) N Headache | (Y)/N Ear Pain Itchy |
| (Y)/N Nausea / Emesis | Y/(N) Myalgias | (Y)/N Night Sweats |
| Y/(N) Shortness of Breath / Wheezing | | (Y)/N Fevers ___ Flu/grip |
| (Y)/N Productive cough: clear  yellow  green  brown | | (+) chills |
| (Y) N Rhinorrhea: clear  yellow  green  brown | | |

Medications Tried: Nyquil, Theraflu      Results: no help

PMH: (Y)/N Allergy Problems    Tobacco use: None  (self)  family
(Y)/N Sinus Problems
Y/(N) Asthma

ROS:
Gen: Weak
Lightheaded
Eyes: Purulent D/C
Cardio: Syncopy\
Resp: Hemoptysis
  Pleurisy
  Abd Pain
  GERD
Skin: Rash
Endo: DM
  Thyroid Dz
Allergic:
  Splenectomy

Objective: Gen  Alert NAD  Other:
Ears:  TMs- Right — WNL / Other:
       Left – (WNL) / Other:
Eyes:  Conjunctivae clear without discharge / Other:
Nose:  Patent without discharge / Other:
Sinus: Maxillary & Frontal Nontender / Other: (+) frontal tender
Mucosa: NL / Other (+) boggy, erythematous
Throat: No erythema or exudates / Other: slight erythema
Neck:  Supple, no adenopathy / Other:
Lungs: Clear to auscultation bilaterally / Other:

X-Rays / Labs:  CXR √ R R

Nebulizer Treatments:

Assessment: URI / sinusitis / SAR

Plan: Amoxil 500mg po tid
Flonase ii puffs bid x 5d then ii puffs qd

Prevention: ___ Meds discussed
  Smoker ___ Counseled: Refill Zyrtec cont tx
  Other: Flu if worsen SX

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

PAUL T. KIM, CAPT, USAF, MC, FS
509 MDG/SGQ
Whiteman AFB, MO 65305-5001

RECORDS ▶ MAINTAINED     Whiteman AFB, MO

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| Rutledge, Deborah C | | F |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| Spouse | Dep | TSgt |
| SPONSOR'S NAME | | ORGANIZATION |
| Rutledge, Thomas B | | 509 MSS |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| USAF | ███-██/1784 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

SF-99, 2 Nov 01 (Overprint)
STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

I - 1273

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

**509 MDG**
**RESPIRATORY INFECTION**

Date 21 MAR 03
Time 1032
Provider BURO

PRP: Y (N)
Tobacco: (Y) N
PPD: 1/2 ppd
Allergies:
NKDA

Subjective: 12 y/o M/(F) with a 9 day history of:

(Y) N Congestion
Y (N) Dry Cough
(Y) N Sore Throat
(Y) N Nausea / Emesis / DIARRHEA
Y / (N) Shortness of Breath / Wheezing
(Y) N Productive cough:
(Y) N Rhinorrhea:

(Y) N Post nasal drip
Y (N) Facial Pain / Sinus Pressure
(Y) N Headache
Y / (N) Myalgias

Y / (N) Sneezing
(Y) N Itchy, Watery Eyes
Y / (N) Ear Pain
Y (N) Night Sweats
Y (N) Fevers _____ F

clear    yellow    green    brown
clear    yellow    green    brown

Meds:
AMOXICILLIN
FLONASE
ZYRTEC

Medications Tried:                                    Results: _____

BP: 114/72 P: 77
Pulse Ox: _____

Peak Flow: _____
T: 97.0
R: 19

PMH: Y (N) Allergy Problems          Tobacco use: None  (self)  family
(Y) N Sinus Problems
Y (N) Asthma

[signature] 4N051 ...

Objective: Gen    Alert  (NAD)  Other:
Ears:    TMs- Right - WNL / Other:
               Left – WNL / Other:
Eyes:   Conjunctivae clear without discharge. / Other:
Nose:   Patent without discharge / Other: mod d/c
Sinus:  Maxillary & Frontal Nontender / Other:
Mucosa: NL / Other: with eryth...
Throat: No erythema or exudate / Other: with eryth...
Neck:   Supple, no adenopathy / Other:
Lungs:  Clear to auscultation bilaterally / Other: very coarse (b)

X-Rays / Labs:

Nebulizer Treatments:

Assessment: Bronchitis

Plan: d/c Amox
      Duratuss DBD
      Levaquin 500. qd x 10 d
      f/u if symph persist or worsen

Prevention:  _____ Meds discussed
             _____ Smoker    Counseled: _____
             _____ Other:

ROS:
Gen: Weak
   Lightheaded
Eyes: Purulent D/C
Cardio: Syncopy\
Resp: Hemoptysis
   Pleurisy
Abd Pain
GERD
Skin: Rash
Endo: DM
   Thyroid Dz
Allergic:
   Splenectomy

[signature] ..., bing, cpt
USAF, NC, FS

Record Unavailable
No Medical Recor...
Tracking.

PATIENT'S IDENTIFICATION (Use this space
for Mechanical Imprint)

| RECORDS MAINTAINED ▶ | Whiteman AFB, MO | | |
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RUTLEDGE, DEBORAH K | | | F |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPOUSE | AD DEP | | MSGT |
| SPONSOR'S NAME | | ORGANIZATION | |
| RUTLEDGE, THOMAS R | | 5C9 OSS | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |
| USAF | 31 / ▓ 1736 | | ▓ 60 |

GGF-99, 2 Nov 01 (Overprint)

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

9

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

10 Jul 0 | **GYNECOLOGY CLINIC** 331 Sijan Ave, WAFB, MO 65305

156

5'5"

B/p 108/61

P 61

---

Age: **42**    Gravida: **1**    Para: **1**    LMP: **30 Jun**    Allergies: **NKDA**    Latex Allergy: ∅

# of days between periods: **28**    Periods flow for **5** days

Do you take Hormones/Birth Control Pills? YES **NO** Name:

What is your method of birth control?    none - ok if concerned - take MVI

Date of last PAP smear: **7 yrs**    Result: **neg**    Date of last Mammogram: **2001**

**FAMILY Medical History** (Does not include you):

| | | | |
|---|---|---|---|
| Heart disease | Yes No ~~GRANDFATHER~~ | Breast Cancer | Yes **No** |
| High Blood Pressure | Yes **No** Grm. MI | Colon Cancer | Yes **No** |
| Diabetes | Yes **No** | Ovarian Cancer | Yes **No** |

**YOUR Medical History:**

| | | | |
|---|---|---|---|
| Cancer | Yes **No** | Gall Bladder Problems | Yes **No** |
| Heart Disease | Yes **No** | Migraine Headaches | Yes **No** |
| High Blood Pressure | Yes **No** | Smoker | **Yes** No 1/2 pk daily |
| Diabetes | Yes **No** | Breast Biopsy | **Yes** No benign |
| Stroke | Yes **No** | Abnormal PAP | Yes **No** |
| Hepatitis | Yes **No** | Pelvic Infections | Yes **No** |
| Blood clots in legs/lungs | Yes **No** | Alcohol Use | Yes **No** |
| STD's | Yes **No** | GYN(female) Surgery | **Yes** No (R) m bx |

**Do you have any of the following at this time?**

| | | | |
|---|---|---|---|
| Vaginal Discharge/Itching | YES **NO** | Bleeding after sex | YES **NO** |
| Bleeding between periods | YES **NO** | Cramps with periods | **YES** No → mod severe |
| Breast lumps | **YES** No FBD's ↑ c̄ caffeine | Nipple discharge | YES **NO** |
| Blood in stools | YES **NO** | Burning with urinating | YES **NO** |

Do you desire testing for sexually transmitted infections today?  Yes **No**

Are you currently experiencing any significant pain?    **no**

If yes, please describe your pain:

need to have urine checked - states strange odor

---

ENT'S IDENTIFICATION (Use this space for Mechanical
)

| RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Rutledge Deborah K | | SEX F. |
| RELATIONSHIP TO SPONSOR spouse | STATUS | RANK/GRADE |
| SPONSOR'S NAME Thomas Rutledge | | ORGANIZATION |
| DEPART/SERVICE | SSN/IDENTIFICATION NO. 1736 | DATE OF BI |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

S: Does self - st exam? (Yes) no

Seatbelt ~yes~  Sunscreen ~yes~

Last Cholesterol Ø chol  Calcium ~ 1 dairy serving/d + occ MVI

O: Thyroid: (Size WNL) Enlarged Smooth Nodular (Nontender) Tender

Breast: Nontender (Tender) (Fibrocystic) No Mass Mass Discharge bil der ~ breast up 400's

Abdomen (Soft) (Nontender) Tender Mass Enlarged/Tender Nodes Scars

Ext/Per: (Normal female) Discharge Erythema Lesion Atrophic Swelling

Vagina: (Rugae) Atrophic Cystocele Rectocele Discharge Lesion

Wet Prep: (Not Indicated) Whiff Clue Trich Yeast Other

Cervix: Nulli (Parous) Stenotic Friable Ectropion Lesion Absent

Uterus: (NSSC) (Mobile) (Nontender) Tender Mass Absent

Adnexa: (Nontender) Tender (No Fullness) Mass Other

Rectal: (No Mass) Mass (Confirms PE) Hemorrhoid

Hemoccult: Negative/Positive/Not Applicable (Dbd)

ANL GYN exam ROS's smoking, family planning

P: PAP done (Yes) No Mammogram requested (Yes) No Lipid Panel requested (Yes) No FBS, H/H

Discussed AMA- risk 1/32 of all ako - pt aware

low dose ASA recommended

PPIP: Self breast (exam taught) literature / shower card / demo model given

Self vulvar exam / vaginitis prevention literature given

Discussed (UV protection) (Exercise) (Calcium) Nutrition STD (Tobacco) Alcohol/drug Preconceptual health

Discussed HRX / Rm smoking cessation ready to quit - times for counseling

(Discussed) tx effects/interactions and pt expressed understanding

(Discussed) plan with patient who expressed understanding

(RTC) Annual, PRN, or as instructed  Darlene R Brunner

Darlene Brunner, LTC, USAF, NC
Women's Health Nurse Practitioner

Standard Printing Office: 1991 — 312-071/40213  STANDARD FORM 600 BACK (REV)

RUT 017

Report requested by: BRUNNER,DARLENE
--------------------------------------
RUTLEDGE,DEBORAH K
Ph:                          31/▓▓▓▓▓-1736      F/42        Reg #:
                             Military Unit: 0509 OPERATIONS SUPPORT S
--------------------------------------
▓ Jul 03 @ 0000 (Coll)
                                CYTO GYN                AP LBC (USAF(UNKNOWN

CoPath Report
  Patient: RUTLEDGE,DEBORAH K
                                        Specimen #:  ACG03-11390
  Pathologist:                          Accessioned: 07/17/03
  Cytotech: Marilou S. Vaughan, CT(ASCP)


  SOURCE OF SPECIMEN:
    CERVICAL CYTOLOGIC MATERIAL (31/1736)
       Smears Received:        1

  CLINICAL DIAGNOSIS AND HISTORY:                   Follow Up In 1 year
    L.M.P. Date: 30 Jun 2003                        Letter Sent CAH
    Previous Cytology Dx: NL
    Cytology Comment: NL EXAM
                                                      DB
                                                    24 Jul 03
  FINAL DIAGNOSIS:                                     IM
    CERVICAL CYTOLOGIC MATERIAL:
       SATISFACTORY FOR EVALUATION.
       NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.

       A pap test is a screening diagnostic procedure that is not highly
       sensitive or specific; there are acknowledged false positive and fals
       negative results; adjunctive studies may be required as clinically
       indicated.


  Marilou S. Vaughan, CT(ASCP)            ** Report Electronically Signed **
  msv/07/23/03


                                        Marilou S. Vaughan, CT(ASCP)

  CPT Codes:
    8814200 ; 88142 ; AFA PAP SUREPATH SYSTEM  MANUAL SCREENING

  SNOMED CODES
    1. M09450; T8X310


=================================================================================
 L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
 =Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
=================================================================================
                        *** End of Report ***

Report requested by: BRUNNER,DARLENE R

---

TLEDGE,DEBORAH K                    31/_____-1736        F/42          Reg #:
FN: 6605632778                                           Military Unit: UNKNOWN

---

10 Jul 03 @ 0943 (Coll)
                                                                        URINE
        COLOR . . . . . . . .    YELLOW            (YELLOW)
        APPEARANCE. . . . . .    CLEAR             (CLEAR)
        SG. . . . . . . . . .    >=1.030           (1.002-1.030)
        PH. . . . . . . . . .    5.5               (5.0-8.0)
        GLUCOSE . . . . . . .    NEG               (NEG)
        UROBILINOGEN. . . . .    0.2               (0.2-1.0)        EU/DL
        PROTEIN,URINE . . . .    NEG               (NEG)
        BLOOD . . . . . . . .    2+       H        (NEG)
        BILIRUBIN . . . . . .    NEG               (NEG)
        NITRITE . . . . . . .    NEG               (NEG)
        KETONES . . . . . . .    NEG               (NEG)
        LEUKO EST . . . . . .    NEG               (NEG)

---

L=Lo   H=Hi   *=Critical   R=Resist   S=Susc   MS=Mod Susc   I=Intermed
[]=Uncert   /A=Amended   Comments= (O)rder, (I)nterpretations, (R)esult

                        *** End of Report ***

Report requested by: BRUNNER, DARLENE R

--------------------------------------------------------------
@LEDGE, DEBORAH K              31/⬛⬛⬛-1736      F/42          Reg #:
Ph: 6605632778                                    Military Unit: UNKNOWN
--------------------------------------------------------------
10 Jul 03 @ 0943 (Coll)                                              URINE
     BACTERIA. . . . . . . .    TRACE              (TRACE)      /HPF
     MUCUS . . . . . . . . . .   1+    H           (NEG)
     WBC UA. . . . . . . . .    RARE              (1-5)        /HPF
     RBC UA. . . . . . . . .    1-5               (1-5)        /HPF
     EPITHL CEL SQUA . . . . .  1-5               (1-5)        /HPF

====================================================================
   L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
  []=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
====================================================================
                        *** End of Report ***

Report requested by: BRUNNER, DARLENE R

---

TLEDGE, DEBORAH K                31/█████1736        F/42        Reg #:
n: 6605632778                                        Military Unit: UNKNOW

---

10 Jul 03 @ 0943 (Coll)
CHOLESTEROL . . . . .    266        H        (140-200)        MG/DL        SERU
Interpretations:
  Desirable level <200 mg/dL
  Borderline high level 200-239 mg/dL
  High level >/= 240 mg/dL
    TRIGLYCERIDE. . . . .    215.                (28-249)        MG/DL
Interpretations:
  Reference Interval
  <250 mg/dL, Normal
  250-500 mg/dL, Borderline High
  >500 mg/dL, Hypertriglyceridemic
  >1000 mg/dL, High Risk of Pancreatitis

    HDL . . . . . . . . . .    42
    CHOL TOT/HDL. . . . . .    6.3                (35-86)        MG/DL
    LDL . . . . . . . . .    181        H        (0-130)        MG/DL



L=Lo  H=Hi  *=Critical    R=Resist  S=Susc  MS=Mod Susc  I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
*** End of Report ***

RUT 021

Case 1:06-cv-00008   Document 76   Filed 02/15/2008   Page 20 of 51

Telephone Consultation
----------------------

͟nted Date: 10 Jul 03 @ 1944               Division: 509 MED GP WHITEMAN AFB

Clinic: GYN CLINIC                         Workload DOES Count

Provider: BRUNNER,DARLENE R

Allergies:
 NKDA

Clerk's Note:


Problem List:


Provider's Note:
O:UA-2+bld, pt notified, specimen collected after pelvic exam/pap
A:hematuria
P:repeat ua next wk(ordered)-possible vag contaminent
f/u after repeat ua and prn

Provider: BRUNNER,DARLENE R                         10 Jul 03 @ 1943


                       Verified by: Darlene Brunner, Lt Col, USAF, NC, WH

                       *** END OF REPORT ***

---

RUTLEDGE,DEBORAH K          31/█████-1736    USAF FAM MBR AD
DOB: █████ 1960             H: 6605632778           W: not on file
Spon: RUTLEDGE,THOMAS R     Rank: MASTER SERGEANT
Unit: 0509 OPERATIONS SUPPO RR: FLIGHT MEDICINE RECORDS ROOM

                                                           RUT 022

Automated version of DA5008/USAF & USN SF600 Overprint

Telephone Consultation
-----------------------

Printed Date: 15 Jul 03 @ 1737              Division: 509 MED GP WHITEMAN AFB

Clinic: GYN CLINIC                          Workload DOES Count

Provider: BRUNNER,DARLENE R

Allergies:
 NKDA

Clerk's Note:


Problem List:


Provider's Note:
O:TC-266, TG-215, HDL-42, LDL-181, pt notified
A:elevated TC, TG, LDL
P:low fat/low chol diet; monitor carbs/ETOH, increase exercise
repeat lipid panel 3mo; f/u after repeat lipids and prn

Provider: BRUNNER,DARLENE R                                15 Jul 03 @ 1737

                        Verified by: Darlene Brunner, Lt Col, USAF, NC, W

                        *** END OF REPORT ***


                                    


------------------------------------------------------------------------
RUTLEDGE,DEBORAH K               31/█████-1736     USAF FAM MBR AD
DOB: █████ 1960                   H: 6605632778              W: not on file
Spon: RUTLEDGE,THOMAS R          Rank: MASTER SERGEANT
Unit: 0509 OPERATIONS SUPPO      RR: FLIGHT MEDICINE RECORDS ROOM


                                                              RUT 023



**⁻⁻PHEN COOK, O.D.**

520 Burkarth Rd., Ste. A
Warrensburg, MO 64093
(660) 747-2020

| Eyeglass | | SPHERE | CYLINDER | AXIS | PRISM | BASE | P.D. | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DIST. | NEAR |
| **R℞** | R | -3 00 | sph | | | | | |
| | L | -3 50 | sph | | | | | |
| | | Segment Power | Height | Seg Style | | | | |
| | R | | | | | | | |
| | L | | | | | | | |

Name **Debbie Rutledge** Date **7-22-03**

No substitutions are permissible.
Dispenser is responsible for prescription accuracy and any lens changes.

Expires **O 2 - 20 - 04**

Prescribed for:
- [ ] Constant Wear
- [ ] Near Only
- [ ] Distance Only
- [ ] Wear As Needed
- [ ] All Concentrated Vision
- [ ] Computer/Occupational

Recommendations:
- [ ] Scratch Resistant Plastic
- [ ] Chemical Treated
- [ ] Tint
- [ ] Polycarbonate
- [ ] Photogrey/Photobrown
- [ ] Other _____

- [ ] Plastic
- [ ] Heat Treated
- [ ] Solid
- [ ] High Index Plastic
- [X] UV Protection

- [ ] Glass
- [ ] Slab-off Prism
- [ ] Gradient
- [ ] Plastic Photochromic
- [ ] Polarized

- [ ] Frame
- [ ] ½ Eye
- [ ] Full Size
- [ ] Small Size

Notes: _____

Dr. _Stephen Cook, O.D._ Stephen Cook, O.D. Lic. #T02785

This form is protected by U. S. copyright laws. Reproduction in whole or in part is prohibited.    © HMI Brooklyn Park, MN 2000

**13 AUG 03**

## APPLICATION FOR ZYBAN PRESCRIPTION

Patient verbalizes readiness to quit tobacco products. Declines/Accepts offer for next tobacco cessation class; phone number to HAWC (687-7662) provided to patient.

**Current Meds:**

~~Zyrtec~~

Naprosyn

**S:** Please answer the following questions so that a provider may determine if Zyban (bupropion HCL) may be safely prescribed for you:

Smokes **1½ pks** cigarettes/day

Chews **∅** pouches/day

Smoke/~~Chew~~ for how long? **23 yrs**

Quit date: **15 AUG or 2p**

(Yes) (~~No~~) 1. Are you allergic or sensitive to any medications? If so, list them below:

(Yes) (~~No~~) 2. Have you ever had a seizure or been told you have a seizure disorder?

(Yes) (~~No~~) 3. Have you ever had or been told you have an eating disorder such as anorexia nervosa or bulimia?

(Yes) (~~No~~) 4. Are you currently taking Wellbutrin, Wellbutrin SR, Nardil, Parnate, Eldepryl, or any other drug containing bupropion HCL?

(Yes) (~~No~~) 5. Are you currently taking any medication for depression? (Concurrent administration of Zyban and a MAO inhibitor is contraindicated.) If so, list them below:

(Yes) (~~No~~) 6. Are you under 18 years old?

(Yes) (~~No~~) 7. Are you a flyer or on PRP?

### FOR WOMEN ONLY:

(Yes) (~~No~~) 8. Is there any likelihood that you might be pregnant, or are you currently breast feeding?

(Yes) (~~No~~) 9. Are you planning to attempt pregnancy while using Zyban?

**O:** Smoking Cessation

(Continued on next page)

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

PRP   YES/NO

RECORDS MAINTAINED AT: ▶ Fso Recrd Whiteman AFB, MO

PATIENT'S NAME (Last, First, Middle initial) Rutledge, Deborah

SEX **F**

RELATIONSHIP TO SPONSOR Spouse

STATUS AD Dw

RANK/GRADE Dp

SPONSOR'S NAME Thomas Rutledge

ORGANIZATION 509th OSS

DEPART./SERVICE USAF

SSN/IDENTIFICATION NO. 31/1236

DATE OF BIRTH 1960

SGGZ-81, 1 Jun 00 (Overprint)

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-48.505

RUT 025

✓

RADIOLOGIC EXAMINATION REPORT

Patient: RUTLEDGE,DEBORAH K                          FMP/SSN: 31/████-1736
-----------------------------------------------------------------------------
9 MED GP WHITEMAN AFB MO                             MAMMOGRAPHY
Procedure: MAMMOGRAM, BILAT, SCREENING              Exam Date: 18 Aug 2003●1326
Requested by: BRUNNER,DARLENE R                     Status: COMPLETE
Ward/Clinic: GYN CLINIC                             Exam #: 03003004
                                                    Pregnant: UNKNOWN

Reason for Order:
42yo G1P1 LMP30Jun03 BC-none for screening
no fam hx; FCB changes, denses tissue UOQ's especially right breast

Order Comment:
-----------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

INDICATIONS:  Bilateral screening mammogram in a 42 y/o female.  The patient
is currently asymptomatic.  Prior mammograms are not immediately available
for comparison.  When they can be obtained, an addendum report will follow.

FINDINGS:  Very dense fibroglandular elements are present in both breasts.
No spiculation is detected.  There are no malignant calcium deposits
visualized.  There is no direct evidence to suggest a carcinoma in either
breast.

IMPRESSION:  Dense fibroglandular breasts without specific findings of
neoplasm.  An addendum report will follow.

BI-RADS 0; outside films.

Transcription Date/Time:  26 Aug 2003●0939

Interpreted by: CECIL,JOHN                          NB
                                                    27Aug 03
Approved by: CECIL,JOHN    26 Aug 2003●1128


-----------------------------------------------------------------------------
████-1736     RUTLEDGE,DEBORAH K              USAF FAM MBR AD
              ████ 1960 / FEMALE              H:6605632778    W:
              Loc:
              Spon: RUTLEDGE,THOMAS R          Rank: MASTER SE D:687-4878
              Unit: 0509 OPERATIONS SUPPORT S  RR: FLIGHT MEDICINE RECORDS RO

██B
                                                                    RUT 026

RADIOLOGIC EXAMINATION REPORT

Patient: RUTLEDGE,DEBORAH K                          FMP/SSN: 31/████-1736
---------------------------------------------------------------------------
509 MED GP WHITEMAN AFB MO                           MAMMOGRAPHY
Procedure: MAMMOGRAM, BILAT, SCREENING              Exam Date: 18 Aug 2003●1326
Requested by: BRUNNER,DARLENE R                      Status: COMPLETE
Ward/Clinic: GYN CLINIC                              Exam #: 03003004
                                                     Pregnant: UNKNOWN
Reason for Order:
42yo G1P1 LMP30Jun03 BC-none for screening
no fam hx; FCB changes, denses tissue UOQ's especially right breast

Order Comment:
---------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT
---------------------------------------------------------------------------
Report:

INDICATIONS:  Bilateral screening mammogram in a 42 y/o female.  The patient
is currently asymptomatic.  Prior mammograms are not immediately available
for comparison.  When they can be obtained, an addendum report will follow.

FINDINGS:  Very dense fibroglandular elements are present in both breasts.
No spiculation is detected.  There are no malignant calcium deposits
visualized.  There is no direct evidence to suggest a carcinoma in either
breast.

IMPRESSION:  Dense fibroglandular breasts without specific findings of
neoplasm.  An addendum report will follow.

BI-RADS 0; outside films.

Transcription Date/Time:  26 Aug 2003●0939

Interpreted by: CECIL,JOHN

Approved by: CECIL,JOHN    26 Aug 2003●1128                    DB
                                                             2Sep03
Amended Result Code:  SEE RADIOLOGIST'S REPORT
                                                               1 M
Amended:


---------------------------------------------------------------------------
████-1736    RUTLEDGE, DEBORAH K              USAF FAM MBR AD
             ████ 1960 / FEMALE              H:6605632778    W:
             Loc:
             Spon: RUTLEDGE,THOMAS R          Rank: MASTER SE D:687-4878
             Unit: 0509 OPERATIONS SUPPORT S  RR: FLIGHT MEDICINE RECORDS RO

Patient: RUTLEDGE,DEBORAH K                              FMP/SSN: 31/██████-1736
------------------------------------------------------------------------
Very dense fibroglandular elements are again noted in both breasts.  When
compared with the previous examination there has not been a significant
change in breast density or distribution of fibroglandular tissue.  There is
no spiculation identified.  There is no direct evidence to suggest neoplasm.
Annual follow-up for this patient is strongly advised.

BI-RADS 1; negative exam.

Transcribed Date/time:   28 Aug 2003●1010

Interpreted by: CECIL,JOHN
Approved by: CECIL,JOHN   28 Aug 2003●1239

----------------------------------------------------------------
██████-1736    RUTLEDGE,DEBORAH K                    USAF FAM MBR AD
               ██████ 1960 / FEMALE                  H:6605632778   W:
               Loc:
               Spon: RUTLEDGE,THOMAS R               Rank: MASTER SE D:687-4878
               Unit: 0509 OPERATIONS SUPPORT S  RR: FLIGHT MEDICINE RECORDS RO

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

### MAMMOGRAM PROGRAM NOTIFICATION FORM

27 Aug 03

S: Review of Mammogram / Ultrasound performed on 18 Aug 03

Provider: Brunner

O: Result:

_____✓_____ No radiographic evidence of malignancy.

_____ Unchanged from previous exam.

_____ Dominant lesion or radiographic changes, no evidence of malignancy.

_____ Suspicious lesion.

A: _____✓_____ Normal mammogram.

_____ Mammographic changes.

_____ Abnormal mammogram.

P: _____ RTC for annual exam. Notification letter sent. /Telephone call.

_____ F/U mammogram in six months.

_____ Breast U/S.

_____ Surgury Consult.

_____✓_____ Other. Await previous films for comparison.

F/U p pur films + B/C

*Darlene R Brunner LTC*

Darlene Brunner LTC, USAF NC
Women's Health Nurse Practitioner

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Rutledge Deborah K | | SEX F |
| RELATIONSHIP TO SPONSOR Spouse | STATUS | RANK/GRADE MSGT / E7 |
| SPONSOR'S NAME Thomas R. Rutledge | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. -1736 | DATE OF BIRTH -60 |

Flight med

1251

FAMILY PRACTICE C    DAVIS,BRYAN A          15 Apr 2002 1315 ACUT 15    BGAA
REF:                              CMT: sinus inf
RSN: is prime
Detail Codes:                             INSURANCE YES/NO:

BP: 127/79  PULSE: 74  RESP: 18  TEMP: 98.4  HT:     WT:     AGE: 41

ALLERGIES: NKDA

Meds- Ø
Tob- Y

S: 41 y.o. ♂ PRESENTS c/o sinus pressure
X 3 days. *Jason A. Miller*

Jason A. Miller
SrA 4N051

- Ø fever
- Ø N/V/D
- ⊕ SAR, no current tx.

O: A&o WF in NAD, vitals noted
Head/Neck - ⊕ Ⓑ max sinus
tenderness
Ears - WNL
Naso - pale mucosa Ⓑ
Throat - pink & moist.

A/P: ① acute sinusitis 2° to SAR
/Bactrim DS, 1 PO BID X 14
days #28 X Ø Rfs.

Duratuss, 1 PO BID PRN
#20 X Ø Rfs

- ↑ fluids/rest

② SAR / Zyrtec 10mg, 1 PO
qd starting in 2-3 days
#30 X 5 Rfs.
- F/u PRN

ADDITIONAL COMMENTS:

Bryan A. Davis, Lt, USAF, PA-C
AFSC- A2G3
Whiteman AFB, MO 65305

-31/_____-1736   RUTLEDGE, DEBORAH A       F41
                   _____ 1960  FEMALE      W:              H:6605632778
                   Spon: RUTLEDGE,THOMAS R   CIC:            D:687-4878  NMPCT
                   CS:                       Rank: TSG                    1KS
SF600              Unit: 0509 OPERATIONS SUPPO RR:

                              RUT 469    36th   Anderson    Chart

# Exhibit B

| DATE | | |
|---|---|---|
| 27 Jul 04 | Telephone Triage Encounter    36th Medical Group | Andersen AFB, Guam |

**Time Patient called:** 12:00

**S// Appointment clerk history:** 43 y/o M /F patient c/o: LWR BCK PAIN, WUN

**Time of RN contact:** 1225    R SIDE BCK LEG X 2 DAY

**PCM:**
[ ] Rau
[ ] Dieckman
[ ] Giscombe
[ ] Palmer
[ ] FSO
[ ] Other: _____
[ ] Not Assigned

**Triage RN:**
[ ] McKee
[ ] King
[ ] McClain
[ ] Dangaran
[ ] Morrow

**Follow-up Call:**
[ ] Not Required
[ ] Required (ever)

**TRIAGE NURSE'S NOTES**
(Include applicable MEDICAL & SURGICAL history)

c/o numbness ® lower back, leg, + buttocks; unknown injury; onset 2 days ago c̄ progression; denies loss of bowel or bladder; ∅ acute distress ————

Emma J. McClain, Cpt, USAF, NC
Clinical Nurse, 36th MDG
Andersen AFB, Guam

**WALK-IN VITALS**
BP:
HR:
R:
WT:
T:
LMP:

**Current Significant Pain?** Y (N) If Yes, Circle: Acute / Chronic   **Location:**

Source: _____ Description (sharp, dull, crampy, flat): _____ Usual Intensity (1-10): _____

Current treatment: _____ Cultural, Religious or Personal Considerations? _____ [ ] Caller unable to rate pain

**O// Telephone consult**    **A// Probable**   Back Pain

Based on [X] Triage Protocol(s) Handle Back Pain   [X] History per   DF   [ ] Other/per provider

**P// Disposition to:**
[X] Acute Appointment   1440 c̄ Giscombe
[ ] Routine Appointment   [ ] Date/Time: _____
   [ ] Instruct to call Appt Line
[ ] Flyer
[ ] Air Traffic Controller
[ ] T-consult
[ ] Other disposition
[ ] DNIF
[ ] DNIC

[ ] Self / Home Care per protocol #(s)

**Other instructions per provider/protocol:**

Dieckman, Shane D, Capt, USAF, MC
Board Certified Physician
36th Medical Group, Andersen AFB

**Current Medication**
Zertec

**Allergies**
NKDA

[ ] Failed attempts to contact patient (See reverse)

EXHIBIT
B

NAME RUTLEDGE, DEBORAH    SEX F

SSN 31/1736/    RANK M 3601

29/    PHONE 653-1736

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USAPA V2.00

Ex 3

Case 1:06-cv-00008    Document 76    Filed 02/15/2008    Page 31 of 51    RUT 031

**reason for call back:**

☐ Protocol required
☐ RN discretion
☐ PCM discretion

# Telephone Follow-up

**S:**

**O: Telephone Follow-up**

**A/P:** ☐ Problem resolved; Call back for future concerns.

☐ Problem not resolved:

☐ Telephone Consult – Provider:

☐ Appointment made –

☐ New issue:

**Triage Protocol(s):**          **Date:**          **Provider:**

**Date & Time**

**Failed attempts to contact patient & reason for failure:**

☐ Initial
☐ Follow-up

☐ Initial
☐ Follow-up

☐ Initial
☐ Follow-up

☐ Initial
☐ Follow-up

☐ Initial
☐ Follow-up

☐ Initial
☐ Follow-up

☐ Initial
☐ Follow-up

STANDARD FORM 600 BACK (REV. 5-84) (EF-V1) (PerFOR...

**Exhibit C**

1      Q.   All right.  And just a final housekeeping rules,

2  it's not like there's a judge and jury waiting for us, if at

3  any time you need to take a break, you just let me know.

4      A.   Thank you.

5      Q.   Okay.  Dr. Steele, I noticed when you came in this

6  morning you were carrying a box with you.

7      A.   Correct.

8      Q.   Can you tell me what you've got in your box?

9      A.   Those are the documents that I've been provided by

10  Attorney Keogh which relate to this case.

11      Q.   Okay.  Can we take a look at them please, sir?

12      A.   Yes, if you like.  I don't want to disturb this

13  connection so perhaps Rob, if you could lift them onto the

14  table and we'll just go through them? I don't have a list, so

15  we'll need to look at each one.  Rob, could you just hand

16  them to me?  Would you like me to read off what each is then?

17      Q.   That would be great, sir.  Thank you.

18      A.   Thank you.  The first one is a deposition from

19  Michael Meriwether, it's his expert opinion on behalf of the

20  United States.  The date it was received by Mr. Keogh was May

21  21st, 2007.

22      Q.   Okay.  When you say deposition, sir, are you sure

23  you're talking about a deposition?

24      A.   I ...

25            MR. KEOGH: It's Dr. Meriwether's report.

JOHN C. STEELE, M.D., SEPTEMBER 25, 2007

**EXHIBIT**

tabbies

_C_

1          MS. CLARK: I'm not near my computer Marie, I'm
2      somewhere else.

3          MARIE: No. No. That's what I mean, at the US
4      Attorney's Office, but I don't know if they'll do it for us
5      there.

6          MS. CLARK: Suzanne Lofton is the person that
7      most likely to do it.

8          MARIE: Okay.  I'll try to find her.  Thanks.

9          MS. CLARK: Okay.  Thanks.

10         MR. SCHWAB: Hey Marie, this shouldn't take you
11     long, right?

12                                  (Off the record)

13                                  (Back on the record)

14     A.    In our conversation with Mr. Keogh the other day
15     when we were discussing the deposition and the format, then I
16     made some notes, but that, my opinion, opinions are not based
17     on that at all.

18     Q.    (By Ms. Clark) Well, sir, if it's notes of
19     something, information that you gained from any source that
20     you've formed an opinion on ...

21     A.    Could I just see the yellow sheets, Marie?.

22         MR. KEOGH: There are no yellow sheets, I took
23     them out.

24         MARIE:  There are no yellow sheets.

25         MR. KEOGH:  This is the drawing you made for

# Exhibit D

1  functions?

2      A.   Attorney Clark, everything that is in that section,

3  is the information provided by Mrs. Rutledge.

4      Q.   So your answer is no, I did not do an examination

5  of her bladder function?

6      A.   No, I did not do an examination of her bladder

7  function.

8      Q.   Okay.  In 'Sexual Function', did you do any sensory

9  or physical examination of Mrs. Rutledge's genitalia or

10  perineal area?

11      A.   I examined her perineal area and her buttocks.

12      Q.   Tell me about your examination of her perineum?

13      A.   It was by sensory testing of the buttocks area.  It

14  did not involve the vaginal region, it involved only the

15  buttocks and peri-anal region.  And that was an examination

16  by, for sensory examination.

17      Q.   And was Mrs. Rutledge clothed or unclothed in the

18  buttocks area when you did your sensory examination?

19      A.   That area was revealed for my examination.

20      Q.   What does revealed mean?

21      A.   It means that she had lowered her panties to allow

22  that examination, those examinations.

23      Q.   Okay.  A moment ago, you said you examined her

24  perineum and I want to be absolutely clear - when I say

25  perineum, I'm talking about the genital area, the clitoral,

1    vaginal area.  Did you examine that area?

2        A.   I did not examine that area.

3        Q.   Can I ask you why when Mrs. Rutledge was unclothed

4    at the level of the buttocks and were examining a post cauda

5    equina patient here complaining of a bowel problem, why you

6    did not do a rectal exam?

7        A.   I didn't feel it was necessary and I did not have a

8    glove with me.

9        Q.   Any other reason?

10       A.   The symptoms to my mind were more important than

11   any information that could have been gained from doing a

12   rectal examination to assess her sphincter tone.

13       Q.   Let me see if I understand what you just told me.

14   Her symptoms, her subjective symptoms ...

15       A.   Correct.

16       Q.    ... were more important to you than an objective

17   physical examination of rectal tone?

18       A.   Correct.

19       Q.   Is that correct?

20       A.   Correct.

21       Q.   Moving along in your 'Current Status' portion of

22   your June 2nd, 2006 report, you mentioned 'paraparesis'.  Mrs.

23   Rutledge does not have paraparesis, does she?

24       A.   She has a gait disorder that is due to weakness of

25   the legs and weakness of the legs is referred to as

1   been that she just had urine problems as she told me and did

2   not have stool problems at that time. But she circled that

3   item as indicating that she had difficulties. Doctor, not

4   Dr. Grissom, uh, Major Grissom indicated that she had no

5   bowel or bladder incontinence. So we have discrepancies as

6   to whether she did have bowel, bladder or no symptoms on July

7   the 27th.

8        Q.   So would it be correct to say, Dr. Steele, that you

9   have chosen to rely in your opinion on the facts as stated by

10  Mrs. Rutledge to the exclusion of facts found elsewhere in

11  the record?

12       A.   Well, I certainly take Mrs. Rutledge's word and

13  history over what's recorded by Major Grissom.

14       Q.   Let's move on to the next clinic visit, which I

15  believe was August the 2nd, 2004.

16       A.   Yes.

17       Q.   Do you have criticism?

18       A.   I do.

19       Q.   Do you have criticism of the care provided Mrs.

20  Rutledge on the second clinic visit at Andersen on August 2nd,

21  04?

22       A.   I have these notes yes.

23       Q.   I'm not sure if you heard me.

24       A.   Perhaps not. Would you repeat?

25       Q.   Sure. Do you have criticism of the care rendered

1   more prominent than they had been on August 4th.

2          Q.    And that's the basis for your opinion?  Or is it

3   Mrs. Rutledge's recitation –

4          A.    No.  What I have just given you, Attorney Clark, is

5   what is contained in the Andersen Air Force Base record

6   prepared by Major Grissom.

7          Q.    Are you relying on any additional facts in your

8   opinion that Mrs. Rutledge had advancing symptoms on August

9   17, 2004?

10         A.    Dr. Grissom needed to add a stronger analgesic to

11  control her pain, which was Vioxx.  So that she added to Mrs.

12  Rutledge's therapeutic regime on that day.

13         Q.    Any other facts that you're relying on in your

14  opinion that her symptoms, that Mrs. Rutledge's symptoms were

15  advancing on August 17th, 2004?

16         A.    I -- no.

17         Q.    Looking at the final page of your report of the 23rd

18  of August, 2007.

19         A.    Which report?

20         Q.    The latest one. July 23rd, 2007.

21                MR. SCHWAB: July 23rd. The second report.

22         A.    The addendum? July 26th?

23         Q.    No, July 23rd.

24         A.    Oh, yes.

25         Q.    I'm looking at page six, the final page, the one

1   with your signature.

2       A.   Yes.

3       Q.   You set forth an opinion saying her crucial symptom

4   which indicated irreversible damage to the cauda equina and

5   the likelihood of permanent disability occurred on August 25th

6   when she became incontinent of bowel.  Do you see that, sir?

7       A.   Of course.

8       Q.   Can you elaborate for me what you mean when you say

9   crucial symptom which indicated irreversible damage?

10      A.   In a progressive compression of the cauda equina

11  nerve roots, which is what Mrs. Rutledge suffered during one

12  month, there is usually first compression with symptoms of

13  the outer roots which give rise to symptoms of weakness,

14  pain, sciatica.  And then as the compression advances, those

15  nerve roots which are more central become compressed and that

16  gives rise to urinary symptoms, and finally if the

17  compression is complete and severe, the last symptom is one

18  of bowel dysfunction.  Now Mrs. Rutledge had very early

19  symptoms of central compression with sensory symptoms in the

20  perineal region and urinary dysfunction.  As the compression

21  advanced, she developed sciatica, leg weakness.  But the

22  crucial compression which gave rise to the permanent

23  disability and the fact that those nerve roots of the cauda

24  equina would never recover, was the symptom of bowel

25  incontinence which occurred two days before she was seen by

JOHN C. STEELE, M.D.: SEPTEMBER 26, 2007

1   the orthopedic surgeon at the US Navy Hospital.  The first

2   physician who had examined her during her illness.

3       Q.   Do you know why Mrs. Rutledge didn't go for care

4   immediately after experiencing bowel incontinence?

5       A.   If you read my detailed note of June 2nd, you will

6   see how hard Mrs. Rutledge tried to get into the US Navy

7   Hospital to be seen by a medical expert and orthopedic

8   surgeon.  She did everything she could for weeks to have a

9   referral from Andersen Air Force Base to the US Navy Hospital

10  where she would be seen by physicians.  Those requests were

11  repeatedly denied and not accomplished.

12      Q.   Do you know, Dr. Steele, why Mrs. Rutledge did not

13  present to an emergency room when she experienced

14  incontinence of stool?

15      A.   She had total confidence in the Andersen Air Force

16  Base health care system.

17      Q.   Has it been your experience that patients who

18  experience incontinence of stool are generally sexually

19  alarmed by such an occurrence?

20      A.   Are which?

21      Q.   In your experience, what, fifty-so years, fifty-

22  five years as a physician, is it your experience that

23  patients that experience incontinence of stool generally find

24  that to be an extremely troubling symptom?

25      A.   A disaster.  So if you read my notes of the June 2nd

JOHN C. STEELE, M.D.: SEPTEMBER 26, 2007

1   consultation, you'll see just exactly how desperate Mrs.

2   Rutledge was, how she tried and tried to get into the

3   different system which would recognize the problem she had,

4   that she knew she had from the outset of her earliest

5   symptoms.  She could never get to the Navy Hospital,

6   Attorney.

7        Q.    And my question to you, Dr. Steele, having had the

8   opportunity to speak with this patient and review the medical

9   records, do you know why Mrs. Rutledge didn't go to the

10  emergency room?

11       A.    She repeatedly –

12       Q.    Stop, stop.  Don't tell me to look at your report,

13  the word emergency room does not appear there.  Simply answer

14  the question, yes or no.  Do you have any information why

15  Mrs. Rutledge did not go to an emergency room?

16       A.    I have explained in my report.  Yes.

17       Q.    Why did Mrs. Rutledge not go to an emergency room?

18       A.    Because she looked to the Andersen Air Force Base

19  clinic to arrange her consultations and referrals for her

20  care.  Her request –

21       Q.    I appreciate –

22       A.    Her requests were repeatedly denied and postponed.

23       Q.    I appreciate what you're saying insofar as

24  consultations for an appointment.  My question though

25  specifies the emergency room, not a consult with an

1   orthopedic surgeon, the emergency room.  Do you have any

2   information, Dr. Steele, having had the opportunity to

3   discuss this matter with Mrs. Rutledge why she didn't go to

4   the emergency room?

5           MR. KEOGH: The question has been asked and

6   answered more than one time.

7           MS. CLARK: No, it hasn't.

8           MR. KEOGH: Are you arguing with me, Counsel?

9   I'm stating an objection.  If you want to have an argument

10  about it, then that's another whole situation here.  And we

11  can terminate this deposition and go and argue about it.

12          MS. CLARK: The Doctor's answer said

13  consultation, that is not responsive.

14      A.   Referral.

15          MS. CLARK: ... Emergency room.

16      A.   Can I begin again, Attorney Clark? As you will see

17  when you consult my notes of June 2nd, from the outset of her

18  symptoms, Mrs. Rutledge repeatedly requested referral for

19  physician care and management of her systems which she

20  recognized as being very serious from the outset. But her

21  attempts were frustrated by the appointment systems at

22  Andersen Air Force Base and the Navy Hospital and her

23  physicians, not her physicians, and her practitioners to make

24  those referrals.  So she stayed within the military system of

25  referral.  She did not jump out of it and go to the emergency

JOHN C. STEELE, M.D.: SEPTEMBER 26, 2007

1  room at the Navy Hospital.  They wouldn't have seen her.
2  They would have sent her back to Andersen Air Force Base
3  because they, they, you know they're a tertiary center and
4  her referral had to be made by her physicians, by her
5  practitioners at the Andersen Air Force Base.  She did not go
6  to the Guam Memorial Hospital, which is the only other
7  emergency room available to her on Guam.  And, of course, she
8  was a military dependent and her medical care she trusted,
9  entrusted to the, to the Air Force.  And it was, and she kept
10 asking them ... It's the most, to me, it's the most -- I
11 don't want to say outrageous, but it's the most pitiful story
12 I've heard of a patient in all my years of practice and I say
13 that to you, Attorney, having come to know Mrs. Rutledge,
14 having listened to her story and knowing now of her permanent
15 and major disabilities.

16      Q.   Is it your opinion, Dr. Steele, that a referral is
17 required for a patient to be seen in the emergency room at
18 Naval Hospital Guam?

19      A.   I can't answer that question, but I would expect
20 so.  From my experience of the Navy Hospital, I'm sure the
21 patients we saw there needed to be referred to us by their
22 practitioners at Andersen.

23      Q.   Is it your opinion, Dr. Steele, that a referral is
24 necessary for a patient to present and be seen at Guam
25 Memorial Hospital?

'JOHN C. STEELE, M.D.: SEPTEMBER 26, 2007

1   understanding my questions in formulating your answers?

2       A.    Though there have been some technical problems in

3   that respect, I think I've adjusted the hearing device and

4   that I've understood your questions and responded to them as

5   best I was able.

6               MS. CLARK:  And that's all my questions.  Thank

7   you.

8               THE WITNESS: Thanks so very much.

9               MS. CLARK:  I believe there's just a couple of

10  exhibit issues.  Mikel, since you all are sitting there

11  across the table, maybe you can take care of those for us.

12              MR. SCHWAB: Certainly.  I understand from the

13  court reporter we had, we read into the record a document

14  yesterday, three pages.

15              THE WITNESS:  Probably.

16              MR. SCHWAB: She needs that attached to her

17  record because that was read into the record.

18              THE WITNESS:  Okay.

19              MR. SCHWAB: Do you still have those?

20              MR. KEOGH: No.  You'll have to make a request

21  for those.

22              MR. SCHWAB: Well, she needs them for her

23  records.  That's what she's asking for.

24              MR. KEOGH: Well, sorry, it's not an exhibit

25  so...

JOHN C. STEELE, M.D.: SEPTEMBER 26, 2007

1          MR. SCHWAB: But you read it into the record,

2     she needs it attached.  Do you understand why?  I mean that's

3     her technical necessity.

4          MR. KEOGH: Yeah, I understand but it's not an

5     exhibit.

6          MR. SCHWAB: You're denying the court reporter –

7          MR. KEOGH: Well, you make the request and we'll

8     approach it then.

9          MR. SCHWAB: Do you want me to just write you a

10    letter and say please give to the court reporter so she can

11    attach it to complete her record; is that what you want?

12         MR. KEOGH: You make the request to me whatever

13    you want to request.

14         MR. SCHWAB: So you just need it in a letter

15    form or email?  How do you need it?

16         MR. KEOGH: I need a formal request.

17         MS. CLARK: I believe the rules require when a

18    document is read into the record that the court reporter

19    needs to make an exhibit of the document that was read and

20    attach it to the deposition.  That's all she's asking.  We're

21    asking that on her behalf.  Do I understand that correctly,

22    Cecilia?

23         COURT REPORTER: Yes.

24

25         MS. CLARK: Thank you.

JOHN C. STEELE, M.D.: SEPTEMBER 26, 2007

1          MR. SCHWAB: Do you need something from the

2    Court Reporter because it's not really my request, it's her

3    request.  I mean, are you telling me you won't give it to me

4    because it's not a discovery item, or ...

5          MR. KEOGH: You make the request and I'll

6    respond to you.

7          MR. SCHWAB: Okay.

8          MS. CLARK: He's requesting right now.

9          MR. KEOGH: Request in writing to me.  You're

10   referring to a rule I don't have ...

11         MS. CLARK: The Court Reporter, let me just put

12   this on the record.  The Court Reporter is trying her best to

13   follow the rules.  In order to do so, she needs to put in a

14   copy of the document that the witness read into the record.

15         MR. KEOGH: Well, make your request to me in

16   writing and I will respond to it.

17         MS. CLARK: Cecilia -

18         DR. STEELE: Can I, can I make a, can I make a

19   little observation?

20         MR. KEOGH: Hold on, hold on.

21         DR. STEELE: My daughter graduated from the

22   Stanford Law School several years ago.  She chose not to

23   practice law but to return to her life as a journalist.  And

24   I was always feeling badly about that, but now I understand

25   how wise she was in her decision.  I can't understand your

# Exhibit E



**U.S. Department of Justice**

**Leonardo M. Rapadas**
United States Attorney
Districts of Guam and NMI

Sirena Plaza, Suite 500                    (671) 472-7332
108 Hernan Cortez Avenue              FAX: (671) 472-7215
Hagåtña, Guam 96910

October 2, 2007

Robert L. Keogh
Suite 105, Angela Flores Building
243 Martyr Street
Hagåtña, GU 96910

    Re:   Deborah K. Rutledge v. United States, CV 06-00008

Dear Mr. Keogh,

    During the deposition of Dr. Steele last week, he read from letters he wrote you dated August 17 and August 18. The court reporter asked for a copy of these letters and you refused to give them to her. The court reporter has an obligation to receive a copy of each document from which the witness reads and include it with the deposition transcript.

    Please bring copies of these letters with you when we meet Thursday so that we can get them to the court reporter who is attempting to transcribe the deposition with utmost accuracy.

                      Sincerely,

                      LEONARDO M. RAPADAS
                      United States Attorney
                      Districts of Guam and NMI

                      BY: _____

                        MIKEL W. SCHWAB
                      Assistant U.S. Attorney

**EXHIBIT**

**E**

FILE




LAW OFFICE OF

# ROBERT L. KEOGH

SUITE 105. ANGELA FLORES BUILDING
243 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@guam.net

October 3, 2007

**VIA FACSIMILE ONLY**
**472-7215**

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

RE:   **Rutledge v. United States**
      **District Court of Guam**
      **Civil Case NO. 06-00008**

Dear Mikel:

    I am writing in reply to your letter of October 2, 2007, with respect to what you are calling the court reporter's request following Dr. Steele's deposition. As I recall it was your request, not the court reporter's. Please advise me what authority you have for the court reporter's "obligation to receive a copy of each document from which the witness reads and include it in the deposition transcript," as you stated in your letter. I will let you know my position on this issue after receiving your authority.

                          Sincerely,

                          ROBERT L. KEOGH

RLK/tbm

FILE