| | |
|---|---|
| LEONARDO M. RAPADAS<br>United States Attorney<br>MIKEL W. SCHWAB<br>Assistant U.S. Attorney<br>Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue<br>Hagatna, Guam 96910<br>Tel: 671-472-7332<br>Fax: 671-472-7215 | **FILED**<br>DISTRICT COURT OF GUAM<br><br>FEB 15 2008<br><br>JEANNE G. QUINATA<br>Clerk of Court |

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE<br><br>      Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CIVIL CASE NO. 06-00008<br><br><br><br>CERTIFICATE OF SERVICE |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 14th day of February 2008, I caused to be served by personal service the following document: "Second Amended United States' Exhibit List", Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge vs. United States of America,</u> to the following attorney of record:

    Robert L. Keogh
    Law Offices of Robert L. Keogh
    251 Martyr Street, Suite 105
    Hagatna, Guam 96910

                                                      LEONARDO M. RAPADAS
                                                     United States Attorney
                                                     Districts of Guam and NMI

BY: _/s/ Jacqueline Emmanuel_
           JACQUELINE EMMANUEL
           Administrative Assistant