LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



FILED
DISTRICT COURT OF GUAM

FEB 15 2008

JEANNE G. QUINATA
Clerk of Court



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS |

Plaintiffs are filing herewith a copy of Plaintiff Deborah Rutledge's medical report received from Donald Adams, M.D. dated February 11, 2008. These documents are to be added to Plaintiffs Exhibit Number 27.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 2/15/08

By: /s/ Robert L. Keogh
ROBERT L. KEOGH

ORIGINAL

Case 1:06-cv-00008    Document 78    Filed 02/15/2008    Page 1 of 2

## OKLAHOMA SPORTS SCIENCE AND ORTHOPAEDICS

RUTLEDGE DEBORAH K.          SSN: 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
0249227                      DOB: 12/29/1960          SEX: F
INSURANCE CO: TRICARE SOUTH REGION PRIME

---

**Date of Service: 02/11/2008  Doctor: DONALD ADAMS M D  O/V-FOLLOW UP**
*Entered on 02/13/2008 at 09:23 am*

Deborah Rutledge returns today for re-evaluation. Over the interim, she underwent MRI studies that shows moderate bilateral neuroforaminal stenosis at L4-5 with a small disc bulge. There is also disc bulging at L1-2 and L5-S1. There is some mild enhancement of the subcutaneous soft tissues overlying L5. This was felt to be secondary to granulation tissue after surgery. She has not yet undergone the electrodiagnostic study, but this has recently been approved.

**REVIEW OF SYSTEMS:** The review of the constitutional, gastrointestinal, respiratory, cardiovascular, extremities, neurological, musculoskeletal, psychiatric, skin, and genitourinary systems is unremarkable other than as mentioned in the history of present illness.

**IMPRESSIONS**
1. Lumbar degenerative disc disease, L1-2, L4-5 and L5-S1
2. History of cauda equina syndrome
3. Lumbar radiculopathy

**RECOMMENDATIONS**
1. Medications: Increase Lortab to 1 p.o. q.8h. Continue Cymbalta
2. Encouraged followup with Dr. Beson for her electrodiagnostic study.
3. This patient will followup in this office in two months, however, patient was advised to contact us sooner if questions or concerns arise.

DEA/ssc

Page 1 of 1