ORIGINAL

```
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
```

**FILED**
DISTRICT COURT OF GUAM

FEB 15 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br>**ERRATUM**<br><br>TO UNITED STATES' OPPOSITION TO PLAINTIFF'S OBJECTION TO DEFENDANT'S EXHIBIT AND WITNESS LIST |

COMES NOW the United States and hereby files with the Court an Erratum to the United States' Opposition to Plaintiff's Objection to Defendant's Exhibit and Witness List filed on February 15, 2008. Lines 8 and 9 on page 4 of the United States' Opposition to Plaintiff's Objection to Defendant's Exhibit and Witness List incorrectly references "(Steele Dep. 23-24, 59, 70-75, Sept. 26, 2007 attached as Exhibit C)". The correct reference is (Steele Dep. 23-24, 59, 70-75, Sept. 26, 2007 attached as Exhibit D).

//
//
//
//

Respectfully submitted this 15th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signature)*
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on February 15, 2008, I caused to be served by personal service a copy of the "Erratum to United States' Opposition to Plaintiff's Objection to Defendant's Exhibit and Witness List", in Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge vs. United States of America</u>, to the following attorney of record:

Robert L. Keogh
Law Offices of Robert L. Keogh
251 Martyr Street, Suite 105
Hagatna, Guam 96910

_/s/ Jacqueline Emmanuel_
JACQUELINE EMMANUEL
Administrative Assistant