# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00008     DATE: February 15, 2008
CAPTION: Rutledge v. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:31:13 - 9:56:43
CSO: J. Lizama

---

**APPEARANCES:**

Counsel for Plaintiff(s)     Counsel for Defendant(s)
Robert L. Keogh     Mikel W. Schwab / Jessica Cruz
    Katharyne Clark (Telephonic appearance)

---

**PROCEEDINGS: Continued Final Pretrial Conference**
- After further discussion of whether plaintiffs should pay for witnesess' hotel and per diem for their case-in-chief, parties agreed that Mr. Keogh would subpoena the witnesses and Ms. Clark agreed to accept service for all witnesses because they will be on island already for the date in question.
- Ms. Clark stated that 7 witnesses are expected to testify.

NOTES: The Court stated that trial will begin on Tuesday, February 19, 2008 at 10:30 a.m to 4:30 p.m. with a lunch break from 12:00 noon to 1:00 p.m. Beginning Wednesday, February 20, 2008, trial will start each day from 9:00 a.m. to 4:30 p.m with a lunch break from 12:00 noon to 1:00 p.m. On Wednesday, February 27, 2008 trial will begin at 1:30 p.m.