HEALTH RECORD | Personal Data - Privacy Act of 19__ (PL 93-579)
CHRONOLOGICAL RECORD OF MEDICAL CARE | SF600E
SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION

Date: ~~25~~ 27 Aug 200401015
Provider: ~~LYNOTT, JOHN~~ Duncan, D

Clinic: ORTHOPAEDIC
Division: USNH GUAM MI

Joseph.orchowski@Amedd.Army.mil +

ALLERGIES:
MEDICATIONS:

B/P: 144/92 P: 92 T: 96.9 R: 18

Type of Pain: (circle one) ACUTE CHRONIC Location of Pain:

Source of Pain: (i.e., trauma, infection, surgical)

Time:

Pain Intensity Rating: (circle one) no pain 0 1 2 3 4 5 6 7 8 9 10 worst pain imaginable

Quality of pain as PER PATIENT description (i.e., dull, sharp, throbbing, cramping)

44 y0 ♀ c̄ Numbness (B) perineal region + difficulty urinating past 3w
Unable to control Bowel 2 days
detected spontaneously c̄ routine referral from Andersen AFB - dependent wife MSgt
"Feels unusual perianal region + numbness"

Clinic Note: (B) Buttock / Saddle anesthesia

Present Treatment as Ordered or Nursing Intervention:

RAD: Flex / ex only available today L-spine series at Andersen AFB
↓ space L5-S1 ∅ obvious instability ∅ F_ ∅ obvious mass

PE! Strength

| | (R) | (L) |
|---|---|---|
| Hip Flex | 5-/5 | 5-/5 |
| Ext | 4+/5 | 4+/5 |
| ad | | |
| H | 4/5 | 4+/5 |
| TA | 4/5 | 4/5 |
| GS | 5-/5 | 5/5 |
| EHL | 4/5 | 4/5 |
| FHL | 4+/5 | 4+/5 |

Sensation
↓↓ (L) perianal / Glut / post thigh
↓ Sensation S1 (L)

3+ | 3+
3+ 3+

2 beats clonus (B) GS

Post Void residual
Patient squeezes bladder for extended period prior to appt to urinate as she is accustom to doing past 3w
had 73 cc PVR.

Imp: Cauda equina syndrome x 3w
Plan: (1) Emergent / Urgent Medevac Tripler
(2) If time perform MRI prior to transfer - otherwise emergent MRI upon arrival Tripler AMC
(3) Leave foley in place for now

Name: RUTLEDGE,DEBORAH K
Sponsor: RUTLEDGE,THOMAS R
Rank: MASTER SERGEANT
Unit: 00 0036 OPERATIONS SQ
: NH GUAM
Co:
Status: NOT ENROLLED

FMP/SSN: [redacted]1234
Clinic: ORTHOPAEDIC
Outpt Rec Rm: ANDE OUTPATIENT RECORDS
U#: 6531234
U#: 366 2172
Policy #:
Reg com:
POC:

Sex: F PCat: F31

Duncan
DOUGLAS D. DUNCAN
LCDR MC USNR
6448 DH Navy orthopedics 1960

CHRONOLOGICAL RECORD OF MEDICAL CARE/STANDARD FORM 600E (REV. 5-84)

576-
Dr. Orchowski

GOVERNMENT EXHIBIT N

USNH 001

513-109

MEDICAL RECORD | CONSULTATION SHEET

NSN 7540-0

REQUEST

TO: MAJOR ORCHOWSKI(?) HAWAII SPINE

FROM: (Requesting physician or activity) NAVY ORTHO GUAM

DATE OF REQUEST 8/27/04 1059

REASON FOR REQUEST (Complaints and findings)

44 yo ♀ c̄ cauda equina Syndrome x 3 w

PROVISIONAL DIAGNOSIS

CAUDA EQUINA SYNDROME

DOCTOR'S SIGNATURE

DOUGLAS D. DUNCAN
LCDR MC USNR
6446

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY
☐ 72 HOURS ☒ EMERG

CONSULTATION REPORT

(Continue on reverse side)

SIGNATURE AND TITLE

DATE

IDENTIFICATION NO.

ORGANIZATION

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION

[?]LEDGE, DEBORAH K.
[redacted] 1736
B: [redacted] 1960

HM#: 671-653-1736
WKH: Husband's 671-366-2172

41

CONSULTATION SHEET

USNH 002

ABBREVIATED MEDICAL RECORD

1. ADMISSION DATE (YYYYMMDD)
2004/08/27

2. CHIEF COMPLAINT, PERTINENT HISTORY, AND PERTINENT SYSTEM REVIEW

44 yo g c̄ S/S Cauda equina syndrome 3w

PMH PSH Meds All

HEALTH RECORD COPY

3. PHYSICAL EXAMINATION (including pertinent positives and negatives)

HEENT Saddle anesthesia ↓ Sens [illegible] 4/5 - 5-/5 [illegible] → (L)

CV [illegible] ↓ sensation perin[illegible]

Lung CTA&P ↑ [illegible] (L)

ABD: SNTND

4. IMPRESSION (Enter admission note with plan on progress notes)

MRI (P) - [illegible] plus [illegible] ↓ disc L5-S1

IMP: CAUDA EQUINA syndrome acute on chronic 3w

Plan: (1) Admit to ward pending emergent medevac to Hawaii spine surgery

5. ADMITTING OFFICER

a. SIGNATURE

DOUGLAS D. DUNCAN
LCDR MC USNR
6446

b. DATE SIGNED (YYYYMMDD)
2004/08/27

6. DISCHARGE NOTE (Brief hospital course, diagnoses, procedures, condition on discharge, treatment

7. DISCHARGE DATE (YYYYMMDD)
2004/08/27

(1) D/C to Hawaii spine per medevac

(2) D/C meds Morphine Sulfate 2-4 [illegible] pr

DISCHARGING OFFICER

| a. NAME (Last, First, Middle Initial) | b. GRADE | c. TITLE | d. SIGNATURE |
|---|---|---|---|
| DOUGLAS D. DUNCAN LCDR MC USNR 6446 | | Dept Head ortho | |

9. PATIENT IDENTIFICATION (For typed or written entries: Name (last, first, middle), grade, SSN, date of birth, hospital or medical facility, ward number, and register number)

Rutledge, Deborah

31 / [redacted]-1736 F

10. OUTPATIENT/HEALTH RECORD MAINTAINED AT:

11. COPY PLACED IN OUTPATIENT RECORD (X when done)

FORM 2770, APR 1998 (EG)

Designed using Perform Pro, WHS/DIOR

USNH 0003

**MEDICAL RECORD** | **DOCTOR'S ORDERS** (Sign all orders)

| DATE AND TIME START | STOP | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| 8/27/04 1100 | | | (1) NPO | | |
| | | | (2) D5 ½ NS c̄ 20 meq kcl at 100 cc/h | | |
| | | | (3) foley to gravity | | |
| | | | (4) Bedrest | | |
| | | | (5) ok to ambulate c̄ assistance | | |
| | | | (6) ~~Vicodin~~ DC Morphine Sulfate 2-4 mg IV q1° prn pain | | |
| | | | | Duncan DOUGLAS D. DUNCAN LCDR MC USNR 6448 | |
| 8/27/04 1100 | | | (1) D/c to Hawaii via medevac when available ASN | | |
| | | | (2) Transport Gurney | | |
| | | | (3) Urgent travel meds: Morphine Sulfate 2-4 mg IV q1° prn pain | | |
| | | | (4) NPO | | |
| | | | (5) IV cont D5 ½ NS c̄ 20 meq kcl at 100 cc/h | | |
| | | | (6) TIAMS | | |
| | | | | DOUGLAS D. DUNCAN LCDR MC USNR 6448 | |

Noted 08/27/04 @ 1400

FAXED

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Rutledge, Dennis

DOCTOR'S ORDERS

STANDARD FORM 508 (Rev.)

USNH 0004

509-113

NSN 7540-00-634-4122

MEDICAL RECORD | PROGRESS NOTES

DATE

22 Aug 03 @ 1200 — After speaking with the pt, CM spoke with Red Cross, husband's command (A-1 FB [illegible] more), and pt's mother - per her request.

[illegible] [illegible] LTJG / MSC — E. Doreen Torres [illegible] LTJG / MSC

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

PROGRESS NOTES

Medical Record

STANDARD FORM 509 (REV. ...)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

## PATIENT PROFILE

NAVMED 6550/12 (5-80) S/N 0105-LF-206-5560

| ✓ | ACTIVITY | DATE | ✓ | BATH | DATE | DIET | DATE | ✓ | VITAL SIGNS | FREQ | ✓ | SPECIAL NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bedrest | | | Bed bath | | NPO | 8/27 | | Temp | | | Dentures |
| | Bathroom Privileges | | | Shower | | | | | Pulse | | | Speech impediment |
| | Up in chair | | | Tub | | | | | Resp | | | Language barrier |
| | Ambulate | | | Needs assistance | | | | | B/P | | | Prosthetic device |
| | Commode | | | | | | | | Other | | | Visual impairment |
| | Needs assistance | | | | | | | | | | | Blind |
| | Restricted to unit | | | | | | | | | | | Contact lenses |
| | Hospital Privileges | | | ORAL HYGIENE | DATE | | | | | | | Glasses |
| | Other | | | Self | | FEEDING | DATE | | FLUIDS | | | Hearing defect |
| | | | | Needs assistance | | Self | | | Forced to: | | | Other |
| | | | | Special | | Needs assistance | | | Restricted to: | | | |
| | | | | | | Gavage | | | I & O | | | |

| DATE ORD. | DATE RENEW | TREATMENTS/SPECIAL NOTES | TIMES | DATE ORD. | DATE RENEW | TREATMENTS/SPECIAL NOTES | TIMES |
|---|---|---|---|---|---|---|---|
| 08/27 | | Foley to gravity | | | | | |
| 08/27 | | MSU Dr. Duncan | | | | | |

ADDRESSOGRAPH

Rutledge, Deborah

DIAGNOSIS

CAUDA EQUINA SYNDROME

| AGE | HEIGHT | WEIGHT |
|---|---|---|
| | | |

PATIENT CLASSIFICATION

OP/SPECIAL PROCEDURES

| | DATE ON | DATE OFF |
|---|---|---|
| SI | | |
| VSI | | |

FINDINGS:

USNH 0006

# RECORD OF ADMISSION WORKSHEET

To be completed by physician

| ...nit: ☐ Routine ☒ Emergency ☐ Pre-Admit | | Date of Admission/ time | Ward |
|---|---|---|---|
| ...dical Officer Signature DOUGLAS D. DUNCAN CDR MC USNR 6446 | Clinical Service | Prognosis Stable | EPOH |
| Diagnosis Cauda equina syndrome | | | |

## TO BE FILLED OUT BY PATIENT/NEXT OF KIN

| Patient's Name | FMP 31 | Sponsor's SSN 31[redacted]1736 | Patient's SSN [redacted]2581 | |
|---|---|---|---|---|
| Home Address 1231 B PALAU LOOP | | Zip Code 96929 | City YIGO | State GUAM |
| Mailing Address | | Zip Code | City | State |
| Home Phone Number (671) 653-1736 | Sponsor's work number (671) 366-2172 | Date of Birth | Religion | |
| Sex: M F | Race | Marital Status | ID Card expiration date | |

## SPONSOR INFORMATION

| ...Name | Relation | Duty Address | | |
|---|---|---|---|---|
| ...ipcode | City | State | EAOS | |
| ...ank | Service | Length of Service | Unit I.D Code | MOS/Military Specialty |

## NEXT OF KIN INFORMATION

| ... | Relation | Phone number ( ) | |
|---|---|---|---|
| ...ddress | Zip Code | City | State |

## EMERGENCY NOTIFICATION INFORMATION

...ME AS NEXT OF KIN? ? ☐ Y ☐ N

| ...me | Relation | Phone number ( ) | |
|---|---|---|---|
| ...dress | Zip Code | City | State |

## INJURY ONLY

...DUTY? ☐ Y ☐ N (Please enter on screen a description of injury, how, when, and where the injury occurred)

Short form

...A ...20/51 (rev. 7-96)

U.S. NAVAL HOSPITAL, GUAM

Personal Data - Privacy Act of 1974 (PL 93-579) 27 Aug 2004 1231 Page 1

* * * ADMISSION COVER WORKSHEET * * *

---

g No: 0085992 Name: RUTLEDGE, DEBORAH K FMP/SSN: 31/[redacted]17

---

ADMISSION

Date/Time: 27 Aug 2004@1212
Sex: FEMALE
Source: DIR
Age: 43
MEPRS: AEAA
DOB: [redacted] 1960 Ward: MEDSUR

Patient Category: USAF FAM MBR AD
Marital Status: MARRIED
Duty Zip:
Sponsor Name: RUTLEDGE, THOMAS R

Pay Grade: Fly Status:
Race: UNKNOWN
Ethnic: UNKNOWN
Religion: UNKNOWN

MTF Trans from:
MTF of Initial Adm:
Disposition Date:

Init Adm Date:
Type of Disposition:

Sponsor Name: RUTLEDGE, THOMAS R
Adm Physician: DUNCAN, DOUGLAS D
Adm Diagnosis: CAUDA EQUINA SYND NOS (344.60)
Adm Proc1:
Adm Proc2:

---

Administrative Remarks:

Cause of Injury:

Likely large disc herniation

---

Principle Dx:

Cauda equina syndrome 344.60

Other Dx:

N/A

Principle Procedure:

transfer Hawaii Dr. [illegible] ortho spine

ther Procedure:

N/A

---

atient has a Living Will/Advance Directive on file at MTF. Yes___ No ✓

[signature]

ignature Attending Medical Officer

*** End of Report ***

                        PERSONAL DATA - PRIVACY ACT OF 1974

RECORD OF INPATIENT TREATMENT

REGISTER: 0085992 NAME: RUTLEDGE,DEBORAH K FMP/SSN: 31/[redacted]1736

A D M I S S I O N

DATE/TIME: 27 Aug 2004@1212 SOURCE: DIR CLIN SVC: ORT INP/AEAA
SEX: F DOB: [redacted] 1960

D I S P O S I T I O N

DATE/TIME: 27 Aug 2004@1800 TYPE: TAR CLIN SVC: ORT INP/AEAA
AGE : 43

D I A G N O S E S

DX 1. Principal DX: 34460
CAUDA EQUINA SYNDROME

P R O C E D U R E S

PR 1. Principal PR: NO PROCEDURES ON FILE

I CERTIFY THAT THE IDENTIFICATION OF THE PRINCIPAL AND SECONDARY DIAGNOSES AND PROCEDURES PERFORMED IS ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

ATTENDING PROVIDER [signature] Duncan 6446
LCDR Douglas D. Duncan, Orthopedic Surgeon

DRG: 019 CRANIAL & PERIPHERAL NERVE DISORDERS W/O CC

MDC: 01 DISEASES AND DISORDERS OF THE NERVOUS SYSTEM

S E L E C T E D A D M I N I S T R A T I V E D A T A

ADMISSION:

PATIENT CATEGORY: USAF FAM MBR AD
MARITAL STATUS: MARRIED
DUTY ZIP:
MTF TRANS FROM:
MTF OF INITIAL ADM:

PAY GRADE:
RACE: UNKNOWN
ETHNIC: UNKNOWN
RELIGION: UNKNOWN
INIT ADM DATE:

* * * * * * * * * * * * *

DISPOSITION:

MTF TRANS TO: A0101
ICU CLINICAL SVC:
BED DAYS OTHER FEDERAL FACILITIES:
BED DAYS CIVILIAN HOSPITALS:
BED DAYS THIS MTF: 0
TOTAL SICK DAYS THIS MTF: 0

AUTOPSY:
ICU DAYS SPENT: 0
MEDICAL HOLD DAYS:
COOPERATIVE CARE DAYS: 0
SUPPLEMENTAL CARE DAYS: 0

REPLACES AF FORM 565, DA FORM 3647, NAVMEDCOM 6300/5

*** CONTINUED ON PAGE 2 ***

                    MTF: U.S. NAVAL HOSPITAL, GUAM 23 Sep 2004@1518 Page 2
PERSONAL DATA - PRIVACY ACT OF 1974

RECORD OF INPATIENT TREATMENT

GISTER: 0085992 NAME: RUTLEDGE,DEBORAH K FMP/SSN: 31/[redacted]1736

---

CONVALESCENT LEAVE TAKEN: 0 RECOMMENDED: 0

* * * * * * * * * * * * *

OTHER:

SPONSOR NAME: RUTLEDGE,THOMAS R
DUTY ADDRESS:

MATERNAL/NEWBORN REGISTER:

EMERGENCY ADDRESSEE:
RELATIONSHIP:
NAME:
ADDRESS:

PHONE:

PATIENT ADDRESS:
1231B PALAU LOOP
YIGO, GU 96929-1205

BLOOD USED (Y/N): N
BLOOD PRODUCTS:
TRAUMA CODE:
CAUSE OF INJURY:

PREV ADMISSION THIS MTF: N
UNITS:

INJURY REMARKS:

---

---

---

EGISTER: 0085992 NAME: RUTLEDGE,DEBORAH K FMP/SSN: 31/[redacted]1736

REPLACES AF FORM 565, DA FORM 3647, NAVMEDCOM 6300/5

*** End of Report ***

USNH 0010

INPATIENT INFORMATION CARD - NH GUAM
Personal Data - Privacy Act of 1974 (PL 93-579)

0085992 RUTLEDGE,DEBORAH K 31/[redacted]1736 DOB [redacted] 1960 WARD MEDSU

PERSONAL
TIENT CAT USAF FAM MBR AD
RELIGION UNKNOWN
RACE UNKNOW MARITAL STATUS M
SEX F MILITARY OCCUP
RANK LENGTH SERVICE

ADMISSION
SRCE DIR DATE/TIME 27 Aug 2004@1212
MEPRS AEAA ORTHOI
COMMAND INTEREST
PHYSICIAN DUNCAN,DOUGLAS D
DIAGNOSIS CAUDA EQUINA SYND NOS
CODE 344.60
ORIGINAL ADM
DATE

PATIENT ADDRESS
1231B PALAU LOOP
YIGO GU 96929-1205

NEXT OF KIN-PHONE

DUTY ADDRESS-UIC SHIP

EMERGENCY ADDRESS PHONE

TRA(d/c) to medevac 27AUG04 @ 1800



A/E Message for: 27 AUG 04

| | | | |
|---|---|---|---|
| A/E:Rutledge,Deborah/DW/USAF/Guam | | | |
| INPATIENT | | | |
| Rutledge,Deborah | | | |
| Sponsor:Rutledge,Thomas | [redacted]2581<br>[redacted]1736 | [redacted]60/43/F<br>[redacted]65/38/M | DW/USAF/E7<br>AD/USAF/E7 |
| USNH GUAM/Dr.Duncan/Ortho/344-9315 | | | |
| TAMC/Dr.Orchowski/Ortho Spine/433-3627 | | | |
| DX:Cauda Equina Syndrome | | | |
| HX:43 yo DW who just reported to Guam one month ago from Oklahoma. Pt c/o numbness bilateral perineal region and difficulty urinating past 3 weeks, unable to control bowel x 2 days, defecated spontaneously. Received this routine referral from Anderson AFB today. | | | |
| SOCIAL ISSUES:Married, husband deployed. | | | |
| MEDS:NPO. | | | |
| IV MEDS:Morphine Sulfate 2-4mg IV Q4-6 hrs PRN pain. | | | |
| IV DRIPS:D 5 ¼ Normal Saline with 20 meq KCL @ 100cc/hr. | | | |
| O2 STATUS: | | | |
| CARDIAC MONITOR:NO | | | |
| VENT/INCUBATOR:NO | | | |
| VENT SETTINGS:N/A | | | |
| VS/TIME/DATE:BP:144/92 P:92 TEMP:96.9 RESP:18 O2:99% R/A (27 AUG 04 @ 1130) | | | |
| NMA #1:NONE | | | |
| LODGING:N/A | | | |
| MA #1:NONE (Doctor) | | | |
| MA #2:NONE (Nurse) | | | |
| MA #3:NONE (Respiratory Therapist) | | | |
| INPATIENT TRANSFER TO:Ortho Ward per DR Orchowski | | | |
| Third Party Insurance:NONE | | | |
| VA Referral:NONE | | | |
| Notes:None | | | |

USNH 0012

Report Date: 240 2004 0835

**Mission ID: CLM101104240**

**Created on:** Lo-Side

## Patient Listing (1 patient(s) total )

**Created on:** Lo-Side
**Rutledge , Deborah**
0424030006
Requires 1litter space(s) , has 0 attendant(s)

Originating MTF: USN HOSPITAL GUAM
Destination MTF: TRIPLER AMC HI

Primary Diagnosis: 344.60-CAUDA EQUINA SYND NOS
Secondary Diagnosis: -
Other Diagnosis: -

| E/PS | D/DS | CLSS | CAT | UPR | Age | Gen | PW | Grade | Equip | Diet | Max Alt | Spec | CCATT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PGUA | PHIK | 2B | F41 | Urgent | 43 Year | Female | 174 | N00 | Y | | None | N | N |

## Attendant Listing (0 attendant(s) total )

| Patient | Attendant | Enplane | Deplane | CAT | Age | Gen | PW | Grade | Created on |
|---|---|---|---|---|---|---|---|---|---|

USNH 0013

# PATIENT MOVEMENT REQUEST

~~DATA PROTECTED BY PRIVACY OF 1974~~

**Created on:** Lo-Side

## PATIENT DEMOGRAPHICS Cite # 0424030006

Patient Name: Rutledge, Deborah
Status: F41 Cite #: 0424030006
Precedence: Urgent
ID: 31/[redacted]1736
Nationality: UNITED STATES
Grade: N00 Gender: Female
Age: 43 Year
CCATT: N
Classification: 2B
Special: N

## UNIT INFORMATION Cite # 0424030006

Unit Name:
Duty Station:
City:
Com Phone:
Com Fax:
State/Province:
Country:
DSN Phone:
DSN Fax:
PCS Code:

## POR INFORMATION Cite # 0424030006

Address:
Country:
City:
Postal Code:
State:
Phone:

## MOVEMENT INFORMATION Cite # 0424030006

Injury Type:
Exception To Policy:
Space Type: LITTER
Comm Transport?: N
Will Return: Y

## ADMINISTRATIVE DATA Cite # 0424030006

Originating MTF: N6020 -USN HOSPITAL GUAM
Destination MTF: A6010 -TRIPLER AMC HI
Ready Date: 239 2004
Appt: 239 2004 0000
Casualty Event:
Reason Regulated: CC
Attending Physician: Dr. Duncan
DSN Phone: 344-9315
Source System: T-WEB
Com Phone:
Ward Name: MSU
DSN Phone: 344-9666
Last PMR State Changed By: Y_KWARE
DSN Phone: 448-1602
Com Phone:
Com Phone: 808-448-1602
Accepting Physician: Dr. Orchowski
DSN Phone: 433-6661
Com Phone:
Max Stops: No Stops
Max RONs: No RONs
Altitude Restriction: None
Comm Travel?: N

## CLINICAL DATA Cite # 0424030006

Primary Med Spec: MMN-Neurology
Secondary Med Spec: -
Other Med Spec: -
Primary Diagnosis: 344.60-CAUDA EQUINA SYND NOS
Secondary Diagnosis: -
Other Diagnosis: -
Patient History: cauda equina syndrome inability to control bowel and bladder has foley catheter in place needs wheelchair although able to ambulate. PMCC Update JD 240/ 0015Z: Conf call held with Orthopaedic surgeon (Dr. Duncan-pager-635-0643), VFS (Dr Barrow) and PMCC (Combalecer). Probable onset of symptoms as early as 3 weeks ago when pt saw Family Practicioner. Dr Duncan is awaiting results of MRI and other labs, but has a high degree of certainty that diagnosis is cauda equina syndrome as pt is already experiencing loss of bowel control. The patient will need surgery immediately or will lose bowel or bladder function permanently. JTC

## MEDICATIONS (3 rows) Cite # 0424030006

| Medication Name | Dose | Frequency |
|---|---|---|
| vicodin | | |
| valium | | |
| morphine | 2 -4 mg | q 4-6 |

## IVs (0 rows)

| IV Location | Solution | Rate cc/hr |
|---|---|---|

Special Diet: none
Allergies: nkda

## VITAL SIGNS AND LABS Cite # 0424030006

T: 98.90 F  P: 92  R: 18  BP:144 /92  Wt: 174 lbs
HGB:  HCT:  WBC:  Date Taken: 239 2004
Oxygen Rate:
Oxygen Mode:

## DRAINAGE (0 rows) Cite # 0424030006

## Orthopedic (0 rows)



Drainage Location | Type | Suction Type | Suction Amount | Type | Location

**PMI DATA** Cite # 0424030006

Cardiac Monitor: N | Suction: N | Pulse Ox: N | Incubator: N
Ventilator: N | Pump: | Stryker: N | Traction: N

**TRANSPORTATION INFORMATION** Cite # 0424030006

Orig Transport Name: | POC: | Com Phone: | DSN Phone:
Dest Transport Name: | POC: | Com Phone: | DSN Phone:

**ADMIN REMARKS:** Cite # 0424030006

JD 240/ 0200Z: VFS Dr Barrow validated pt for Urgent movement. Earliest pt can move is NOW, the latest patient can move is 12 hours. No altitude restrictions. Pt must move as soon as possible in order to salvage any remaining bowel or bladder function. JTC

**ATTENDANTS (0 rows)** Cite # 0424030006

| Attendant Name | Status | Grade | Age | Gender | Type |
|---|---|---|---|---|---|

**ITINERARY (0 rows)** Cite # 0424030006

| Mission ID | Aircraft | Origin ICAO | Destination ICAO | Proposed Departure Time | Proposed Arrival Time | Actual Departure Time | Actual Arrival Time | RON |
|---|---|---|---|---|---|---|---|---|

**BILLING INFORMATION** Cite # 0424030006

| Insurance Ranking / Billing Agency / Policy Number | Address / City, State/Province / Country, Postal Code | Policy Holder Last Name, First Name / Policy Holder SSN | Point of Contact / POC Phone / Relationship to Holder | Memo |
|---|---|---|---|---|

**PATIENT DEMOGRAPHICS Cite # 0424030006**

Patient Name: Rutledge,Deborah
ID: SSN 31/[illegible]1736
Nationality: UNITED STATES
Status: F41
Grade: N00
Age: 43 Year
Cite #: 0424030006
Gender: Female
CCATT: N
Precedence: Urgent
Classification: 2B
Special: N

**UNIT INFORMATION Cite # 0424030006**

Unit Name:
City:
State/Province:
Country:
Duty Station:
Com Phone:
DSN Phone:
PCS Code:
Com Fax:
DSN Fax:

**POR INFORMATION Cite # 0424030006**

Address:
Country:
City:
Postal Code:
State:
Phone:

**MOVEMENT INFORMATION Cite # 0424030006**

Injury Type:
Space Type: LITTER
Exception to Policy:
Will Return?: Y
Comm Transport?: N

**ADMINISTRATIVE DATA Cite # 0424030006**

Originating MTF: N6020-USN HOSPITAL GUAM
Casualty Event:
Ready Date: 239 2004
Destination MTF: A6010-TRIPLER AMC HI
Appt: 239 004 0000
Reason Regulated: CC
Attending Physician: Dr. Duncan
Source System: T-WEB
Ward Name: MSU
DSN Phone: 344-9315
Com Phone:
Accepting Physician: Dr. Orchowski
DSN Phone: 344-9666
Com Phone:
Max Stops: No Stops    Max RONs: No RONs
DSN Phone: 433-6661
Com Phone:
Altitude Restriction: None
Comm Travel?: N

**CLINICAL DATA Cite # 0424030006**

Primary Med Spec: MMN-Neurology
Secondary Med Spec: -
Other Med Spec: -
Primary Diagnosis: 344.60-CAUDA EQUINA SYND NOS
Secondary Diagnosis: -
Other Diagnosis: -

PatientHistory: cauda equina syndrome inability to control bowel and bladder has foley catheter in place needs wheelchair although able to ambulate. PMCC Update JD 240/ 0015Z: Conf call held with Orthopaedic surgeon (Dr. Duncan-pager-635-0843), VFS (Dr Barrow) and PMCC (Combalecer). Probable onset of symptoms as early as 3 weeks ago when pt saw Family Practicioner. Dr Duncan is awaiting results of MRI and other labs, but has a high degree of certainty that diagnosis is cauda equina syndrome as pt is already experiencing loss of bowel control. The patient will need surgery immediately or will lose bowel or bladder function permanently. JTC PMCC Update 240/0536Z: Pt is alert & oriented, ambulatory, but will be enplaned via litter. stated 2 August pt experienced pain on the sole of her feet with numbness bilaterally from feet to buttocks. with bladder & bowel dysfunction. She was seen by ortho today and requires urgent AE. Pt will be NPO for flight. No resp distress P.O. 99% on RA. No other medical problems indicated. TJS Pt was authorized NMA starting on the 27th of Aug till Pt is released.

**MEDICATIONS (3 rows) Cite # 0424030006**

| Medication Name | Dose | Frequency |
|---|---|---|
| vicodin | | |
| valium | | |
| morphine | 2 -4 mg | q 4-6 |

Special Diet: none

**IVS (1 rows)**

| IV Location | Solution | Rate cc/hr |
|---|---|---|
| Right Arm | LR | 75 |

Allergies: nkda

**VITAL SIGNS AND LABS Cite # 0424030006**

USNH 0016

T: 96.9 F P: 92 R: 18 BP:144 /92 Wt: 174 lbs Oxygen Rate:
HGB: HCT: WBC: Date Taken: 239 2004 Oxygen Mode:

**DRAINAGE (0 rows) Cite # 0424030006 ORTHOPEDICS (0 rows)**

| Drainage Location | Type | Suction Type | Suction Amount | Type | Location |
|---|---|---|---|---|---|

**PMI DATA Cite # 0424030006**

Cardiac Monitor: N
Ventilator: N
Suction: N
Pump:
Pulse Ox: N
Stryker: N
Incubator: N
Traction: N

**TRANSPORTATION INFORMATION Cite # 0424030006**

Orig Transport Name: POC: Com Phone: DSN Phone:
Dest Transport Name: POC: Com Phone: DSN Phone:

**ADMIN REMARKS Cite # 0424030006**

JD 240/ 0200Z: VFS Dr Barrow validated pt for Urgent movement. Earliest pt can move is NOW, the latest patient can move is 12 hours. No altitude restrictions. Pt must move as soon as possible in order to salvage any remaining bowel or bladder function. JTC

**ATTENDANTS (1 rows) Cite # 0424030006**

| Attendant Name | Status | Grade | Age | Gender | Type |
|---|---|---|---|---|---|
| Rutledge,Thomasr | F11 | E07 | 40 Year | Male | Family |

**ITINERARY (1 rows) Cite # 0424030006**

| Mission ID | Aircraft | Origin ICAO | Destination ICAO | Proposed Departure Time | Proposed Arrival Time | Actual Departure Time | Actual Arrival Time | RON |
|---|---|---|---|---|---|---|---|---|
| CLM101104240 | STRATOTANKER | PGUA | PHIK | 240 2004 1045 | 240 2004 1756 | 240 2004 1203 | 240 2004 1914 | N |

**BILLING INFORMATION Cite # 0424030006**

| Insurance Ranking / Billing Agency / Policy Number | Address / City, State/Province / Country, Postal Code | Policy Holder Last Name, First Name / Policy Holder SSN | Point of Contact / POC Phone / Relationship to Holder | Memo |
|---|---|---|---|---|

# AEROMEDICAL EVACUATION PATIENT RECORD

[redacted] 1960

**PATIENT IDENTIFICATION**

1. NAME (Last, First, Middle Initial): RUTLEDGE, DEBORAH K
2. SSN: 31[redacted]736
3a. STATUS: DEP
3b. SERVICE: USAF
4. PRECEDENCE: R
5. GRADE: MSGT
6. AGE: 43
7. SEX: Male / Female ✓
8. WEIGHT: 174 lbs
9. BLOOD TYPE: O+ ?
10. CLASSIFICATION (1A-5F): AMBULATORY X / LITTER
11. ACCEPTING PHYSICIAN: MAJOR [illegible]
12. CITE/AUTHORITY NO.: 04241308 [illegible]
13. APPT/BURN DATE: 8/27/04 Tripler
14a. ORIGINATING FACILITY: USNH GUAM
14b. ORIGINATING FACILITY PHONE NUMBER: 671-344-9315
15a. DESTINATION FACILITY: TAMC ortho spine
15b. DESTINATION FACILITY PHONE NUMBER: 433-
16. NUMBER OF ATTENDANTS — 16a. MEDICAL / 16b. NON MED

Thomas 9 MAY 05

17. DIAGNOSIS: CAUDA EQUINA Syndrome 344.60

18. CLINICAL ISSUES (Please indicate Yes or No on clinical issues. Explain YES comments in Section 22)

| | YES | NO | ISSUE | | YES | NO | ISSUE | | YES | NO | ISSUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | | ✓ | HYPERTENSION | f. | | X | MOTION SICKNESS | k. | Y | | AMBULATORY |
| b. | | X | CARDIAC HX | g. | | X | VISION IMPAIRED | l. | Y | | AMBULATORY AID |
| c. | | X | DIABETES | h. | X | | VOIDING PROBLEMS | m. | Y | | SELF-ADMIN |
| d. | X | | RESPIRATORY | i. | X | | BOWEL PROBLEMS | n. | Y | | ADEQUATE SUPPLY OF MEDS |
| e. | | X | EARS/SINUS | j. | | | SELF-CARE | o. | | | OTHER |

19. BATTLE CASUALTY / DISEASE / ✓ NON-BATTLE INJURY

20. PHYSICIANS ORDERS
20a. DATE: 27AUG04 20b. TIME: 0950 20c. ALLERGIES: NKDA
20d. DIET: [illegible] Reg / SBM NA / CARDIAC / DIABETIC ___ CALS
RENAL ___ Gm prot ___ Gm Na ___ Meq K ___ mg PO4
TUBE ___ TYPE ___ cc/hr, 1/2, 3/4, FULL STRENGTH
PEDIATRIC: AGE ___ OTHER (Specify)
TPN: Change to D10 at ___ cc/hr for max of ___ days
TUBE FEEDING ___ at ___ strength at ___ cc/hr
20e. IV/BLOOD: D5 1/2 NS ē 20 meq KCl @ 100 cc/hr
20f. SPECIAL EQUIPMENT: SUCTION / NG TUBE / STRYKER FRAME / INCUBATOR / TRACTION / IV PUMP / TRACH / MONITOR / X FOLEY / ORTHOPEDIC BRACES / CHEST TUBE/HEIMLICH / RESTRAINTS / OTHER (Explain in 23)
O2: LITERS: ROUTE:
VENTILATOR SETTINGS
20g. ALTITUDE RESTRICTION:
20h. RECORDS TO ACCOMPANY PATIENT: ✓ OUTPATIENT RECORDS / INPATIENT RECORDS / NARRATIVE SUMMARY / X X-RAYS / OB RECORDS / DENTAL RECORDS / FINANCIAL / OTHER (Specify)
20i. MEDICATIONS/TREATMENTS:
Vicodin / Valium OK
Hold ASA Aspirin / NO antiinflammatories
MS Motrin
NO NSAIDS
MSO4 2-4 mg IV q4° PRN

21. PRE-FLIGHT VITALS
21a. DATE/TIME: 27AUG04/ 21b. TEMP: 96.9 21c. PULSE: 92 21d. RESP: 18 BP: 144/92

22. BRIEF NARRATIVE
(h)(i) Cauda equina Syndrome Inability to control Bowel and bladder. HAS foley catheter in place.
(k)(l) needs wheelchair assistance although able to ambulate somewhat
(m) Patient has meds able to take as instructed

23. ASSESSMENT/PROGRESS

| DATE/TIME | NOTES |
|---|---|
| 27Aug04 2130L/1130Z | AGUA → PHIK 43 yr old ♀ entered into AE for transportation to AKICN for mass ... [illegible] ... able to ... Alert x3 ... Cooperative c/o ... backpain ... [illegible] ... VS 97 140/88 92 16 ... 98% ... [illegible] ... foley intact draining ... mission pt ... set up in airline seat until ... [illegible] ... equipment and procedures explained ... verbalized understanding ... [illegible] ... understanding |
| 27Aug 2200L/1200Z/0300H | pt c/o ... back pain ... medicated ē MSO4 4mg IV ē good relief ... [illegible] ... tingling and numbness in bil lower ext - baseline ... VS: 110/62 82 16 94% RmA Foley: 125ml |

DOB: 29 DEC 60
HM #: 671-653-1736
WK #: Husband's: 671-366-2172

24. STAMP AND SIGNATURE OF ATTENDING PHYSICIAN: DOUGLAS U. DUNCAN LCDR MC USNR Dept Head NAVY ... GUAM

25. STAMP AND SIGNATURE OF FLIGHT SURGEON: F/S ON LOCKS

AF FORM 3899, MAR 96

USNH 0018

28. ASSESSMENT/PROGRESS (Continued)

| DATE/TIME | NOTES |
|---|---|
| [illegible] Aug 04 / 0001 / 1400Z / 0400 H | pt c/o [illegible] back pain/ burning medicated c MSO4 2mg IV x1 c relief |
| | VS: [illegible] 90 20 [signature] |
| [illegible] Aug 04 / 1400Z / [illegible] | pt c/o back pain/ [illegible] medicated c MSO4 4mg IV for relief and sedative effect noted [signature] |
| [illegible] Aug 04 1930Z / 0930H | pt tolerated flight c mild discomfort that was relieved c MSO4 IV [illegible] remains groggy. VS 144/72 [illegible] 16 pt released [illegible] c [illegible] report given to receiving RN [illegible] MSO4 IV 8.4ml [illegible] [signature] |

| DATE/TIME | NOTES |
|---|---|
| | |

| GLASCOW COMA SCALE | | PREFLIGHT | INFLIGHT | | | | | POSTFLIGHT |
|---|---|---|---|---|---|---|---|---|
| 1. EYE OPENING | SCORE | | | | | | | |
| SPONTANEOUS | 4 | | | | | | | |
| TO SOUND | 3 | | | | | | | |
| TO PAIN | 2 | | | | | | | |
| NO RESPONSE | 1 | | | | | | | |
| 2. BEST VERBAL RESPONSE | SCORE | | | | | | | |
| ORIENTED | 5 | | | | | | | |
| DISORIENTED | 4 | | | | | | | |
| INAPPROPRIATE WORDS | 3 | | | | | | | |
| INCOMPREHENSIBLE SOUNDS | 2 | | | | | | | |
| NONE | 1 | | | | | | | |
| 3. BEST VERBAL RESPONSE | SCORE | | | | | | | |
| OBEYS COMMANDS | 6 | | | | | | | |
| RESPONSE TO PAIN | | | | | | | | |
| LOCALIZES | 5 | | | | | | | |
| WITHDRAWS | 4 | | | | | | | |
| DECORTICATE | 3 | | | | | | | |
| DECEREBRATE | 2 | | | | | | | |
| NO RESPONSE | 1 | | | | | | | |
| TOTAL = 1 + 2 + 3 | | | | | | | | |

[X] IDENTIFY FINDING BY NUMBER

1 - BURN
2 - CAST/SPLINT
3 - DRESSING
4 - DRAINAGE
5 - ECCHYMOSIS
6 - HEMATOMA
7 - PAIN
8 - PRESSURE AREA
9 - RASH
0 - OTHER

WRITE # FOR FINDING ON DRAWING

Rt Lt Lt Rt

AF FORM 3899, MAR 86 (REVERSE)

USNH 0019

Hawaii time

# AEROMEDICAL PATIENT INTAKE/OUTPUT RECORD

DATE 27 Aug 04

| INTAKE | | | OUTPUT | | | | |
|---|---|---|---|---|---|---|---|
| TIME | ORAL | IV | TIME | VOIDED | CATHETER | TUBE | OTHER |
| 0130 | NPO | D5½NS c 20 KCl 100 | | 100 | | | |
| 0230 | NPO | 100 | | 125 | | | |
| 0330 | NPO | 100 | | 100 | | | |
| 0430 | NPO | 100 | | 150 | | | |
| 0530 | NPO | 100 | | 100 | | | |
| 0630 | NPO | 100 | | 75 | | | |
| 0730 | NPO | 100 | | 100 | | | |
| 0830 | NPO | 100 | | 150 | | | |
| 0930 | | 100 | | — | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

PATIENT'S NAME (Last, First, MI) Rutledge, Deborah L

| TOTAL | |
|---|---|
| INTAKE | OUTPUT |
| 900 | 700 |

FORM 3856, 19940901 (EF-V2)

USNH 0020

NAVMED 6550/8 (REV. 4-74) S/N 010[illegible]-LF-[illegible]-[illegible]681

MEDICAL RECORD

# MEDICATION ADMINISTRATION RECORD

SCHEDULED DRUGS

MONTH Aug. 19 2004

| ORDER DATE | MEDICATION-DOSAGE-FREQUENCY ROUTE OF ADMINISTRATION | HOURS | DATES GIVEN | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

INITIAL CODE

| INITIAL | FULL SIGNATURE & TITLE | INITIAL | FULL SIGNATURE & TITLE | INITIAL | FULL SIGNATURE & TITLE |
|---|---|---|---|---|---|
| | Jennifer Baluckirvo | J | | | |

ADDRESSOGRAPH PLATE

203 B

Hedge, Deborah F-2 [illegible] F MS1

31/17 36

Injection Site Code
① = Left Buttock ⑤ = Left Leg
② = Right Buttock ⑥ = Right Leg
③ = Left Deltoid ⑦ = Left Arm
④ = Right Deltoid ⑧ = Right Arm
⑨ = Abdomen

WARD NO.

SINGLE DOSE, PRE-OP PRN & VARIABLE DOSE ORDERS SEE REVERSE

59

USNH 0021

# MEDICATION ADMINISTRATION RECORD (Back) S/N 0108-LF-216-8581

## SINGLE ORDERS – PRE-OPERATIVE

| MEDICATION-DOSAGE ROUTE OF ADMINISTRATION | GIVEN | | | MEDICATION-DOSAGE ROUTE OF ADMINISTRATION | GIVEN | | |
|---|---|---|---|---|---|---|---|
| | DATE | TIME | INITIAL | | DATE | TIME | INITIAL |

## PRN AND VARIABLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION-DOSAGE FREQUENCY ROUTE OF ADMINISTRATION | Hawaii time | DOSES GIVEN | | | | |
|---|---|---|---|---|---|---|---|
| 8/27 | Morphine Sulfate 2-4mg IV [illegible] PRN pain | DATE | [illegible] Aug | [illegible] Aug | [illegible] Aug | [illegible] Aug | [illegible] Aug |
| | | TIME | 0130 | [illegible] | 0530 | 0630 | 0130 |
| | | DOSE | 4mg | 4mg | 8mg | 4mg | 2mg |
| | | INIT. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

20

USNH 0022

NARCOTIC AND CONTROLLED DRUG [illegible] RECORD
NAVMED 6710/1 (REV. 1-93)

(To be used with NAVMED 6710/4)

TO BE FILLED IN BY PHARMACY

WARD: F-2

ISSUED BY: HM3 Rowe

DRUG (Name, strength of tablets/cc., oral or hypodermic): Morphine 10mg/mL

RECEIVED BY: [illegible]

DATE ISSUED: 27Aug04

PRESCRIPTION SERIAL NO.: RxH1502193

AMOUNT ISSUED: 10mL

| DATE | HOUR | PATIENT (Last name and initial) | ORDERED BY (Doctor's Name) | GIVEN BY (Nurse's Signature) | AMOUNT Expended | WASTED | WASTED BY (Initials) | WITNESS (Initials) | BALANCE ON HAND |
|---|---|---|---|---|---|---|---|---|---|
| 27Aug04 | 0130 | Rutledge, Deb | Dr Orchowski | JBauckirus | 4mg | 0 | 0 | | |
| | 0400 | Rutledge, Deb | Dr Orchowski | JBauckirus | 4mg | 0 | 0 | | 9.6 |
| | 0500 | Rutledge, Deb | Dr Orchowski | JBauckirus | 2mg | 0 | 0 | | 9.2 |
| | 0630 | Rutledge, Deb | Dr Orchowski | JBauckirus | 2mg | 0 | 0 | | 9.0 |
| | 0730 | Rutledge, Deb | Dr. Orchowski | JBauckirus | 4mg | 0 | 0 | | 8.6 |
| | | | | JBauckirus | 2mg | 0 | 0 | | 8.4 |

S/N 0105-LF-228-7101

USNH 0023

TRIP NO.

| PRE BILLER USE ONLY | LOB: ❑ 26 ❑ 27 ❑ 28 ❑ 29 DIV | JB: ❑ ALS ❑ BLS | PCS ❑ OBTAINED ❑ NOT OBTAINED |
|---|---|---|---|

PATIENT

CALLED BY ❑ GURNEY / STRETCHER — UNIT NO. — DAY — RUN NO.

DATE OF SERVICE [illegible] — SEX ❑ MALE ❑ FEMALE — AGE [illegible] — SOCIAL SECURITY NUMBER [redacted] — DATE OF BIRTH [redacted]

PATIENT LAST NAME Rutledge, Dorah — FIRST K

MAILING ADDRESS 1231 B [illegible] Lp. Henderson AFB, GU. 96929 — PHONE NO. [illegible]

INSURANCE

PRIMARY INSURANCE INFO Tricare Prime [illegible] Thomas Rutledge

INS. ADDRESS

SECONDARY INSURANCE INFO — WORK RELATED ❑ YES

INS. ADDRESS

THIRD INSURANCE INFO OR RESPONSIBLE PARTY

INS. ADDRESS

| BEGIN | END | TOTAL MILES | RECEIVED | ASSIGNED | ENROUTE | ON SCENE | DEPART SCENE | DESTINATION | AVAILABLE |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | [illegible] | | | | | |

PICKUP LOCATION HAF Hangar 5 — ZIP CODE [illegible]

DISCHARGE LOCATION TAMC [illegible]

PLACE OF DISCHARGE REASON: ❑ PATIENT ❑ MD ❑ FAMILY ❑ PROTOCOL ❑ SNF ❑ REFUSED TREATMENT (SEE REVERSE)

REASON FOR TRANSPORT Surgical Consult [illegible]

SENDING / RECEIVING M.D. [illegible]

HISTORY

PERTINENT PAST MEDICAL HISTORY Sinus Allergy, [illegible] Cauda Equina Synd.

FIRST AID BEFORE AMBULANCE ARRIVAL ❑ PATIENT MOVED ❑ TREATED BY:

MEDICATIONS [illegible]

ALLERGIES NKA

CHIEF COMPLAINT, PERTINENT Hx, P.E., TX & CHANGES [illegible] Pt care [illegible] Hangar 5 (Guam) → TAMC [illegible] for Surgical Consult [illegible] Equina Syndrome. Dr. [illegible] accepting [illegible] TAMC. [illegible] R Buttock Numbness [illegible] [illegible] [illegible]

EXAM

| | EYE OPENING | VERBAL | MOTOR | GCS | RESP. RATE | RESP. EXPANSION | CAPILLARY REFILL | DEXTROSTIX mg 0/0 |
|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | 6 | [illegible] | [illegible] | [illegible] | [illegible] | |

PUPILS [illegible] — SIGN [illegible] — PULSE QUALITY [illegible] — TOTAL TRAUMA SCORE AT SCENE — DISCHARGE — EXTRICATION TIME

HEAD / FACE [illegible] — CHEST / LUNG SOUNDS Clear

NECK / BACK [illegible] — ABDOMEN [illegible] — PELVIS [illegible] — EXTREMITIES [illegible]

| TIMES ▶ | 10:25 | 10:35 | | | | |
|---|---|---|---|---|---|---|
| BLOOD PRESSURE | [illegible] | [illegible] | | | | |
| PULSE RATE / RHYTHM | 73 [illegible] | [illegible] | | | | |
| RESP. RATE / O2 SAT | [illegible] | [illegible] | | | | |
| ❑ I.V. / MEDS (By MICT) | | | | | | |
| ❑ I.V. / MEDS (In place) | [illegible] | | [illegible] | | | |
| ❑ PUMP | | | | | | |
| VOLUME AT SCENE / DISPOSITION | [illegible] | | | | | |
| ❑ EKG ❑ DEFIB | | | | | | |
| ❑ OTHER | | | | | | |

CLINICAL IMPRESSION Cauda Equina Syndrome

USNH 0024

NATURE OF INCIDENT: Auto Trauma ❑ Other Trauma ❑ Cardiac ❑ Respiratory ❑ CPA ❑ Neurological ❑ Spinal Injury ❑ Obstetric ❑ Neonatal ❑ Medical ❑ Burn ❑ Near Drowning ❑ Poison ❑ Behavioral / OD / Alcohol ❑ MH Form #

OXYGEN ____ Liters/Min. Freeflow ❑ Nasal Cannula ❑ Mask ❑ Positive Pressure ❑ Endotracheal Tube ❑ Airway ❑ Cricoid Puncture ❑ Needle Thoracostomy ❑ Pericardiocentesis ❑ Full Spinal Precautions ❑ Extremity Traction ❑ Anti-Shock Trousers ❑

MEDICAL COMMUNICATION? Phone ❑ Radio ❑ No ❑ S.O. ❑ E.S. ❑ Time ______ M.D. / R.N. ______ Hospital ______

Signature / EMT / MICT

Signature of EMT / MICT [illegible]

Technician I.D. No. [illegible] — Crew initials [illegible] — Date [illegible]

Technician I.D. No. [illegible] — Crew initials [illegible] — Date [illegible]

62

NH GUAM

Personal Data - Privacy Act of 1974 (PL 93-579) 29 Sep 2004@1645 Page
Discharge Summary for RUTLEDGE,DEBORAH K

Report requested by: DUNCAN,DOUGLAS D

---

tending Physician: DUNCAN,DOUGLAS D
mission Date: 27 Aug 2004 Discharge Date: 27 Aug 2004

Admitting Diagnosis:
CAUDA EQUINA SYNDROME WITHOUT MENTION OF NEUROGENIC BLADDER (ICD 344.60)

Discharge Diagnosis:
CAUDA EQUINA SYNDROME WITHOUT MENTION OF NEUROGENIC BLADDER (ICD 344.60)

ICD Operations/Procedures:

Active Problem List:

Principal Diagnosis:

Secondary Diagnosis:

Principal Procedures/Operations:

atient's condition at time of Discharge:

ctive Outpatient Medications:
ETIRIZINE HCL 10MG TAB PO--PO 10MG TD #30 RF5
IOXX 25 MG TABLET--PO 25MG/TAB TAB T2 TAB (50MG) PO QD
ICODIN(HYDROCODONE BIT/ACETAM)5MG/ TAKE 1-2 PO Q6H PRN

ing at time of Discharge:

ab Tests
lo pending Laboratory tests Ordered for Status

diology Exams
o pending Radiology Exams

ture Appointments:
inic/Div Provider Date/time Type Status

---

tivity Limitations:
lo driving for:
lo jogging for: No long walks for:
lo swimming for: No stair climbing for:
o golf, tennis, similar sports for: No shower/bath for:
o sexual intercourse for:

o not return to work until:

===

-1736 RUTLEDGE,DEBORAH K
1960 / Female USAF FAM MBR AD
Loc: H: 6531736
Spon: RUTLEDGE,THOMAS R W: 3662172
Unit: 00 0036 OPERATIONS SQ Rank: FE7
mated version of SF502 RR: ANDE OUTPATIENT RECORDS

USNH 025

NH GUAM

Personal Data - Privacy Act of 1974 (PL 93-579) 29 Sep 2004@1645 Page
Discharge Summary for RUTLEDGE,DEBORAH K

Report requested by: DUNCAN,DOUGLAS D

---

et:

Patient Instructions:

Physician Responsible for Dictation: DUNCAN,DOUGLAS D

Discharge Summary:
SUBJECTIVE: Ms. Rutledge was referred for a routine consult to the Orthopedic Clinic after experiencing greater than three weeks of difficulty with her bowel/bladder and saddle anesthesia. Upon arrival to the Orthopedic Clinic, the patient was a very pleasant lady in slight distress and concerned about her present situation.

Physical exam at the time included decrease sensation in the saddle area and medial thigh, posterior buttocks going in toward the anus. She had minimal ability to contract her anus. Her reflexes were markedly decreased in the patellar and gastric soleus. She had a 4+ out of 5 and 5- out of 5 hamstrings and quadriceps as well as 5-/5 gastrocsoleus and tibialas anterior 5-/5 ehl and fhl. decreased sensation around perianal area as well.

RADIOGRAPHS: MRI was unavailable. Plain films were unremarkable except for decreased disc space between L5-S1.

IMPRESSION: cauda equina syndrome.

PLAN: Dr. orchowski from Hawaii Orthopedics Clinic was consulted and agreed to accept this patient in an emergent Med-Evac. Emergency Med-Evac was arranged through the appropriate channels. The patient was admitted to the ward and discharged the same day to Hawaii in which follow up conversation Dr. orchowski related that she had undergone surgery for a large disc ...e in the lower back.

DICTATED BY: DOUGLAS DUNCAN, LCDR MC USNR

DD: 09 SEP 2004 (R/I:09/13/04 ct)
DT: 09 SEP 2004 jms/06-00397966

Verified by: LCDR Douglas D. Duncan, Orthopedic Surgeon on 29 Sep 2004

==========================================================================
[redacted]-1736 RUTLEDGE,DEBORAH K
[redacted] 1960 / Female
Doc:
Spon: RUTLEDGE,THOMAS R
Unit: 00 0036 OPERATIONS SQ
Automated version of SF502

USAF FAM MBR AD
H: 6531736
W: 3662172
Rank: FE7
RR: ANDE OUTPATIENT RECORDS

USNH 026

NKDA
Neurontin, Lioxcet

(L) leg

0840

CC: F/U to Brain Surgery for Emergent Cauda Equina decompression.

HPE: 43 y.o. ♀ s/p decompression 27 Aug 2004 post-operative with 6 days in Hosp. Pt complains of numbness pain

Present Treatment as Ordered

PT EDUCATED ON TX, DX, MEDS AND F/U

Nursing Intervention:

Pt with improved B/B sx but still some incontinence, with tingling

Dec sens to 1st (L) Thigh

Exam:

| | IP | AB | AD | Q | TA | EHL | GS |
|---|---|---|---|---|---|---|---|
| (R) | 4/5 | 4/5 | 4/5 | 4/5 | 4/5 | 4/5 | 4/5 |
| (L) | 4/5 | 4/5 | 4/5 | 4/5 | 4/5 | 4/5 | 4/5 |

Sens ↗

2+ 3+ 1+ 1+

Imp: S/p Emergent Cauda Equina Decompression - Large Disc per orthopedics

Plan

1. D/C Roxicet, Start Vicodin i-ii po q6 hrs PRN (HG
2. P.T. consult for ROM / ambulation assess LLE
3. CANE
4. F/U Dr. Duncan 4 weeks

CONSULTATION SHEET - Electronic Version of SF513

To: NH PHYSICAL THERAPY CONSULT
Order/Date Time: ~~27 Sep~~ 2004@1000 [handwritten: Oct 04]
From: ORTHOPAEDIC
Requested Date of Consult:

Reason for Request:
pt s/p Cauda equina decompression. Consult for ROM/ambulation assistance

Provisional Diagnosis: s/p cauda equina decompression

Requesting HCP: LYNOTT,JOHN A
Entered By: RAZO,DENISE
Priority: ROUTINE

---

CONSULTATION REPORT

[handwritten] s/p cauda equina decompression 27 Aug 04 - returned to Guam early Sept 04. had no therapy in Hawaii. Reports (L) leg pain "all the time" c̄ numbness in the (L) heel. has not had return of bowel/bladder control. amb c̄ SC. low (B) LE numbness. does not go ↑↓ steps - no steps @ home.

O: sens: subjectively ↓'d (B) LE's
MMT: grossly 4/5 thru (L) LE, 4+/5 thru (R) LE
reflexes 2+ @ patella
1+ @ achilles
⊖ clonus.

pt verbally educated in rehab plan - pt verbalized understanding - ⊘ barriers noted

Type of Pain: (circle one) ACUTE CHRONIC Location of Pain: cauda equina
Source of Pain: (i.e. trauma, infection, acute illness, disease process, surgical) surg
Cultural, Religious, Ethnic, Spiritual, Personal Consideration: (also see admission database)

Time: 5 Oct 04 @ 0845
Pain Intensity Rating: (circle one)
no pain 0 1 2 (3) 4 5 6 7 8 9 10 worst pain imaginable
Quality of pain as PER PATIENT description
(i.e. dull, sharp, throbbing, cramping) numb - throb

A: pt s/p cauda equina decompression doing well
goals amb c̄ cane 50% of the day ≈ 1 month

P: PT 3x/wk - ther ex mobility, functional ther ex - if NO contra-indications - will be appropriate PT when ...

Signature and Title: [signature]
Date/Time:

---

/[redacted]-1736 RUTLEDGE,DEBORAH K
[redacted] 1960 / Female
Loc:
Spon: RUTLEDGE,THOMAS R
Unit: 00 0036 OPERATIONS SQ

USAF FAM MBR AD
H: 6531736
W: 3662172
Rank: FE7
RR: ANDE OUTPATIENT RECORDS

Automated version of SF513

Neum
Viccden

RM

- Cont trouble urination,

- Ø fecal incontinence but finds it difficult to go to the bathroom

1356

Res: Ø f ec ons

PE: Mn to NJ
Sensation perianal area
L > R

antalgic while back gait

5/5 hip flex lex / Q / Hs
TA / Gs / EHL / FH

Imp: S/p Cauda equina syndrome decompression
Pla
① D/w patient in detail potential long term defects + life style changes
② ψ consult D/w ψ defense medicine
③ F/u pm
④ Likely action needs to be taken Andrew

DOUGLAS D. DUNCAN
LCDR MC USNR
6446

Arde

USNH 029

[illegible] $ [illegible] 2600 @ [illegible]

Telephone Consultation

[illegible] Date: 28 Oct 04 @ 1470

Clinic: ORTHOPEDICS

[illegible]

Provider: DUNCAN,DOUGLAS D

[illegible]

Allergies:
NKDA

Clerk's Note:
Clerk: DAVIS,KEITH [illegible]
PATIENT WOULD LIKE YOU TO SPEAK WITH HUSBAND. PLEASE CONTACT HUSBAND AT [illegible] 2172 OR [illegible] DUNCEOR. OR PLEASE CONTACT WIFE AT [illegible] 1236 .

Problem List:

Provider's Note:
Talked to the husband. Explained in detail situation at hand. [illegible] continued physical therapy, psychology appointment given, will discuss with Urology any options available.
thanks
We need to generate medevac follow up appointment for her with Dr. Orchowski for December time frame.
Dr. Duncan

Provider: DUNCAN,DOUGLAS D

28 Oct 04 @ 1470

Verified by: LCDR Douglas D. Duncan, [illegible]

*** END OF REPORT ***

29Oct04 : 4m on ans mchne — [illegible]

[illegible]

USNH 030