2004 PM 08-18
NO:8542
01

VD : 12.00
CYL : MIX

```
<R>      S       C      A
12 -  3.50   -0.12   128
13 -  2.82   -0.25    54
S.E.         -2.75

<L>      S       C      A
15 -  4.00   -0.50    48
15 -  4.00   -0.37    36
14 -  4.00   -0.37    36
*  -  4.00   -0.37    38
S.E.         -4.12
```

PD = 60mm

TOPCON

# OPTOMETRIC EXAMINATION RECORD

(This Form is Subject to the Privacy Act Statement of 1974 - Use Blanket PAS, DD Form 2005)

**RECORDS MAINTAINED AT:** Uuava la Sh.  1500
**DATE:** 22 Nov 00

| | DOM EYE OD OS | UNAIDED V/A | PIN HOLE | OLD Rx | DATE | V/A c̄ Rx | V/A c̄ CL | TONOMETRY TIME: 1457 |
|---|---|---|---|---|---|---|---|---|
| FAR | OD | 20/ | 20/ | -3.00 SPH | | 20/ 30 OU 20/ | 20/ | NCT OD 25,25,23 TA OD |
| | OS | 20/ | 20/ | -3.50 SPH | | 20/ 50 | 20/ | NCT OS 22,23,23 TA OS |
| ADD NEAR | OD | 20/ | | | | 20/ | 20/ | PUPILS |
| | OS | 20/ | | | | 20/ OU 20/ | 20/ | PERRL, APD - |

**MOTILITY AND BINOCULARITY:** FULL SMOOTH RESTRICTED    NPC

**PD (DIST):** _____ (NEAR): _____

**COVER TEST** DIST: _____ NEAR: SM c̄RX    ΔRX

## RETINOSCOPY/AUTOREFRACTION

| | | | | | |
|---|---|---|---|---|---|
| OD | | | | | 20/ |
| OS | | | | | 20/ |

**KERATOMETRY**

| | | PHORIA | H | V |
|---|---|---|---|---|
| OD | | FAR | | |
| OS | | NEAR | | |

## SUBJECTIVE REFRACTION   ☒ MANIFEST   ☐ CYCLOPLEGIC

| | | | |
|---|---|---|---|
| OD | -3.25 DS | 20/ 20 OU 20/ | |
| OS | -3.50 - 050 X 045 | 20/ 20 | |
| ADD | +1.00 | 20/ 20 OU 20/ 20 | |

☒ PROPARACAINE (.5%)   ☐ FLURESS   ☐ CYCLOPENTOLATE (1%)
☒ TROPICAMIDE (1%)   ☒ PHENYLEPHRINE (2.5%)   ☐ OTHER:
**TIMES:** 1505

**ADDITIONAL FINDINGS**
FOHx Unknown for glaucoma    POD. 20P.

## INTERNAL/EXTERNAL

| | OD | OS |
|---|---|---|
| LIDS | NORMAL OD, OS   OU | |
| CONJUNCTIVA | WHITE OD, OS | |
| CORNEA | CLEAR OD, OS | |
| A/C | VH 1 2 OD, OS | |
| IRIS | NORMAL OD, OS | |
| LENS | CLEAR OD, OS | |
| VITREOUS | CLEAR OD, OS | |
| C/D | 0.3 OD | 0.25 OS |
| DISC MARGIN | SHARP & HEALTHY RIM TISSUE OD, OS | |
| MACULA | (R & clr) OD, OS | |
| AV | 2/3 OD, OS | |
| PERIPHERY | Flat, c̄ stcars / holes / tears | |

**ASSESSMENT**
SM SMA CMA MA SH SHA CHA Presby.
Ocular Hypertension @ This time

**PLAN**
Monitor / Educ
New Rx

RTC: 1yr   2yr   Other    CD CVF 30-2 HVF

**NEW Rx**

| | | | | PRISM |
|---|---|---|---|---|
| OD | | Subj Rx | | |
| OS | | | | |
| ADD OD | | | | |
| ADD OS | | | | |

## PATIENT IDENTIFICATION

**SPONSOR's SSN:** _____ - 173C.
**LAST NAME:** Rutledge **FIRST** Orbgie **MI:** K.
**RANK:** _____ **DATE OF BIRTH:** _____
**SQUADRON:** _____ **OFFICE SYMBOL:** _____

AF 1722, 19960301, V2

PREVIOUS EDITION IS OBSOL

**DOCTOR'S SIGNATURE AND STAMP**
CANG Q. ___, Capt, USAF, BSC
AFSC 42E3, OPT 12169
Andersen AFB, Guam 96543

USNH 032

**NOTE: PATIENT PLEASE COMPLETE ALL ITEMS CLEARLY AND FULLY**

**1. WHEN WAS YOUR LAST VISION EXAMINATION?** ☐ MILITARY DOCTOR ☒ CIVILIAN DOCTOR | **3. YOUR AGE**

Feb - 05

**2. WHEN WAS THE LAST TIME YOUR EYES WERE DILATED?**

02

43.

**4. REASON FOR VISIT?** ☒ ROUTINE EXAM (No vision problem) ☐ VISION PROBLEM (Please explain)

**PAIN? YES or (NO)**

**5. DO YOU WEAR GLASSES NOW?** ☒ YES ☐ NO IF YES, FOR WHAT?

A. IF NO, HAVE YOU USED GLASSES IN THE PAST? ☐ YES ☐ NO IF YES, FOR WHAT?     Distance

**6. DO YOU WEAR CONTACT LENSES?** ☐ YES ☒ NO IF YES, ☐ SOFT ☐ HARD ☐ GAS PERMEABLE ☐ DISPOSABLE ☐ EXTENDED

AGE OF CONTACT LENSES: _____ WHAT LENS CARE SYSTEM IS USED? _____ DATE CONTACTS LAST WORN:

**6. IF YOUR TAKING ANY MEDICATIONS, PLEASE LIST**

Ultram, Tylenol, Naproxin.

**7. ANY ALLERGIES TO MEDICATIONS?** ☒ NO ☐ YES IF YES, PLEASE EXPLAIN

**8. HAVE YOU HAD ANY EYE DISEASE, EYE INJURY, OR EYE SURGERY?** ☒ NO ☐ YES IF YES, PLEASE EXPLAIN

**10. PERSONAL HISTORY (Please mark "X")**

DO YOU OR DID YOU HAVE? (IF YES, PLEASE EXPLAIN IN BLOCK 14)

| | NO | YES |
|---|---|---|
| B. ALLERGY OR HAYFEVER | | ☒ |
| C. AMBLYOPIA (Lazy eye) | ☒ | |
| C. ASTHMA | ☒ | |
| D. CATARACT(S) | ☒ | |
| E. CROSSED EYE/WALL EYE | ☒ | |
| F. DOUBLE VISION | ☒ | |
| G. DIABETES | ☒ | |
| H. FREQUENT OR RECURRENT HEADACHES | | ☒ |
| I. GLAUCOMA | ☒ | |
| J. HEART DISEASE | ☒ | |
| K. HIGH BLOOD PRESSURE | ☒ | |
| L. SINUS PROBLEMS | | ☒ |
| M. THYROID DISEASE | ☒ | |
| N. DO YOU SMOKE? | ☒ | |
| O. OTHER: | | |

**11. FAMILY HISTORY (Please mark "X")**

DO OR DID PARENTS, GRANDPARENTS, BROTHERS, OR SISTERS HAVE

| | NO | YES | IF YES, INDICATE RELATIONSHIP |
|---|---|---|---|
| A. AMBLYOPIA (Lazy eye) | ☒ | | |
| B. CROSSED EYE/WALL EYE | ☒ | | |
| C. DIABETES | ☒ | | |
| D. EYE SURGERY | ☒ | | |
| E. GLAUCOMA | ☒ | | |
| F. HEART DISEASE | | ☒ | |
| G. HIGH BLOOD PRESSURE | ☒ | | |
| H. THYROID DISEASE | ☒ | | |

**12. PRESENT OCCUPATION/HOBBIES**

homemaker

reading

**13. DO YOU USE A COMPUTER?** ☒ YES ☐ NO

PLEASE ESTIMATE HOURS PER DAY: ½ hr

**14. ADDITIONAL HISTORY**

F 1722, 19990301, V2 (REVERSE)

Date: 24 Nov 2004 0915
Provider: DUNCAN, DOUGLAS D    RM1    Clinic: ORTHOPAEDIC
Division: USNH GUAM MI

ALLERGIES: neon
MEDICATIONS: Tylenol, tramadol, naprosyn
zyrtec — by medevac flu

Type of Pain: (circle one) ACUTE
CHRONIC Location of Pain:
Cauda equina Sx
Source of Pain: (i.e., trauma,
infection, surgical) _____
Time: 0900
Pain Intensity Rating: (circle one)
no pain 0 1 2 ③ 4 5 6 7 8 9
10 worst pain imaginable
Quality of pain as PER PATIENT
description (i.e., dull, sharp,
throbbing, cramping)
dull

S) 43 y/o dep of inclinic for
paper work for medivac Flu
@ TAMC. 3/10 pain. dull. c/o
intermediate sharp pain doing
dishes. Ø other complaints.

PT EDUCATED ON
TX, DX, MEDS
AND F/U

O ⊕ ac Ø Ns

Present Treatment as Ordered or
Nursing Intervention:

Clinic Note:

RAD!

PB!

well healed
incision

↓ sensation ⊕ Bunion
post thian
<2s cap refill
sm BLR/ELR (T#16) LEₐ/LES

Imp) ① S/p cauda equina     ②
Plan: ① FLU Urology urodynamics
② F/U orthopedic (Hawaii)
③ Ultram, Tylenol, adt Colace
④ appt Dr. Shelton

ms: RUTLEDGE, DEBORAH K
on: RUTLEDGE, THOMAS R
x: MASTER SERGEANT
t: 00 0036 OPERATIONS SQ
: NH GUAM
Co:
Status: NOT ENROLLED

FMP/SSN: 31/_____         Sex: F   PCat: F1
Clinic: ORTHOPAEDIC
Outpt Rec Rm: ANOE OUTPATIENT RECORDS
H#: 6716531736                      DOB: _____ 1960
U#: 366 2172                        Ins: N
Policy #:
Reg comm:
POC:

CHRONOLOGICAL RECORD OF MEDICAL CARE/STANDARD FORM 600E (Rev. 5 84)

Case 1:06-cv-00008    Document 88-3    Filed 02/19/2008    Page 4 of 30    USNH 034



NAME: RUTLEDGE, DEBBIE          ID: 30/XXX/01736          EYE: RIGHT     DOB: XX-XX-1556

CENTRAL 30-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLINDSPOT
FIXATION TARGET: CENTRAL
FIXATION LOSSES: 1/16
FALSE POS ERRORS: 3 %
FALSE NEG ERRORS: 0 %
TEST DURATION: 05:43

STIMULUS: III, WHITE
BACKGROUND: 31.5 ASB
STRATEGY: SITA-STANDARD

PUPIL DIAMETER: 4.3 MM
VISUAL ACUITY:
RX: +0.00 DS          DC X

DATE: 11-29-2004
TIME: 5:20 PM
AGE: 43

FOVEA: OFF

```
                26  20  23  25
            25  30  31  30  30  27
        30  29  32  31  31  32  30  28
    32  30  33  33  33  34  35  32  32  30
30  31  30  34  34  33  28  33  29  31  30
    31  31  33  34  33  34  .   32  30
    32  32  33  35  37  33  33  31  29  32
        34  32  34  34  32  34  31  31
            31  31  31  31  33  31
                33  27  29  33
```

GHT
WITHIN NORMAL LIMITS

MD    +1.30 DB
PSD    1.50 DB

```
TOTAL DEVIATION
            0   2  -3   0
        -2   2   3   2   0
     2  -2   1   0   1   3   1
  4   1   2   1   0   2   4   2   1
  3   0   3   1   0   3   1      1   0
  3   1   1   1  -1   1   1      1   0
  4   2   1   3   4   1   0  -2   2
     5   1   3   2   0   2   0
        2   1   1   1   3   1
           5  -1  -1   3
```

```
PATTERN DEVIATION
            -3  -1  -3  -3
        -5  -1   0  -1   0  -1
    -1  -4  -1  -2  -2   0  -1  -3
  2  -2   0  -1  -2  -1   1   0  -2
  0  -3   0  -2  -3   0  -2      -2  -2
  0  -2  -2  -2  -3  -2  -2      -2  -3
  2  -1  -1   0   1  -2  -2  -3  -3  -1
     2  -2   0  -1  -3  -1  -2
        0  -1  -2  -2   0  -2
           2  -4  -3   1
```

Cang Q. Bui, Capt, USAF, BSC
AFSC 42EX.X.XX # OPT12169
36 MDOS / SGOAO, AAFB, XXXXX

::: ( 5%
▨ ( 2%
▩ ( 1%
■ ( 0.5%

USNH 035
Case 1:06-cv-00008     Document 88-3     Filed 02/19/2008     Page 5 of 30

# SINGLE FIELD ANALYSIS

**NAME: RUTLEDGE, DEBBIE**

CENTRAL 30-2 THRESHOLD TEST

ID: 30/●●●●●1736    EYE: LEFT

DOB: ●●●●●1960

FIXATION MONITOR: GAZE/BLINDSPOT
FIXATION TARGET: CENTRAL
FIXATION LOSSES: 0/17
FALSE POS ERRORS: 3 %
FALSE NEG ERRORS: 0 %
TEST DURATION: 06:17
FOVEA: OFF

STIMULUS: III, WHITE
BACKGROUND: 31.5 ASB
STRATEGY: SITA-STANDARD

PUPIL DIAMETER: 3.1 MM
VISUAL ACUITY:
RX: -0.50 DS    DC X

DATE: 11-20-2004
TIME: 5:20 PM
AGE: 43

```
                    18   23   18   23
                25   26   29   27   27   28
           27   30   31   29   29   29   33   29
      30   31   32   32   30   32   31   31   31   28
  30  33   32   33   33   34   33   34   34   35   31
      30   31   31   35   33   33   34   33   32   30
      31   30   33   33   32   30   34   34   32   32
           30   31   31   32   31   31   32   27
                29   30   30   29   29   34
                    29   27   29   29
```

GHT
WITHIN NORMAL LIMITS

MD    +0.40 DB
PSD    1.07 DB

## TOTAL DEVIATION

```
            -7  -1  -6  -2
        -2  -1  -1  -1   1
    -1   1   2  -1  -2  -1   3   1
 1   1   1   1  -2   0  -1   0   1   1
 4   2   1   0       0   1   2   4   3
 0   0   0   0       3   0   1   1   1
 1  -1   1   1  -1  -3   1   2   3   4
     0   0   0   0   0   0   2  -2
        -1   0   0  -1   0   5
            -1  -2   0   1
```

## PATTERN DEVIATION

```
            -0  -3  -0  -4
        -4  -3  -1  -3  -3  -2
    -3   0   0  -3  -4  -3  -1  -1
-1  -1  -1  -1  -4  -2  -2  -1   0   0
 2   0      -1  -2  -2  -1   0   2   1
-2  -2       1  -2  -2  -1  -1  -1   0
-1  -3  -1  -1  -3  -5  -1   0   1   2
    -2  -2  -2  -3  -3  -3   0  -4
        -3  -2  -2  -3  -2   3
            -3  -4  -2  -1
```

Cang Q. Bui Capt, USAF BSC
42E3 LIC # OPT12169
DOS/ SGOAQ, AAFB, GU 96543

:: < 5%
:: < 2%
⬛ < 1%
■ < 0.5%

© 1994-2000 HUMPHREY SYSTEMS
HFA II 750-9679-3.4.5/3.4.5

USNH 03

Case 1:06-cv-00008    Document 88-3    Filed 02/19/2008    Page 6 of 30

NH GUAM

Personal Data - Privacy Act of 1974 (PL 93-579)  16 May 2005@1652    Pag
PATIENT LAB INQUIRY
Report requested by: HALL,MAXINE    For: 20 Jul 04 - 16 May 05

RUTLEDGE, DEBORAH K
Ph: 653-1736                          31/●●●●●-1736       F/44      Reg #:
                                                         Military Unit: UNKNOW

22 Dec 04 @ 1359 (Coll)

| | | | |
|---|---|---|---|
| GLUCOSE | 100 | | SERUI |
| BUN | 8 | (70-115) | mg/dL |
| CREAT | 0.8 | (7-22) | mg/dL |
| NA+ | 142 | (0.5-1.1) | mg/dL |
| K | 3.8 | (139-148) | mmol/L |
| CL- | 103.3 | (3.6-5.2) | mmol/L |
| TCO2 | 30.7 | (100-108) | mmol/L |
| ANION GAP | 8.0 | (21.0-32.0) | mEq/L |
| BUN/CR RATIO | 10.00 | (4-15) | mmol/L |
| CA | 8.9 | (10-20) | |
| | | (8.7-10.5) | mg/dL |

22 Dec 04 @ 1359 (Coll)

| | | | |
|---|---|---|---|
| SG MANUAL | 1.023 | | URINE |
| WBC UA | 0-5 | (1.010-1.025) | |
| RBC UA | 0-5 | | /HPF |
| EPITHL CEL | MODERATE | | /HPF |
| BACTERIA/HPF | RARE    H | | /HPF |
| COLOR | YELLOW | | /HPF |
| APPEARANCE | CLEAR | (YELLOW) | |
| GLUCOSE | NEGATIVE | (CLEAR) | |
| BILIRUBIN | NEGATIVE | (NEGATIVE) | |
| KETONES | NEGATIVE | (SMALL) | mg/dL |
| SG | >1.030    H | (NEG) | |
| BLOOD | NEGATIVE | (1.010-1.025) | mg/dL |
| PH | 5.0    L | (NEGATIVE) | |
| PROTEIN | NEGATIVE | (6.5-8.0) | units |
| UROBILINOGEN | 0.2 | (NEGATIVE) | mg/dL |
| NITRITE | NEGATIVE | (0.2-1.0) | E.U./dL |
| LEUKO EST | TRACE | (NEGATIVE) | |
| | | (NEGATIVE) | |

22 Dec 04 @ 1359 (Coll)
                    UA CULT: Final Report                URINE/CC(URINE)

Bacteriology Result:
> 100,000 CFU/mL   ESCHERICHIA COLI, SENSITIVITY TO FOLLOW.
26,000 CFU/mL   MIXED GRAM POSITIVE AND GRAM NEGATIVE FLORA.
26,000 CFU/ml   MIXED GRAM POSITIVE AND GRAM NEGATIVE FLORA
> OR = 100,000 CFU/mL   ESCHERICHIA COLI

Organism:  (1) ESCHERICHIA COLI. . . . . . . . . .quantity: >100K

| | (1) Mcg/ml Interp | |
|---|---|---|
| AMPICILLIN | S | S |
| CARBENICILLIN | S | S |
| CEFTRIAXONE | S | S |
| CIPROFLOXACIN | S | S |
| GENTAMICIN | S | S |
| NALIDIXIC ACID | S | S |

=============================================================
L=Lo  H=Hi  *=Critical  R=Resist  S=Susc  MS=Mod Susc  I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
=============================================================

USNH 037

NH GUAM

Report requested by: HALL,MAXINE
---------------------------------------------------------------------------
TLEDGE,DEBORAH K
Ph: 653-1736                    31/**-**-1736        F/44        Reg #:
                                                     Military Unit: UNKNOWN
---------------------------------------------------------------------------
22 Dec 04 @ 1359 (Coll)
Organism:   (Cont'd)                                     URINE/CC(URINE)
        NITROFURANTOIN              S  S
        TETRACYCLINE               S  S
        TOBRAMYCIN                 S  S
        TRIMETHOPRIM/SUL           S  S


27 Jul 04 @ 1604 (Coll)
Order comment: r/o UTI                                            URINE
STAT COLOR . . . . . . . .   YELLOW      (YELLOW)
     APPEARANCE. . . . . .   CLEAR       (CLEAR)
     GLUCOSE . . . . . . .   NEG         (Neg.-250)         mg/dL
     BILIRUBIN . . . . . .   NEG         (NEGATIVE)
     KETONES . . . . . . .   NEG         (NEG)              mg/dL
     SG. . . . . . . . . .   1.020       (1.005-1.030)
     BLOOD . . . . . . . .   NEG         (NEGATIVE)
     PH. . . . . . . . . .   6.5         (5.0-8.5)
     PROTEIN . . . . . . .   NEG         (NEGATIVE)
     UROBILINOGEN. . . . .   0.2         (0.2-1.0)          mg/dL
     NITRITE . . . . . . .   NEG         (NEGATIVE)         EU/dL
     LEUKO EST . . . . . .   NEG         (NEGATIVE)


=============================================================================
  L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
=============================================================================


USNH 038

2 ✓

Date: 07 Jan 2005@1330
Provider: GUARNERI, JASON J
Clinic: PHYSICAL THERAPY
Division: USNH GUAM MI

Physical Therapy NAVHOSP GUAM
PAIN: (circle one): ACUTE   CHRONIC   Location of Pain: N/A
Source of Pain. i.e., Trauma, Infection, acute illness, disease process
surgical:
Cultural, Religious, Ethnic, Spiritual or personal consideration:

Time:      Reassessment Time:
Pain Intensity Rating (circle)   Reassessment (square)
No Pain  0  1  2  3  4  5  6  7  8  9  10   Worst Pain
Quality of Pain as PER PATIENT description:
(i.e., dull, sharp, throbing, cramping)
(See Plan)

Clinic Note:

(S) *[handwritten]* have: continues again decompress; get
reports she's walking both, still
gets pn @ night. return to triple later this week

(O) m nnT. hip √ 4/5 @ 4/5 @
other 5/5 @

(A) improved gait - ↑ & strength -

(P) cont PT 2x/wk. progress strength + mobility
ex's as tol. J.G. 8mm *[signature]*

------------------------------------------------

Name: RUTLEDGE, DEBORAH K
?on: RUTLEDGE, THOMAS R
nk: MASTER SERGEANT
it: 00 0036 OPERATIONS SQ
F : NH GUAM
s Co:
Status: NOT ENROLLED
M:

FMP/SSN: 31/••••••1736   Sex: F  PCat: F4
Clinic: PHYSICAL THERAPY
Outpt Rec Rm: ANDE OUTPATIENT RECORDS
H#:  653-1736                          DOB: ••••••• 1960
W#:  366 2172                          Ins: N
Policy #:
Reg comm:
POC:

CHRONOLOGICAL RECORD OF MEDICAL CARE/STANDARD FORM 600E (Rev. 5-84)

USNH 039

RESEARCH

2 √

Personal Data – Privacy Act of 1974 (PL 3-579)
CHRONOLOGICAL RECORD OF MEDICAL CARE/SF600E
SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION

Date: (15 Feb 2005@1430)
Provider: GUARNERI, JASON J

Clinic: PHYSICAL THERAPY
Division: USNH GUAM MI

Physical Therapy NAVHOSP GUAM
PAIN: (circle one): ACUTE   CHRONIC  Location of Pain: _N/A_
Source of Pain. i.e., Trauma, Infection, acute illness, disease process
surgical: _Cauda equina decompression_
Cultural, Religious, Ethnic, Spiritual or personal consideration:

Time:        Reassessment Time: _15 Feb 05 @ 143._
Pain Intensity Rating (circle)   Reassessment (square)
(No Pain) 0  1  2  3  4  5  6  7  8  9  10  Worst Pain
Quality of Pain as PER PATIENT description:
(i.e., dull, sharp, throbing, cramping)
(See Plan)

Clinic Note:

S) pt w/ re: cauda equina decompression – got results
   returned for PT in tingles reviewed notes for tingles – refer phys
   wants pt to beg lat stat ex; per handout given

O) handout reviewed.

A) pt doing well – greatly improved gait pattern + cadence since begin.
   PT

P) cont PT 2x/wk – bike, stairs, leg press + gluteus in habit
   SEC/OEC   HE, quad stretches, yellow coded stat ex's in handout
   plan 8 visits   [signature] P.T.

----------------------------------------------------------

Name: RUTLEDGE, DEBORAH K
Spon: RUTLEDGE, THOMAS R
Rnk: MASTER SERGEANT
Unit: 00 0036 OPERATIONS SQ
NOF: NH GUAM
Ins Co:
Status: NOT ENROLLED
PM:

FMP/SSN: 31/___1736   Sex: F  PCat: F4
Clinic: PHYSICAL THERAPY
Outpt Rec Rm: ANDE OUTPATIENT RECORDS
H#: 653-1736                    DOB: 29 Dec 1960
W#: 366 2172                    Ins: N
Policy #:
Reg comm:
POC:

CHRONOLOGICAL RECORD OF MEDICAL CARE/STANDARD FORM 600E (Rev. 5-84)

Personal Data - Privacy Act of 1974 (PL 93-579)
CHRONOLOGICAL RECORD OF MEDICAL CARE/SF600E
SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION

Date: 23 Mar 2005@1430
Provider: GUARNERI,JASON J
Clinic: PHYSICAL THERAPY
Division: USNH GUAM MI

Physical Therapy NAVHOSP GUAM
PAIN: (circle one): ACUTE    CHRONIC  Location of Pain: N/A
Source of Pain, i.e., Trauma, Infection, acute illness, disease process
surgical: _Cauda equina decompression_
Cultural, Religious, Ethnic, Spiritual or personal consideration:

Time:      Reassessment Time: 11 Apr 05 @1420
Pain Intensity Rating (circle)   Reassessment (square)
No Pain  0  1  2 (3) 4  5  6  7  8  9  10  Worst Pain
Quality of Pain as PER PATIENT description:
(i.e., dull, sharp, throbing, cramping)
(See Plan)

Clinic Note:

S) Nsre: @ LE weakness follows cauda equina decompression
pt has been performing HEP exs; is doing the pool
4x/wk. reports she's walking better. no change
in sensation.

O) @ pt intends to knee, ankle ?
gait. BOS. slightly wide. has normal BOS if she concentrates.

A) improved gait patterns - cont ? hip strength.
goals @ normalized gait 2 months.

P) cont therex es HEP - focus on hip strength & balance
f/u 2 months.                    exercises;

Guarneri, Jason
LT USNR MPC NC

----------------------------------------
ame:  RUTLEDGE,DEBORAH K          -62MP/SSN: 31/        736   Sex: F  PCat: F4
pon:  RUTLEDGE,THOMAS R           Clinic: PHYSICAL THERAPY
ank:  MASTER SERGEANT             Outpt Rec Rm: ANDE·OUTPATIENT RECORDS
it:   00 0036 OPERATIONS SQ       H#:  653-1736              DOB:        1960
F :   NH GUAM                     W#:  366 2172              Ins: N
s Co:                             Policy #:
Status: NOT ENROLLED              Reg comm:
M:                                POC:
CHRONOLOGICAL RECORD OF MEDICAL CARE/STANDARD FORM 600E (Rev. 5-84)

Report requested by: HALL,MAXINE
------------------------------------------------------------------
RUTLEDGE, DEBORAH K
: 653-1736                31/***-**-1736    F/44        Reg #:
                                           Military Unit: UNKNOWN
------------------------------------------------------------------
10 Jun 05 @ 0000 (Coll)

                                                 THIN PREP VI(UNKNOWN)
CoPath Report                    CYTO GYN
 Patient: RUTLEDGE,DEBORAH K

 Pathologist:                              Specimen #:  CG05-1877
 Cytotech: Cheryl A. Dugmore CT(ASCP)      Accessioned: 06/14/05


    SOURCE OF SPECIMEN:
      CERVICAL CYTOLOGIC MATERIAL/THIN PREP PAP (CX/TP)
         Smears Received:     1

    CLINICAL DIAGNOSIS AND HISTORY:
      L.M.P. Date: 01 Jun 2005
      Post-Menopausal: No
      Hysterectomy: No
      Birth Control Pills: No
      I.U.D.: No
      Hormone Therapy: No
      Previous Cytology Dx: reports 8/03 Pap neg; denies hx dysplasia
      Cytology Comment: no gross lesions


    FINAL DIAGNOSIS:
      CERVICAL CYTOLOGIC MATERIAL/THIN PREP PAP:
           SATISFACTORY FOR EVALUATION, NO ENDOCERVICAL COMPONENT/TRANSFORMATION
           ZONE NOTED.
           NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.
           RECOMMEND REPEAT PAP SMEAR IN 12 MONTHS OR AS CLINICALLY INDICATED.
           **THE PAP SMEAR IS A SCREENING TEST FOR CERVICAL/VAGINAL CANCER WITH
           AN INHERENT FALSE NEGATIVE RATE**.


    Cheryl A. Dugmore CT(ASCP)
    cad/06/16/05                      ** Report Electronically Signed **


                                     CHERYL A. DUGMORE

SNOMED CODES
   1. M00120

CPT Codes:
   ; 88142 ; CYTOPATHOLOGY, GYN BY THIN LAYER-88142


==================================================================
 L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
 []=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
==================================================================

NH GUAM

Personal Data - Privacy Act of 1974 (PL 93-579)    23 Jun 2005@1448    Page
PATIENT LAB INQUIRY
For: 27 Aug 04 - 23 Jun 05
Report requested by: HALL,MAXINE

--------------------------------------------------------------------
RUTLEDGE, DEBORAH K                    31/____-1736        F/44
Ph: 653-1736                                        Reg #:
                                        Military Unit: UNKNOWN
--------------------------------------------------------------------

22 Dec 04 @ 1359 (Coll)
        GLUCOSE . . . . . . .    100                          SERUM
        BUN . . . . . . . . .      8           (70-115)      mg/dL
        CREAT . . . . . . . .      0.8         (7-22)        mg/dL
        NA+ . . . . . . . . .    142           (0.5-1.1)     mg/dL
        K . . . . . . . . . .      3.8         (139-148)     mmol/L
        CL- . . . . . . . . .    103.3         (3.6-5.2)     mmol/L
        TCO2. . . . . . . . .     30.7         (100-108)     mmol/L
        ANION GAP . . . . . .      8.0         (21.0-32.0)   mEq/L
        BUN/CR RATIO. . . . .     10.00        (4-15)        mmol/L
        CA. . . . . . . . . .      8.9         (10-20)
                                               (8.7-10.5)    mg/dL

22 Dec 04 @ 1359 (Coll)
        SG MANUAL . . . . . .      1.023                     URINE
        WBC UA. . . . . . . .      0-5         (1.010-1.025)
        RBC UA. . . . . . . .      0-5                       /HPF
        EPITHL CEL. . . . . .    MODERATE                    /HPF
        BACTERIA/HPF. . . . .    RARE      H                 /HPF
        COLOR . . . . . . . .    YELLOW                      /HPF
        APPEARANCE. . . . . .    CLEAR         (YELLOW)
        GLUCOSE . . . . . . .    NEGATIVE      (CLEAR)
        BILIRUBIN . . . . . .    NEGATIVE      (NEGATIVE)
        KETONES . . . . . . .    NEGATIVE      (SMALL)       mg/dL
        SG. . . . . . . . . .    >1.030    H   (NEG)
        BLOOD . . . . . . . .    NEGATIVE      (1.010-1.025) mg/dL
        PH. . . . . . . . . .      5.0      L  (NEGATIVE)
        PROTEIN . . . . . . .    NEGATIVE      (6.5-8.0)
        UROBILINOGEN. . . . .      0.2         (NEGATIVE)    units
        NITRITE . . . . . . .    NEGATIVE      (0.2-1.0)     mg/dL
        LEUKO EST . . . . . .    TRACE         (NEGATIVE)    E.U./dL
                                               (NEGATIVE)
                                               (NEGATIVE)

22 Dec 04 @ 1359 (Coll)
                        UA CULT: Final Report           URINE/CC(URINE)

Bacteriology Result:
 > 100,000 CFU/mL   ESCHERICHIA COLI, SENSITIVITY TO FOLLOW.
 26,000 CFU/mL   MIXED GRAM POSITIVE AND GRAM NEGATIVE FLORA.
 26,000 CFU/ml   MIXED GRAM POSITIVE AND GRAM NEGATIVE FLORA
 > OR = 100,000 CFU/mL   ESCHERICHIA COLI

Organism:   (1) ESCHERICHIA COLI. . . . . . . . . . .quantity: >100K

                            (1)
                        Mcg/ml Interp
        AMPICILLIN              S   S
        CARBENICILLIN          S   S
        CEFTRIAXONE            S   S
        CIPROFLOXACIN          S   S
        GENTAMICIN            S   S
        NALIDIXIC ACID       S   S
====================================================================
  L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
====================================================================

NH GUAM

-----------------------------------------------------------------
TLEDGE, DEBORAH K
n: 653-1736                    31/━━━━━-1736         F/44          Reg #:
-----------------------------------------------------------------  Military Unit: UNKNOWN
22 Dec 04 @ 1359 (Coll)
Organism:    (Cont'd)                                               URINE/CC(URINE)
      NITROFURANTOIN
      TETRACYCLINE               S  S
      TOBRAMYCIN                 S  S
      TRIMETHOPRIM/SUL           S  S
                                 S  S

====================================================================
L=Lo   H=Hi   *=Critical   R=Resist   S=Susc   MS=Mod Susc   I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
====================================================================

USNH 044

# ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

(This form is subject to the Privacy Act of 1974 - Use DD Form 2005)

## 1. ALLERGIES

| a. MEDICATION ALLERGIES | b. OTHER ALLERGIES |
|---|---|
| | |

## 2. CHRONIC ILLNESSES

H/O Cauda Equina Syndrome (2004)

## 3. MEDICATIONS

## 4. HOSPITALIZATIONS/SURGERIES

Decompression Cauda Equina Syndrome - Ag'04

## 5. COUNSELING

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| F | FITNESS | a. DATE | | | | | | |
| D | DENTAL | b. AGE | | | | | | |
| I | INJURY PREVENTION | c. TOPIC | | | | | | |
| N | NUTRITION/FOLATE | | | | | | | |
| C | CANCER PREVENTION | | | | | | | |
| S | SAFE SEX | d. DATE | | | | | | |
| FP | FAMILY PLANNING | e. AGE | | | | | | |
| Rx | PRESENT MEDICATIONS | f. TOPIC | | | | | | |
| MH | MENTAL HEALTH/STRESS/SUICIDE/OCCUPATIONAL STRESS | | | | | | | |
| H | HORMONE/CALCIUM REPLACEMENT | g. DATE | | | | | | |
| To | TOBACCO | h. AGE | | | | | | |
| A | ALCOHOL/SUBSTANCE ABUSE | i. TOPIC | | | | | | |
| T | TRAVEL | | | | | | | |
| O | OCCUPATIONAL EXPOSURE (HEARING THRESHOLD CHANGES/CUMULATIVE TRAUMA DISORDER) | j. DATE | | | | | | |
| | | k. AGE | | | | | | |
| | | l. TOPIC | | | | | | |

**ADVANCED DIRECTIVES: DATE FILED**

PATIENT'S IDENTIFICATION (Use this space for mechanical imprint)

NH GUAM
ANDE OUTPATIENT RECORDS

RUTLEDGE,DEBORAH K
31/•••-••-1736        DOB: •••• 1960
SPON: RUTLEDGE,THOMAS R      F41
OUTPATIENT                    VOL: 1

*FGG51#261593#

DD FORM 2766, MAR 1998

# ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

*(This form is subject to the Privacy Act of 1974. Use DD Form 2005)*

## 1. ALLERGIES

| a. MEDICATION ALLERGIES | b. OTHER ALLERGIES |
|---|---|
| NKDA | |

## 2. CHRONIC ILLNESSES

Cauda equina syndrome '04

## 3. MEDICATIONS

Zyrtec 10 mg qd

## 4. HOSPITALIZATIONS/SURGERIES

Laminectomy '04

## 5. COUNSELING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| F | FITNESS | a. DATE | | | | | |
| D | DENTAL | b. AGE | | | | | |
| I | INJURY PREVENTION | c. TOPIC | | | | | |
| N | NUTRITION/FOLATE | | | | | | |
| C | CANCER PREVENTION | | | | | | |
| S | SAFE SEX | | | | | | |
| FP | FAMILY PLANNING | d. DATE | | | | | |
| Rx | PRESENT MEDICATIONS | e. AGE | | | | | |
| MH | MENTAL HEALTH/STRESS/SUICIDE/OCCUPATIONAL STRESS | f. TOPIC | | | | | |
| H | HORMONE/CALCIUM REPLACEMENT | g. DATE | | | | | |
| To | TOBACCO | h. AGE | | | | | |
| A | ALCOHOL/SUBSTANCE ABUSE | i. TOPIC | | | | | |
| T | TRAVEL | | | | | | |
| O | OCCUPATIONAL EXPOSURE (HEARING THRESHOLD CHANGES/CUMULATIVE TRAUMA DISORDER) | | | | | | |
| | | j. DATE | | | | | |
| | | k. AGE | | | | | |
| | | l. TOPIC | | | | | |

**ADVANCED DIRECTIVES: DATE FILED**

**PATIENT'S IDENTIFICATION** *(Use this space for mechanical imprint)*

NH USAR
ANDE OUTPATIENT RECORDS

RUTLEDGE,DEBORAH K
31/XXX-XX-1736          DOB: XXXXX 1960
SPON: RUTLEDGE,THOMAS R          F41
OUTPATIENT          VOL: 1

*FG051*261593*

Personal Data - Privacy Act of 1974 (PL 93-579)    Printed: 03 Aug 2004@0957

P R O C E D U R E   W O R K S H E E T
USNH GUAM MI -- USNH MAIN RADIOLOGY
====================================================================

Patient: RUTLEDGE,DEBORAH K
MP/SSN: 31/██████-1736   Rank:
DOB: ███ ███ 1960   Age: 43y
Reg £:                  Sex: F   Pregnant? No
====================================================================
1. L-SPINE (OBLIQUES ONLY)
Proc. Code: 2023
Exam No. : 04013721
Req. HCP: RAU,STEVEN D          Priority: ROUTINE
Duty Phone: 366-2772           Req. Location: ANDE FAMILY PRACTICE
NO BRIEF COMMENT               Beeper £:

study to go with 3-view
Exam Status: ARRIVED
Arrival Date/Time: 03 Aug 2004@0957   Scheduled Date/Time:
                                      Departure Date/Time:
====================================================================
        *** HCP INTERPRETATION***    //£££ QC TECH:_____ £££//

_____

_____DATE:_____
====================================================================
        ***RADIOLOGIST INTERPRETATION***

_____CONCUR                        Standard Code_____

_____NOT CONCUR                         1      9

_____NO SIGNIFICANT ADDITIONAL FINDINGS

ADDITIONAL FINDINGS:_____

_____

CASE DISCUSSED WITH_____

This form is not intended to become part of the patient's permanent record*
====================================================================

FILMS   DONE @ ANDERSON

----------------------------------------------------------------------

Patient: RUTLEDGE,DEBORAH K
P/SSN: 31/████-1736    Register Number:    DOB: ██ ███ 1960  Age: 45   Sex: FEMALE
                                                  Phone no.: 366 2172^1
----------------------------------------------------------------------
Proc: L-SPINE SERIES (3-VIEW)          Exam #: 04013716
Code: 2000                             Exam Date/Time: 02 Aug 2004@1124
Procedure Components:
 2000    L-SPINE SERIES (3-VIEW)            0.00
Performing Tech: BENNETT,JASON B       Arrival Date/Time: 02 Aug 2004@1124
QA Tech: BENNETT,JASON B               Proc Start Date/Time:
Exam Status: COMPLETE                  Proc Stop Date/Time:
Room: ANDE RAD1                        Departure Date/Time: 02 Aug 2004@1138
Location: ANDE ROUTINE RAD
----------------------------------------------------------------------
Order Information:
Req. HCP: RAU,STEVEN D
Req. Priority: ROUTINE                 Order #: 040802-00878
MEPRS/DMIS ID codes: BGAA/0802         Ward/Clinic: ANDE FAMILY PRACTICE
Reason for Exam:                       Order Date/Time: 02 Aug 2004@1119
request eval of 43y/o female with 2+wks progressive lbp, -bowel/bladder
incont, -hx trauma/surg/chiro/PT, +radiation of pn to foot on L and to
inferior aspect R glut, exam benign
Order Comment:
lbp, suspect musculoskeletal
Reason Exam was Canceled:

Person who Canceled Exam:
----------------------------------------------------------------------
Report Text:
History: 43-year-old female with two weeks progressive lower back pain with
no bowel or bladder incontinence. The patient graduation of pain to foot on
left and to inferior aspect of the right gluteus region.

Findings: Five views of the lumbar spine demonstrate degenerative changes at
L5-S1 with disc space narrowing and facet sclerosis.  On the oblique views,
there is a prominence of the left pedicular region which may be due to
partial sacralization of the L5 vertebral body.  There is grade I
anterolisthesis of L2 on L1.  There is otherwise normal height and alignment
of the lumbar vertebral bodies.  There are mild osteoarthritic changes at
L1-2 with anterior osteophytes.  The remaining bones and soft tissues are
unremarkable.

Impression:

.     Degenerative disc disease at L5-S1. Given the patient's symptoms, MRI
of the lumbar spine is suggested for further evaluation.

DICTATED BY: HUGH MCSWAIN, LCDR MC USNR

DOD:  05 Aug 2004 (R/I:08/09/04 ct)
DOT:  06 Aug 2004 jms/99-00216251

Teaching Code:
Special Interest Code:
Event Code: SEE RADIOLOGIST'S REPORT                    USNH 048
Interpreting Radiologist: MCSWAIN,HUGH NMI
Approving Radiologist: MCSWAIN,HUGH NMI
                                                  09 Aug 2004@1217

Personal Data - Privacy Act of 1974 (PL 93-579)

27 Nov 2006@1530      Page :
PATIENT LAB INQUIRY
For: 10 Jun 04 - 27 Nov 06
Report requested by: NESS,JEFFERY M

----------------------------------------------------------------------
RUTLEDGE, DEBORAH K
Pn: 6716531736                    31/•••••-1736          F/45          Reg #:
----------------------------------------------------------------------
                                                           Military Unit: UNKNOWN
050614 CG 1877
                              Col: 10Jun05              THIN PREP VI (UNKNOWN)
                      Hcp: GUNDEL,CHRISTINE R            Req Loc: ANDE GYN
                              CYTO GYN                  C:CAD16Jun05@1114
CoPath Report
 Patient: RUTLEDGE,DEBORAH K
                                              Specimen #:  CG05-1877
 Pathologist:                                 Accessioned: 06/14/05
 Cytotech: Cheryl A. Dugmore CT(ASCP)


  SOURCE OF SPECIMEN:
    CERVICAL CYTOLOGIC MATERIAL/THIN PREP PAP (CX/TP)
      Smears Received:        1

  CLINICAL DIAGNOSIS AND HISTORY:
    L.M.P. Date: 01 Jun 2005
    Post-Menopausal: No
    Hysterectomy: No
    Birth Control Pills: No
    I.U.D.: No
    Hormone Therapy: No
    Previous Cytology Dx: reports 8/03 Pap neg; denies hx dysplasia
    Cytology Comment: no gross lesions

  FINAL DIAGNOSIS:
   CERVICAL CYTOLOGIC MATERIAL/THIN PREP PAP:
        SATISFACTORY FOR EVALUATION, NO ENDOCERVICAL COMPONENT/TRANSFORMATION
        ZONE NOTED.
        NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.
        RECOMMEND REPEAT PAP SMEAR IN 12 MONTHS OR AS CLINICALLY INDICATED.
        **THE PAP SMEAR IS A SCREENING TEST FOR CERVICAL/VAGINAL CANCER WITH
        AN INHERENT FALSE NEGATIVE RATE**.


    Cheryl A. Dugmore CT(ASCP)
    cad/06/16/05                       ** Report Electronically Signed **


                                    CHERYL A. DUGMORE

SNOMED CODES
  1. M00120

CPT Codes:
   ; 88142 ; CYTOPATHOLOGY, GYN BY THIN LAYER-88142


===========================================================================
  L=Lo  H=Hi  *=Critical    R=Resist  S=Susc  MS=Mod Susc  I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
===========================================================================
===========================================================================

NH GUAM

Report requested by: NESS,JEFFERY M
--------------------------------------------------------------
TLEDGE, DEBORAH K
Ph: 6716531736                    31/████-1736        F/45         Reg #:
                                                      Military Unit: UNKNOWN
--------------------------------------------------------------
041222 CH 43505

                                    Col: 22Dec04@1359
                                    Hcp: LISSON,SCOTT W                    SERUM
GLUCOSE . . . .    100                                        Req Loc: UROLOGY
BUN . . . . .      8           (70-115)      mg/dL            C:ADH22Dec04@1534
CREAT . . . . .    0.8         (7-22)        mg/dL
NA+ . . . . .      142         (0.5-1.1)     mg/dL
K . . . . . .      3.8         (135-145)     mmol/L
CL- . . . . .      103.3       (3.6-5.2)     mmol/L
TCO2. . . . .      30.7        (100-108)     mmol/L
ANION GAP . . .    8.0         (21.0-32.0)   mEq/L
BUN/CR RATIO. . .  10.00       (4-15)        mmol/L
CA. . . . . .      8.9         (10-20)
                               (8.7-10.5)    mg/dL


041222 UA 8621

                                    Col: 22Dec04@1359
                                    Hcp: LISSON,SCOTT W                    URINE
SG MANUAL . . . .  1.023                                      Req Loc: UROLOGY
WBC UA. . . . .    0-5         (1.010-1.025)                  C:AKH22Dec04@1542
RBC UA. . . . .    0-5                        /HPF            C:AKH22Dec04@1508
EPITHL CEL. . . .  .                          /HPF
                                              /HPF
BACTERIA/HPF. . .  MODERATE
COLOR . . . . .    RARE    H
APPEARANCE. . .    YELLOW                     /HPF
GLUCOSE . . . .    CLEAR       (YELLOW)                       C:AKH22Dec04@1508
                               (CLEAR)
B LIRUBIN . . . .  NEGATIVE    (NEGATIVE)     mg/dL

                                              (SMALL)
KETONES . . . . .  NEGATIVE

SG. . . . . .      NEGATIVE    (NEG)          mg/dL
BLOOD . . . . .    >1.030   H
                               (1.010-1.025)
                               (NEGATIVE)
PH. . . . .        NEGATIVE
PROTEIN . . . .    5.0    L
                               (5.5-7.5)      units
                               (NEGATIVE)     mg/dL
ROBILINOGEN. . .   NEGATIVE
NITRITE . . . . .  0.2
                               (0.2-1.0)      E.U./dL
                               (NEGATIVE)
EUKO EST . . . .   NEGATIVE
                   TRACE
                               (NEGATIVE)


41222 BA 472

                                    Col: 22Dec04@1359
                                    Hcp: LISSON,SCOTT W         URINE/CC(URINE)
                                    UA CULT: Final Report        Req Loc: UROLOGY
acteriology Result:                                            C:MJB25Dec04@0046
> 100,000 CFU/mL  ESCHERICHIA COLI, SENSITIVITY TO FOLLOW.
26,000 CFU/mL  MIXED GRAM POSITIVE AND GRAM NEGATIVE FLORA.
26,000 CFU/ml  MIXED GRAM POSITIVE AND GRAM NEGATIVE FLORA
=================================================================
  L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
=================================================================

                                                              USNH 050

Report requested by: NESS,JEFFERY M
------------------------------------------------------------------------
TLEDGE,DEBORAH K
Ph: 6716531736                 31/     -1736        F/45        Reg #:
                                                    Military Unit: UNKNOWN
------------------------------------------------------------------------
041222 BA 472               Col: 22Dec04@1359
                            Hcp: LISSON,SCOTT W                URINE/CC(URINE)
Bacteriology Result: (Cont'd)                                 Req Loc: UROLOGY
  > OR  = 100,000 CFU/mL   ESCHERICHIA COLI

Organism:  (1) ESCHERICHIA COLI. . . . . . . . . .quantity: >100K

                              (1)
                           Mcg/ml Interp
        AMPICILLIN            S  S
        CARBENICILLIN         S  S
        CEFTRIAXONE           S  S
        CIPROFLOXACIN         S  S
        GENTAMICIN            S  S
        NALIDIXIC ACID        S  S
        NITROFURANTOIN        S  S
        TETRACYCLINE          S  S
        TOBRAMYCIN            S  S
        TRIMETHOPRIM/SUL      S  S


040727 UAF 99                                                      URINE
STAT                        Col: 27Jul04@1604           Req Loc: ANDE FAM
Order comment: r/o UTI      Hcp: GISCOMBE,NATALIE Y
COLOR . . . . .  YELLOW        (YELLOW)                 C:LEH27Jul04@1612
APPEARANCE. . . . CLEAR        (CLEAR)
GLUCOSE . . . . .  NEG      (Neg.-250)      mg/dL
BILIRUBIN . . . .  NEG      (NEGATIVE)
KETONES . . . . .  NEG        (NEG)         mg/dL
SG. . . . . . .  1.020   (1.005-1.030)
BLOOD . . . . . .  NEG      (NEGATIVE)
PH. . . . . . .  6.5        (5.0-8.5)
PROTEIN . . . . .  NEG      (NEGATIVE)
UROBILINOGEN. . .  0.2      (0.2-1.0)       mg/dL
NITRITE . . . . .  NEG      (NEGATIVE)      EU/dL
LEUKO EST . . . .  NEG      (NEGATIVE)

=========================================================================
  L=Lo  H=Hi  *=Critical  R=Resist  S=Susc  MS=Mod Susc  I=Intermed
[]=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
=========================================================================


                                                    USNH 051

# ADVANCE D..ECTIVES, DURABLE POWE..S OF ATTORNEY
## FOR HEALTHCARE, AND LIVING WILLS WORKSHEET

I, _Rutledge_, being of sound mind, make this statement as a directive regarding my medical care.

**(Mark in the appropriate box)**

## APPOINTMENT OF AGENT

31/1736

[X] I appoint (give full name, address, phone number and relationship)
_Thomas Ray Rutledge_   _husband._
_1231 B Polam Loop_
_Yigo Guam     96929.    (671) 653-1736_

to make health care decisions for me, if and only if I cannot make or communicate my own health care decisions. If the person I appointed above cannot or will not make health care decisions for me, I appoint (give full name, address, phone number, and relationship)
_Sarah Simoneau._          _mother._
_21735 Burlington rd._
_Crocker mo    65452.      (573) 736-5567_

[ ] I hereby revoke all previous appointments made by me in regards to health care decisions on my behalf.

## DIRECTIONS FOR MY MEDICAL TREATMENT

I want the person(s) I have appointed above to be guided by the choices I have indicated below. If the person(s) I have appointed is (are) not available to make decisions or I have not appointed someone, I want my doctors, family, friends, religious advisors, and anyone else that might be involved in the decision making of my care to be guided by the choices I have indicated below.

### Directions Regarding Terminal Conditions

If I am in an incurable or irreversible mental or physical condition and my doctors Conclude that I have no reasonable expectations of recovery, that I am dying, and that using life-sustaining procedures would only prolong my dying:

1. **Life-Sustaining Treatment in General.**

   [X] I **DO NOT** want life-sustaining treatments started. If life-sustaining treatments have been started, I want them stopped.

   [ ] I **DO** want life-sustaining treatments that my doctors think are best for me.

Enclosure (1)

2

..GE DEBORAH
.. 1736

Case 1:06-cv-00008     Document 88-3     Filed 02/19/2008     Page 22 of 30

## 2. Nutrition and Hydration in Particular.

[X] I **DO NOT** want artificial nutrition and hydration started if it would be the primary treatment keeping me alive. If artificial nutrition and hydration have been started, I want them stopped.

[ ] I **DO** want artificial nutrition and hydration that my doctors think are best for me.

## 3. Comfort Measures.

[X] I want to be kept as comfortable and pain free as possible even if doing so may potentially shorten my life.

## Directions Regarding Persistent Vegetative States and Other Irreversible Comas

If I am in a persistent vegetative state or other form of irreversible coma (if I have such severe brain damage that my doctors conclude that to the best of their knowledge I have lost the ability to think or respond to people):

## 1. Life-Sustaining Treatment in General.

[X] I **DO NOT** want life-sustaining treatments started. If life-sustaining treatments have been started, I want them stopped.

[ ] I **DO** want life-sustaining treatments that my doctors think are best for me.

## 2. Nutrition and Hydration in Particular.

[X] I **DO NOT** want artificial nutrition and hydration started if it would be the primary treatment keeping me alive. If artificial nutrition and hydration have been started, I want them stopped.

[ ] I **DO** want artificial nutrition and hydration that my doctors think are best for me.

## 3. Comfort Measures.

[X] I want to be kept as comfortable and pain free as possible even if doing so may potentially shorten my life.

3

Enclosure (1)

USNH 053

**SIGNATURES:** ( This section must be completed for your advance directive to be valid.)

**BY MY SIGNATURE, I INDICATE THAT I UNDERSTAND THE PURPOSE AND EFFECT OF THIS DOCUMENT.**

SIGNATURE: _D Rutledge_     Date: _8-27-04._
Address: _1233 8 Pelan corp_
_Yibo, Gu 96929_

**Witness:** I believe the person who has signed this advance directive to be of sound mind . He or she signed or acknowledged this advance directive in my presence, and does not appear to be acting under duress, fraud, or undue influence. I am not related to the person making this advance directive by blood, marriage, or adoption, nor, to the best of my knowledge, am I named in their will. I am not an agent appointed in this advance directive or has been in the past, responsible for the care of the person making this advance directive. I am at least 18 years old.

Signature: _Arthur S Francis_     Date: _8 - 27 - 04_
Address: _USNH J PSC 490 BOX 7695_
_FPO AP 96538-1600_
_671 344 - 9286_

(if available)

Signature: _____
Address: _PSC 490 BOX 7695_     Date: _21 AUG 2004_
_FPO AP 96538-1600_
_1671 -344- 9356_

USNH 054

dical Evacuation Counsel
TO RIPLER ARMY MEDICAL NTER
NH GUAM MEDEVAC: DSN: 344-9368 FAX: 344-9069 COM: (671) 344-9368
TAMC: DSN: INFO DESK 433-6661 DSN: LIASON 433-6611
Hours of Operation:
MON-FRI By Appointments Only
0800-1500

Name: _Rutledge, De_____

**1. Passport:** Are required for ALL non-active duty personnel (No Exceptions). You will not be permitted to board the aircraft if y
do not have a passport on the day of the mission.

**2. Medications:** You must have a 3-5 day supply when traveling to Hawaii. Please inform your physician if you need medication
_____. Please insure that all of your medications are on you at all times and not in your check-in baggage.

**3. Medical _____:** _____ if you have _____
__ sugar _____, please have this available to all at the day of _____

**4. AD/Dependant of AD: Orders:** Orders are required for all patients and their attendants. The Air Force will cover the cost of yo
of your attendant's flight to and from Hawaii. _____ you yourself will be responsible by covering the cost of your lodging, food
__ miscellaneous expenses. _____ your _____
__ and you will _____ of cover____ your expenses _____
their expenses will have to be covered buy your _____
accordingly. If you are active duty/dependant of an active duty, please remember that most of the time you will be required to pay for all
up front and file a travel claim upon return for reimbursement. If you think this may be a problem for you financially please see you
AD representative for a pay advance.

**5. Retired/Dependant of Retired: Orders:** Orders are required for all patients and their attendants. The Air Force will cover the cost
of your flight to and from Hawaii. However, you will be responsible for the cost of your lodging, food, and any other expenses that
may incur. Therefore, there will be times you may need such as _____

Do you feel that you will be able to _____ ____ ☐ YES ☐ NO
Signature _____

**6. Baggage:** You are allowed to have one check in bag per person. This bag should not exceed 66 pounds or 44 linear inches. You
may also have one carry on bag, but this must be able to fit under the aircraft seat. If you need to take more luggage please let the Medevac
__ know this well in advance. Appropriate authority may search all bags.

**7. Medical Records:** Due to the Closed Record System no one is allowed to pick up their medical record. Remember that any
records you bring with you will also be required to return with you, failure to do so could result in your record not returning.

**8. Billeting:** Hawaii bound patients must have billeting arrangements made prior to your departure. NH Guam Medevac staff has a
of hotels and on base billeting as well as some maps of Tripler Army Medical Center and Hawaii. If you have a problem with making
proper arrangements please let us know well in advance so we can help you out. Also you can contact Guam Medical Referral at
9350/9428(Guam Office) or (808) 973-2904/2905(Hawaii Office). Note: GMR is not affiliated with the military; therefore we do
have control of their business.

**9. Uniform:** All patients and attendants are authorized to travel in civilian cloths. Active duty personnel need to have at least two
"Uniform of the Day" uniforms for your appointment. Please contact the Tripler Army Medical Center information desk regarding
correct uniform of the day.

**10. Appointments:** You either have an appointment or you are going to be a walk-in. You may also be an inpatient.

Appointment: date _____ Time _____ Doctor _____ Clinic _____ phone # _____

**11. Transportation:** NH Guam Medevac office does provide transportation to and from Anderson Air Force Base. You will either
__ to Anderson in an ambulance or the Medevac van.

OVER⇒

USNH 055

Medevac Coordinator and the Liais... ...ician at your destination facility r... ...ous care, you must contact the Tri...
...can get you back in the "system" to ...ra.

____13. Returning via Military Aircraft: You may have to fly back in a Military aircraft if your doctor thinks that you need ca... ...ir. Please keep in contact with your family members here on Guam, the medevac staff will not know your return date and time un... morning of your return. One of the NH Guam staff members will be at Anderson Air Base to give you a ride back to the hospital. ... only bring you back to the Hospital; we cannot take you anywhere else. We recommend that you have someone at Anderson to giv... ride home because we could get stuck up at Anderson for a while...

____15. Traveling/Returning Space "A": If you are retired or a dependent of retired you can choose to fly back on Space "A". Ju... remember that ... ...the cost of lodging, food and transportation while you ...

____16. ... ...Anderson Air Base ... authorized by your physician; there is certain medical conditions that warrant the patient to fly via the medevac system. Remember th... Air Force will cover the cost of your return to Guam.

- Before leaving ensure that you contact the Tripler Medevac and Liaison offices; this will ensure that you have all necessary paperwork, records, and documentation that will need to accompany you.
- Fax a copy of your itinerary to the Medevac Office at (671) 344-90...

____17. Checking ... ...with the Tripler Medevac and Liaison ... it is required that you contact the Tripler Liaison and Medevac offices upon arrival to Tripler Army Medical Center. If after normal working hours please contact them the next business day. Also you need to contact them as soon as the doctor says you are cleared to return to Guam. Failure to check in out with the Medevac or Liaison offices could mean removal from the ... ...system. This means that you will be responsible for all costs for your trip. This includes airfare. For active duty and ... ...tient... ...medical orders. Failure to check in and out me... ...that you are in an unauthorized absence status that could result in ... of Captain's Mast.
      Liaison phone number: 433-6611, Medevac phone number: 433-6119.

____18. Returning to Hospital: Upon returning to Guam please contact the Medevac Case Manager at 344-9590.    CDR BLW

No explosive devices, unauthorized weapons, or unauthorized drugs are allowed. By signing you acknowledge, and understand and will comply with all rules and regulations. Failure to do so could result in removal from the AE System!

_____
...OORDINATOR

_____
PATIENT/LEGAL GUARDIAN

OVER⇒  43

USNH 056
Case 1:06-cv-00008    Document 88-3    Filed 02/19/2008    Page 26 of 30

# PATIENTS' BILL OF RIGHTS AND RESPONSIBLITIES

## RIGHTS

1. Medical Care and Dental Care. The right to quality care and treatment, consistent with available resources and generally accepted standards. The patient has the right also to refuse treatment to the extent permitted by law and Government regulations, and to be informed of the Consequences of his or her refusal. When concerned about the care received, the patient has a right to request review of the adequacy of care.

2. Respectful Treatment. The right of considerate and respectful care, with recognition of his or her personal dignity.

3. Privacy and Confidentiality. The right within law and military regulations to privacy and confidentiality concerning medical care.

4. Identify. The right to know at all times, the identity, professional credentials of the health care personnel, as well as the name of the health care provider primarily responsible for his or her care.

5. Explanation of Care. The right to an explanation concerning his or her diagnosis, treatment, procedures, and prognosis of illness in terms the patient can be expected to understand. When it is not medically advisable to give such information to the patient, the information should be provided to appropriate family members or, in the absence, another appropriate person.

6. Informed Consent. The right to be advised in non-clinical of information needed to make knowledgeable decisions on consent or refusal for treatments. Such information should including significant complications, risk, benefits, and alternative treatments available.

7. Research Projects. The right to be advised if the facility proposes to engage in or perform research associated with his or her care of treatment. The patient has the right to refuse to participate in any research projects.

8. Safe Environment. The right to care and treatment in a safe environment.

9. Medical Treatment Facility (MTF) or Dental Treatment Facility (DTF). Rules and regulations. The right to be informed of the facilities rules and regulations that relate to patient or visitor conduct. The patient should be informed about smoking rules and should expect compliance with those rules from other individuals. Patients are entitled to information about the MTF or DTF mechanism for the initiation, review, and resolution of patient complaints.

## RESPONSIBILITIES

1. Providing information. The responsibility to provide, to the best of his or her knowledge, accurate and complete information about complaints, past illness, hospitalizations medications, and other matters relating to his or her primary health care provider know weather he or she understands the treatment and what is expected of him or her.

2. Respect and Consideration. The responsibility of being Considerate of the rights of other patients and MTF and DTF health care personnel and for assisting in the control of noise smoking and the number of visitors. The patient is responsible for being respectful of the property of other persons and of the facility.

3. Compliance with Medical Care. The responsibility for complying with the medical and nursing treatment plan, including follow up care, recommended by health care providers. This includes keeping appointments on time and Notifying the MTF and DTF when appointment cannot be kept.

4. Medical Records. The responsibility for ensuring that medical records are promptly returned to the medical facility for appropriate filing the maintenance when records are transported by the patient for the purpose of medical appointment or consultation, etc. All medical records documenting care provided by any MTF or DTF are the property of the U.S. Government.

5. MTF or DTF Rules and Regulations. The responsibility for following the MTF or DTF rules and regulations affecting patient care conduct. Regulations regarding smoking should be followed by all patients.

6. Reporting and Patient Complaints. The responsibility for helping the MTF or DTF commander provide the best possible care to all beneficiaries. Patients' recommendations, questions, or complaints should be reported to the patient contact representative.

I have read and understand the "Patients' Bill of Rights and Responsibilities".

_D Rutledge_     _8-27-04_
(Signature)                          (Date)

# U. S. Naval Hospital Guam
## ~ Patient Next of Kin and Advance Directive Worksheet~

<u>Initial</u>

_____I HAVE PERSONALLY NOTIFIED, OR WILL PERSONALLY NOTIFY MY NEXT-OF-KIN ON MY ADMISSION TO THIS HOSPITAL.

_DR._ I HEREBY AUTHORIZE NAVAL HOSPITAL GUAM TO NOTIFY MY NEXT-OF-KIN ON MY ADMISSION TO THIS HOSPITAL.

_____I DO NOT DESIRE NOTIFICATION OF MY NEXT –OF-KIN ON MY ADMISSION TO THIS HOSPITAL.

1. An Advance Directive is where a patient communicates in writing his or her wishes regarding medical treatment. This facility cannot implement a written Advance Directive unless it has a copy. This copy will be placed in your medical record.

(EXAMPLES: You elect not to have blood/blood products given to you. You don't want CPR initiated in the event of a life-threatening situations while admitted to the hospital.)

   a.  Do you have an Advance Directive?
(Medical Power-of- Attorney, Living Will)      Yes_____    No _X_

   b.  If you have an Advance Directive, will you provide a copy to Naval Hospital Guam?
                         Yes_____   No_____

   c.  If you have a Advance Directive, will you provide a copy to Naval Hospital Guam?
                         Yes_____   No_____

If you will list the substance of your Advance Directive, please do so here: _____
_____
_____

2. If a copy of the Advance Directive is already in the medical record, have there been any changes or modifications?
                         Yes_____   No_____

If there are any changes, please provide a copy to Naval Hospital Guam or list the changes here:
_____
_____
_____

If you do no have an Advance Directive, would you like to prepare one?
                         Yes _✓_   No_____

Advance Directive information pamphlet provided
                         Yes _✓_   No_____

_D. Rutledge_    _8-27-04_                    _27AUG04_
(Signature of Patient)    (Date)    (Signature of Witness)    (Date)

GUAM 6000/2 (REV. 02/01)



# PRIVACY ACT STATEMENT - HEALTH CARE RECORDS

*THIS FORM IS NOT A CONSENT FORM TO RELEASE OR USE HEALTH CARE INFORMATION PERTAINING TO YOU.*

**1. AUTHORITY FOR COLLECTION OF INFORMATION INCLUDING SOCIAL SECURITY NUMBER (SSN)**

Sections 133, 1071-87, 3012, 5031 and 8012, title 10, United States Code and Executive Order 9397.

**2. PRINCIPAL PURPOSES FOR WHICH INFORMATION IS INTENDED TO BE USED**

This form provides you the advice required by The Privacy Act of 1974. The personal information will facilitate and document your health care. The Social Security Number (SSN) of member or sponsor is required to identify and retrieve health care records.

**3. ROUTINE USES**

The primary use of this information is to provide, plan and coordinate health care. As prior to enactment of the Privacy Act, other possible uses are to: Aid in preventive health and communicable disease control programs and report medical conditions required by law to federal, state and local agencies; compile statistical data; conduct research; teach; determine suitability of persons for service or assignments; adjudicate claims and determine benefits; other lawful purposes, including law enforcement and litigation; conduct authorized investigations; evaluate care rendered; determine professional certification and hospital accreditation; provide physical qualifications of patients to agencies of federal, state, or local government upon request in the pursuit of their official duties.

**4. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL OF NOT PROVIDING INFORMATION**

In the case of military personnel, the requested information is mandatory because of the need to document all active duty medical incidents in view of future rights and benefits. In the case of all other personnel/ beneficiaries, the requested information is voluntary. If the requested information is not furnished, comprehensive health care may not be possible, but CARE WILL NOT BE DENIED.

This all inclusive Privacy Act Statement will apply to all requests for personal information made by health care treatment personnel or for medical/dental treatment purposes and will become a permanent part of your health care record.

Your signature merely acknowledges that you have been advised of the foregoing. If requested, a copy of this form will be furnished to you.

| SIGNATURE OF PATIENT OR SPONSOR | SSN OF MEMBER OR SPONSOR | DATE |
|---|---|---|
| *O. Rutledge* | ████████ 173ω | 8-27-04 |

**DD FORM 2005, FEB 76 (EG)**     PREVIOUS EDITION IS OBSOLETE.     USAPPC V1.00





# MSU SIGNATURE/INITIALS SHEET

| RANK | LAST NAME | FIRST NAME | SIGNATURE | INITIALS |
|------|-----------|------------|-----------|----------|
| LCDR | MARINO | MARK | | |
| LT | FOLSOM | KENNETH | | |
| LT | HAZLETT | TODD | | |
| LTJG | BREZOVIC | NATHAN | | |
| LTJG | FICKENS | JERVIA | | |
| LTJG | SCULLY | SEAN | | |
| LTJG | SIMMON | JAY | | |
| LTJG | GOODRICH | DAVID | | |
| LTJG | STARK | KERRILYN | | |
| LTJG | STRUEMPH | PIPER | | |
| LTJG | STONE | AMY | | |
| M3 | CASTILLO | GLENN | | GMC |
| M3 | CLARK | JULIA | | |
| M3 | MERER | DONNA | | |
| M3 | MOHLER | MARIE | | MRM |
| M? | MOLINA | JESUS | | |
| | VEGA | AMBAR | | |
| | CABRERA | EVANSUEDA | | |
| N | RASCHKE | HEATHER | | |
| N | VILLENA | MARIA | | MAV |
| N | VELASQUEZ | KIMBERLY | | KV |
| N | WESTLAKE | LIAM | | |
| A | WHITEHEAD | PATRICIA | | |
| A | RENGIFO | DAVID | | |
| A | SAMBOR | BENJAMIN | | |
| RS | ANDERSON | BRIDGETT | | |
| RS | MAFNAS | GUADALUPE | | |
| RS | ESPINOSA | JENNIFER | | |