LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895




FILED
DISTRICT COURT OF GUAM
FEB 19 2008
JEANNE G. QUINATA
Clerk of Court

Attorneys for Plaintiffs

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>PLAINTIFFS' AMENDED EXHIBIT LIST |

Plaintiffs, by and through his undersigned counsel, hereby submit their exhibit list as follows:

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Federal Tort Claims Act Administrative claim dated April 29, 2005 | | |
| 2 | July 27, 2004 AAFB medical record Telephone Triage Encounter | | |
| 3 | July 27, 2004 AAFB medical record Low Back Pain Adult | | |
| 4 | July 27, 2004 AAFB medical record Patient Lab Inquiry | | |
| 5 | August 2, 2004 AAFB medical record Low Back Pain Adult | | |
| 6 | August 16, 2004 12:54 p.m. AAFB medical record Telephone Consultation | | |

ORIGINAL

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 7 | August 16, 2004 12:58 p.m. AAFB medical record Telephone Consultation | | |
| 8 | August 17, 2004 AAFB medical record Low Back Pain Adult | | |
| 9 | August 9, 2004 medical record Radiologic Examination Report | | |
| 10 | August 9, 2004 medical record Radiologic Examination Report signed by Natalie Giscombe | | |
| 11 | August 17, 2004 medical record Orthopedic Consult (referral) | | |
| 12 | August 17, 2004/August 27, 2004 medical record Orthopedic Consult Result | | |
| 13 | August 27, 2004 to November 24, 2004 US Naval Hospital Guam medical records | | |
| 14 | August 27, 2004 to August 29, 2004 Tripler Army Medical Center Hawaii medical records | | |
| 15 | August 27, 2004 Tripler Army Hospital Operation Report | | |
| 16 | January 28, 2005 Tripler Army Medical Center Hawaii medical records | | |
| 17 | October 21, 2005 Tripler Army Medical Center Hawaii Radiologic Examination Report | | |
| 18 | March 7, 2007 Plaintiffs Supplemental Rule 26 Disclosure of various Walter Reed Hospital medical records | | |
| 19 | July 12, 2007 Plaintiffs' Supplemental Rule 26 Disclosures of medical records from Okalahoma City, OK | | |
| 20 | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary L. Towle, MD | | |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 21 | June 2, 2006 Expert Report of John C. Steele, MD | | |
| 22 | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Supplemental Expert Report of John C. Steele, MD | | |
| 23 | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles | | |
| 24 | August 28, 2003 Social Security Statement of Deborah Rutledge | | |
| 25 | July 9, 2007 Social Security Actuarial Publications Period Life Table | | |
| 26 | January 9, 2007 Michael W. Meriwether contract | | |
| 27 | January 4, 2008 medical report of Donald E. Adams, MD | | |
| 28 | January 24, 2008 medical record James E. Duncan MD Physical Therapy referral | | |
| 29 | January 2008 Maid Service Quotations | | |
| 30 | January 27, 2008 Pay Scale-Salary Survey | | |
| 31 | United States Air Force Fact Sheet, Anderson Clinic | | |
| 32 | American Association of Physician Assistants General Information Page from www.aapa.org | | |
| 33 | 36 Medical Group Instruction 40-112 dated June 15, 2005 and January 24, 2007 and November 8, 2007 correspondence | | |
| 34 | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. | | |

Plaintiffs reserve the right to submit additional exhibits in rebuttal to any of defendant's exhibits and reserve whatever rights they may have to identify additional exhibits to be introduced at trial.

Respectfully submitted,

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

DATE: 2/18/08        By: _____
                          ROBERT L. KEOGH