# FILED
DISTRICT COURT OF GUAM

FEB 1 9 2008

JEANNE G. QUINATA
Clerk of Court



LAW OFFICE OF
# ROBERT L. KEOGH
POST OFFICE BOX GZ
HAGÅTÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

## IN THE DISTRICT COURT OF GUAM

DEBORAH K. RUTLEDGE and THOMAS
R. RUTLEDGE,

          Plaintiffs,

   vs.

UNITED STATES OF AMERICA,

          Defendant.

CIVIL CASE NO. CIV06-00008

NOTICE OF FILING
OF SUPPLEMENTAL EXHIBIT

    Plaintiffs are filing herewith a copy of a February 16, 2008 Medical Legal Consultation of John C. Steele, M.D.. This document is to be added to plaintiffs' exhibits and is to be tabbed as Exhibit Number 34.

                               LAW OFFICE OF ROBERT L. KEOGH
                               Attorneys for Plaintiffs

DATE: 2/18/08

By: _____
      ROBERT L. KEOGH

# ORIGINAL

34

# JOHN C. STEELE, M.D., FRCP(C)

NEUROLOGIST
FELLOW, AMERICAN COLLEGE OF PHYSICIANS

Office Tel/Fax: (671) 633-1828

**DATE: FEBRUARY 16, 2008**

**ATTORNEY ROBERT KEOGH**
Suite 105, C & A Professional Building
251 Martyr Street, Agana Guam 96910

Dear Attorney Keogh,

## MEDICAL LEGAL CONSULTATION

| | |
|---|---|
| **PATIENT:** | **RUTLEDGE, DEBORAH K.** |
| ADDRESS: | 2410 COUNTY RD. 1198 TUTTLE |
| | OKLAHOMA 73089 |
| TELEPHONE: | 405-392-4011 |
| DATE OF BIRTH: | DECEMBER 29, 1960 |

I was interested to interview and reevaluate Mrs. Deborah Rutledge on February 16th, 2008 with her husband who was in attendance during my examination of her. The examination was conducted at my office at the Skilled Nursing Unit in Barrigada Heights.

This is the first time I have examined Mrs. Rutledge since June 2006. She is now 47 years of age.

Mr. and Mrs. Rutledge have come to Guam to attend a hearing which will be held before Judge Francis Tydingco-Gatewood beginning February 19th. You have asked me to reevaluate her before this hearing and to indicate if her disability has altered in the interval.

She and her husband moved from Andrews Air force Base to Tuttle, Oklahoma in July of 2006. He and other of his program of Air Traffic System Evaluation were relocated there at that time. He remains with the Air Force though he intends to retire in September 2008. They intend to remain in Tuttle after his retirement.

515 Alupang Cove • 241 Condo Lane
Tamuning, Guam 96913
Residence Tel: (671) 646-7220
E-mail: jsteele@kuentos.guam.net

Mrs. Rutledge reports that she has been in good general health since my last examination of her in June 2006. **But her neurological symptoms have not appreciably altered in the past 20 months ago, and she remains significantly disabled by them.**

### THE WAYS IN WHICH HER ACTIVITIES AND LIFESTYLES HAVE ALTERED SINCE HER NEUROLOGICAL ILLNESS IN 2004

I began our interview by inquiring about the ways her life has altered since the illness of 2004. Before it, she and her husband lived a very active and varied life style. She was regularly employed and for 15years she had been a supervisor at Wendy's and then, after their marriage in 2001, she had become a receptionist for an optometrist. When they were not working, they were active as a couple in diverse social events which included barbeques at their home and with others, visits to water and amusement parks, frequent shopping expeditions, camping, fishing and boating trips, and attendance at ball games and the movies each weekend. They describe their life as "lots of fun" and they were "always doing something together."

But her illness and the symptoms that have followed it have profoundly changed their lives. Mrs. Rutledge observes "Now I don't go out a lot." By example they eat out in a restaurant only once a month. Most weekends they make an effort to go out to shop together and that is usually at Wall Mart or Ross or JCPenny. But after several hours of walking during these infrequent shopping trips, she needs to stop because of pain in the hips and feet. Two to three times a week, she her husband make an effort to take their dog for a short walk. It usually is for 15 to 20 minutes, but as she returns and they walk up the incline back to their house, she becomes tired and her legs are very painful.

She indicates these very limited activities have become her life in the past three and a half years. They are in great contrast with her very active lifestyle before her illness.

In her home, she needs to rest frequently because of chronic fatigue. She usually gets up at 10:30 a.m. and goes to bed at 2 to 3 a.m. She spends much of her day resting and "laying on the couch or recliner." She does however get up regularly to do her house work for one to two hours, and this includes laundry, house cleaning and meal preparation. She is often assisted

2

in these activities by her single, 24year old daughter who is a law student and who lives with her parents and attends university.

After several hours of household activity, she is fatigued, experiences increasing pain in the legs, and needs to lie down in her recliner for 1 to 2 hours to recover. While recovering and relaxing, she usually watches or listens to TV as she reads or sews. Usually, she also has a nap each afternoon, and this she takes on the couch or sometimes in her bed. She has great difficulty in going to sleep and usually needs a hypnotic to sleep.

There are three main reasons that her life is now so restricted to the home.
1. Severe fatigue which is worsened by five medications that she takes for her neurological symptoms.
2. Severe and intermittent causalgia (i.e.pain) of the lower limbs which is worsened by activity.
3. Bowel dysfunction which is profoundly inconvenient and embarrassing to her when she is out in public or visiting friends at their homes.

Her bowel dysfunction is particularly troubling because of the uncertainty of bowel evacuation and the insensitivity of her rectal-anal region. She often has a feeling of stool ("poop") in the anal region. Her bowel evacuations maybe extremely delayed and she is never certain as to whether she has completed the evacuation. Often there is stool over her buttocks and the toilet seat which needs to be cleaned. This can take up to 10 minutes.

The inconvenience and embarrassment of this problem limits her from going out and by example she has attended only two movies in the past one and a half years. She and her husband have stopped visiting friends at their homes, though friends and family continue to come to visit with them at their house.

The restrictions of fatigue, pain and bowel dysfunction have caused her to live most all of her life within the house for 3 ½ years and leaving her home is most infrequent as I have indicated. It represents a profound change in her previous life style and activity. She has not been employed since 2004.

**REVIEW OF DISABILITIES**
We reviewed the symptoms that she is experiencing as a result of her illness in 2004.

3

I have used the Fifth Edition of the American Medical Association Guides to the Evaluation of Permanent Impairment to establish her individual and overall disabilities. The Fifth Edition is the most recent edition of this Guide and was first printed in 2000. "It has become the most commonly used source for assessing and rating an individual's permanent impairment in the United States and, increasingly, abroad". The preface, chairs, contributors reviewers, and the table of contents of this AMA guide are attached to this report as Addendum 1.

I used these same guidelines in my report and addendum of July 26, 2006 titled "review of consultation by Deborah Rutledge and her disability ratings by AMA guidelines".

**1) Gait and station disorder**
Her gait and mobility dysfunction is similar to that of June 2006.
She needs to hold on to someone when she is going upstairs and when she is going up an incline her base becomes broader than when she is walking on the flat.
She does not require an assistive devise and requires physical assistance only when ascending stairs.
As in 2006, she continues to rate her disability as Class 1 to 2 and the range of **whole body impairment is 1 to 19%.**.

**2) Bladder impairment**
She feels her bladder dysfunction remains impaired and has not improved. She must "concentrate" in order to void. She does not feel her urine passing through the urethra. She often "dribbles" and needs to wear pads because of this incontinence.
She was assessed by urologist Philip Mosca in May 2007. He performed detailed urodynamic testing and indicated that she suffer a "neurogenic bladder".

As in 2006, her assessment of her bladder dysfunction is Class 2 to 3 impairment and the range of **whole body impairment is between 10 to 39%.**

**3) Anorectal impairment**
The abdominal cramps which were prominent in 2006 when I first interviewed her are less prominent. Now she experiences a constant fullness in the anal rectal region as though it was filled with stool and which she

4

refers to as "poop". She does not have anorectal sensation and still cannot tell when she has finished defecating. Sometimes she has a bowel movement each day but sometimes she will not have one for several days. Thus, her bowel habit is quite irregular.

Her bowel dysfunction is a major symptom and limitation to her activities. Her bowel symptoms remain similar to those of 2006 when she reported "I can't tell if I have to go or if I'm finished. I know I need to go when I start having abdominal cramps. I never know when I have finished so I always used wipes to clean myself up. I have no regular routine. I am often constipated."

As in 2006, she estimates her impairment as between Class 2 and 3 and this gives a **whole body impairment of 20 to 50%.**

**4) Sexual impairment**
She has had unsatisfying intercourse only twice in the past year. She has no vaginal sensation. But prior to her illness, she and her husband had a very intimate and active sex life and satisfying intercourse 3 to 4 times in a week. This is a profound change and, as she reports, it "affects me mentally."

As in 2006, she estimated her symptom in this category to be Class 2 which gives a **whole body impairment of 10 to 19% .**

**5) Pain and sensory deficit**
In the assessment of 2006, I assigned Class 5 impairment due to causalgia. "Causalgia is a burning pain that develops in a distal extremity following trauma to a peripheral nerve. The burning pain is triggered by movement, light mechanical stimuli to the skin, and strong emotion. Other features include distal extgremity swelling, and skin that is smooth, mottled, cold and sweaty. Sympathetic block frequently relieves the pain. In posttraumatic neuralgia, the burning pain in the distribution of a nerve does not have the other clinical features and does not spread" (From the Fifth Edition of AMA Guides to the Evaluation of Permanent Impairment page 343 Criteria for Rating Impairments Related to Chronic Pain)

In our discussions of today **I feel her disability category should be now be Class 6 with a whole body impairment of 81 to 95%.**

In my report of 2006, I concluded she suffered 76 to 96 % impairment of the whole person by AMA guidelines. But after my interview, examination and careful reevaluation of Mrs. Rutledge today, **I feel now it is appropriate**

5

**that her disability rating be increased to 88 to 98% impairment of the whole person.**

## NEUROLOGICAL EXAMINATION

After our interview and these discussions, I examined Mrs. Rutledge. Throughout the interviews, she was alert, attentive and cooperative. At times, she became weepy when experiencing severe and spontaneous causalgia, as occurred on several occasions. Otherwise, her mood was appropriate and she did not show any evidence of depression. Indeed she seemed to minimize most of these severe and disabling symptoms she is experiencing.

My examination was limited to the neurological system.

Examination of the cranial nerves and upper limbs was entirely normal.

The positive findings were confined to the lower extremities and they were similar to those of my examination in June 2006.
There is a healed linear scar at the site of laminectomy/decompression at L5-S1 in 2004,
Her mobility is limited by a mild and symmetrical paraparesis. Her lower limb weakness causes difficulty in rising from a seated position and bending. She also has difficulty in rising from a squatting position and in rolling side to side when lying. The knee reflexes are present, as is the right ankle jerk. The left ankle jerk was absent. The plantar response is downgoing and the legs are slightly hypotonic.
She shows symmetrical hypaesthesia to pin prick, cold and tickle in a saddle distribution involving both buttocks. The sensory impairment extends down the backs of both thighs, and involves the calves and soles of the feet, in the distribution of S1 to S5.

I did not perform a rectal examination since pain specialist Adams had found absent volitional anal contracture during his recent examination on January 14, 2008.

At the end of my examination I repeated video sequences showing her rising, walking, bending, arising from squatting, and sensory testing. When I compare these with similar photographs taken 20months ago, they indicated her impairments to be the same.

6

## REVIEW OF OTHER MEDICAL DOCUMENTS

I have had reviewed Dr. Meriweather's deposition and you have been kind enough to provide copies of medical consultations by pain specialist, Donald Adams on January 14th , 2008 and by neurologist James Duncan on January 24th, 2008. Both those physicians substantiate persisting symptoms of a cauda equina  syndrome and they conclude they persist and have not improved significantly despite medication since laminectomy  3 1/2 years ago.

## OPINION

During our interview today, I reviewed the sequence of her symptoms which are entirely typical of progressive compression of the cauda equina by an increasing protrusion of the central part of the L5-S1 intervertebral disc.

**First appointment AAFB**

She was experiencing numbness of the right labia (S5 impairment) and had urgency of urination.

**Second appointment AAFB**

When she returned , the numbness had spread to involve the left labia, both buttocks, the backs of her thighs, and both feet. She was having greater difficulty in emptying her bladder and she needed to push on her stomach to express her urine.

**Third appointment AAFB**

Her sensory symptoms and bladder symptoms were the same but she had developed weakness of the legs and was beginning to limp.

Her symptoms indicate that the disc protrusion was central and it initially affected the right L5 root of the cauda equina. As the central protrusion steadily grew in size and further compressed the cauda equina, other sacral nerve roots from 1 to 5 were affected on both sides. Finally by her third visit that there was impaired motor function with weakness and paraparesis that caused her to limp.

Her advancing symptoms of perineal sensory impairment, bowel and bladder dysfunction and paraparesis are entirely in keeping with the classical syndrome of cauda equina compression by a centrally placed mass lesion in the lower lumbar region.

Her emergency management was delayed because the attending AAFB staff were not aware of the gravity of her symptoms, and they did not follow AAFB protocols or the recommendations of the USNH radiologist.

7

**After 3 ½ years and in light of her persisting symptoms which are validated by other independent specialist physicians, it is my opinion to a reasonable degree of medical certainty that her current disabilities are permanent and will not improve.**

Today I recommended further consultation with a pain and/or neurosurgical specialist for procedures to mitigate her causalgia.
It is unlikely there is any remediation for her bowel and bladder symptoms or paraparesis which causes gait and mobility impairment.

**FINAL SUMMARY AND CONCLUSION**
In 2004 when age 43, Mrs. Deborah Rutledge suffered a neurological illness and during one month she experienced progressive numbness of the genitalia, buttocks and legs, weakness of the legs, urinary retention and bowel incontinence. These are the classical symptoms and signs of a cauda equine syndrome. But the syndrome does not indicate its cause which may be due to trauma and injury, or inflammation, or benign tumor, or malignant cancer, or other mass lesions which compress the nerves of the cauda equina, including a central protrusion of the lumbar intervertebral disc.

The recognition of her neurological syndrome and symptoms was delayed and when it was finally diagnosed correctly by orthopedist Douglas Duncan at the US Naval Hospital she had bowel incontinence for 2 days.

Emergency spinal decompression at Tripler Army Medical Center by Dr. Joseph Orchowski found the cause of her cauda equine syndrome to be a large, centrally protruded (i.e. herniated) intervertebral disc between the 5th lumbar and 1st sacral vertebrae. It was successfully removed and relived the compression. A recent MRI confirms there is no recurrence.

Her symptoms of gait impairment from paraparesis, bladder and bowel dysfunction and severe pain from causalgia have persisted And Have not improved since the operation 3 ½ years ago.

My neurological re-evaluations of today indicates her neurological signs and symptoms are the same as during my examination in June 2006, 20 months ago. Because there has been no improvement during this long interval, it is my opinion, within a reasonable degree of medical certainty, that her symptoms are permanent and will continue hereafter.

8

Her life has been profoundly altered by this illness. She is unable to be employed and her life is now limited to her home. She is taking 5 medications for analgesia, depression and insomnia which cause her to be fatigued. Despite these major adversities, she and her husband have adjusted to their different situation and her symptomatology is not complicated by depression.

**Her permanent disability rating by AMA guidelines is 88-98% impairment of the whole person and to a reasonable degree of medical certainty, it is likely to remain the same for the remainder of her life.**

I have been pleased to reassess her. I look forward to participating in the hearing next week.

Yours sincerely

JOHN C. STEELE, M.D., MSc. (LOND), FRCP (CANADA), FACP
Clinical Neurologist

ATTACHMENT
American Medical Association (AMA) Guides to the Evaluation of Permanent Impairment Fifth Edition, including Preface, Chairs, Contributors, Reviewers and Table of Contents.

9

# ADDENDUM I

American Medical Association

Physicians dedicated to the health of America



# Guides

## *to the* Evaluation
## *of* Permanent
## Impairment

*Fifth Edition*

Linda Cocchiarella, MD, MSc, AMA Medical Editor

Gunnar B. J. Andersson, MD, PhD, Senior Medical Editor

*AMA press*

# Guides to the Evaluation of Permanent Impairment,
## *Fifth Edition*

© 2001, 1993, 1990, 1988, 1984, 1977, 1971 by the American Medical Association
All rights reserved

First Edition—1971
Second Edition—1984
Third Edition—First Printing December 1988
    Second Printing February 1989
Third Edition (Revised)—December 1990
Fourth Edition—June 1993
Fifth Edition—First Printing November 2000
    Second Printing February 2002
Printed in the United States of America

Internet address: www.ama-assn.org

This book is for informational purposes only. It is not intended to
constitute legal or financial advice. If legal, financial, or other
professional advice is required, the services of a competent professional
should be sought.

No part of this publication may be reproduced, stored in a retrieval
system, or transmitted in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without the prior
written permission of the publisher.

Additional copies of this book may be ordered by calling 800 621-8335.
Mention product number OP025400.

ISBN 1-57947-085-8

BQ63:02-P-051:2/02

# Preface

The American Medical Association (AMA) *Guides to the Evaluation of Permanent Impairment* (*Guides*) has become the most commonly used source for assessing and rating an individual's permanent impairment in the United States and, increasingly, abroad. Balancing the tradition of the *Guides* with the need for a scientific update, the fifth edition of the *Guides* has retained the focus of earlier editions, while incorporating updates in diagnostic criteria, clarifying key definitions and applications of the *Guides,* and enhancing readability, accessibility, and consistency. The updated scientific criteria are a blend of evidence-based medicine and specialty society consensus recommendations.

Although this preface cannot describe all of the updates to the fifth edition, we would like to emphasize certain features. Chapters have been reorganized, when possible, to follow a consistent format. Features include:

- **Chapter Outlines**—an outline of main chapter headings precedes each chapter for quick reference
- **Boldface Glossary Terms**—key impairment terms that are defined in the Glossary are boldface on first significant text occurrence
- **Principles of Assessment**—an overview of impairment assessment for each body system
- **Interpretation of Symptoms and Signs**—a description and interpretation of common signs and symptoms present for body system disorders
- **Description of Clinical Procedures**—a summary of common clinical procedures used to investigate system-specific impairment
- **Criteria for Rating Permanent Impairment**—clinical criteria used to determine impairment ratings
- **Case Studies**—expanded from earlier editions; succinct format; clinically relevant
- **Impairment Evaluation Summary**—summary of key conditions and their clinical assessment, with references to the main tables in the chapter

- **Bibliography and Key References**—some with annotations

The updates in content and diagnostic criteria reflect recommendations from members of leading specialty societies. Many specialty societies recommended members of their society who subsequently became chapter chairs, contributors, and reviewers. These members often served as liaisons and interpreters, applying guidelines from their specialty society to the clinical assessment of permanent impairment.

The AMA is grateful for the valued input and content recommendations from the American Medical Association Federation Members, including input from members of the following:

American Academy of Dermatology
American Academy of Gastroenterology
American Academy of Hand Surgery
American Academy of Neurology
American Academy of Occupational and Environmental Medicine
American Academy of Orthopaedic Surgeons
American Academy of Otolaryngology-Head and Neck Surgery
American Academy of Pain Medicine
American Academy of Physical Medicine and Rehabilitation
American Academy of Respiratory Diseases
American Association for Hand Surgery
American Association for Thoracic Surgery
American Association of Clinical Endocrinologists
American Cardiology Society
American College of Obstetricians and Gynecologists
American College of Occupational and Environmental Medicine
American College of Physicians/American Society of Internal Medicine
American College of Rheumatology

American Opthalmology Society
American Orthopaedic Association
American Psychiatric Association
American Society for Surgery of the Hand
American Society of Hand Therapists
American Thoracic Society
International Federation of Societies for Surgery
    of the Hand
North American Spine Society

Input from other non-AMA member associations was
also essential, including the International Association
of Industrial Boards and Commissioners, American
Academy of Disability Evaluating Physicians,
American Pain Society, American Thoracic
Association, and International Society for Low Vision
Research and Rehabilitation (ISLRR). Staff from the
*Journal of the American Medical Association* (*JAMA*)
provided guidance and perspective concerning con-
tent and editorial issues.

The editors wish to thank B. J. Anderson, JD, of the
AMA legal group and Donald R. Bennett, MD, PhD,
for their guidance, as well as the executive, steering,
and senior advisory committees who participated in
the early planning stages of the revision for their
input. A list of those individuals is available from the
AMA on request. The editors also wish to thank the
editorial, production, and marketing staff members at
the AMA, the Think Design Group, and the freelance
editors who developed and edited the manuscript,
designed this edition, shepherded the book through
production and manufacturing, and planned and exe-
cuted the marketing program: Mary Lou White,
Barry Bowlus, Jean Roberts, Reg Schmidt, Robert
Miller, Rosalyn Carlton, Mary Ann Albanese,
Ronnie Summers, Cindi Anderson, Linda Woodard,
Robin Husayko, Ryan Bergin, David Arispe, Coralee
Montes, Steve Straus, Nicole Netter, and Gerry van
Raavensway. The editors are grateful for the integral
administrative and secretarial support of Nancy
Pabon and Gloria Roebuck at Rush-Presbyterian-
St Luke's Medical Center.

The editors acknowledge and appreciate the prior hard
work, dedication, and foundation provided by the edi-
tors of the prior edition, Theodore C. Doege and Alan
Engelberg, and the many users of the *Guides* who sub-
mitted recommendations concerning the revision.
Their input was essential to creating this edition of the
*Guides* and ensuring subsequent revisions will meet
the needs of the population this book serves.

Linda Cocchiarella, MD, MSc,
    AMA Medical Editor

Gunnar B. J. Andersson, MD, PhD,
    Senior Medical Editor

# Chairs, Contributors, and Reviewers

## Chapter Chairs

Margit Bleecker, MD, PhD
Center for Occupational and
  Environmental Neurology
Baltimore, Maryland
The Central and Peripheral Nervous
  System

Francis I. Catlin, MD, ScD
Baylor College of Medicine
Houston, Texas
Ear, Nose, Throat, and Related
  Structures

Linda Cocchiarella, MD, MSc
American Medical Association
Chicago, Illinois
Impairment Evaluation and
Records and Reports

August Colenbrander, MD
California Pacific Medical Center and
  Smith-Kettlewell Eye Research
  Institute
San Francisco, California
The Visual System

Edward Covington, MD
Cleveland Clinic
Cleveland, Ohio
Pain

Paul E. Epstein, MD
University of Pennsylvania
Philadelphia, Pennsylvania
The Respiratory System

Eugene Frenkel, MD
University of Texas Southwestern
  Medical Center
Dallas, Texas
The Hematopoietic System

Robert H. Haralson III, MD
Maryville, Tennessee
The Spine

Frank E. Jones, MD
Nashville, TN
The Upper Extremities

Philipp M. Lippe, MD
Stanford University
San Jose, California
Pain

James V. Luck, Jr, MD
Orthopaedic Hospital
Los Angeles, California
The Lower Extremities

James R. McPherson, MD
Mayo Clinic
Rochester, Minnesota
The Digestive System

Arthur T. Meyerson, MD
New York University School of
  Medicine
New York, New York
Mental and Behavioral Disorders

Inder Perkash, MD
Stanford University
Palo Alto, California
The Urinary and Reproductive
  Systems

Nelson G. Richards, MD
Richmond, Virginia
The Central and Peripheral Nervous
  System

Harvey A. Rubenstein, MD, FACP,
  FACE
Georgetown University School of
  Medicine
McLean, Virginia
The Endocrine System

Joseph Sataloff, MD, MSc, DSc
Thomas Jefferson University
Philadelphia, Pennsylvania
Impairment Evaluation and Records
  and Reports

Genevieve de Groot Swanson, MD,
  Michigan State University
Grand Rapids, Michigan
The Upper Extremities

James S. Taylor, MD
Cleveland Clinic
Cleveland, Ohio
The Skin

Dennis C. Turk, PhD
University of Washington
Seattle, Washington
Pain

Nancy Webb, MD
Kelsey-Seybold Clinic
Houston, Texas
The Visual System

Scott Wright, MD
Mayo Clinic
Rochester, Minnesota
The Cardiovascular System: Heart and
  Aorta
The Cardiovascular System: Systemic
  and Pulmonary Arteries

v

# Contributors

Gunnar B. J. Andersson, MD, PhD
Rush-Presbyterian-St Luke's Medical
   Center
Chicago, Illinois

William S. Beckett, MD
University of Rochester School of
   Medicine and Dentistry
Rochester, New York

Scott Brown, MD
Physical Medicine and Rehabilitation
Sinai Rehabilitation Center
Baltimore, Maryland

Neil Busis, MD
Pittsburgh Neurological Group
Pittsburgh, Pennsylvania

Seine Chiang, MD
University of Alabama
Birmingham, Alabama

Linda Cocchiarella, MD, MSc
American Medical Association
Chicago, Illinois

Robert Cofield, MD
Mayo Clinic
Rochester, Minnesota

Phillip Coogan, MD
Nashville, Tennessee

G. Theodore Davis, MD
Albuquerque, New Mexico

Robert Dobie, MD
National Institute on Deafness and
   Communicative Disorders
Bethesda, Maryland

Anthony Dorto, MD, DC
Hollywood, Florida

Kenneth W. Eckmann, MD
The Neurology Center
Wheaton, Maryland

Patricia G. Engasser, MD
Stanford University
University of California, San Francisco
Atherton, California

Loren H. Engrav, MD
University of Washington School of
   Medicine
Seattle, Washington

Blair C. Filler, MD
Orthopaedic Hospital
Los Angeles, California

John J. Gerhardt, MD
Portland, Oregon

Darlene G. Kelley, MD, PhD
Mayo Clinic
Rochester, Minnesota

Randall D. Lea, MD
Center of Orthopaedic Care &
   Evaluation Medicine
Baton Rouge, Louisiana

Barry S. Levinson, MD
University of Texas Southwestern
   Medical Center and Dallas Veterans
   Administration Medical Center
Dallas, Texas

James Lockey, MD
University of Cincinnati College of
   Medicine
Cincinnati, Ohio

John D. Loeser, MD
University of Washington
Seattle, Washington

Donlin Long, MD
Johns Hopkins University Medical
   Center
Baltimore, Maryland

C. G. Toby Mathias, MD
University of Cincinnati
Cincinnati, Ohio

Tom Mayer, MD
Dallas, Texas

Michael McGoon, MD
Mayo Clinic
Rochester, Minnesota

Rick Nishimura, MD
Mayo Clinic
Rochester, Minnesota

Rajan Perkash, MD
Stanford University
Sunnyvale, California

John Phair, MD
Northwestern University
Chicago, Illinois

Mohammed I. Ranavaya, MD
Chapmanville, West Virginia

David C. Randolph, MD, MPH
Cincinnati, Ohio

Edward A. Rankin
Washington, DC

James P. Robinson, MD, PhD
University of Washington
Seattle, Washington

Joel R. Saper, MD
Ann Arbor, Michigan

Robert Thayer Sataloff, MD, DMA
Thomas Jefferson University
Graduate Hospital
Philadelphia, Pennsylvania

Gabriel Sella, MD
Martins Ferry, Ohio

William S. Shaw, MD
Integrated Health Management
Denver, Colorado

George M. Smith, MD
G. M. Smith Associates, Inc
Aliso Viejo, California

Mark Taylor, MD
San Antonio, Texas

Martha Terris, MD
Stanford University
Palo Alto, California

Mark Utell, MD
University of Rochester
Rochester, New York

Jonathan Van Geest, PhD
American Medical Association
Chicago, Illinois

# Reviewers

Peter Amadio, MD
Rochester, Minnesota

Aries Arditi, PhD
New York, New York

Ian Bailey, OD
University of California, Berkeley
Berkeley, California

John R. Balmes, MD
University of California, San
  Francisco
San Francisco, California

Peter S. Barth, PhD
University of Connecticut
Storrs, Connecticut

William Beckett, MD
University of Rochester
Rochester, New York

James L. Becton, MD
Augusta, Georgia

Janette Bertness, JD
Providence, Rhode Island

Peter V. Bieri, MD, FAADEP
Lawrence, Kansas

Stan Bigos, MD
University of Washington
Seattle, Washington

Martin Black, MD
Philadelphia, Pennsylvania

Sidney Blair, MD, FACS
Loyola University Medical Center
Maywood, Illinois

William Blair, MD
Iowa City, Iowa

Christopher R. Brigham, MD
Portland, Maine

Charles Brooks, MD, PC
Bellevue, Washington

Robert Buchanan, MD
Oklahoma City, Oklahoma

William B. Bunn, MD, JD, MPH
Northwestern University
Chicago, Illinois

John F. Burton, Jr, PhD, LLB
Rutgers: The State University of New
  Jersey
New Brunswick, New Jersey

Thomas N. Byrne, MD
New Haven, Connecticut

Daniel Barry Carr, MD
Boston, Massachusetts

Susan O. Cassidy, MD, JD
Madison, Connecticut

Robert Cohen, MD
Chicago, Illinois

Alan L. Colledge, MD
Salt Lake City, Utah

Anne L. Corn, EdD
Vanderbilt University
Nashville, Tennessee

James Culver, MD
Cleveland, Ohio

Steven Darnell, MBA
Camas, Washington

Stanley Dersinski, MD
Redwood City, California

Mary Dombovy, MD
Rochester, New York

Joseph Drozda, MD
Chesterfield, Missouri

Eleanor Faye, MD
New York, New York

Michael Feuerstein, PhD
Uniformed Services University
Bethesda, Maryland

Donald Fletcher, MD
Birmingham, Alabama

Linda Forst, MD, MPH
University of Illinois
Chicago, Illinois

Robert J. Gatchel, PhD
University of Texas
Dallas, Texas

Elizabeth Genovese-Stone, MD, MBA
Bala Cynwyd, Pennsylvania

Philip Harber, MD
University of California, Los Angeles
Los Angeles, California

Holly B. Hahn, MD
Indiana University
Indianapolis, Indiana

Scott Halderman, MD
Santa Ana, California

Stephen Hanauer, MD
University of Chicago
Chicago, Illinois

Rowland Hazard, MD
University of Vermont
Williston, Vermont

George E. Healy, Jr, MD
Providence, Rhode Island

Lea Hyvärinen, MD
Helsinki, Finland

Mariell Jessup, MD
University of Pennsylvania
Philadelphia, Pennsylvania

Norman Johanson-Phil, MD
Philadelphia, Pennsylvania

Alan Johnston, PhD
University of Melbourne
Melbourne, Australia

Morton Kasden, MD
Louisville, Kentucky

Richard Katz, MD
St Louis, Missouri

Gideon Letz, MD, MPH
San Francisco, California

Philip Levy, MD
Phoenix, Arizona

Stephen Lord, JD
Boise, Idaho

Dean S. Louis, MD
Ann Arbor, Michigan

Boris D. Lushniak, MD, MPH
NIOSH
Cincinnati, Ohio

Peter J. Mandel, MD
San Francisco, California

Robert Massof, PhD
Johns Hopkins University
Baltimore, Maryland

Mark Melhorn, MD
Wichita, Kansas

Kathryn Mueller, MD
Littleton, Colorado

John Niparko, MD
Johns Hopkins University
Baltimore, Maryland

Mohamed M. Panjabi, PhD
Yale University
New Haven, Connecticut

Arun Perkash, MD
Stanford University
Sunnyvale, California

Dante J. Pieramici, MD
Johns Hopkins University
Baltimore, Maryland

Carrie Redlich, MD, MPH
Yale University
New Haven, Connecticut

Robert D. Rondinelli, MD, PhD
University of Kansas
Kansas City, Kansas

Cecile S. Rose, MD, MHP
Denver, Colorado

Henry J. Roth, MD
Denver, Colorado

Spencer Rowland, MD
San Antonio, Texas

Brian Schulman, MD
Bethesda, Maryland

Marcia Scott, MD
Cambridge, Massachusetts

William Shaw, MD
Denver, Colorado

Elizabeth Sherertz, MD
Wake Forest University
Winston-Salem, North Carolina

Priscilla Short, MD
American Medical Association
Chicago, Illinios

Emily A. Spieler, JD
West Virginia University
Morgantown, West Virginia

Gordon Steinagle, DO
Buffalo, New York

Henry (Hal) Lee Stockbridge,
MD, MPH
Olympia, Washington

William M. Swartz, MD
Pittsburgh, Pennsylvania

James Talmage, MD
Cookeville, Tennessee

Marc T. Taylor, MD
San Antonio, Texas

Michael I. Vender, MD
Arlington Heights, Illinois

Greg Wagner, MD
Morgantown, West Virginia

Mary Warren, OT
Kansas City, Missouri

# American Medical Association Staff

## Professional Standards

Clair M. Callan, MD, MBA
Vice President
Division of Science, Quality and
  Public Health

Arthur Elster, MD
Director of Clinical and Public Health
  Practice and Outcomes

Linda Cocchiarella, MD, MSc
Senior Scientist
AMA Medical Editor
*Guides to the Evaluation of Permanent
  Impairment,* Fifth Edition

Thomas Houston, MD
Director of Science and Public Health
  Advocacy Programs

Priscilla Short, MD
Director of Genetic Medicine

Jonathan Van Geest, PhD
Ethical Standards

Ryan Bergin, Editorial Assistant

Cynthia Colvin, Senior Secretary

Mary Haynes, Administrative
  Secretary

Mary Wilborn, Assistant to the
  Director

## AMA Press

Tony Frankos, Vice President,
  Business Products

Mary Lou White, Editorial Director

Barry Bowlus, Senior Acquisitions
  Editor

Jean Roberts, Director, Production and
  Manufacturing

Reg Schmidt, Marketing Manager

Rosalyn Carlton, Senior Production
  Coordinator

Ronnie Summers, Senior Print
  Coordinator

Mary Ann Albanese, Image
  Coordinator

## Office of the General Counsel

B. J. Anderson, JD

Bruce Blehart, JD

Andrea Cooper-Finkel, JD

Karla Kinderman, JD

# Table of Contents

**Chapter 1**

## Philosophy, Purpose, and Appropriate Use of the *Guides*    1

| | | |
|---|---|---|
| 1.1 | History | 1 |
| 1.2 | Impairment, Disability, and Handicap | 2 |
| 1.3 | The Organ System and Whole Body Approach to Impairment | 9 |
| 1.4 | Philosophy and Use of the Combined Values Chart | 9 |
| 1.5 | Incorporating Science With Clinical Judgment | 10 |
| 1.6 | Causation, Apportionment Analysis, and Aggravation | 11 |
| 1.7 | Use of the *Guides* | 12 |
| 1.8 | Impairment Evaluations in Workers' Compensation | 13 |
| 1.9 | Employability Determinations | 13 |
| 1.10 | Railroad and Maritime Workers | 14 |
| 1.11 | The Physician's Role Based on the Americans with Disabilities Act (ADA) | 14 |
| 1.12 | Summary | 15 |

**Chapter 2**

## Practical Application of the *Guides*    17

| | | |
|---|---|---|
| 2.1 | Defining Impairment Evaluations | 18 |
| 2.2 | Who Performs Impairment Evaluations? | 18 |
| 2.3 | Examiners' Roles and Responsibilities | 18 |
| 2.4 | When Are Impairment Ratings Performed? | 19 |
| 2.5 | Rules for Evaluation | 19 |
| 2.6 | Preparing Reports | 21 |

**Chapter 3**

## The Cardiovascular System: Heart and Aorta    25

| | | |
|---|---|---|
| 3.1 | Principles of Assessment | 26 |
| 3.2 | Vavular Heart Disease | 29 |
| 3.3 | Coronary Heart Disease | 35 |
| 3.4 | Congenital Heart Disease | 42 |
| 3.5 | Cardiomyopathies | 47 |
| 3.6 | Pericardial Heart Disease | 52 |
| 3.7 | Arrhythmias | 56 |
| 3.8 | Cardiovascular Impairment Evaluation Summary | 60 |

**Chapter 4**

## The Cardiovascular System: Systemic and Pulmonary Arteries    65

| | | |
|---|---|---|
| 4.1 | Hypertensive Cardiovascular Disease | 66 |
| 4.2 | Diseases of the Aorta | 70 |
| 4.3 | Vascular Diseases Affecting the Extremities | 73 |
| 4.4 | Diseases of the Pulmonary Arteries | 79 |
| 4.5 | Cardiovascular Impairment Evaluation Summary | 82 |

**Chapter 5**

## The Respiratory System    87

| | | |
|---|---|---|
| 5.1 | Principles of Assessment | 88 |
| 5.2 | Symptoms Associated With Respiratory Disease | 89 |
| 5.3 | Tobacco Use and Environment Exposure Associated With Respiratory Disease | 90 |
| 5.4 | Examinations, Clinical Studies, and Other Tests for Evaluating Respiratory Disease | 91 |

5.5     Asthma . . . . . . . . . . . . . . . . . . . . . . 102
5.6     Obstructive Sleep Apnea . . . . . . . . . . . . . 105
5.7     Hypersensitivity Pneumonitis. . . . . . . . . . . 105
5.8     Pneumoconiosis . . . . . . . . . . . . . . . . . . 106
5.9     Lung Cancer. . . . . . . . . . . . . . . . . . . . 106
5.10    Permanent Impairment Due to
        Respiratory Disorders . . . . . . . . . . . . . . 107
5.11    Respiratory Impairment Evaluation
        Summary . . . . . . . . . . . . . . . . . . . . . 112

## Chapter 6

## The Digestive System                117

6.1     Principles of Assessment. . . . . . . . . . . . . 118
6.2     Upper Digestive Tract . . . . . . . . . . . . . . 120
6.3     Colon, Rectum, and Anus. . . . . . . . . . . . . 128
6.4     Enterocutaneous Fistulas . . . . . . . . . . . . 132
6.5     Liver and Biliary Tract . . . . . . . . . . . . . 133
6.6     Hernias. . . . . . . . . . . . . . . . . . . . . . 136
6.7     Digestive System Impairment
        Evaluation Summary. . . . . . . . . . . . . . . 138

## Chapter 7

## The Urinary and
## Reproductive Systems              143

7.1     Principles of Assessment. . . . . . . . . . . . . 144
7.2     The Urinary System. . . . . . . . . . . . . . . . 144
7.3     Upper Urinary Tract . . . . . . . . . . . . . . . 145
7.4     Urinary Diversion . . . . . . . . . . . . . . . . 150
7.5     Bladder . . . . . . . . . . . . . . . . . . . . . 151
7.6     Urethra. . . . . . . . . . . . . . . . . . . . . . 153
7.7     Male Reproductive Organs . . . . . . . . . . . . 157
7.8     Female Reproductive Organs . . . . . . . . . . . 163
7.9     Urinary and Reproductive Systems
        Impairment Evaluation Summary . . . . . . . . 170

## Chapter 8

## The Skin                          173

8.1     Principles of Assessment. . . . . . . . . . . . . 174
8.2     Disfigurement. . . . . . . . . . . . . . . . . . . 175
8.3     Scars and Skin Grafts . . . . . . . . . . . . . . 176
8.4     Contact Dermatitis . . . . . . . . . . . . . . . . 176
8.5     Natural Rubber Latex Allergy . . . . . . . . . . 177
8.6     Skin Cancer . . . . . . . . . . . . . . . . . . . 177

8.7     Criteria for Rating Permanent
        Impairment Due to Skin Disorders. . . . . . . . 178
8.8     Skin Impairment Evaluation Summary. . . . . . 188

## Chapter 9

## The Hematopoietic System          191

9.1     Principles of Assessment. . . . . . . . . . . . . 192
9.2     Anemia . . . . . . . . . . . . . . . . . . . . . . 192
9.3     Polycythemia and Myelofibrosis . . . . . . . . . 196
9.4     White Blood Cell Disease or Abnormalities . . 197
9.5     Hemorrhagic and Platelet Disorders . . . . . . . 203
9.6     Thrombotic Disorders . . . . . . . . . . . . . . 206
9.7     Hematologic Impairment Evaluation
        Summary . . . . . . . . . . . . . . . . . . . . . 208

## Chapter 10

## The Endocrine System              211

10.1    Principles of Assessment. . . . . . . . . . . . . 212
10.2    Hypothalamic.Pituitary Axis. . . . . . . . . . . 212
10.3    Thyroid. . . . . . . . . . . . . . . . . . . . . . 217
10.4    Parathyroids . . . . . . . . . . . . . . . . . . . 219
10.5    Adrenal Cortex. . . . . . . . . . . . . . . . . . 222
10.6    Adrenal Medulla. . . . . . . . . . . . . . . . . 228
10.7    Pancreas (Islets of Langerhans) . . . . . . . . . 230
10.8    Gonads . . . . . . . . . . . . . . . . . . . . . . 237
10.9    Mammary Glands. . . . . . . . . . . . . . . . . 239
10.10   Metabolic Bone Disease . . . . . . . . . . . . . 240
10.11   Endocrine System Impairment
        Evaluation Summary. . . . . . . . . . . . . . . 241

## Chapter 11

## Ear, Nose, Throat, and
## Related Structures                245

11.1    Principles of Assessment. . . . . . . . . . . . . 246
11.2    The Ear. . . . . . . . . . . . . . . . . . . . . . 246
11.3    The Face. . . . . . . . . . . . . . . . . . . . . . 255
11.4    The Nose, Throat, and Related Structures . . . 259
11.5    Ear, Nose, Throat, and Related Structures
        Impairment Evaluation Summary . . . . . . . . 272

## Chapter 12

### The Visual System                277

12.1   Principles of Assessment. . . . . . . . . . . . . . . 278
12.2   Impairment of Visual Acuity . . . . . . . . . . . . 281
12.3   Impairment of the Visual Field . . . . . . . . . . 287
12.4   Impairment of the Visual System . . . . . . . . 296
12.5   Visual Acuity Measurement at Near
       (Reading Acuity). . . . . . . . . . . . . . . . . . . . . . 300

## Chapter 13

### The Central and Peripheral
### Nervous System                305

13.1   Principles of Assessment. . . . . . . . . . . . . . . 305
13.2   Criteria for Rating Impairment Due
       to Central Nervous System Disorders . . . . . . 308
13.3   Criteria for Rating Cerebral Impairments. . . . 309
13.4   Criteria for Rating Impairments of the
       Cranial Nerves . . . . . . . . . . . . . . . . . . . . . . . 327
13.5   Criteria for Rating Impairments of
       Station, Gait, and Movement Disorders . . . . 336
13.6   Criteria for Rating Impairments of Upper
       Extremities Related to Central Impairment . . 338
13.7   Criteria for Rating Spinal Cord and
       Related Impairments. . . . . . . . . . . . . . . . . . . 340
13.8   Criteria for Rating Impairments Related
       to Chronic Pain. . . . . . . . . . . . . . . . . . . . . . . 343
13.9   Criteria for Rating Impairments of
       the Peripheral Nervous System,
       Neuromuscular Junction, and
       Muscular System . . . . . . . . . . . . . . . . . . . . . 344
13.10  Nervous System Impairment Evaluation
       Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . 352

## Chapter 14

### Mental and Behavioral Disorders    357

14.1   Principles of Assessment. . . . . . . . . . . . . . . 358
14.2   Psychiatric Diagnosis and Impairment . . . . . . 359
14.3   A Method of Evaluating Psychiatric
       Impairment . . . . . . . . . . . . . . . . . . . . . . . . . 361
14.4   Assessing Impairment Severity . . . . . . . . . . . 364
14.5   Examples of Impairment Due to Mental
       and Behavioral Disorders . . . . . . . . . . . . . . . 367
14.6   Format of the Impairment Report . . . . . . . . 370

## Chapter 15

### The Spine                373

15.1   Principles of Assessment. . . . . . . . . . . . . . . 374
15.2   Determining the Appropriate Method
       for Assessment. . . . . . . . . . . . . . . . . . . . . . . 379
15.3   Diagnosis-Related Estimates Method . . . . . . 381
15.4   DRE: Lumbar Spine. . . . . . . . . . . . . . . . . . . . 384
15.5   DRE: Thoracic Spine . . . . . . . . . . . . . . . . . . 388
15.6   DRE: Cervical Spine . . . . . . . . . . . . . . . . . . . 392
15.7   Rating Corticospinal Tract Damage . . . . . . . . 395
15.8   Range-of-Motion Method . . . . . . . . . . . . . . 398
15.9   ROM: Lumbar Spine . . . . . . . . . . . . . . . . . . . 405
15.10  ROM: Thoracic Spine . . . . . . . . . . . . . . . . . . 411
15.11  ROM: Cervical Spine. . . . . . . . . . . . . . . . . . . 417
15.12  Nerve Root and/or Spinal Cord . . . . . . . . . . 423
15.13  Criteria for Converting Whole Person
       Impairment to Regional Spine Impairment . . 427
15.14  The Pelvis . . . . . . . . . . . . . . . . . . . . . . . . . . . 427
15.15  Spine Evaluation Summary . . . . . . . . . . . . . . 429

## Chapter 16

### The Upper Extremities    433

16.1   Principles of Assessment. . . . . . . . . . . . . . . 434
16.2   Amputations . . . . . . . . . . . . . . . . . . . . . . . . 441
16.3   Sensory Impairment Due to Digital
       Nerve Lesions . . . . . . . . . . . . . . . . . . . . . . . . 445
16.4   Evaluating Abnormal Motion . . . . . . . . . . . . 450
16.5   Impairment of the Upper Extremities
       Due to Peripheral Nerve Disorders. . . . . . . . . 480
16.6   Impairment of the Upper Extremities
       Due to Vascular Disorders. . . . . . . . . . . . . . . 497
16.7   Impairment of the Upper Extremities
       Due to Other Disorders. . . . . . . . . . . . . . . . . 498
16.8   Strength Evaluation . . . . . . . . . . . . . . . . . . . 507
16.9   Summary of Steps for Evaluating
       Impairments of the Upper Extremity . . . . . . . 511
16.10  Clinical Examples . . . . . . . . . . . . . . . . . . . . . 512

**Chapter 17**

The Lower Extremities                     523

17.1   Principles of Assessment . . . . . . . . . . . . . . . 524
17.2   Methods of Assessment . . . . . . . . . . . . . . . 525
17.3   Lower Extremity Impairment Evaluation
       Procedure Summary and Examples . . . . . . . . 555


**Chapter 18**

Pain                                      565

18.1   Principles of Assessment . . . . . . . . . . . . . . . 566
18.2   Overview of Pain . . . . . . . . . . . . . . . . . . . . 566
18.3   Integrating Pain-Related Impairment
       Into the Conventional Impairment
       Rating System . . . . . . . . . . . . . . . . . . . . . . 569
18.4   Behavioral Confounders . . . . . . . . . . . . . . . 581
18.5   How to Rate Pain-Related Impairment:
       A Sample Protocol . . . . . . . . . . . . . . . . . . . 583
18.6   Psychogenic Pain . . . . . . . . . . . . . . . . . . . . 585
18.7   Malingering . . . . . . . . . . . . . . . . . . . . . . . . 585
18.8   Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . 586
18.9   Case Examples . . . . . . . . . . . . . . . . . . . . . . 586

**Appendix**

Recording Range-of-Motion
Measurements                              593


**Glossary**
                                          599


**Combined Values Chart**
                                          604


**Index**
                                          607



Fig. 89 Approximate distribution of dermatomes on the lower limb.

Case 1:06-cv-00008    Document 90    Filed 02/19/2008    Page 25 of 26



*Fig. 90* Approximate distribution of dermatomes on the perineum.