

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGÅTÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>CERTIFICATE OF SERVICE |

I, Robert L. Keogh, hereby certify that on the 18th day of February, 2008, I caused to be served via facsimile and again on the 19th of February, 2008 I caused to be served via hand delivery, a true and correct copy of the **PLAINTIFFS' AMENDED EXHIBIT LIST and PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT** in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 2/19/08

By: /s/ ROBERT L. KEOGH

ORIGINAL