1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  KATHARYNE P. CLARK
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

FEB 1 9 2008

JEANNE G. QUINATA
Clerk of Court

7  Attorneys for the United States of America

8

9                   **DISTRICT COURT OF GUAM**

10                   **TERRITORY OF GUAM**

11

12  DEBORAH K. RUTLEDGE and THOMAS )      CIVIL CASE NO. 06-00008
    R. RUTLEDGE,                     )
13                                   )
            Plaintiffs,              )
14                                   )      **FOURTH AMENDED**
         vs.                         )      **UNITED STATES'**
15                                   )      **EXHIBIT LIST**
    UNITED STATES OF AMERICA,        )
16                                   )
            Defendant.               )
17  _____ )

18

19      United States of America, through its attorneys hereby files with the Court a fourth

20  amended exhibit list with the addition of Government Exhibit U.

        Respectfully submitted this 19th day of February, 2008.
21

22
                                     LEONARDO M. RAPADAS
23                                   United States Attorney
                                     Districts of Guam and CNMI
24

25                          By:  _____
                                     MIKEL W. SCHWAB
26                                   Assistant U.S. Attorney
                                     KATHARYNE P. CLARK
27                                   Special Assistant U.S. Attorney

28

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Identified | Admitted |
|---|---|---|---|
| A. | Expert Report of Michael Meriwther, M.D., Ph.D.<br>RUT 391 - 435 | _____ | _____ |
| B. | Expert Report of Laura Taylor, Ph.D.<br>TAY 001 - 051 | _____ | _____ |
| C. | Demonstrative Exhibit C | _____ | _____ |
| D. | Demonstrative Exhibit D | _____ | _____ |
| E. | Demonstrative Exhibit E | _____ | _____ |
| F. | Demonstrative Exhibit F | _____ | _____ |
| G. | Demonstrative Exhibit G | _____ | _____ |
| H. | Demonstrative Exhibit H | _____ | _____ |
| I. | Demonstrative Exhibit I | _____ | _____ |
| J. | Demonstrative Exhibit J | _____ | _____ |
| K. | SF-95 Claim by Plaintiffs, RUT 003-006 | _____ | _____ |
| L. | Medical Records from Whiteman Air Force Base<br>RUT 007-029 and RUT 469 | _____ | _____ |
| M. | Medical Records from Andersen Air Force Base<br>AAFB_001 - AAFB_015 | _____ | _____ |
| N. | Medical Records from U.S. Naval Hospital, Guam<br>USNH 001 - 0021 | _____ | _____ |
| O. | Medical Records from Tripler Army Medical Center<br>TAMC 001 - 00176 | _____ | _____ |
| P. | Medical Records from Naval Medical Center, Bethesda<br>RUT 438-456 | _____ | _____ |
| Q. | Medical Records from Tinker Air Force Base<br>TINK 001 - 056 | _____ | _____ |
| R. | U.S. Military Composite Health Care System printouts<br>Tripler AMC and NMC Bethesda, CHCS 001-0020 | _____ | _____ |
| S. | Medical summary from Dr. Philip Mosca<br>RUT 488 | _____ | _____ |
| T. | U.S. Naval Hospital, Guam Appointment List | _____ | _____ |
| U. | Laura J. Taylor's Supplemental Report | _____ | _____ |