**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**TRIAL**

CASE NO.: CV-06-00008  DATE: February 19, 2008
CAPTION: Deborah K. Rutledge and Thomas R. Rutledge v. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:39:30 - 11:27:43
        Carmen B. Santos            1:43:28 - 2:52:26
                        3:07:22 - 4:33:20

CSO: J. Lizama

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Robert L. Keogh  Mikel W. Schwab
   Katharyne P. Clark

---

**PROCEEDINGS: Bench Trial - Day 1**

- Day no. 1 of trial.
- Parties agreed to sequester witnesses with the exception of Dr. Meriwether and to place witnesses on a 3 hour call notice.
- Ms. Clark requested for Mrs. Rutledge to execute authorizations for medical records. Counsel for Mrs. Rutledge stated that his client had executed the waiver.
- Motion for Rule 35 Examination: <u>denied</u>. Motion for Leave to File Amended Expert Report: <u>granted</u>.
- Mr. Keogh noted his objections to rebuttal witnesses Maj. Emma McClain and Lt. David Lang stating that they were never disclosed. The court held ruling in abeyance.
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Opening Statements made by <u>plaintiff</u>.
- Continued Bench Trial: <u>February 20, 2008 at 9:00 a.m.</u>
- Court stated that trial set for Thursday, <u>February 21, 2008 at 8:00 a.m.</u>

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present.

Marie Chenery also present to assist Government with documents and technology.

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| | |
|---|---|
| **Deborah K. Rutledge and Thomas R. Rutledge**<br><br>V.<br>**United States of America** | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: **CV-06-00008** |

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab and Katharyne P. Clark** |
|---|---|---|
| HEARING DATE (S)<br>February 19, 2008 | COURT RECORDER<br>Virginia T. Kilgore / Carmen B. Santos | COURTROOM DEPUTY<br>Carmen B. Santos / Virginia T. Kilgore |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Mr. Schwab stated a standing objection as to the admissibility of treatment prior to August 25, 2004 as being irrelevant and not related to causation.** |
| | | | | | | **Deborah K. Rutledge, called and sworn** |
| | | | | | | **3:09 DX by Mr. Keogh** |
| | 3 | | | 2/19/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult |
| | 5 | | | 2/19/08 | | August 2, 2004 AAFB medical record Low Back Pain Adult |
| | 8 | | | 2/19/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | | | | | | 4:14:40 - Objection as to phone conversation of August 22, 2004 (hearsay) by Mr. Schwab |
| | | | | | | 4:15:48 - Objection overruled |
| | | | | | | 4:17:40 - Objection as to phone conversation of August 25, 2004 |
| | | | | | | 4:18:10 - Objection overruled |
| | | | | | | |
| | | | | | | 4:32:22 Court adjourns |

Page -1-

Case 1:06-cv-00008    Document 94    Filed 02/19/2008    Page 2 of 2