# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008     DATE: February 20, 2008
CAPTION: Deborah K. Rutledge, et al. vs. United States of America

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:08:01 - 9:47:32;
                Carmen B. Santos                     10:10:24 - 11:30:40;
                                                            11:48:53 - 11:57:18;
                                                            1:16:00 - 2:42:53;
                                                            3:04:25 - 3:52:58;
                                                            4:07:24 - 4:28:10

CSO: J. Lizama/J. McDonald

**APPEARANCES:**

Counsel for Plaintiff(s)                   Counsel for Defendant(s)
Robert L. Keogh                           Mikel W. Schwab
                                                  Katharyne P. Clark

**PROCEEDINGS: Continued Bench Trial - Day 2**

- Day no. 2 of trial.
- Witness sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Plaintiff to provide name of mental health provider in order to obtain records; or certified copies of mental health records; by close of business Friday, February 22, 2008.
- Court is adjourned until Thursday, February 21, 2008 at 8:00 a.m

NOTES: Plaintiffs Deborah K. Rutledge and Thomas R. Rutledge present. Dr. Meriwether, Marie Chenery and Jessica Cruz also present

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| | |
|---|---|
| **Deborah K. Rutledge and Thomas R. Rutledge**<br><br>V.<br>**United States of America** | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: **CV-06-00008** |

| PRESIDING JUDGE<br>Judge Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY<br>Robert L. Keogh | DEFENDANT'S ATTORNEY<br>Mikel W. Schwab and Katharyne P. Clark |
|---|---|---|
| HEARING DATE (S)<br>February 19, 2008 | COURT RECORDER<br>Virginia T. Kilgore / Carmen B. Santos | COURTROOM DEPUTY<br>Virginia T. Kilgore / Carmen B. Santos |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Mr. Schwab stated a standing objection as to the admissibility of treatment prior to August 25, 2004 as being irrelevant and not related to causation.** |
| | | | | | | **Deborah K. Rutledge, called and sworn** |
| | | | | | | **3:09 DX by Mr. Keogh** |
| | 3 | | | 2/19/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult |
| | 5 | | | 2/19/08 | | August 2, 2004 AAFB medical record Low Back Pain Adult |
| | 8 | | | 2/19/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | | | | | | 4:14:40 - Objection as to phone conversation of August 22, 2004 (hearsay) by Mr. Schwab |
| | | | | | | 4:15:48 - Objection overruled |
| | | | | | | 4:17:40 - Objection as to phone conversation of August 25, 2004 |
| | | | | | | 4:18:10 - Objection overruled |
| | | | | | | |
| | | | | | | 4:32:22 Court adjourns |
| | | | | | | |
| | | | | | | **Continued DX of Deborah K. Rutledge at 9:09:45 a.m., February 20, 2008** |
| | | | | | | 9:15:10 - Objection re statement of Dr. Duncan on hearsay grounds |
| | | | | | | 9:25:18 - Objection overruled - state of mind and subsequent conduct |
| | | | | | | 9:34:22 - Objection re statements made of Trippler Doctors to Ms. Rutledge on hearsay grounds |
| | | | | | | |
| | | | | | | *10:10:24 Court resumes session* |
| | | | | | | 10:11:10 - Statements allowed conditionally, if after further consideration and review, that statements of doctors meets party-opponent requirements, ruling will be re-examined; parties may be brief the issue. |
| | | | | | | 10:16:29 - Continued DX of Deborah K. Rutledge |
| | | | | | | 10:24:16 - Objection re Maryland doctors' statement on hearsay grounds |

| PRESIDING JUDGE Judge Frances M. Tydingco-Gatewood | | | | | | PLAINTIFF'S ATTORNEY Robert L. Keogh | DEFENDANT'S ATTORNEY Mikel W. Schwab and Katharyne P. Clark |
| --- | --- | --- | --- | --- | --- | --- | --- |
| HEARING DATE (S) February 19, 2008 | | | | | | COURT RECORDER Virginia T. Kilgore / Carmen B. Santos | COURTROOM DEPUTY Virginia T. Kilgore / Carmen B. Santos |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 10:26:35 - Objection overruled; statements allowed | |
| | | | | | | 10:32:00 - Objection re Dr Barone's statements on hearsay grounds | |
| | | | | | | 10:32:55 - Statements allowed | |
| | | | | | | 10:43:10 - Objection on hearsay grounds | |
| | | | | | | 10:43:18 - Mr. Keogh - question withdrawn | |
| | | | | | | 10:43:20 - Withdrawn | |
| | | | | | | 10:48:53 - Objection re medication/narcotics on foundation grounds | |
| | | | | | | 10:49:00 - Question withdrawn | |
| | | | | | | 10:49:24 - Answer stricken | |
| | | | | | | 10:58:34 - Objection on hearsay grounds | |
| | | | | | | 10:58:40 - Question withdrawn | |
| | | | | | | 10:59:30 - Objection on hearsay grounds | |
| | | | | | | 10:59:42 - Overruled | |
| | | | | | | 10:59:55 - Objection on foundation grounds | |
| | | | | | | 11:00:17 - Overruled | |
| | 29 | | | 2/20/08 | | January 2008 Maid Service Quotations | |
| | | | | | | 11:01:48 - Objection re Exhibit 29 on hearsay grounds - no foundation | |
| | | | | | | 11:09:12 - Objection overruled | |
| | | | | 2/20/08 | | 11:10:48 - Request to enter into evidence | |
| | | | | | | 11:10:48 - Objection on hearsay grounds; no foundation | |
| | | | | | | 11:12:03 - Court - | |
| | | | | | | 11:14:40 - preserving record | |
| | | | | | | 11:14:50 - court notes that the Rule is narrow; if no objection, deemed waived - LR 16.7(f)(2) | |
| | 29 | | | | 2/20/08 | Overruled - admitted into evidence | |
| | 23 | | | 2/20/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles; Tab 1, p2; Tab 2, p3; Tab 3; | |
| | | | | | | *11:48:53 Court resumes session* | |
| | | | | | | 11:53:18 - Demonstration of Plaintiff Deborah Rutledge's gait. | |
| | | | | | | 11:54:33 - End DX | |
| | | | | | | *1:16:00 Court resumes session* | |
| | | | | | | **1:__:__ CX by Mr. Schwab** | |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force (pp. 3; 5) | |
| | | | | | | 1:48:47 - objection - speculation | |
| | | | | | | 1:48:50 - sustained | |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force Base (p. 8) | |
| | | | | | | 2:10:47 - objection - mis-characterization | |
| | | | | | | 2:10:50 - sustained | |

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Judge Frances M. Tydingco-Gatewood** | | | | | | **Robert L. Keogh** | **Mikel W. Schwab and Katharyne P. Clark** |
| HEARING DATE (S) | | | | | | COURT RECORDER | COURTROOM DEPUTY |
| February 19, 2008 | | | | | | Virginia T. Kilgore / Carmen B. Santos | Virginia T. Kilgore / Carmen B. Santos |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force Base (p. 13) | |
| | | | | | | *3:04:25 Court resumes session* | |
| | | L | | 2/20/08 | | Medical Records from Whiteman Air Force Base (pp. 29, 30) | |
| | | V | | 2/20/08 | | U.S. Military Composite Health Care System printouts (pp. 23, 24, 34, 55, 56) | |
| | 19 | | | 2/20/08 | | July 12, 2007 Plaintiffs Supplemental Rule 26 Disclosures of Medical Records from Oklahoma City, OK | |
| | | | | | | *4:07:28 Court resumes session* | |
| | | | | | | 4:08:28 Objection re questions as to written statement | |
| | | | | | | 4:14:22 End CX | |
| | | | | | | 4:14:35 Re-DX | |
| | 23 | | | 2/20/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles; Tab 1) | |
| | | | | | | 4:16:18 End Re-DX | |
| | 19 | | | | 2/20/08 | Request to admit Plaintiff 19; admitted. Court will allow plaintiffs to submit supplemental records. | |