# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008            DATE: February 21, 2008
CAPTION: Deborah K. Rutledge, et al. vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 8:08:22 - 9:02:54 |
| Carmen B. Santos | 9:22:06 - 10:48:32 |
| | 11:06:20 - 12:01:17 |
| | (Side bar: 12:02:07 - 12:08:29) |

CSO: L. Ogo/J. Lizama

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Robert L. Keogh | Mikel W. Schwab |
| | Katharyne P. Clark |

---

**PROCEEDINGS: Continued Bench Trial - Day 3**

- Day no. 3 of trial.
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Oral request by plaintiff to have Dr. Duncan send his presentation located in his laptop which he used for receiving continuing education credits. Ms. Clark requested that Dr. Duncan send the presentation to her so that she may review prior to disclosing to plaintiff <u>granted</u>.
- Court adjourns until Friday, February 22, 2008.

NOTES: Plaintiffs Deborah K. Ruthledge and Thomas R. Ruthledge present. Dr. Meriwether present and seated at defense table. Dr. Toll present for the plaintiffs and seated in gallery.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**Deborah K. Rutledge and Thomas R. Rutledge**

**V.**

**United States of America**

**EXHIBIT AND WITNESS LIST**

Case Number: **CV-06-00008**

| PRESIDING JUDGE  Judge Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY  Robert L. Keogh | DEFENDANT'S ATTORNEY  Mikel W. Schwab and Katharyne P. Clark |
|---|---|---|
| HEARING DATE (S)  February 19, 2008 | COURT RECORDER  Virginia T. Kilgore / Carmen B. Santos | COURTROOM DEPUTY  Virginia T. Kilgore / Carmen B. Santos |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Mr. Schwab stated a standing objection as to the admissibility of treatment prior to August 25, 2004 as being irrelevant and not related to causation.** |
| | | | | | | **Deborah K. Rutledge, called and sworn** |
| | | | | | | **3:09 DX by Mr. Keogh** |
| | 3 | | | 2/19/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult |
| | 5 | | | 2/19/08 | | August 2, 2004 AAFB medical record Low Back Pain Adult |
| | 8 | | | 2/19/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | | | | | | 4:14:40 - Objection as to phone conversation of August 22, 2004 (hearsay) by Mr. Schwab |
| | | | | | | 4:15:48 - Objection overruled |
| | | | | | | 4:17:40 - Objection as to phone conversation of August 25, 2004 |
| | | | | | | 4:18:10 - Objection overruled |
| | | | | | | |
| | | | | | | 4:32:22 Court adjourns |
| | | | | | | |
| | | | | | | **Continued DX of Deborah K. Rutledge at 9:09:45 a.m., February 20, 2008** |
| | | | | | | 9:15:10 - Objection re statement of Dr. Duncan on hearsay grounds |
| | | | | | | 9:25:18 - Objection overruled - state of mind and subsequent conduct |
| | | | | | | 9:34:22 - Objection re statements made of Trippler Doctors to Ms. Rutledge on hearsay grounds |
| | | | | | | |
| | | | | | | *10:10:24 Court resumes session* |
| | | | | | | 10:11:10 - Statements allowed conditionally, if after further consideration and review, that statements of doctors meets party-opponent requirements, ruling will be re-examined; parties may be brief the issue. |
| | | | | | | 10:16:29 - Continued DX of Deborah K. Rutledge |
| | | | | | | 10:24:16 - Objection re Maryland doctors' statement on hearsay grounds |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:26:35 - Objection overruled; statements allowed |
| | | | | | | 10:32:00 - Objection re Dr Barone's statements on hearsay grounds |
| | | | | | | 10:32:55 - Statements allowed |
| | | | | | | 10:43:10 - Objection on hearsay grounds |
| | | | | | | 10:43:18 - Mr. Keogh - question withdrawn |
| | | | | | | 10:43:20 - Withdrawn |
| | | | | | | 10:48:53 - Objection re medication/narcotics on foundation grounds |
| | | | | | | 10:49:00 - Question withdrawn |
| | | | | | | 10:49:24 - Answer stricken |
| | | | | | | 10:58:34 - Objection on hearsay grounds |
| | | | | | | 10:58:40 - Question withdrawn |
| | | | | | | 10:59:30 - Objection on hearsay grounds |
| | | | | | | 10:59:42 - Overruled |
| | | | | | | 10:59:55 - Objection on foundation grounds |
| | | | | | | 11:00:17 - Overruled |
| | 29 | | | 2/20/08 | | January 2008 Maid Service Quotations |
| | | | | | | 11:01:48 - Objection re Exhibit 29 on hearsay grounds - no foundation |
| | | | | | | 11:09:12 - Objection overruled |
| | | | 2/20/08 | | | 11:10:48 - Request to enter into evidence |
| | | | | | | 11:10:48 - Objection on hearsay grounds; no foundation |
| | | | | | | 11:12:03 - Court - |
| | | | | | | 11:14:40 - preserving record |
| | | | | | | 11:14:50 - court notes that the Rule is narrow; if no objection, deemed waived - LR 16.7(f)(2) |
| | 29 | | | | 2/20/08 | Overruled - admitted into evidence |
| | 23 | | | 2/20/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles; Tab 1, p2; Tab 2, p3; Tab 3; |
| | | | | | | *11:48:53 Court resumes session* |
| | | | | | | 11:53:18 - Demonstration of Plaintiff Deborah Rutledge's gait. |
| | | | | | | 11:54:33 - End DX |
| | | | | | | |
| | | | | | | *1:16:00 Court resumes session* |
| | | | | | | **1:__:__ CX by Mr. Schwab** |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force (pp. 3; 5) |
| | | | | | | 1:48:47 - objection - speculation |
| | | | | | | 1:48:50 - sustained |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force Base (p. 8) |
| | | | | | | 2:10:47 - objection - mis-characterization |
| | | | | | | 2:10:50 - sustained |

PRESIDING JUDGE
Judge Frances M. Tydingco-Gatewood
PLAINTIFF'S ATTORNEY
Robert L. Keogh
DEFENDANT'S ATTORNEY
Mikel W. Schwab and Katharyne P. Clark
HEARING DATE (S)
February 19, 2008
COURT RECORDER
Virginia T. Kilgore / Carmen B. Santos
COURTROOM DEPUTY
Virginia T. Kilgore / Carmen B. Santos

| PRESIDING JUDGE Judge Frances M. Tydingco-Gatewood | | | | | | PLAINTIFF'S ATTORNEY Robert L. Keogh | DEFENDANT'S ATTORNEY Mikel W. Schwab and Katharyne P. Clark |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) February 19, 2008 | | | | | | COURT RECORDER Virginia T. Kilgore / Carmen B. Santos | COURTROOM DEPUTY Virginia T. Kilgore / Carmen B. Santos |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force Base (p. 13) | |
| | | | | | | *3:04:25 Court resumes session* | |
| | | L | | 2/20/08 | | Medical Records from Whiteman Air Force Base (pp. 29, 30) | |
| | | V | | 2/20/08 | | U.S. Military Composite Health Care System printouts (pp. 23, 24, 34, 55, 56) | |
| | 19 | | | 2/20/08 | | July 12, 2007 Plaintiffs Supplemental Rule 26 Disclosures of Medical Records from Oklahoma City, OK | |
| | | | | | | *4:07:28 Court resumes session* | |
| | | | | | | 4:08:28 Objection re questions as to written statement | |
| | | | | | | 4:14:22 End CX | |
| | | | | | | 4:14:35 Re-DX | |
| | 23 | | | 2/20/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles; Tab 1) | |
| | | | | | | 4:16:18 End Re-DX | |
| | 19 | | | | 2/20/08 | Request to admit Plaintiff 19; admitted. Court will allow plaintiffs to submit supplemental records. | |
| | | | | | | *Day 3, February 21, 2008* **Douglas David Duncan called and sworn** | |
| | 13 | | | 2/21/08 | | August 27, 2004 to November 24, 2004 US Naval Hospital Guam medical records (p.1) | |
| | | | | | | *9:22:06 Court resumes session* | |
| | | | | | | Continued DX of Dr. Douglas Duncan | |
| | 13 | | | 2/21/08 | | August 27, 2004 to November 24, 2004 US Naval Hospital Guam medical recordsn | |
| | 12 | | | 2/21/08 | | August 17, 2004/August 27, 2004 medical record Orthopedic Consult Result | |
| | | | | | | *11:06:20 Court resumes session* | |
| | | | | | | Continued DX of Dr. Douglas Duncan | |
| | | | | | | 11:17:10 Court examines witness | |
| | | | | | | 11:33:30 End DX | |
| | | | | | | CX by Mr. Schwab | |
| | | C | | 2/21/08 | | Demonstrative Exhibit C. Plaintiff requested a proffer. Plaintiff states that Government using witness as expert to give an opinion and is irrelevant to treatment provided to Mrs. Rutledge. Government states witness will testify only as to what he saw on patient and how he treated her. Plaintiff further objected pursuant to Rule 26. Court allowed questioning to stay within the scope of discovery. | |
| | | D | | 2/21/08 | | Demonstrative Exhibit D | |
| | | | | | | *12:01:17 Court adjourns* | |