# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008  DATE: February 25, 2008
CAPTION: Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                           Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore           Electronically Recorded: 9:06:12 - 9:13:20
                                                                          9:16:12 - 10:31:00
                                                                          10:59:30 - 11:35:52
                                                                          1:17:58 - 2:37:44
                                                                          3:01:26 - 4:25:31; 4:26:00 - 4:29:52
CSO: J. Lizama

---

**APPEARANCES:**

Counsel for Plaintiff(s)              Counsel for Defendant(s)
Robert L. Keogh                       Mikel W. Schwab
                                      Katharyne P. Clark

---

**PROCEEDINGS: Bench Trial - Day 5**
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Dr. Towle and Legal Assistant Teresa Keogh present at counsel table.

Marie Chenery present to assist Government with documents and technology. Dr. Meriwether also present and seated at counsel table.

Court adjourns until February 26, 2008 at 9:00 a.m.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | | | | | | |
|---|---|---|---|---|---|---|
| **Deborah K. Rutledge and Thomas R. Rutledge** | | | | | | **EXHIBIT AND WITNESS LIST** |
| **V.** | | | | | | |
| **United States of America** | | | | | | Case Number: **CV-06-00008** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Frances M. Tydingco-Gatewood | Robert L. Keogh | Mikel W. Schwab and Katharyne P. Clark |
| HEARING DATE (S) | COURT RECORDER | COURTROOM DEPUTY |
| February 19 - 22, 2008 | Virginia T. Kilgore / Carmen B. Santos | Virginia T. Kilgore / Carmen B. Santos |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Mr. Schwab stated a standing objection as to the admissibility of treatment prior to August 25, 2004 as being irrelevant and not related to causation.** |
| | | | | | | **Deborah K. Rutledge, called and sworn** |
| | | | | | | **3:09 DX by Mr. Keogh** |
| | 3 | | | 2/19/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult |
| | 5 | | | 2/19/08 | | August 2, 2004 AAFB medical record Low Back Pain Adult |
| | 8 | | | 2/19/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | | | | | | 4:14:40 - Objection as to phone conversation of August 22, 2004 (hearsay) by Mr. Schwab |
| | | | | | | 4:15:48 - Objection overruled |
| | | | | | | 4:17:40 - Objection as to phone conversation of August 25, 2004 |
| | | | | | | 4:18:10 - Objection overruled |
| | | | | | | 4:32:22 Court adjourns |
| | | | | | | **Continued DX of Deborah K. Rutledge at 9:09:45 a.m., February 20, 2008** |
| | | | | | | 9:15:10 - Objection re statement of Dr. Duncan on hearsay grounds |
| | | | | | | 9:25:18 - Objection overruled - state of mind and subsequent conduct |
| | | | | | | 9:34:22 - Objection re statements made of Trippler Doctors to Ms. Rutledge on hearsay grounds |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE: Judge Frances M. Tydingco-Gatewood / PLAINTIFF'S ATTORNEY: Robert L. Keogh / DEFENDANT'S ATTORNEY: Mikel W. Schwab and Katharyne P. Clark / HEARING DATE(S): February 19 - 22, 2008 / COURT RECORDER: Virginia T. Kilgore / Carmen B. Santos / COURTROOM DEPUTY: Virginia T. Kilgore / Carmen B. Santos |
| | | | | | | *10:10:24 Court resumes session* |
| | | | | | | 10:11:10 - Statements allowed conditionally, if after further consideration and review, that statements of doctors meets party-opponent requirements, ruling will be re-examined; parties may be brief the issue. |
| | | | | | | 10:16:29 - Continued DX of Deborah K. Rutledge |
| | | | | | | 10:24:16 - Objection re Maryland doctors' statement on hearsay grounds |
| | | | | | | 10:26:35 - Objection overruled; statements allowed |
| | | | | | | 10:32:00 - Objection re Dr Barone's statements on hearsay grounds |
| | | | | | | 10:32:55 - Statements allowed |
| | | | | | | 10:43:10 - Objection on hearsay grounds |
| | | | | | | 10:43:18 - Mr. Keogh - question withdrawn |
| | | | | | | 10:43:20 - Withdrawn |
| | | | | | | 10:48:53 - Objection re medication/narcotics on foundation grounds |
| | | | | | | 10:49:00 - Question withdrawn |
| | | | | | | 10:49:24 - Answer stricken |
| | | | | | | 10:58:34 - Objection on hearsay grounds |
| | | | | | | 10:58:40 - Question withdrawn |
| | | | | | | 10:59:30 - Objection on hearsay grounds |
| | | | | | | 10:59:42 - Overruled |
| | | | | | | 10:59:55 - Objection on foundation grounds |
| | | | | | | 11:00:17 - Overruled |
| | 29 | | | 2/20/08 | | January 2008 Maid Service Quotations |
| | | | | | | 11:01:48 - Objection re Exhibit 29 on hearsay grounds - no foundation |
| | | | | | | 11:09:12 - Objection overruled |
| | | | 2/20/08 | | | 11:10:48 - Request to enter into evidence |
| | | | | | | 11:10:48 - Objection on hearsay grounds; no foundation |
| | | | | | | 11:12:03 - Court - |
| | | | | | | 11:14:40 - preserving record |
| | | | | | | 11:14:50 - court notes that the Rule is narrow; if no objection, deemed waived - LR 16.7(f)(2) |
| | 29 | | | | 2/20/08 | Overruled - admitted into evidence |
| | 23 | | | 2/20/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles; Tab 1, p2; Tab 2, p3; Tab 3; |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *11:48:53 Court resumes session* |
| | | | | | | 11:53:18 - Demonstration of Plaintiff Deborah Rutledge's gait. |
| | | | | | | 11:54:33 - End DX |
| | | | | | | |
| | | | | | | *1:16:00 Court resumes session* |
| | | | | | | **1:16:32 CX by Mr. Schwab** |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force (pp. 3; 5) |
| | | | | | | 1:48:47 - objection - speculation |
| | | | | | | 1:48:50 - sustained |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force Base (p. 8) |
| | | | | | | 2:10:47 - objection - mis-characterization |
| | | | | | | 2:10:50 - sustained |
| | | M | | 2/20/08 | | Medical Records from Andersen Air Force Base (p. 13) |
| | | | | | | |
| | | | | | | *3:04:25 Court resumes session* |
| | | L | | 2/20/08 | | Medical Records from Whiteman Air Force Base (pp. 29, 30) |
| | | V | | 2/20/08 | | U.S. Military Composite Health Care System printouts (pp. 23, 24, 34, 55, 56) |
| | 19 | | | 2/20/08 | | July 12, 2007 Plaintiffs Supplemental Rule 26 Disclosures of Medical Records from Oklahoma City, OK |
| | | | | | | |
| | | | | | | *4:07:28 Court resumes session* |
| | | | | | | 4:08:28 Objection re questions as to written statement |
| | | | | | | 4:14:22 End CX |
| | | | | | | |
| | | | | | | 4:14:35 Re-DX |
| | 23 | | | 2/20/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles; Tab 1) |
| | | | | | | 4:16:18 End Re-DX |
| | 19 | | 2/20/08 | | 2/20/08 | Request to admit Plaintiff 19; admitted. Court will allow plaintiffs to submit supplemental records. |
| | | | | | | |
| | | | | | | *Day 3, February 21, 2008* |
| | | | | | | **Douglas David Duncan called and sworn** |
| | 13 | | | 2/21/08 | | August 27, 2004 to November 24, 2004 US Naval Hospital Guam medical records (p.1) |

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Judge Frances M. Tydingco-Gatewood | | | | | | Robert L. Keogh | Mikel W. Schwab and Katharyne P. Clark |
| HEARING DATE (S) | | | | | | COURT RECORDER | COURTROOM DEPUTY |
| February 19 - 22, 2008 | | | | | | Virginia T. Kilgore / Carmen B. Santos | Virginia T. Kilgore / Carmen B. Santos |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | *9:22:06 Court resumes session* | |
| | | | | | | | |
| | | | | | | **Continued DX of Dr. Douglas Duncan** | |
| | 13 | | | 2/21/08 | | August 27, 2004 to November 24, 2004 US Naval Hospital Guam medical records | |
| | 12 | | | 2/21/08 | | August 17, 2004/August 27, 2004 medical record Orthopedic Consult Result | |
| | | | | | | | |
| | | | | | | *11:06:20 Court resumes session* | |
| | | | | | | **Continued DX of Dr. Douglas Duncan** | |
| | | | | | | 11:17:10 Court examines witness | |
| | | | | | | 11:33:30 End DX | |
| | | | | | | CX by Mr. Schwab | |
| | | C | | 2/21/08 | | Demonstrative Exhibit C. Plaintiff requested a proffer. Plaintiff states that Government using witness as expert to give an opinion and is irrelevant to treatment provided to Mrs. Rutledge. Government states witness will testify only as to what he saw on patient and how he treated her. Plaintiff further objected pursuant to Rule 26. Court allowed questioning to stay within the scope of discovery. | |
| | | D | | 2/21/08 | | Demonstrative Exhibit D | |
| | | | | | | *12:01:17 Court adjourns* | |
| | | | | | | | |
| | | | | | | *Day 4, February 22, 2008* | |
| | | | | | | **9:18:56 Continued CX of Dr. Douglas Duncan by Mr. Schwab** | |
| | | V | | 2/22/08 | | U.S. Military Composite Health Care System printouts CHCS 0021 - 0057 | |
| | | C | | 2/22/08 | | Demonstrative Exhibit C | |
| | | D | | 2/22/08 | | Demonstrative Exhibit D | |
| | | E | | 2/22/08 | | Demonstrative Exhibit E | |
| | | F | | 2/22/08 | | Demonstrative Exhibit F | |
| | | G | | 2/22/08 | | Demonstrative Exhibit G | |
| | | H | | 2/22/08 | | Demonstrative Exhibit H | |
| | | I | | 2/22/08 | | Demonstrative Exhibit I | |
| | | H | | 2/22/08 | | Demonstrative Exhibit H | |
| | | N | | | | Medical Records from U.S. Naval Hospital, Guam USNH 001-060 | |
| | | | | | | *9:41:01 Break* | |

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Judge Frances M. Tydingco-Gatewood | | | | | | Robert L. Keogh | Mikel W. Schwab and Katharyne P. Clark |
| HEARING DATE (S) | | | | | | COURT RECORDER | COURTROOM DEPUTY |
| February 19 - 22, 2008 | | | | | | Virginia T. Kilgore / Carmen B. Santos | Virginia T. Kilgore / Carmen B. Santos |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | **9:46:12 Continued CX of Dr. Douglas Duncan** | |
| | | N | | 2/22/08 | | Medical Records from U.S. Naval Hospital, Guam USNH 001-060 (pp. 001, 027) Objection as to witness' knowledge of document. Overruled. | |
| | | | | | | *10:16:45 Break* | |
| | | | | | | **10:36:37 Continued CX of Dr. Douglas Duncan** | |
| | | N | | 2/22/08 | | Medical Records from U.S. Naval Hospital, Guam USNH 001-060 | |
| | | | | | | 10:41:32 End CX | |
| | | | | | | **10:42:00 Re-DX by Mr. Keogh** | |
| | 13 | | | 2/22/08 | | August 27, 2004 to November 24, 2004 US Naval Hospital Guam medical records | |
| | | | | | | Objection by Mr. Schwab regarding Mr. Keogh's hypothetical questions. Overruled. | |
| | 12 & 13 | | 2/22/08 | | 2/22/08 | Oral motion to admit exhibits 12 and 13. No objection. | |
| | | | | | | **11:14:50 Re-CX by Mr. Schwab** | |
| | | C - I | 2/22/08 | | 2/22/08 | Oral motion to admit exhibits C through I. No objection. | |
| | | | | | | 11:18:50 Re-redirect | |
| | | | | | | 11:19:07 End Re-redirect | |
| | | | | | | Court examines witness | |
| | | | | | | 11:21:00 Witness Excused | |
| | | | | | | **11:21:01 Natalie Giscombe, called and sworn** | |
| | | | | | | **DX by Mr. Keogh** | |
| | 3 | | | 2/22/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult | |
| | 2 | | | | | July 27, 2004 AAFB medical record Telephone Triage Encounter | |
| | 3 | | | 2/22/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult (pp. 033, 034) | |
| | | | | | | *12:01:25 Lunch Break* | |
| | | | | | | *1:12:07 Court resumes session* | |
| | | | | | | **1:15:30 Continued DX of Natalie Giscombe** | |
| | 3 | | | 2/22/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult (p. 034) | |
| | 4 | | | 2/22/08 | | July 27, 2004 AAFB medical record Patient Lab Inquiry | |
| | 5 | | | 2/22/08 | | August 2, 2004 AAFB medical record Patient Lab Inquiry | |
| | 8 | | | 2/22/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult | |
| | | | | | | *2:21:21 Break* | |
| | | | | | | **2:41:26 Continued DX of Natalie Giscombe** | |
| | 8 | | | 2/22/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult (p. 043) | |
| | 35 | | | 2/22/08 | | Drawing of Perineal area by witness | |
| | 8 | | | 2/22/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult (p. 044) | |

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Judge Frances M. Tydingco-Gatewood | | | | | | Robert L. Keogh | Mikel W. Schwab and Katharyne P. Clark |
| HEARING DATE (S) | | | | | | COURT RECORDER | COURTROOM DEPUTY |
| February 19 - 22, 2008 | | | | | | Virginia T. Kilgore / Carmen B. Santos | Virginia T. Kilgore / Carmen B. Santos |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 9 | | | 2/22/08 | | August 9, 2004 medical record Radiologic Examination Report | |
| | 10 | | | 2/22/08 | | August 9, 2004 medical record Radiologic Examination Report signed by Natalie Giscombe | |
| | 8 | | | 2/22/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult (p. 044) | |
| | 10 | | | 2/22/08 | | August 9, 2004 medical record Radiologic Examination Report signed by Natalie Giscombe | |
| | 9 | | | 2/22/08 | | August 9, 2004 medical record Radiologic Examination Report | |
| | 8 | | | 2/22/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult | |
| | 11 | | | 2/22/08 | | August 17, 2004 medical record Orthopedic Consult (referral) | |
| | 8 | | | 2/22/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult | |
| | 12 | | 2/22/08 | 2/22/08 | 2/22/08 | August 17, 2004/August 27, 2004 medical record Orthopedic Consult Result | |
| | 33 | | | 2/22/08 | | 36 Medical Group Instruction 40-112 dated June 15, 2005 and January 24, 2007 and November 8, 2007 correspondence | |
| | | | | | | 4:18:46 Witness Excused | |
| | | | | | | *4:32:20 Court adjourns - End Day 4* | |
| | | | | | | | |
| | | | | | | *Day 5, February 25, 2008* | |
| | | | | | | **9:06:50 Continued DX of Natalie Giscombe by Mr. Keogh** | |
| | 8 | | | | | August 17, 2004 AAFB medical record Low Back Pain Adult | |
| | | | | | | **9:16:17 Captain Stephen Rau, called and sworn** | |
| | | | | | | **DX by Mr. Keogh** | |
| | 5 | | | | | August 2, 2004 AAFB medical record Low Back Pain Adult | |
| | | | | | | Objection as to practice in other clinics. No foundation. Sustained. | |
| | | | | | | Objection by Ms. Clark as to any evidence of peer review process which is protected by federal law. | |
| | | | | | | *10:31:00 Break* | |
| | | | | | | *10:59:30 Court resumes session* | |
| | | | | | | Ms. Clark objected to the contents of a peer review process pursuant to 28 U.S.C. § 1103. No objection to the question of review by a preceptor. | |
| | | | | | | **11:11:20 Continued DX of Captain Stephen Rau by Mr. Keogh** | |
| | | | | | | Objection as to request for legal conclusion. Overruled. | |
| | 33 | | | 2/25/08 | | 36 Medical Group Instruction 40-112 dated June 15, 2005 and January 24, 2007 and November 8, 2007 correspondence | |
| | | | | | | Objection by Ms. Clark - witness has not seen document. Sustained. | |
| | 4 | | | 2/25/08 | | July 27, 2004 AAFB medical record Patient Lab Inquiry | |
| | | | | | | 11:33:54 Witness Excused | |
| | | | | | | *11:35:52 Lunch Break* | |

Page -6-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE: Judge Frances M. Tydingco-Gatewood    PLAINTIFF'S ATTORNEY: Robert L. Keogh    DEFENDANT'S ATTORNEY: Mikel W. Schwab and Katharyne P. Clark |
| | | | | | | HEARING DATE (S): February 19 - 22, 2008    COURT RECORDER: Virginia T. Kilgore / Carmen B. Santos    COURTROOM DEPUTY: Virginia T. Kilgore / Carmen B. Santos |
| | | | | | | 1:17:58 Government provided Court with statute regarding peer review medical qualifications record. Ms. Clark clarified the statute as being 10 U.S.C. § 1102 |
| | | | | | | **1:18:21 Dr. Gary Towle, called and sworn** |
| | | | | | | **1:22:47 DX by Mr. Keogh** |
| | | | | | | Witness tendered as an expert in the field of emergency medicine. The Court qualified the witness as an expert. |
| | 20 | | | 2/25/08 | | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary L. Towle, MD |
| | | C | 2/22/08 | 2/25/08 | 2/22/08 | Demonstrative Exhibit C |
| | | D | 2/22/08 | 2/25/08 | 2/22/08 | Demonstrative Exhibit D |
| | 3 | | | 2/25/08 | | July 27, 2004 AAFB medical record Low Back Pain Adult |
| | | | | | | 2:17:15 Objection - opinion eliciting is not set out in the expert's report. Overruled. |
| | | | | | | *2:37:44 Break* |
| | | | | | | **3:01:26 Continued DX of Dr. Gary Towle by Mr. Keogh** |
| | | | | | | Objection - opinion not set out in expert's report. Overruled. |
| | 5 | | | 2/25/08 | | August 2, 2004 AAFB medical record Low Back Pain Adult |
| | 8 | | | 2/25/08 | | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | 9 | | | 2/25/08 | | August 9, 204 medical record Radiologic Examination Report |
| | | | | | | Objection - witnesses opinion in post-operative prognosis. Sustained. Mr. Keogh to question Dr. Towle of his experience and education of cauda equina syndrome. |
| | | | | | | *4:29:52 Court adjourns - End Day 5* |