

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,** | CIVIL CASE NO. CIV06-00008 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

I, Robert L. Keogh, hereby certify that on the 26th day of February, 2008, I caused to be served via hand delivery, a true and correct copy of a document entitled **PLAINTIFFS' DISCOVERY MATERIAL DESIGNATION** in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 2/26/08         By: /s/ ROBERT L. KEOGH