LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

FILED
DISTRICT COURT OF GUAM

FEB 29 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br><br><br>CERTIFICATE OF SERVICE |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 28th day of February 2008, I caused to be served by personal service the following document: "United States' Response to Plaintiffs' Motion for Protective Order", Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge vs. United States of America</u>, to the following attorney of record:

    Robert L. Keogh
    Law Offices of Robert L. Keogh
    251 Martyr Street, Suite 105
    Hagatna, Guam 96910

                            LEONARDO M. RAPADAS
                            United States Attorney
                            Districts of Guam and NMI

                 BY: _/s/ Jacqueline Emmanuel_____
                            JACQUELINE EMMANUEL
                            Administrative Assistant