# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008          DATE: February 29, 2008
CAPTION: Rutledge vs. United States of Amercia

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber               Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:14:20 - 9:59:48
                                                               11:08:42 - 11:56:54
                                                               1:25:08 - 2:24:30
                                                               2:49:59 - 3:55:06
                                                               4:09:34 - 4:42:52

CSO: J. Lizama

**APPEARANCES:**

Counsel for Plaintiff(s)            Counsel for Defendant(s)
Robert L. Keogh                     Mikel W. Schwab
                                    Katharyne P. Clark

**PROCEEDINGS: Bench Trial - Day 7**
- Court informed the parties that she has read the deposition of Dr. Hugh McSwain.
- Court noted that there are objections to expert witness depositions and ordered counsel to state the legal basis for their objections.
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court adjourns until March 3, 2008 at 9:15 A.M.

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Dr. Steele and Legal Assistant Teresa Keogh also present at counsel table.

Marie Chenery present to assist Government with documents and technology. Dr. Meriwether also present and seated at counsel table.

# UNITED STATES DISTRICT COURT

DISTRICT OF                      GUAM

**Deborah K. Rutledge and Thomas R. Rutledge**

V.

**United States of America**

**EXHIBIT AND WITNESS LIST**

Case Number: **CV-06-00008**

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab and Katharyne P. Clark** |
|---|---|---|
| HEARING DATE (S)<br>**February 29, 2008** | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *9:14:20* **Continued Bench Trial - Day 7** |
| | | | | | | **Dr. John C. Steele, sworn and examined** |
| | | | | | | DX by Mr. Keogh |
| | 21 | | | 2/29/08 | | June 2, 2006 Expert Report of John C. Steele, MD |
| | | | | | | *9:59:48 Break* |
| | | | | | | **11:09:10 Continued DX of Dr. John C. Steele** |
| | 21 | | | 2/29/08 | | June 2, 2006 Expert Report of John C. Steele, MD |
| | | | | | | Mr. Keogh offered Dr. Steele as an expert in the field of neurology and disability assessment. Ms. Clark requested to voir dire the witness in aid of her objection. |
| | | | | | | *11:56:54 Lunch Break* |
| | | | | | | 1:29:30 Voir dire of Dr. Steele by Ms. Clark |
| | | | | | | Mr. Keogh objected to exhibits Z and AA received by government. Overruled. |
| | | Z | | 2/29/08 | | American Board of Medical Specialties |
| | | | | | | Deposition of Dr. Steele |
| | | | | | | Ms. Clark objected to qualifying Dr. Steele as an expert in the field of neurology because he does not meet the board certification standard and that he has no personal experience in the diagnosis, treatment and follow-up of cauda equina. She further objected to qualifying him as an expert in disability assessment because he has no evidence of qualification or certification by any organization and has not taken formal training in use of AMA guides to permanent impairment. |
| | | | | | | *2:24:30 Break* |
| | | | | | | **2:49:59 Court resumes session** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Mr. Keogh responded to Ms. Clark's objections as to Dr. Steele's qualifications. Ms. Clark |
| | | | | | | The Court qualified Dr. John Steele as an expert and allowed him to testify as to neurology and disability assessment. |
| | | | | | | **3:07:44 Continued DX of Dr. John Steele by Mr. Keogh** |
| | 21 | | | 2/29/08 | | June 2, 2006 Expert Report of John C. Steele, MD |
| | 34 | | | 2/29/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (pages marked 58 & fig. 90) |
| | 21 | | | 2/29/08 | | June 2, 2006 Expert Report of John C. Steele, MD (pp. 11-13) |
| | | | | | | *3:55:06 Break* |
| | | | | | | **4:09:34 Continued DX of Dr. John Steele by Mr. Keogh** |
| | 21 | | | 2/29/08 | | June 2, 2006 Expert Report of John C. Steele, MD (Addendum 1, p. 9) |
| | 34 | | | 2/29/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. |
| | | | | | | 4:30:17 Witness excused |
| | | L | 2/29/08 | | 2/29/08 | Objection by Mr. Keogh. Court deferred ruling. |
| | | N | 2/29/08 | | 2/29/08 | Objection by Mr. Keogh. Mr. Keogh stated that parties have stipulated to the medical records. Parties to inform clerk as to which documents in N to be admitted. |
| | | V | 2/29/08 | | 2/29/08 | Court deferred ruling. |
| | | W | 2/29/08 | 2/29/08 | 2/29/08 | American Board of Emergency Medicine |
| | | Z | 2/29/08 | 2/29/08 | 2/29/08 | Objection as to relevance. Overruled. |
| | | | | | | *4:42:52 Court adjourns* |