| Rev. 5-10-2007 | United States District Court, District of Guam | |
|---|---|---|

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*     (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME Mikel W. Schwab | 2. PHONE NUMBER 472-7332 x119 | 3. DATE 2-28-08 |
|---|---|---|
| 4. MAILING ADDRESS Sirena Plaza #500 | 5. CITY Hagåtña | 6. STATE GU   7. ZIP CODE 96910 |
| 8. CASE NUMBER CV 06-00008 | 9. CASE NAME Rutledge v. U.S. | DATES OF PROCEEDINGS |
|  |  | 10. FROM 2-19-2008   11. TO 2-22-08 |
| 12. PRESIDING JUDICIAL OFFICIAL Judge Tydingco-Gatewood | LOCATION OF PROCEEDINGS | |
|  | 13. CITY Hagåtña | 14. STATE GU |

### 15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) ✓ | 2/19/08 D. Rutledge 3:07:22-4:33:& |
| ☐ OPENING STATEMENT (Plaintiff) | | ✓ | 2/20/08 D. Rutledge |
| ☐ OPENING STATEMENT (Defendant) | | ✓ | 2/21/08 Doug Duncan |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) ✓ | 2/22/08 Doug Duncan |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

- [x] FTR Gold Format. Free player software included on CD.
- [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [ ] MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

Media: [x] CD    [ ] DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| | 1 | |

### CERTIFICATION (18. & 19.)

By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE [signature] | 19. DATE 2-28-08 |
|---|---|

| PROCESSED BY [signature] 2/29/08 | PHONE NUMBER |
| ORDER RECEIVED | DATE 2/28/08   BY | DEPOSIT PAID |
| DEPOSIT PAID | | TOTAL CHARGES |
| CD/DVD DUPLICATED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 2/29/08 | TOTAL REFUNDED |
| PARTY RECEIVED CD/DVD | 2/29/08 | TOTAL DUE |

FILED
DISTRICT COURT OF GUAM

FEB 29 2008

JEANNE G. QUINATA
Clerk of Court

## INSTRUCTIONS
## GENERAL

**Use.** Use this form to order duplicate CD/DVDs of proceedings. Complete a separate order form for each case number for which CD/DVDs are ordered.

**Completion.** Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Mailing or Delivering to the Court.** Mail or deliver two copies to the Office of the Clerk of Court.

**Deposit Fee.** For orders of 20 or more CD/DVDs, the court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** The delivery time is computed from the date of receipt of the deposit fee (if requested, otherwise computed from the court's receipt date), and is normally the next business day for orders requiring only one CD/DVD.

**Completion of Order.** The court will notify you when the CD/DVDs are completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.

Item 8.   Only one case number may be listed per order.

Item 15.   Place an "X" in each box that applies.

Item 16.   Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested.

Item 17.   Place an "X" in each box that applies. Indicate the number of additional copies ordered.

Item 18.   Sign in this space to certify that you will pay all charges upon completion of the order. (This includes the deposit plus any additional charges.)

Item 19.   Enter the date of signing.

Shaded Area.   Reserved for the court's use.



RECEIVED
FEB 28 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM