**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**TRIAL**

CASE NO.: CV-06-00008 DATE: March 03, 2008

CAPTION: Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber

Court Reporter: Wanda Miles

Courtroom Deputy: Virginia T. Kilgore

Electronically Recorded: 9:33:02 - 10:47:00
11:14:10 - 11:54:42
1:13:20 - 2:30:35
2:57:36 - 4:31:34

CSO: D. Quinata

---

**APPEARANCES:**

Counsel for Plaintiff(s)
Robert L. Keogh

Counsel for Defendant(s)
Mikel W. Schwab
Katharyne P. Clark

---

**PROCEEDINGS: Continued Bench Trial - Day 8**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Response to defendant's Admissibility of Alleged Statement of Douglas Duncan, MD due by: March 6, 2008 at 3:00 P.M.
- Parties agree to submit deposition of Dr. Orchowski in lieu of his appearance. Mr. Keogh to file deposition with court.

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Dr. Steele and Legal Assistant Teresa Keogh also present at counsel table.

Marie Chenery present to assist Government with documents and technology. Dr. Meriwether also present and seated at counsel table.

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

**Deborah K. Rutledge and Thomas R. Rutledge**

**V.**

**United States of America**

## EXHIBIT AND WITNESS LIST

Case Number: **CV-06-00008**

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab and Katharyne P. Clark** |
|---|---|---|
| HEARING DATE (S)<br>**March 3, 2008** | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | ***9:33:02 Continued Bench Trial - Day 8*** |
| | | | | | | **9:35:22 Continued DX of Dr. John C. Steele by Mr. Keogh** |
| | 34 | | | 3/3/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (pp. 1 - 5) |
| | 21 | | | 3/3/08 | | June 2, 2006 Expert Report of John C. Steele, MD (Table 13-23) |
| | 36 | | | 3/3/08 | | AMA Guidelines, Guides to the Evaluation of Permanent Impairment, Chapter 1, Table 1-2. Government objected and stated that the information was not previously provided. Overruled. |
| | 22 | | | 3/3/08 | | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Supplemental Expert Report of John C. Steele, MD. Objection as to misstatement of facts that do not appear in the evidence. Overruled. |
| | | | | | | Objection witness not an expert in reading and interpreting spinal films; assuming facts not in evidence; hearsay. Overruled. |
| | | | | | | ***10:47:00 Break*** |
| | | | | | | **11:15:20 Continued DX of Dr. John C. Steele** |
| | 22 | | | 3/3/08 | | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Supplemental Expert Report of John C. Steele, MD (p. 2) |
| | 37 | | | 3/3/08 | | Diagram of herniated disc (drawing by Dr. Steele) |
| | 38 | | | 3/3/08 | | Skeletal model of vertebrae and disc |
| | 37 | | | 3/3/08 | | Diagram of herniated disc (drawing by Dr. Steele) |
| | 22 | | | 3/3/08 | | July 24, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Supplemental Expert Report of John C. Steele, MD (p. 6). Dr. Steele states that the August 25th date should read August 24 and the 2 days should be 3 days. |
| | | | | | | ***11:54:42 Lunch Break*** |

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | | | | | | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab and Katharyne P. Clark** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**March 3, 2008** | | | | | | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 1:13:20 No further questions | |
| | | | | | | **1:18:15 CX by Ms. Clark** | |
| | | X | | | | Letter from Ms. Rutledge | |
| | | | | | | Deposition of Dr. Steele dated 9/25/07 page 13, line 6 | |
| | | Y | | 3/3/08 | | Letter from Ms. Rutledge dated 31 October 2004 | |
| | | FF | | 3/3/08 | | AMA Guidelines (p. 002) | |
| | | GG | | 3/3/08 | | AMA Guidelines (p. 003) | |
| | 27 | | | 3/3/08 | | January 4, 2008 medical report of Donald E. Adams, MD | |
| | 28 | | | 3/3/08 | | January 24, 2008 medical record James E. Duncan MD Physical therapy referral (letter dated 1/24/08 and MRI report) | |
| | 36 | | | 3/3/08 | | AMA Guidelines, Guides to the Evaluation of Permanent Impairment, Chapter 1, Table 1-2 | |
| | | DD | | 3/3/08 | | AMA Guidelines (pp. 005, 006, 007) | |
| | 34 | | | 3/3/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. | |
| | | DD | | 3/3/08 | | AMA Guidelines (p. 010) | |
| | | V | | 3/3/08 | | U.S. Military Composite Health Care System printouts CHCS 0021 - 0057 | |
| | 34 | | | 3/3/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p. 2) | |
| | | | | | | **2:30:35 Break** | |
| | | | | | | **2:57:36 Continued CX of Dr. John Steele by Ms. Clark** | |
| | 34 | | | 3/3/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p.4) | |
| | 21 | | | 3/3/08 | | June 2, 2006 Expert Report of John C. Steele, MD (pp. 11, 6) | |
| | | EE | | 3/3/08 | | AMA Guidelines (p. 002) | |
| | | V | | 3/3/08 | | U.S. Military Composite Health Care System printouts CHCS 0021 - 0057 (pp. 50, 51) | |
| | 28 | | | 3/3/08 | | January 24, 2008 medical record James E. Duncan MD Physical Therapy referral | |
| | | GG | | 3/3/08 | | AMA Guidelines (p. 001) | |
| | 21 | | | 3/3/08 | | June 2, 2006 Expert Report of John C. Steele, MD (p. 7) | |
| | 34 | | | 3/3/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p.4) | |
| | | GG | | 3/3/08 | | AMA Guidelines (pp. 009, 010, 012, 005) | |
| | 21 | | | 3/3/08 | | June 2, 2006 Expert Report of John C. Steele, MD (pp. 13, addendum) | |
| | | DD | | 3/3/08 | | AMA Guidelines (p. 010) | |
| | 34 | | | 3/3/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p. 3) | |
| | 21 | | | 3/3/08 | | June 2, 2006 Expert Report of John C. Steele, MD (pp. 11 and 12) | |
| | | O | | 3/3/08 | | Medical Records from Tripler Army Medical Center TAMC 001 - 00176 (p. 170) | |
| | | V | | 3/3/08 | | U.S. Military Composite Health Care System printouts CHCS 0021 - 0057 (p. 55, 56) | |
| | 34 | | | 3/3/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p. 4) | |

Case 1:06-cv-00008 Document 113 Filed 03/03/2008 Page 3 of 4

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | | | | | | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** / DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab and Katharyne P. Clark** |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**March 3, 2008** | | | | | | COURT RECORDER<br>**Virginia T. Kilgore** / COURTROOM DEPUTY<br>**Virginia T. Kilgore** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | S | | 3/3/08 | | Medical summary from Dr. Philip Mosca RUT 488 (p. 2) |
| | 19 | | | 3/3/08 | | July 12, 2007 Plaintiffs' Supplemental Rule 26 Disclosures of medical records from Oklahoma City, OK |
| | | V | | 3/3/08 | | U.S. Military Composite Health Care System printouts CHCS 0021 - 0057 (pp. 23, 24) |
| | | | | | | Court examines witness |
| | | | | | | ***4:31:34 Court adjourns*** |