# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

| | |
|---|---|
| CASE NO.: CV-06-00008 | DATE: March 04, 2008 |
| CAPTION: Rutledge vs. United States of America | |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:08:08 - 9:57:02 |
| | 10:25:19 - 10:56:53 |
| | 11:26:33 - 12:04:10 |
| | 1:25:00 - 2:27:15 |
| | 2:50:56 - 3:49:15 |
| CSO: D. Quinata | 4:10:46 - 4:28:00 |

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Robert L. Keogh | Mikel W. Schwab |
| | Katharyne P. Clark |

**PROCEEDINGS: Continued Bench Trial - Day 9**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court adjourns until <u>March 5, 2008 at 9:00 A.M.</u>

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Dr. Steele and Legal Assistant Teresa Keogh also present at counsel table.

Marie Chenery present to assist Government with documents and technology. Dr. Meriwether also present and seated at counsel table.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**Deborah K. Rutledge and Thomas R. Rutledge**

**V.**

**United States of America**

**EXHIBIT AND WITNESS LIST**

Case Number: **CV-06-00008**

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab and Katharyne P. Clark** |
|---|---|---|
| HEARING DATE (S)<br>**March 3, 2008** | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *9:08:08 Continued Bench Trial - Day 9* |
| | | | | | | **Continued CX of Dr. John C. Steele by Ms. Clark** |
| | | | | | | Deposition of Dr. Steele (page 63, line 2) |
| | | GG | | 3/4/08 | | AMA Guidelines (p. 010).  Objection as to relevance.  Sustained. |
| | | P | | 3/4/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (p. 1) |
| | | FF | | 3/4/08 | | AMA Guidelines (p. 008) |
| | | P | | 3/4/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (p. 2) |
| | | FF | | 3/4/08 | | AMA Guidelines (p. 009) |
| | 34 | | | 3/4/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p. 003) |
| | 21 | | | 3/4/08 | | June 2, 2006 Expert Report of John C. Steele, MD (p. 6) |
| | 27 | | | 3/4/08 | | January 4, 2008 medical report of Donald E. Adams, MD (p. 2) |
| | | | | | | *9:57:02 Break* |
| | | | | | | *10:25:19 Court resumes session* |
| | | | | | | Court examines witness |
| | 27 | | | 3/4/08 | | January 4, 2008 medical report of Donald E. Adams, MD (p. 2) |
| | | | | | | **10:30:17 Continued CX of Dr. John C. Steele by Ms. Clark** |
| | 27 | | | 3/4/08 | | January 4, 2008 medical report of Donald E. Adams, MD (p. 2) |
| | 21 | | | 3/4/08 | | June 2, 2006 Expert Report of John C. Steele, MD (p. 6) |
| | 34 | | | 3/4/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p. 5) |
| | | P | | 3/4/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (p. 2) |
| | | V | | 3/4/08 | | U.S. Military Composite Health Care System printouts CHCS 0021 - 0057 (pp. 0042, 0034) |

| PRESIDING JUDGE Judge Frances M. Tydingco-Gatewood | | | | | | PLAINTIFF'S ATTORNEY Robert L. Keogh | DEFENDANT'S ATTORNEY Mikel W. Schwab and Katharyne P. Clark |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) March 3, 2008 | | | | | | COURT RECORDER Virginia T. Kilgore | COURTROOM DEPUTY Virginia T. Kilgore |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | *10:56:53 Break* | |
| | | | | | | **11:27:09 Continued CX of Dr. John C. Steele by Ms. Clark** | |
| | | FF | | 3/4/08 | | AMA Guidelines (p. 009) | |
| | 21 | | | 3/4/08 | | June 2, 2006 Expert Report of John C. Steele, MD (p. 12) | |
| | | O | | 3/4/08 | | Medical Records from Tripler Army Medical Center TAMC 001 - 00176 (p. 15, 16) | |
| | | BB | | 3/4/08 | | Perineum | |
| | | O | | 3/4/08 | | Medical Records from Tripler Army Medical Center TAMC 001 - 00176 (p. 17, 23, 26) Objection as to mis-characterization of the record. Sustained. | |
| | | | | | | *12:04:10 Lunch Break* | |
| | | | | | | **1:27:25 Re-DX by Mr. Keogh** | |
| | 21 | | | 3/4/08 | | June 2, 2006 Expert Report of John C. Steele, MD (p. 12) | |
| | 34 | | | 3/4/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (p. 4) Objection as to hearsay. Overruled. | |
| | | P | | 3/4/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (p. 2) | |
| | | GG | | 3/4/08 | | AMA Guidelines (p. 012) | |
| | | | | 3/4/08 | | **2:05:29 Re-CX by Ms. Clark** | |
| | | P | | 3/4/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (p. 6) Objection not addressed in re-direct. Overruled. | |
| | | GG | | 3/4/08 | | AMA Guidelines (pp. 012, 015) | |
| | | | | | | *2:47:15 Break* | |
| | | | | | | **2:51:32 Continued Re-CX by Ms.Clark** | |
| | | GG | | 3/4/08 | | AMA Guidelines (pp. 006, 007) | |
| | | | | | | **2:55:16 Re-DX by Mr. Keogh** | |
| | | GG | | 3/4/08 | | AMA Guidelines (p. 008) | |
| | | FF | | 3/4/08 | | AMA Guidelines (p. 007) | |
| | | | | | | 2:59:00 Witness Excused | |
| | | | | | | **3:02:20 Thomas Rutledge, called and sworn** | |
| | | | | | | **DX by Mr. Keogh** | |
| | | | | | | 3:26:34 Mr. Schwab objected as to hearsay of what Dr. Orchowski stated to witness. Mr. Keogh stated that these are statements against interest. The court conditionally allowed the question. Objection by Mr. Schwab as to double hearsay. Overruled and allowed conditionally. | |
| | | | | | | *3:49:15 Break* | |
| | | | | | | **4:10:46 Continued DX of Mr. Rutledge** | |
| | | | | | | *4:28:00 Court adjourns* | |