**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**TRIAL**

CASE NO.: CV-06-00008     DATE: March 05, 2008
CAPTION: Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded:  9:10:52 - 9:46:27
                                                                   10:09:28 - 11:48:00
                                                                   1:47:31 - 2:49:00
                                                                   3:32:50 - 3:57:53

CSO: D. Quinata / B. Pereda

---

**APPEARANCES:**

Counsel for Plaintiff(s)          Counsel for Defendant(s)
Robert L. Keogh                   Mikel W. Schwab
                                  Katharyne P. Clark

---

**PROCEEDINGS: Continued Bench Trial - Day 10**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Parties argued the issue of Dr. Meriwether's filing of an amended report. Mr. Keogh objected to Dr. Meriwether filing a response to Dr. Steele's report. The Court granted the government's request for Dr. Meriwether to file his supplemental report and to include his response to Dr. Steele's recent report. The Court stated that objections or admission issues will be dealt with at a later date.
- Ms. Clark made her appearance at 3:00 P.M.
- Court adjourns until <u>March 6, 2008 at 8:00 A.M.</u>

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Legal Assistant Teresa Keogh also present at counsel table.

Marie Chenery present to assist Government with documents and technology. Dr. Laura Taylor also present and seated at counsel table.

Mr. Keogh waived Ms. Rutledge's presence for the afternoon hearing.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| **Deborah K. Rutledge and Thomas R. Rutledge**<br><br>V.<br>**United States of America** | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: **CV-06-00008** |

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab** |
|---|---|---|
| HEARING DATE (S)<br>**March 5, 2008** | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *Continued Bench Trial - Day 10* |
| | | | | | | **9:12:35 CX of Thomas Rutledge by Mr. Schwab** |
| | | O | | 3/5/08 | | Medical Records from Tripler Army Medcal Center TAMC 001-00176 (p. 7) |
| | 1 | | 3/5/08 | | 3/5/08 | Parties stipulated to the admission of Exhibit 1 |
| | | | | | | **9:41:46 Re-DX by Mr. Keogh** |
| | | | | | | 9:46:10 Witness Excused |
| | | | | | | *9:46:27 Break* |
| | | | | | | **10:09:43 Mr. Gary Hiles, sworn and examined** |
| | 23 | | | | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles. Parties stipulated that Mr. Hiles is an expert in the field of economics. The Court qualified Mr. Hiles as an expert. |
| | 23 | | | 3/5/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles - Resume of Mr. Hiles; Tab 1; Tab 2; pp. 4-9; Tab 9; Tab 10; Tab 12; Tab 7 |
| | | | | | | *11:48:00 Lunch Break* |
| | | | | | | **1:48:15 Continued DX of Mr. Hiles** |
| | 23 | | | 3/5/08 | | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles (pp. 7, 7A, 7B) |
| | | | | | | 1:58:57 CX by Mr. Schwab |
| | | HH | | 3/5/08 | | Letter from Gary A. Hiles to Robert L. Keogh dated May 28, 2007 (pp. 059, 006, 029, 008, 029) |
| | | | | | | 2:31:26 Witness Excused |
| | 23 | | 3/5/08 | | 3/5/08 | July 25, 2007 Plaintiff's Rule 26(a)(2) Disclosure of Expert Report of Gary Hiles - No objection by Mr. Schwab. |
| | 14-17 | | 3/5/08 | | 3/5/08 | Referred to in Dr. Orchowski's deposition. No objection by Mr. Schwab. |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 21-22 | | 3/5/08 | | 3/5/08 | No objection by Mr. Schwab. |
| | 34 | | 3/5/08 | | | Government objected. |
| | 27-28 | | 3/5/08 | | 3/5/08 | Government objected. |
| | 36 | | 3/5/08 | | 3/5/08 | No objection. |
| | 37 | | 3/5/08 | | 3/5/08 | No objection. |
| | 38 | | 3/5/08 | | 3/5/08 | Skeletal model of vertebrae and disc |
| | | | | | | 3:57:02   Plaintiffs rest |
| | | | | | | **3:57:53 Court adjourns** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Frances M. Tydingco-Gatewood | Robert L. Keogh | Mikel W. Schwab |
| HEARING DATE (S) | COURT RECORDER | COURTROOM DEPUTY |
| March 5, 2008 | Virginia T. Kilgore | Virginia T. Kilgore |