1    LEONARDO M. RAPADAS
     United States Attorney
2    MIKEL W. SCHWAB
     Assistant U.S. Attorney
3    KATHARYNE P. CLARK
     Special Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagatna, Guam 96910
     Tel: (671) 472-7332
6    Fax: (671) 472-7215

7    Attorneys for the United States of America

8

9                  **DISTRICT COURT OF GUAM**

10                  **TERRITORY OF GUAM**

11

| | |
|---|---|
| 12   DEBORAH K. RUTLEDGE and THOMAS ) <br> R. RUTLEDGE,                         ) <br> 13                            ) <br>              Plaintiffs,         ) <br> 14                            ) <br>           vs.               ) <br> 15                            ) <br>   UNITED STATES OF AMERICA,    ) <br> 16                            ) <br>             Defendant.       ) <br> 17  _____) | CIVIL CASE NO. 06-00008 <br><br><br> **UNITED STATES'** <br> **RULE 26(A)(2) DISCLOSURE** <br> **OF EXPERT TESTIMONY** |

18

19      United States of America, through its attorneys, hereby files with the Court the

20 Supplemental Expert Report of Dr. Michael M. Meriwether, M.D. Ph.D.

21

22                           LEONARDO M. RAPADAS
                             United States Attorney
23                            Districts of Guam and CNMI

24

25          By:                                       
                          MIKEL W. SCHWAB
26                            Assistant U.S. Attorney
                          KATHARYNE P. CLARK
27                            Special Assistant U.S. Attorney

28

## Michael W. Meriwether, M.D., Ph.D.
## Supplemental Expert Report

After reviewing a supplemental report from Dr. Steele received on February 19, 2008 containing a new diagnosis of causalgia, I have reviewed the following documents:

Deposition of Deborah Rutledge
Deposition of Thomas Rutledge
Deposition of John Steele, MD
Deposition of Gary Towle, MD
Deposition of Joseph Orchowski, MD
Deposition of Douglas Duncan, MD
Deposition of Natalie Giscombe
Deposition of Steven Rau
Report of Gary Towle, MD
Reports of John Steele, MD 10/19/06, 7/26/07, 2/16/08
Medical Records, Andersen AFB, Jan 2004 - August 2004
Medical Records, Naval Hospital Guam, Aug. 2004 - June 2005
Medical Records, Tripler Army Medical Center, Aug 2004 - Aug 2005
Medical Records, National Naval Medical Center, Bethesda, MD
Medical Records, Walter Reed Army Medical Center
Medical Records, Tinker AFB
Medical Summary, Dr. Phillip Mosca
Medical Records labeled CHCS through 22 Jan 2008
MRI Report, 1/29/2008
Correspondence of Dr. James Duncan, 1/24/08
Correspondence of Dr. Donald Adams, 1/14/08

Dr. Steele's conclusions regarding Mrs. Rutledge's medical condition are summarized under five headings using the American Medical Association Guide to the Evaluation of Permanent Impairments, 5th Edition.

1. Gait and station disorder - she is rated, as in his June 2006 report, as class 1 to 2 impairment.

2. Bladder impairment - she is rated as class 2 to 3 impairment.

3. Anorectal impairment - she is rated a class 2 to 3 impairment.

4. Sexual impairment - she is rated as a class 2 to 3 impairment.

5. Pain and sensory deficit - she was initially assigned a class 5 impairment due to causalgia in Dr. Steele's June 2006 report. This is her primary assigned deficit and

GOVERNMENT EXHIBIT
CC
CARDELS 800-783-939

1

impairment and is now classified as class 6 impairment, with a whole body impairment of 81-95%.

Dr. Steele further gave a total disability rating of 88-98%, the primary component being causalgia pain. After 3 ½ years he rated her condition as permanent and that it would not improve, within a reasonable degree of medical certainty. His initial diagnosis of minor causalgia is now designated as major causalgia.

I reviewed a recent contrast MRI of the lumbar spine taken January 29, 2008 which shows degenerative disc disease at L1-2 and L4-5. Postoperative changes are seen at L5-S1, the site of her prior surgery. No evidence of arachnoiditis (severe scarring within the spinal sac of nerves) is seen. This is a usual picture of a postoperative lumbar scan, in my opinion.

Causalgia is a rare and unusual pain syndrome first described by Silas Weir Mitchell, a Civil War surgeon, in 1872. As with some 97 - 99% of all causalgia, it was first described as a result of severe, penetrating injuries, the majority of which, then and now, consist of military gunshot wounds. This is because of the high-velocity of military gunshot wounds. Occasionally a penetrating injury, such as a knife wound, can also produce causalgia. It is an exceedingly rare syndrome in lumbar surgery, especially in posterior approaches. Causalgia is virtually nonexistent in the literature of lumbar surgery.

The first report of a diagnosed and treated causalgia with a sympathectomy in the English literature was in 1996 at the University of West Virginia Medical School. An internet search for causalgia related to lumbar laminectomy revealed only 25 sources, of which nearly half were experimental rat model studies of causalgia. Several others were again related to military / war injuries; all gunshot injuries.

Mrs. Rutledge, in deference to Dr. John Steele who examined her twice, appears to have a rare type of causalgia without penetrating or blunt trauma, bilateral in nature and involving multiple nerve roots. It appears to affect her urogenital area as well as the bottoms of both feet. From the history and exam reviewed, I cannot dispute her presentation as such, but I cannot relate it to her cauda equina syndrome or her lumbar surgery, which was successful in relieving her cauda equina syndrome. Anxiety and emotional upheaval may have produced as well as exacerbated causalgia pain, as stated in the literature.

I cannot agree that her lumbar laminectomy producing back pain and radicular symptoms, which markedly improved in her initial 4 - 6 months postoperatively, would have much later turned into a causalgia pain syndrome. In my 32 years of experience as a spinal surgeon, performing over 10,000 spinal operations, I have never seen a causalgia develop after lumbar laminectomy, and I very strongly do not believe that is the case here.

Furthermore, standard pain medicine treatment of causalgia has proven to be very successful. Sympathetic blocks by injection, sympathectomy and the implantation of spinal cord

2

stimulators (as an outpatient procedure) has had historically over the past 15 years a very high cure rate. None of these have been performed on Mrs. Rutledge to my review of her records. I would highly recommend such an approach even at this late date 3 ½ years post surgery.

In a review of immediate pre-op and post-op medical records of Mrs. Rutledge, an observation of her neurologic examination led me to again, as in my earlier report, conclude that signs and symptoms more indicative of cauda equina syndrome led to orthopedic evaluation and diagnosis of cauda equina syndrome. Her disc extrusion (complete herniation) was acute, meaning sudden and rapid in onset, and caused compression of the cauda equina. This led to her August 27, 2004 diagnosis by Dr. Douglas Duncan and subsequent surgery.

To further explain, Dr. Duncan's initial exam showed motor and sensory deficits consistent with cauda equina syndrome, but her reflex exam was very hyper-reflexic (written as 3+) at the ankles. Airevac to Tripler Army Medical Center led to Chief Orthopedic Resident, Dr. Shawn Hermenau under Dr. Joseph Orchowski, showing reflexes being 3+ at the knees and 1+ at the ankles before surgery. This change from hyper-reflexia of the ankle on 8/27/04 (Guam) to hypo-reflexia of the ankle on 8/27/04 (Hawaii), a time difference of one day or less, shows that the cauda equina syndrome was acute in onset and evolving rapidly from the time of Dr. Duncan's exam to the time of Dr. Hermenau's exam. The ankle reflex is innervated by L5-S1 nerves, the site of Mrs. Rutledge's disc herniation that caused the cauda equina syndrome.

The follow up per Dr. Lynott at the U.S. Naval Hospital, Guam on September 27, 2004 showed the reflexes were unchanged from the Tripler orthopedic exam. This strongly supports the acute nature and quick onset of cauda equina syndrome between the episode of fecal incontinence on August 24 or 25, 2004 at home and the first evaluation by Dr. Duncan on August 27, 2004. It is very highly unlikely that she or any patient could have had a 3 to 4 week history of cauda equina syndrom, or that it had a waxing and waning nature.

All my opinions are rendered within a reasonable degree of medical certainty.

Dated: 3/5/08

Michael W. Meriwether, M.D., Ph.D.
Board Certified Neurosurgeon

3