CASE NO.: CV-06-00008    DATE: March 06, 2008
CAPTION: Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 8:09:15 - 9:27:06
                                                                 12:44:13 - 12:59:20
                                                                 1:12:39 - 1:59:25
                                                                 3:02:25 - 3:36:50
                                                                 4:09:16 - 4:12:50

CSO: D. Quinata / J. McDonald

---

**APPEARANCES:**

Counsel for Plaintiff(s)    Counsel for Defendant(s)
Robert L. Keogh             Mikel W. Schwab
                            Katharyne P. Clark

---

**PROCEEDINGS: Continued Bench Trial - Day 11**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Mr. Keogh's motion for extension of time to file his response as to party-opponent issue <u>Granted</u>. Response due by: <u>March 17, 2008</u>.
- Court memorialized the chamber conference held during the 2:00 p.m. break.
- Motion in Limine to exclude Dr. Meriwether's testimony as to causalgia and fatigue <u>Granted</u>.
- Motion to limit Dr. Meriwether's report <u>Granted</u>. The Court ordered that Dr. Meriwether's response to Dr. Steele's updated report as to causalgia and fatigue be redacted. Counsel to notify Court of the redacted portions of the report.
- Court informed counsel that Magistrate Judge Joaquin V.E. Manibusan, Jr. is available to meet for a settlement conference after this hearing. Court ordered Mr. and Mrs. Rutledge to be present at the conference.
- Court adjourns until <u>March 7, 2008 at 9:00 A.M.</u>

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Mr. Gary Hiles also present at counsel table. Teresa Keogh, Legal Assistant and Dr. John Steele present at counsel table for afternoon hearing.

Marie Chenery present to assist Government with documents and technology. Dr. Laura Taylor also present and seated at counsel table. Dr. Meriwether present at counsel table for afternoon hearing.

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| Deborah K. Rutledge and Thomas R. Rutledge | EXHIBIT AND WITNESS LIST |
|---|---|
| V. United States of America | Case Number: CV-06-00008 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Frances M. Tydingco-Gatewood | Robert L. Keogh | Mikel W. Schwab |
| HEARING DATE(S) | COURT RECORDER | COURTROOM DEPUTY |
| March 6, 2008 | Virginia T. Kilgore | Virginia T. Kilgore |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *Continued Bench Trial - Day 11* |
| | | | | | | **8:09:15 Laura Taylor, Ph.D., called and sworn** |
| | | | | | | **DX by Mr. Schwab** |
| | | U | | 3/6/08 | | Laura Taylor's Supplemental Report (pp. 7, 6, 4, 2) |
| | | KK | | 3/6/08 | | 804 Federal Reporter, 2d Series (pp. 008, 007) |
| | | LL | | 3/6/08 | | Year / Earning Loss / Present Value |
| | | HH | | 3/6/08 | | Plaintiffs' Rule 26(a)(2) Disclosure of Expert Testimony (p. 006) |
| | | | | | | **9:06:14 CX by Mr. Keogh** |
| | | | | | | *9:27:06 Break* |
| | | | | | | **12:45:07 Continued CX of Dr. Taylor by Mr. Keogh** |
| | | | | | | **12:52:12 Re-DX by Mr. Schwab** |
| | | | | | | **12:57:04 Re-CX by Mr. Keogh** |
| | | | | | | 12:59:05 Witness Excused |
| | | | | | | *12:59:20 Break* |
| | | | | | | **1:12:39 Michael Meriwether, M.D., Ph.D., sworn and examined** |
| | | | | | | 1:13:19 Mr. Keogh renewed his motion in limine |
| | | | | | | 1:13:55 Dr. Meriwether is excused. |
| | | | | | | *1:59:25 Break* |
| | | | | | | *3:02:25 Court resumes session* |
| | | | | | | Ms. Clark and Mr. Keogh argue the issue of causalgia in Dr. Steele's most recent report. |
| | | | | | | *3:36:50 Court adjourns* |
| | | | | | | *Court returns to bench (4:09:16 - 4:12:50)* |