|   |   |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MIKEL W. SCHWAB<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>Tel: 671-472-7332 |
| 5 | Fax: 671-472-7215 |

FILED
DISTRICT COURT OF GUAM

MAR 0 6 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE, | ) CIVIL CASE NO. 06-00008 |
|---|---|
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 5th day of March 2008, I caused to be served by personal service the following document: "United States' Rule 26(A)(2) Disclosure of Expert Testimony", Civil Case No. 06-00008, <u>Deborah K. Rutledge and Thomas R. Rutledge vs. United States of America</u>, to the following attorney of record:

Robert L. Keogh
Law Offices of Robert L. Keogh
251 Martyr Street, Suite 105
Hagatna, Guam 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
JACQUELINE EMMANUEL
Administrative Assistant