# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008 DATE: March 07, 2008

CAPTION: Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber Court Reporter: Wanda Miles

Courtroom Deputy: Virginia T. Kilgore Electronically Recorded: 9:15:10 - 9:30:50
9:52:50 - 10:48:32; 11:04:38 - 1:51:47
1:28:33 - 2:07:18; 2:23:10 - 3:29:24
3:50:12 - 4:18:18

CSO: D. Quinata / J. McDonald

---

**APPEARANCES:**

Counsel for Plaintiff(s)
Robert L. Keogh

Counsel for Defendant(s)
Mikel W. Schwab
Katharyne P. Clark

---

**PROCEEDINGS: Continued Bench Trial - Day 12**

- Ms. Clark stipulated that causalgia is included in certain portions of the medical reports.
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court adjourns until March 10, 2008 at 9:00 A.M.

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Legal Assistant Teresa Keogh and Dr. Steele present at counsel table.

Marie Chenery present to assist Government with documents and technology. Dr. Meriwether also present and seated at counsel table.

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

**Deborah K. Rutledge and Thomas R. Rutledge**

**V.**

**United States of America**

## EXHIBIT AND WITNESS LIST

Case Number: **CV-06-00008**

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab/Katharyne P. Clark** |
|---|---|---|
| HEARING DATE (S)<br>**March 7, 2008** | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | ***Continued Bench Trial - Day 12*** |
| | | | | | | ***9:30:50 Break*** |
| | | CC 1 | | 3/7/08 | | Redacted version of Dr. Meriwether's updated report (Exhibit CC) |
| | | | | | | **11:05:23 DX of Dr. Michael Meriwether by Ms. Clark** |
| | | | | | | Ms. Clark moved to qualify Dr. Meriwether as an expert in the field of medicine, neurosurgery, spinal disorders, cauda equina syndrome and surgicial disability evaluations |
| | | | | | | **11:38:15 Voir Dire by Mr. Keogh** |
| | | A | | 3/7/08 | | Expert Report of Michael Meriwether, M.D., Ph.D. RUT 391 - 435 (curriculum vitae) |
| | | | | | | Mr. Keogh objected to qualifying Dr. Meriwether as a specialist in cauda equina syndrome. Court qualified Dr. Meriwether in the field of medicine, neurosurgery, spinal disorders, cauda equina syndrome and surgicial disability evaluations. |
| | | | | | | ***11:51:47 Lunch Break*** |
| | | | | | | **1:29:16 Continued DX of Dr. Michael Meriwether** |
| | | F | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit F |
| | 38 | | 3/5/08 | 3/7/08 | 3/5/08 | Skeletal model of vertebrae and disc |
| | | G | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit G |
| | | H | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit H |
| | | G | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit G |
| | | C | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit C |
| | | I | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit I |
| | | D | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit D |
| | | E | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit E |



Case 1:06-cv-00008 Document 120 Filed 03/07/2008 Page 2 of 3

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | | | | | | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab/Katharyne Clark** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**March 7, 2008** | | | | | | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | ***2:07:18 Break*** | |
| | | | | | | **2:23:29 Continued DX of Dr. Michael Meriwether** | |
| | | I | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit I | |
| | 38 | | 3/5/08 | 3/7/08 | 3/5/08 | Skeletal model of vertebrae and disc | |
| | | M | 2/26/08 | 3/7/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (p. 3) | |
| | | BB | | 3/7/08 | | Perineum | |
| | | M | 2/26/08 | 3/7/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (pp. 3, 5, 6) | |
| | | | | | | Objection as to leading the witness. Sustained. | |
| | | | | | | ***3:29:24 Break*** | |
| | | | | | | **3:50:42 Continued DX of Dr. Michael Meriwether** | |
| | | M | 2/26/08 | 3/7/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (p. 6) | |
| | | C | 2/22/08 | 3/7/08 | 2/22/08 | Demonstrative Exhibit C | |
| | | M | 2/26/08 | 3/7/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (p.6, 3, 5) | |
| | | | | | | ***4:18:18 Court adjourns*** | |