LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895



FILED
DISTRICT COURT OF GUAM

MAR 10 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>CERTIFICATE OF SERVICE |

I, Robert L. Keogh, hereby certify that on the 10th day of March, 2008, I caused to be served via hand delivery, a true and correct copy of the **PLAINTIFFS' REPLY BRIEF ON NON-HEARSAY AS ADMISSION OF PARTY OPPONENT ISSUE** in the above-captioned matter upon the following office as set forth below:

Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 3/10/08        By: _____
                         ROBERT L. KEOGH

ORIGINAL