# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008　　　　　　　　　　　　DATE: March 10, 2008
CAPTION: Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:12:28 - 9:47:57 |
| | 10:10:04 - 10:12:22 |
| | 10:15:54 - 11:39:14 |
| | 12:54:40 - 1:46:09 |
| | 2:13:00 - 3:27:20; 3:44:26 - 4:49:23 |

CSO: D. Quinata / N. Edrosa

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Robert L. Keogh | Mikel W. Schwab |
| | Katharyne P. Clark |

---

**PROCEEDINGS: Continued Bench Trial - Day 13**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court adjourns until March 11, 2008 at 1:15 P.M.

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Teresa Keogh, Legal Assistant and Dr. John Steele also present.

　　　　　Marie Chenery present to assist Government with documents and technology. Dr. Meriwether also present at counsel table.

# UNITED STATES DISTRICT COURT

DISTRICT OF            GUAM

**Deborah K. Rutledge and Thomas R. Rutledge**

V.

**United States of America**

**EXHIBIT AND WITNESS LIST**

Case Number: **CV-06-00008**

| PRESIDING JUDGE  Judge Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY  Robert L. Keogh | DEFENDANT'S ATTORNEY  Mikel W. Schwab/Katharyne P. Clark |
|---|---|---|
| HEARING DATE (S)  March 10, 2008 | COURT RECORDER  Virginia T. Kilgore | COURTROOM DEPUTY  Virginia T. Kilgore |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *Continued Bench Trial - Day 13* |
| | | | | | | **Continued DX of Dr. Michael Meriwether by Ms. Clark** |
| | | A | | 3/10/08 | | Expert Report of Michael Meriwether, M.D., Ph.D. RUT 391 - 435 (p. 008) |
| | | BB | | 3/10/08 | | Perineum |
| | | M | 2/20/08 | 3/10/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (p. 007) |
| | | | | | | Mr. Keogh objected to Dr. Meriwether offering new opinion. Sustained. |
| | 38 | | 3/3/08 | 3/10/08 | 3/5/08 | Skeletal model of vertebrae and disc |
| | | M | 2/20/08 | 3/10/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (p. 011) |
| | | | | | | Objection by Mr. Keogh. He stated that he had not received any x-rays. |
| | | | | | | *9:47:57 Break* |
| | | | | | | 10:15:54 Mr. Keogh withdrew his objection. |
| | | | | | | **10:16:17 Continued DX of Dr. Michael Meriwether** |
| | | M | 2/20/08 | 3/10/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (p. 011) |
| | | J | | 3/10/08 | | Demonstrative Exhibit J |
| | | M | 2/20/08 | 3/10/08 | 2/26/08 | Medical Records from Anderson Air Force Base AAFB_001 - AAFB_015 (pp. 009, 014, 015) |
| | | N | | 3/10/08 | | Medical Records frm U.S. Naval Hospital, Guam USNH 001-0060 (p. 001) |
| | | | | | | Demonstration of reflex tests by Dr. Meriwether. |
| | | | | | | Mr. Keogh objected to Ms. Clark introducing testimony that is redacted in Exhibit CC1. Overruled. |
| | | O | | 3/10/08 | | Medical Records from Tripler Army Medical Center TAMC 01-00176 (pp. 008, 0077, 0078, 0015, 0016) |
| | | I | 2/22/08 | 3/10/08 | 2/22/08 | Demonstrative Exhibit I |
| | | | | | | *11:39:14 Lunch Break* |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **12:55:30 Continued DX of Dr. Michael Meriwether** |
| | | MM | | 3/10/08 | | MRI of Deborah Rutledge |
| | | O | | 3/10/08 | | Medical Records from Tripler Army Medical Center TAMC 01-00176 (pp. 0017, 0003, 00171, 00170) |
| | | A | | 3/10/08 | | Expert Report of Michael Meriwether, M.D., Ph.D RUT 391 - 435 (RUT 393) |
| | | E | 2/22/08 | 3/10/08 | 2/22/08 | Demonstrative Exhibit E |
| | | P | | 3/10/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (p. 2) |
| | | V | | 3/10/08 | | U.S. Military Composite Health Care System printouts CHCS 0021-0057 (p. 0034) |
| | 27 | | 3/5/08 | 3/10/08 | 3/5/08 | January 4, 2008 medical report of Donald E. Adams, MD (p. 2 of 3) |
| | | | | | | Demonstration of strength tests by Dr. Meriwether |
| | 28 | | 3/5/08 | 3/10/08 | 3/5/08 | January 24, 2008 medical record James E. Duncan MD Physical Therapy referral (p. 4) |
| | | | | | | *1:46:09 Break* |
| | | | | | | **2:13:26 Continued DX of Dr. Michael Meriwether** |
| | | | | | | Rule 103(a)(2) Offer of proof of why Mrs. Rutledge has fatigue |
| | | | | | | **2:23:20 CX by Mr. Keogh** |
| | | A | | 3/10/08 | | Expert Report of Michael Meriwether, M.D., Ph.D RUT 391 - 435 (RUT 391) |
| | 39 | | | 3/10/08 | | Adams and Victor's Principles of Neurology (pp. 1, 2, 3) |
| | | BB | | 3/10/08 | | Perineum |
| | | A | | 3/10/08 | | Expert Report of Michael Meriwether, M.D., Ph.D RUT 391 - 435 (RUT 399, 401, 415) |
| | 3 | | 2/26/08 | 3/10/08 | 2/26/08 | July 27, 2004 AAFB medical record Low Back Pain Adult (RUT 033, 034) |
| | 4 | | 2/26/08 | 3/10/08 | 2/26/08 | July 27, 2004 AAFB medical record Patient Lab Inquiry |
| | | | | | | *3:27:20 Break* |
| | | | | | | **3:46:11 Continued CX by Mr. Keogh** |
| | | CC | | 3/10/08 | | Rule 26(A)(2) Disclosure of Expert Testimony. Objection to use of deposition of Nurse Giscombe to impeach witness. Overruled. |
| | 34 | | | 3/10/08 | | February 16, 2008 Medical Legal Consultation of John C. Steele, M.D. (Fig. 90) |
| | 3 | | 2/26/08 | 3/10/08 | 2/26/08 | July 27, 2004 AAFB medical record Low Back Pain Adult (RUT 034) |
| | | A | | 3/10/08 | | Expert Report of Michael Meriwether, M.D., Ph.D RUT 391 - 435 (RUT 391, 393) |
| | | | | | | Objection to lay foundation. Overruled. |
| | | J | | 3/10/08 | | Demonstrative Exhibit J |
| | 3 | | 2/26/08 | 3/10/08 | 2/26/08 | July 27, 2004 AAFB medical record Low Back Pain Adult |
| | 5 | | 2/26/08 | 3/10/08 | 2/26/08 | August 2, 2004 AAFB medical record Low Back Pain Adult |

Page -2-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | A | | 3/10/08 | | Expert Report of Michael Meriwether, M.D., Ph.D RUT 391 - 435 (RUT 394) |
| | | | | | | 4:41:09 Witness Excused |
| | | | | | | *4:49:23 Court adjourns - End Day 13* |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Frances M. Tydingco-Gatewood | Robert L. Keogh | Mikel W. Schwab/Katharyne P. Clark |
| HEARING DATE (S) March 10, 2008 | COURT RECORDER Virginia T. Kilgore | COURTROOM DEPUTY Virginia T. Kilgore |

Page -3-