# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008                      DATE: March 11, 2008
CAPTION: Rutledge vs. United States of America

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber             Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 1:30:55 - 2:50:44
                                                                  3:06:06 - 3:54:32
                                                                   3:58:56 - 4:14:25
                                                                   4:14:50 - 4:18:17

CSO: D. Quinata / B. Benavente

**APPEARANCES:**

Counsel for Plaintiff(s)                 Counsel for Defendant(s)
Robert L. Keogh                      Mikel W. Schwab
                                           Katharyne P. Clark

**PROCEEDINGS: Continued Bench Trial - Day 14**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Plaintiffs' Motion for Protective Order <u>Granted</u>.
- Court rules in favor of plaintiffs as to the issue of party opponent. Court stated that it will issue it's ruling tomorrow.
- Court stated that objections raised in depositions of Jablonski and Orchowski will be discussed tomorrow. Mr. Schwab to provide army regulation nos. 2450 and 2740.
- Mr. Schwab notified the Court that the Dr. Duncan's powerpoint presentation was destroyed and not available.
- Plaintiffs and defendant will have 1 hour and 15 minutes for closing and that plaintiffs will have 30 minutes for rebuttal argument.
- Court ordered counsel to submit their findings of fact and conclusions of law on <u>March 24, 2008 by 12 noon</u>.
- Court adjourns until <u>March 12, 2008 at 8:00 A.M.</u>

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Teresa Keogh, Legal Assistant and Dr. John Steele also present.

        Marie Chenery present to assist Government with documents and technology. Dr. Meriwether also present at counsel table.

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**Deborah K. Rutledge and Thomas R. Rutledge**

V.

**United States of America**

EXHIBIT AND WITNESS LIST

Case Number: **CV-06-00008**

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | | | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab/Katharyne P. Clark** |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>**March 11, 2008** | | | COURT RECORDER<br>**Virginia T. Kilgore** | | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *Continued Bench Trial - Day 14* |
| | | | | | | **1:32:12 Continued CX of Dr. Michael Meriwether by Mr. Keogh** |
| | 5 | | 2/26/08 | 3/11/08 | 2/26/08 | August 2, 2004 AAFB medical record Low Back Pain Adult |
| | 8 | | 2/26/08 | 3/11/08 | 2/26/08 | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | | J | | 3/11/08 | | Demonstrative Exhibit J |
| | | A | | 3/11/08 | | Expert Report of Michael Meriwether, M.D., Ph.D. RUT 391 - 435 (p. 393) |
| | | J | | 3/11/08 | | Demonstrative Exhibit J |
| | | A | | 3/11/08 | | Expert Report of Michael Meriwether, M.D., Ph.D. RUT 391 - 435 (pp. 399, 404, 407, 411) |
| | | O | | 3/11/08 | | Medical Records from Tripler Army Medical Center TAMC 001 - 00176 (pp. 0015, 008,021, 026, 00173, 00170, 00171) |
| | | | | | | *2:50:44 Break* |
| | | | | | | **Continued CX by Mr. Keogh** |
| | | P | | 3/11/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (447, 438, 439, 441, 442, 444, 445) |
| | | S | | 3/11/08 | | Medical summary from Dr. Philip Mosca RUT 488 |
| | 19 | S1 | | | | Exhibit 19 - July 12, 2007 Plaintiffs' Supplemental Rule 26 disclosures of medical records from Oklahoma City, OK (p. 8) / Exhibit S1 - Medical summary from Dr. Philip Mosca RUT 488 |
| | 27 | | 3/5/08 | 3/11/08 | 3/5/08 | January 4, 2008 medical record James E. Duncan MD Physical Therapy referral (p. 2) |
| | 26 | | | 3/11/08 | | January 9, 2007 Michael W. Meriwether contract |
| | | | | | | **3:48:16 Re-DX by Ms. Clark** |
| | | P | | 3/11/08 | | Medical Records from Naval Medical Center, Bethesda RUT 438-456 (p. 439, 447) |
| | | | | | | *3:54:32 Break* |

Page -1-

| PRESIDING JUDGE<br>Judge Frances M. Tydingco-Gatewood | | | | | | PLAINTIFF'S ATTORNEY<br>Robert L. Keogh | DEFENDANT'S ATTORNEY<br>Mikel W. Schwab/Katharyne P. Clark |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>March 11, 2008 | | | | | | COURT RECORDER<br>Virginia T. Kilgore | COURTROOM DEPUTY<br>Virginia T. Kilgore |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | **3:58:56 Re-CX by Mr. Keogh** | |
| | | | | | | **4:01:16 Re Re-DX by Ms. Clark** | |
| | | | | | | 4:02:20 Witness Excused | |
| | | | | | | *4:18:17 Court adjourns - End Day 14* | |

Page -2-