# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008  DATE: March 12, 2008
CAPTION: Rutledge vs. United States of America

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded:  8:52:15 - 9:36:06
 9:59:36 - 10:26:13
 10:48:37 - 12:01:33
 1:24:15 - 2:19:20
 2:44:23 - 3:36:21
CSO: D. Quinata  4:00:47 - 4:48:08

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Robert L. Keogh  Mikel W. Schwab
 Katharyne P. Clark

---

**PROCEEDINGS: Continued Bench Trial - Day 15**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).

- Objection by Mr. Keogh as to witness Emma McClain. He stated that the witness was not previously disclosed. The Court sustained the objection and Ms. McClain was excused.

- The Court allowed government to have their off-island witnesses testify for any surrebuttal via video conference.

- Court adjourns until March 13, 2008 at 1:15 P.M.

NOTES: Plaintiffs Deborah Rutledge and Thomas Rutledge present. Teresa Keogh, Legal Assistant also present. Counsel waived Mrs. Rutledge's presence for the afternoon hearing.

Marie Chenery present to assist Government with documents and technology.

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

**Deborah K. Rutledge and Thomas R. Rutledge**

V.

**United States of America**

**EXHIBIT AND WITNESS LIST**

Case Number: **CV-06-00008**

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Robert L. Keogh** | DEFENDANT'S ATTORNEY<br>**Mikel W. Schwab/Katharyne P. Clark** |
|---|---|---|
| HEARING DATE (S)<br>**March 12, 2008** | COURT RECORDER<br>**Virginia T. Kilgore** | COURTROOM DEPUTY<br>**Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *Continued Bench Trial - Day 15* |
| | | | | | | **10:48:56 Stephanie King, called and sworn** |
| | | | | | | **DX by Ms. Clark** |
| | | M | 2/26/08 | 3/12/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (pp. 003, 012, 013) |
| | | | | | | **11:15:56 CX by Mr. Keogh** |
| | | M | 2/26/08 | 3/12/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (pp. 003, 013, 012) |
| | | | | | | **11:50:00 Re-DX by Ms. Clark** |
| | | M | 2/26/08 | 3/12/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (pp. 014, 012, 013) |
| | | | | | | *12:01:33 Lunch Break* |
| | | | | | | **1:25:29 Court examines Stephanie King** |
| | | | | | | 1:28:07 Witness Excused |
| | | | | | | **1:29:24 Captain Stephen Rau, called and sworn** |
| | | | | | | **DX by Ms. Clark** |
| | | M | 2/26/08 | 3/12/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (p. 008) |
| | | PP | | 3/12/08 | | Captain Stephen Rau's Lab Coat |
| | | QQ | | 3/12/08 | | Captain Stephen Rau's Medical ID Card |
| | | M | 2/26/08 | 3/12/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (pp. 007, 008, 009) |
| | | | | | | *2:19:20 Break* |
| | | | | | | **2:44:49 CX by Mr. Keogh** |
| | | M | 2/26/08 | 3/12/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (pp. 008, 009) |
| | 40 | | | 3/12/08 | | Drawing of Gluteus Maximus by Capt. Stephen Rau |
| | | | | | | **3:25:18 Re-DX by Ms. Clark** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | T | | 3/12/08 | | U.S. Naval Hospital, Guam Appointment List |
| | | | | | | 3:32:45 Witness Excused |
| | | | | | | *3:36:21 Break* |
| | | | | | | **4:01:19 Lt. Col. Natalie Giscombe called to testify, previously sworn** |
| | | | | | | **DX by Ms. Clark** |
| | | M | 2/26/08 | 3/12/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (p. 5) |
| | | | | | | *4:48:08 Court adjourns - End Day 15* |
| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **Judge Frances M. Tydingco-Gatewood** | **Robert L. Keogh** | **Mikel W. Schwab/Katharyne P. Clark** |
| HEARING DATE (S) | COURT RECORDER | COURTROOM DEPUTY |
| **March 12, 2008** | **Virginia T. Kilgore** | **Virginia T. Kilgore** |