# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# TRIAL

CASE NO.: CV-06-00008  DATE: March 13, 2008
CAPTION: Rutledge vs. United States of America

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 1:22:29 - 1:57:40 |
| | 2:14:42 - 2:58:22 |
| | 3:25:46 - 4:20:21 |

CSO: D. Quinata

**APPEARANCES:**

Counsel for Plaintiff(s)  
Robert L. Keogh

Counsel for Defendant(s)  
Mikel W. Schwab  
Katharyne P. Clark

**PROCEEDINGS: Continued Bench Trial - Day 16**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).

- The Court ruled that the statements made by Dr. Douglas Duncan and Dr. Joseph Orchowski are statements by party opponents and that these individuals are agents of the United States. The court admits the statements as non-hearsay.

- The Court accepted the depositions of Hugh McSwain and Dr. Joseph Orchowski as exhibits and admitted them as proffered by parties. The Court noted that the United States has withdrawn its objections to the depositions and therefore there is no need to rule on the objections.

- Parties to confer with clerk regarding exhibits marked and admitted.

- Court adjourns until <u>March 17, 2008 at 9:00 A.M.</u>

- Plaintiffs' Closing Argument: 9:00 A.M. to 10:15 A.M.  
  Recess: 10:15 A.M. to 10:30 A.M.  
  Defense Closing Argument: 10:30 A.M. to 11:45 A.M.  
  Rebuttal Closing Argument: 11:45 A.M. to 12:15 P.M.

NOTES: Plaintiff Thomas Rutledge present. Teresa Keogh, Legal Assistant also present. Counsel waived Mrs. Rutledge's presence.

Marie Chenery present to assist Government with documents and technology.

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**Deborah K. Rutledge and Thomas R. Rutledge**

V.

**United States of America**

**EXHIBIT AND WITNESS LIST**

Case Number: **CV-06-00008**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **Judge Frances M. Tydingco-Gatewood** | **Robert L. Keogh** | **Mikel W. Schwab/Katharyne P. Clark** |
| HEARING DATE (S) | COURT RECORDER | COURTROOM DEPUTY |
| **March 13, 2008** | **Virginia T. Kilgore** | **Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | *Continued Bench Trial - Day 16* |
| | | | | | | **1:25:16 Continued DX of Lt. Col. Natalie Giscombe** |
| | | | | | | **DX by Ms. Clark** |
| | | M | 2/26/08 | 3/13/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (pp. 014,0 015) |
| | | BB | | 3/13/08 | | Perineum |
| | | T | | 3/13/08 | | U.S. Naval Hospital, Guam Appointment List |
| | | M | 2/26/08 | 3/13/08 | 2/26/08 | Medical Records from Andersen Air Force Base AAFB_001 - AAFB_015 (pp. 003, 004, 005, 006, 007) |
| | | Y | 2/26/08 | 3/13/08 | 2/26/08 | Letter from Ms. Rutledge dated 31 October 2004 |
| | | | | | | *1:57:40 Break* |
| | | | | | | **2:14:45 CX by Mr. Keogh** |
| | 8 | | 2/26/08 | 3/13/08 | 2/26/08 | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | | | | | | Objection as to relevance. Overruled. |
| | 11 | | 2/26/08 | 3/13/08 | 2/26/08 | August 17, 2004 medical record Orthopedic Consult (referral) |
| | BB | | | 3/13/08 | | Perineum (area marked in black ink showing perineal area by Lt. Col. Giscombe) |
| | | T | | 3/13/08 | | U.S. Naval Hospital, Guam Appointment List |
| | 8 | | 2/26/08 | 3/13/08 | 2/26/08 | August 17, 2004 AAFB medical record Low Back Pain Adult |
| | | | | | | **2:53:56 Re-DX by Ms. Clark** |
| | | | | | | 2:57:40 Witness Excused |
| | | | | | | *2:58:22 Break* |
| | | | | | | 3:27:23 Ms. Clark requests Lt. Col. Giscombe to mark in red on Plaintiff's Exhibit BB where Ms. Rutledge described where her numbness was located in 2004 |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Defense rests |
| | | | | | | ***REBUTTAL ARGUMENT*** |
| | | | | | | **3:29:38 Gary Hiles, called and sworn** |
| | | | | | | **DX by Mr. Keogh** |
| | 43 | | | 3/13/08 | | Earning Capacity - Calculated using Dr. Laura Taylor's Assumptions |
| | 44 | | | 3/13/08 | | U.S. Department of Labor Bureau of Labor Statistics |
| | | | | | | **3:59:48 CX by Mr. Schwab** |
| | 43 | | | 3/13/08 | | Earning Capacity - Calculated using Dr. Laura Taylor's Assumptions |
| | | | | | | **4:05:20 Re-DX by Mr. Keogh** |
| | | | | | | 4:06:26 Witness Excused |
| | | | | | | **4:07:14 Thomas Rutledge called to testify; previously sworn** |
| | | | | | | **DX by Mr. Keogh** |
| | | | | | | **4:10:12 CX by Mr. Schwab** |
| | | | | | | 4:12:02 Witness Excused |
| | 41, 42 | | 3/13/08 | | | Mr. Keogh moved to admit Exhibits 41 and 42. Ms. Clark objected. Sustained. |
| | | | | | | Plaintiffs rest subject to the admission of exhibits |
| | | | | | | *4:20:21 Court adjourns - End Day 16* |
| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Frances M. Tydingco-Gatewood | Robert L. Keogh | Mikel W. Schwab/Katharyne P. Clark |
| HEARING DATE (S) | COURT RECORDER | COURTROOM DEPUTY |
| March 13, 2008 | Virginia T. Kilgore | Virginia T. Kilgore |