ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR 1 3 2008 RD.

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00008<br><br><br>CERTIFICATE OF SERVICE |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 12th day of March 2008, I caused to be served by personal service the following document: "United States Has No Outstanding Objections from Deposition of Dr. Orchowski", Civil Case No. 06-00008, Deborah K. Rutledge and Thomas R. Rutledge vs. United States of America, to the following attorney of record:

    Robert L. Keogh
    Law Offices of Robert L. Keogh
    251 Martyr Street, Suite 105
    Hagatna, Guam 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
JACQUELINE EMMANUEL
Administrative Assistant