CASE NO.: CV-06-00008   DATE: March 17, 2008
CAPTION: Rutledge vs. United States of America

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber   Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 9:11:00 - 9:35:40
  10:03:32 - 11:09:10
  11:22:46 - 12:39:52

CSO: D. Quinata / B. Pereda

**APPEARANCES:**

Counsel for Plaintiff(s)   Counsel for Defendant(s)
Robert L. Keogh   Mikel W. Schwab
  Katharyne P. Clark

**PROCEEDINGS: Continued Bench Trial - Day 17**

- Closing Argument by the plaintiff and defendant.

- The Court admitted portions of exhibits N (pages 1, 12, 27, 28, 29, 30, 34, 39, 40, 41 and 48), O (pages 7, 8, 14, 15, 16, 17, 23, 26, 77, 78, 157, 170 and 171), P (pages RUT 438, 439, 440, 441, 442, 443, 444, 445 and 446), and V (CHCS 21, 22, 23, 24, 27, 28, 29, 30, 31, 34, 42, 50, 51, 52, 55, 56 and 57), conditionally and subject to them being referenced during testimony and including any other pages referenced in testimony during the trial.

- Exhibits A, B, J, L, (RUT 029 and RUT 469), P, S, S-1, T, U, AA, BB, CC-1, DD, EE, FF, GG, JJ, KK, LL, MM, NN, PP, QQ, BB Plaintiff, 26 and 40 admitted without objection.

- Exhibits 34, 39, 43 and 44 admitted over objections.

NOTES: Counsel reminded to submit their Findings of Facts and Conclusions of Law on March 24, 2008 by 12 noon.