LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895



**FILED**
DISTRICT COURT OF GUAM

APR 02 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. CIV06-00008<br><br>ERRATA |

During closing arguments the Court asked the undersigned counsel for Plaintiffs if the Porter v. Tupaz decision had been appealed. In actual fact, the District Court Appellate Division decision was appealed to the Ninth Circuit and simply affirmed without discussion. Accordingly, the correct cite for the decision should be as follows: Porter v. Tupaz, 1984 WL 48854 (D. Guam App. Div.), affirmed 760 F. 2d 276 (9th Cir. 1985)(table).

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 4/1/08

By: _____
for: ROBERT L. KEOGH

**ORIGINAL**