Rev. 5-10-2007  United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*   (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME JULIA L. HUNT/USAO | 2. PHONE NUMBER (671) 472-7332 | 3. DATE 04.09.08 | |
|---|---|---|---|
| 4. MAILING ADDRESS SIRENA PLAZA, STE 500, 108 HERNAN CORTEZ | 5. CITY HAGATNA | 6. STATE GU | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CV06-00008 | 9. CASE NAME RUTLEDGE v USA | DATES OF PROCEEDINGS | |
| | | 10. FROM 02.19.08 | 11. TO 03.17.08 |
| 12. PRESIDING JUDICIAL OFFICIAL GATEWOOD | | LOCATION OF PROCEEDINGS | |
| | 13. CITY HAGATNA | 14. STATE GU | |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.) 02/19/08 - 03/17/08

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | Day 1 2/19/08 | ☐ TESTIMONY (Specify Witness) | ALL DAYS OF TRIAL |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

☐ FTR Gold Format. Free player software included on CD.
☐ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
☐ MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
☒ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

Media: ☒ CD ☐ DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| 4 | 1 | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

| 18. SIGNATURE *(signed)* | 19. DATE 04.09.08 |
|---|---|
| PROCESSED BY *JM Nap* 4/11/08 M | PHONE NUMBER |
| ORDER RECEIVED | DATE 4/10/08 BY cbs | DEPOSIT PAID |
| DEPOSIT PAID | | TOTAL CHARGES |
| CD/DVD DUPLICATED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 4/14/08 @11:45 *(init)* | TOTAL REFUNDED |
| PARTY RECEIVED CD/DVD | 4/14/08 *(init)* | TOTAL DUE |

**FILED**
DISTRICT COURT OF GUAM

APR 1 4 2008

JEANNE G. QUINATA
Clerk of Court