**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Civil Case No. 06-00008<br><br><br>**J U D G M E N T** |

Judgment is hereby entered in favor of the Plaintiffs Deborah K. Rutledge and Thomas R. Rutledge and against the United States of America in accordance with the Findings of Fact and Conclusion of Law filed on August 21, 2008.

Dated this 21st day of August, 2008 in Hagatna, Guam 96910.

Clerk of Court

**/s/ Jeanne G. Quianta**