**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>           Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Civil Case No. 06-00008 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**JUDGMENT**
**signed on August 21, 2008**
**Date of Entry: August 21, 2008**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date:  August 21, 2008          Clerk of Court

                                **/s/ Jeanne G. Quinata**