LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 0 5 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DEBORAH K. RUTLEDGE and THOMAS R. RUTLEDGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE NO. 06-00008<br><br>**MOTION TO EXCEED PAGE LIMIT** |

COMES NOW Defendant United States of America and hereby moves the Court for an Order allowing Defendant to file a Motion for New Trial or Reconsideration or, in the Alternative, Motion for Remittitur which is 26 pages in length, and as grounds therefore states as follows:

1.　　Rule 7.1(g) of the Local Rules of the District Court of Guam provides that motions shall not exceed 20 pages in length without leave of the Court.

2.　　Defendants' Motion for New Trial, filed contemporaneously herewith, is 26 pages in length.

3. Defendant has attempted to be as concise as possible in drafting its Motion. However, Defendant believes that the matter is based on complex legal grounds upon which to grant a new trial and in need of explanation beyond the 20 pages. It is important to provide the Court with a full explanation of these grounds along with the citation of relevant authority.

WHEREFORE, Defendant moves this Court to enter an Order allowing Defendant to submit a Motion for New Trial or Reconsideration or, in the alternative, Motion for Remittitur which is 26 pages in length.

RESPECTFULLY SUBMITTED: this 5th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney